1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@weil.com
4  THOMAS B. KING (Bar No. 241661)
   thomas.king@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
9  MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
10 ORACLE CORPORATION
   500 Oracle Parkway
11 Redwood City, CA  94065
   Telephone: (650) 506-5200
12 Facsimile: (650) 506-7114

13 Attorneys for Plaintiffs
   ORACLE CORPORATION, ORACLE USA, INC.,
14 ORACLE INTERNATIONAL CORPORATION,
   AND SIEBEL SYSTEMS, INC.

15

E-filing

ORIGINAL
FILED

MAY  7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16           UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA

BZ

| | |
|---|---|
| 18 ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., | Case No. |
| 20        Plaintiffs, | **COMPLAINT** |
| 21        v. | **DEMAND FOR JURY TRIAL** |
| 22 ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA, INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., | |
| 26        Defendants. | |

27

28

1    Plaintiffs Oracle Corporation, Oracle USA, Inc., Oracle International Corporation,

2    and Siebel Systems, Inc. (collectively "Oracle"), by and through their attorneys bring this action

3    against Alcatel Lucent, Alcatel-Lucent Holdings Inc., Alcatel USA Inc., Alcatel USA Marketing

4    Inc., Alcatel USA Resources Inc., Alcatel USA Sourcing Inc., Lucent Technologies Inc., and

5    Genesys Telecommunications Laboratories Inc. (collectively "the Alcatel Defendants") as

6    follows:

7    1.    This is a civil action arising under the Patent Laws of the United States, 35

8    U.S.C. §§101, *et seq.*, seeking judgment that United States Patent Nos. 7,188,183, 6,661,877,

9    6,493,695, 7,171,190, 7,039,176, and 7,136,448 (collectively the "Oracle Patents") are infringed

10    by the Alcatel Defendants.

11    2.    This action further seeks a declaratory judgment that United States Patent

12    Nos. 5,418,943, 6,272,502, 6,205,449, 6,502,133, 5,659,725, 5,649,068, and 6,732,156

13    (collectively the "Alcatel Lucent Patents"), which are allegedly owned by the Alcatel Defendants,

14    are invalid and not infringed by Oracle based upon the laws authorizing actions for declaratory

15    judgment in the courts of the United States, 28 U.S.C. §§ 2201 and 2202.

16    **PARTIES**

17    3.    Oracle Corporation is a corporation organized under the laws of the State

18    of Delaware. Oracle Corporation maintains its principal place of business at 500 Oracle Parkway,

19    Redwood City, California, 94065, and does business in the Northern District of California.

20    4.    Oracle USA, Inc. is a corporation organized under the laws of the State of

21    Colorado. Oracle USA, Inc. maintains its principal place of business at 500 Oracle Parkway,

22    Redwood City, California, 94065, and does business in the Northern District of California.

23    5.    Oracle International Corporation is a corporation organized under the laws

24    of the State of California. Oracle International Corporation maintains its principal place of

25    business at 500 Oracle Parkway, Redwood City, California, 94065, and does business in the

26    Northern District of California.

27    6.    Siebel Systems, Inc. is a corporation organized under the laws of the State

28    of Delaware. Siebel Systems, Inc. maintains its principal place of business at 500 Oracle

1  Parkway, Redwood City, California, 94065, and does business in the Northern District of
2  California.

3          7.      Upon information and belief, Defendant Alcatel Lucent is a French
4  company with headquarters at 54, rue La Boetie, 75008 Paris, France. Alcatel Lucent maintains
5  executive offices in the United States at 600 Mountain Road, Murray Hill, New Jersey 07974.

6          8.      Upon information and belief, Defendant Alcatel-Lucent Holdings Inc. is a
7  corporation organized under the laws of the State of Delaware. Alcatel-Lucent Holdings Inc.
8  maintains its principal place of business at 3400 W. Plano Parkway, Plano, Texas 75075. Alcatel-
9  Lucent Holdings Inc. is wholly owned by and is an agent of Alcatel Lucent.

10          9.      Upon information and belief, Alcatel USA Inc. is a corporation organized
11  under the laws of the State of Delaware. Alcatel-Lucent Holdings Inc. maintains its principal
12  place of business at 3400 W. Plano Parkway, Plano, Texas 75075. Alcatel USA Inc. is wholly
13  owned by and is an agent of Alcatel Lucent.

14          10.      Upon information and belief, Defendant Alcatel USA Marketing Inc. is a
15  corporation organized under the laws of the State of Delaware. Alcatel USA Marketing Inc.
16  maintains its principal place of business at 3400 W. Plano Parkway, Plano, Texas 75075. Alcatel
17  USA Marketing Inc. is wholly owned by and is an agent of Alcatel Lucent.

18          11.      Upon information and belief, Defendant Alcatel USA Resources Inc. is a
19  corporation organized under the laws of the State of Delaware. Alcatel USA Resources Inc.
20  maintains its principal place of business at 3400 W. Plano Parkway, Plano, Texas 75075. Alcatel
21  USA Resources Inc. is wholly owned by and is an agent of Alcatel Lucent.

22          12.      Upon information and belief, Defendant Alcatel USA Sourcing Inc. is a
23  corporation organized under the laws of the State of Delaware. Alcatel USA Sourcing Inc.
24  maintains its principal place of business at 3400 W. Plano Parkway, Plano, Texas 75075. Alcatel
25  USA Sourcing Inc. is wholly owned by and is an agent of Alcatel Lucent.

26          13.      Upon information and belief, Defendant Lucent Technologies Inc. is a
27  corporation organized under the laws of the State of Delaware. Lucent Technologies Inc.

28

1    maintains its principal place of business at 600-700 Mountain Avenue, Murray Hill, New Jersey

2    07974. Lucent Technologies is wholly owned by and is an agent of Alcatel Lucent.

3             14.    Upon information and belief, Defendant Genesys Telecommunications

4    Laboratories Inc. is a corporation organized under the laws of the State of California. Genesys

5    Telecommunications Laboratories Inc. maintains its principal place of business at 2001 Junipero

6    Serra Blvd., Daly City, California 94014.  Genesys Telecommunications Laboratories Inc. is

7    wholly owned by and is an agent of Alcatel Lucent.

8                                          **JURISDICTION**

9             15.    This Court has subject matter jurisdiction over Oracle's claims of

10   infringement, which arise under the patent laws of the United States, pursuant to 28 U.S.C. §§

11   1331 and 1338(a).

12            16.    This Court has subject matter jurisdiction over Oracle's Declaratory

13   Judgment claims pursuant to 28 U.S.C. §§ 2201 and 2202.

14            17.    There is an actual controversy between the Alcatel Defendants and Oracle

15   with respect to the Alcatel Lucent Patents. On December 21, 2007, June M. Sulovski, Alcatel

16   Lucent's Director of Licensing, Intellectual Property Business, wrote a letter to Oracle's Chief

17   Executive Officer alleging that the "Oracle Database," "Oracle Data Guard (ODG Option),"

18   "Times Ten," "Oracle Data Mining (ODM Option)," and/or "Oracle Email Center / Call Center"

19   "are covered by the claims" of one or more of the Alcatel Lucent Patents. Oracle denies that it

20   infringes any of the Alcatel Lucent Patents, and disputes their validity. Oracle further denies that

21   it needs a license to any of the Alcatel Lucent Patents in order to continue its activities. Thus, an

22   actual and justiciable controversy exists between Oracle and the Alcatel Defendants as to whether

23   the Alcatel Lucent Patents are invalid and/or infringed.

24            18.    Upon information and belief, the Alcatel Defendants are subject to personal

25   jurisdiction in this district arising out of their contacts with this district. In particular, the Alcatel

26   Defendants' contacts with this district are systematic and continuous, and Oracle's claims arise

27   out of or are related to the Alcatel Defendants' contacts with this district.

28

COMPLAINT                                              3                                    Case No.
DEMAND FOR JURY TRIAL

1

<div align="center"><u>**VENUE**</u></div>

2        19.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b)(2), (c),

3 (d) and/or 28 U.S.C. 1400 because, among other things, the Alcatel Defendants have committed

4 acts of infringement of Oracle's patents within this judicial district, as set forth herein.

5

<div align="center"><u>**COUNT I**</u></div>

6        20.    Oracle hereby restates and realleges the allegations set forth in paragraphs

7 1 through 19 above and incorporates them by reference.

8        21.    Oracle International Corporation is the owner of all right, title, and interest

9 in United States Patent No. 7,188,183 entitled "Maintaining State Information In Mobile

10 Applications" ("the '183 patent"), duly and legally issued on March 6, 2007. A true and correct

11 copy of the '183 patent is attached hereto as Exhibit A.

12        22.    The Alcatel Defendants, collectively and individually, have infringed and

13 continue to infringe the '183 patent including without limitation by making, using, selling,

14 offering to sell, and/or importing within or into the United States the Alcatel Lucent OmniTouch

15 My Messaging system, the Alcatel Lucent 5350 XML Document Management Server, and other

16 products and/or systems practicing the claimed invention. The Alcatel Defendants are liable for

17 infringement under 35 U.S.C. § 271, including without limitation both direct and indirect

18 infringement of the '183 patent.

19

<div align="center"><u>**COUNT II**</u></div>

20        23.    Oracle hereby restates and realleges the allegations set forth in paragraphs

21 1 through 22 above and incorporates them by reference.

22        24.    Oracle International Corporation is the owner of all right, title, and interest

23 in United States Patent No. 6,661,877 entitled "System And Method For Providing Access To A

24 Unified Message Store Logically Storing Computer Telephony Messages" ("the '877 patent"),

25 duly and legally issued on December 9, 2003. A true and correct copy of the '877 patent is

26 attached hereto as Exhibit B.

27        25.    The Alcatel Defendants, collectively and individually, have infringed and

28 continue to infringe the '877 patent including without limitation by making, using, selling,

1    offering to sell, and/or importing within or into the United States the Alcatel Lucent OmniTouch

2    My Messaging system and other products and/or systems practicing the claimed invention. The

3    Alcatel Defendants are liable for infringement under 35 U.S.C. § 271, including without

4    limitation both direct and indirect infringement of the '877 patent.

5                                           **COUNT III**

6              26.    Oracle hereby restates and realleges the allegations set forth in paragraphs

7    1 through 25 above and incorporates them by reference.

8              27.    Oracle International Corporation is the owner of all right, title, and interest

9    in United States Patent No. 6,493,695 entitled "Methods And Systems For Homogeneously

10   Routing And/Or Queueing Call Center Customer Interactions Across Media Types" ("the '695

11   patent"), duly and legally issued on December 10, 2002. A true and correct copy of the '695

12   patent is attached hereto as Exhibit C.

13             28.    The Alcatel Defendants, collectively and individually, have infringed and

14   continue to infringe the '695 patent including without limitation by making, using, selling,

15   offering to sell, and/or importing within or into the United States the Alcatel Lucent OmniTouch

16   Contact Center, the Alcatel Lucent OmniGenesys Contact Center, and other products and/or

17   systems practicing the claimed invention. The Alcatel Defendants are liable for infringement

18   under 35 U.S.C. § 271, including without limitation both direct and indirect infringement of the

19   '695 patent.

20                                          **COUNT IV**

21             29.    Oracle hereby restates and realleges the allegations set forth in paragraphs

22   1 through 28 above and incorporates them by reference.

23             30.    Oracle International Corporation is the owner of all right, title, and interest

24   in United States Patent No. 7,171,190 entitled "Intelligent Messaging" ("the '190 patent"), duly

25   and legally issued on January 30, 2007. A true and correct copy of the '190 patent is attached

26   hereto as Exhibit D.

27             31.    The Alcatel Defendants, collectively and individually, have infringed and

28   continue to infringe the '190 patent including without limitation by making, using, selling,

COMPLAINT                                        5                                   Case No.
DEMAND FOR JURY TRIAL

1    offering to sell, and/or importing within or into the United States the OmniTouch Unified

2    Communication My Phone and other products and/or systems practicing the claimed invention.

3    The Alcatel Defendants are liable for infringement under 35 U.S.C. § 271, including without

4    limitation both direct and indirect infringement of the '190 patent.

5                                **COUNT V**

6                32.    Oracle hereby restates and realleges the allegations set forth in paragraphs

7    1 through 31 above and incorporates them by reference.

8                33.    Oracle International Corporation is the owner of all right, title, and interest

9    in United States Patent No. 7,039,176 entitled "Call Center Administration Manager With Rules-

10   Based Routing Prioritization" ("the '176 patent"), duly and legally issued on May 2, 2006.  A true

11   and correct copy of the '176 patent is attached hereto as Exhibit E.

12               34.    The Alcatel Defendants, collectively and individually, have infringed and

13   continue to infringe the '176 patent including without limitation by making, using, selling,

14   offering to sell, and/or importing within or into the United States the Alcatel Lucent OmniTouch

15   Contact Center, the Alcatel Lucent OmniGenesys Contact Center, and other products and/or

16   systems practicing the claimed invention.  The Alcatel Defendants are liable for infringement

17   under 35 U.S.C. § 271, including without limitation both direct and indirect infringement of the

18   '176 patent.

19                               **COUNT VI**

20               35.    Oracle hereby restates and realleges the allegations set forth in paragraphs

21   1 through 34 above and incorporates them by reference.

22               36.    Siebel Systems, Inc. is the owner of all right, title, and interest in United

23   States Patent No. 7,136,448 entitled "Managing Received Communications Based On

24   Assessments Of The Senders" ("the '448 patent"), duly and legally issued on November 14, 2006.

25   A true and correct copy of the '448 patent is attached hereto as Exhibit F.

26               37.    The Alcatel Defendants, collectively and individually, have infringed and

27   continue to infringe the '448 patent including without limitation by making, using, selling,

28   offering to sell, and/or importing within or into the United States the Alcatel Lucent OmniTouch

COMPLAINT
DEMAND FOR JURY TRIAL                          6                                    Case No.

1    Contact Center, the Alcatel Lucent OmniGenesys Contact Center, and other products and/or

2    systems practicing the claimed invention.   The Alcatel Defendants are liable for infringement

3    under 35 U.S.C. § 271, including without limitation both direct and indirect infringement of the

4    '448 patent.

5         38.    Pursuant to 35 U.S.C. § 284, Oracle is entitled to damages for the Alcatel

6    Defendants' infringement of the Oracle Patents.

7         39.    Pursuant to 35 U.S.C. § 283, Oracle is entitled to a permanent injunction

8    against further infringement of the Oracle Patents.

9                              **COUNT VII**

10        40.    Oracle hereby restates and realleges the allegations set forth in paragraphs

11   1 through 39 above and incorporates them by reference.

12        41.    Alcatel Lucent purports to be the owner of U.S. Patent No. 5,418,943 ("the

13   '943 patent") entitled "Information Systems With Knowledge Base And Data Base."  A true and

14   correct copy of the '943 patent is attached hereto as Exhibit G.

15        42.    Oracle has not infringed, and is not infringing, either directly or indirectly,

16   contributorily or otherwise, any claim of the '943 patent.

17        43.    The claims of the '943 patent are invalid for failure to comply with the

18   requirements of the Patent Laws of the United States, including but not limited to the provisions

19   of 35 U.S.C. §§ 101, 102, 103, and/or 112.

20                             **COUNT VIII**

21        44.    Oracle hereby restates and realleges the allegations set forth in paragraphs

22   1 through 43 above and incorporates them by reference.

23        45.    Alcatel Lucent purports to be the owner of U.S. Patent No. 6,272,502 ("the

24   '502 patent") entitled "Refreshing Materialized Views Of A Database To Maintain Consistency

25   With Underlying Data."  A true and correct copy of the '502 patent is attached hereto as Exhibit

26   H.

27        46.    Oracle has not infringed, and is not infringing, either directly or indirectly,

28   contributorily or otherwise, any claim of the '502 patent.

1    47.    The claims of the '502 patent are invalid for failure to comply with the

2    requirements of the Patent Laws of the United States, including but not limited to the provisions

3    of 35 U.S.C. §§ 101, 102, 103, and/or 112.

4                                      **COUNT IX**

5    48.    Oracle hereby restates and realleges the allegations set forth in paragraphs

6    1 through 47 above and incorporates them by reference.

7    49.    Alcatel Lucent purports to be the owner of U.S. Patent No. 6,205,449 ("the

8    '449 patent") entitled "System And Method For Providing Hot Spare Redundancy And Recovery

9    For A Very Large Database Management System." A true and correct copy of the '449 patent is

10   attached hereto as Exhibit I.

11   50.    Oracle has not infringed, and is not infringing, either directly or indirectly,

12   contributorily or otherwise, any claim of the '449 patent.

13   51.    The claims of the '449 patent are invalid for failure to comply with the

14   requirements of the Patent Laws of the United States, including but not limited to the provisions

15   of 35 U.S.C. §§ 101, 102, 103, and/or 112.

16                                      **COUNT X**

17   52.    Oracle hereby restates and realleges the allegations set forth in paragraphs

18   1 through 51 above and incorporates them by reference.

19   53.    Alcatel Lucent purports to be the owner of U.S. Patent No. 6,502,133 ("the

20   '133 patent") entitled "Real-Time Event Processing System With Analysis Engine Using

21   Recovery Information." A true and correct copy of the '133 patent is attached hereto as Exhibit J.

22   54.    Oracle has not infringed, and is not infringing, either directly or indirectly,

23   contributorily or otherwise, any claim of the '133 patent.

24   55.    The claims of the '133 patent are invalid for failure to comply with the

25   requirements of the Patent Laws of the United States, including but not limited to the provisions

26   of 35 U.S.C. §§ 101, 102, 103, and/or 112.

27

28

1

**COUNT XI**

2     56.    Oracle hereby restates and realleges the allegations set forth in paragraphs

3    1 through 55 above and incorporates them by reference.

4     57.    Alcatel Lucent purports to be the owner of U.S. Patent No. 5,659,725 ("the

5    '725 patent") entitled "Query Optimization By Predicate Move-Around." A true and correct copy

6    of the '725 patent is attached hereto as Exhibit K.

7     58.    Oracle has not infringed, and is not infringing, either directly or indirectly,

8    contributorily or otherwise, any claim of the '725 patent.

9     59.    The claims of the '725 patent are invalid for failure to comply with the

10    requirements of the Patent Laws of the United States, including but not limited to the provisions

11    of 35 U.S.C. §§ 101, 102, 103, and/or 112.

12

**COUNT XII**

13     60.    Oracle hereby restates and realleges the allegations set forth in paragraphs

14    1 through 59 above and incorporates them by reference.

15     61.    Alcatel Lucent purports to be the owner of U.S. Patent No. 5,649,068 ("the

16    '068 patent") entitled "Pattern Recognition System Using Support Vectors." A true and correct

17    copy of the '068 patent is attached hereto as Exhibit L.

18     62.    Oracle has not infringed, and is not infringing, either directly or indirectly,

19    contributorily or otherwise, any claim of the '068 patent.

20     63.    The claims of the '068 patent are invalid for failure to comply with the

21    requirements of the Patent Laws of the United States, including but not limited to the provisions

22    of 35 U.S.C. §§ 101, 102, 103, and/or 112.

23

**COUNT XIII**

24     64.    Oracle hereby restates and realleges the allegations set forth in paragraphs

25    1 through 63 above and incorporates them by reference.

26     65.    Alcatel Lucent purports to be the owner of U.S. Patent No. 6,732,156 ("the

27    '156 patent") entitled "System For Routing Electronic Mails." A true and correct copy of the

28    '156 patent is attached hereto as Exhibit M.

1        66.     Oracle has not infringed, and is not infringing, either directly or indirectly,

2    contributorily or otherwise, any claim of the '156 patent.

3        67.     The claims of the '156 patent are invalid for failure to comply with the

4    requirements of the Patent Laws of the United States, including but not limited to the provisions

5    of 35 U.S.C. §§ 101, 102, 103, and/or 112.

6                               **PRAYER FOR RELIEF**

7        WHEREFORE, Oracle prays for the entry of judgment that:

8        A.     The Alcatel Defendants have infringed each of the Oracle Patents under 35

9    U.S.C. § 271;

10       B.     Oracle has not infringed and is not infringing, directly, indirectly or

11    otherwise, any claims of the Alcatel Lucent Patents;

12       C.     Each of the claims of the Alcatel Lucent Patents is invalid;

13       D.     The Alcatel Defendants pay to Oracle damages pursuant to 35 U.S.C.

14    § 284, including an accounting;

15       E.     The Alcatel Defendants pay to Oracle attorneys' fees pursuant to 35 U.S.C.

16    § 285;

17       F.     The Alcatel Defendants pay to Oracle pre-judgment and post-judgment

18    interest;

19       G.     The Alcatel Defendants and each of their officers, employees, agents, alter

20    egos, attorneys, and any persons in active concert or participation with them are restrained and

21    enjoined from infringing the Oracle Patents;

22       H.     The Alcatel Defendants and each of their officers, employees, agents, alter

23    egos, attorneys, and any persons in active concert or participation with them are restrained and

24    enjoined from further prosecuting or instituting any action against Oracle claiming that the

25    Alcatel Lucent Patents are valid, enforceable, or infringed, or from representing that Oracle's

26    products or services, or that others' use thereof, infringe the Alcatel Lucent Patents; and

27       I.     Awarding such other and further relief as the Court deems just and proper.

28

1

## DEMAND FOR JURY TRIAL

2        Oracle demands a trial by jury on all issues so triable.

3    Dated: May 7, 2008                    WEIL, GOTSHAL & MANGES LLP

4

5                                          By: _____

6                                              Douglas E. Lumish
                                               doug.lumish@weil.com
7
                                               Attorneys for Plaintiffs
8                                              ORACLE CORPORATION,
                                               ORACLE USA, INC., ORACLE
9                                              INTERNATIONAL
                                               CORPORATION, AND SIEBEL
10                                             SYSTEMS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT
DEMAND FOR JURY TRIAL                    11                              Case No.

# Exhibit A

(12) **United States Patent**
Paul et al.

(10) **Patent No.:** US 7,188,183 B1
(45) **Date of Patent:** Mar. 6, 2007

(54) **MAINTAINING STATE INFORMATION IN MOBILE APPLICATIONS**

(75) Inventors: **Jyotirmoy Paul**, Redmond, WA (US); **Jeff Barton**, San Francisco, CA (US); **Anit Chakraborty**, Redwood City, CA (US); **Siva Dirisala**, San Mateo, CA (US)

(73) Assignee: **Oracle International Corporation**, Redwood Shores, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 747 days.

(21) Appl. No.: **09/872,066**

(22) Filed: **May 31, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/631,884, filed on Aug. 4, 2000.

(60) Provisional application No. 60/222,817, filed on Aug. 4, 2000.

(51) Int. Cl.
*G06F 15/16* (2006.01)

(52) **U.S. Cl.** ..................................... **709/229**; 709/217

(58) **Field of Classification Search** ............... 709/202, 709/203, 246, 221, 230, 232, 217–219, 227–229; 707/10, 104; 705/50; 455/414, 418
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,708,780 A | 1/1998 | Levergood et al. |
| 5,764,916 A | 6/1998 | Busey et al. |
| 5,790,800 A | 8/1998 | Gauvin et al. |
| 5,835,712 A | 11/1998 | DuFresne |
| 5,835,914 A | 11/1998 | Brim |
| 5,905,486 A | 5/1999 | Brittenham et al. |
| 5,918,013 A | 6/1999 | Mighdoll et al. |

| | | | |
|---|---|---|---|
| 6,012,098 A | 1/2000 | Bayeh et al. |
| 6,023,714 A | 2/2000 | Hill et al. |
| 6,125,391 A | 9/2000 | Meltzer et al. |
| 6,154,738 A | 11/2000 | Call |
| 6,167,441 A | 12/2000 | Himmel |
| 6,212,640 B1 | 4/2001 | Abdelnur et al. |

(Continued)

OTHER PUBLICATIONS

Siyan, Karanjit; NetWare TCP/IP and NFS; Copyright 1994 by New Riders Publishing; pp. 11, 94, 103.

*Primary Examiner*—Larry D. Donaghue
*Assistant Examiner*—Mohammad Siddiqi
(74) *Attorney, Agent, or Firm*—Hickman Palermo Truong & Becker LLP

(57) **ABSTRACT**

Techniques for interacting with a client process on a mobile device connected to a network over a wireless link includes receiving a first request at a state machine executing on a first platform connected to the network. The first request is associated with the client process, and is for a service from an application. A first method of the application is invoked with first data in response to the first request. Second data for the client process is received from the application in response to invoking the first method. A first response is based on the second data. The first response is sent for the client process. The method includes managing information about a plurality of requests associated with the client process. The application executes on a second platform connected to the network. Both the first and second platforms are distinct from the mobile device. These techniques free the developers of applications for wireless mobile devices from the responsibility for managing their session state information. This greatly simplifies and accelerates the development of applications.

**8 Claims, 15 Drawing Sheets**



# US 7,188,183 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,226,675 B1 | 5/2001 | Meltzer et al. | |
| 6,233,608 B1 | 5/2001 | Laursen et al. | |
| 6,247,046 B1 | 6/2001 | Greer et al. | |
| 6,269,373 B1 * | 7/2001 | Apte et al. | 707/10 |
| 6,279,121 B1 | 8/2001 | Gamo | |
| 6,292,657 B1 | 9/2001 | Laursen et al. | |
| 6,300,947 B1 | 10/2001 | Kanevsky | |
| 6,301,471 B1 | 10/2001 | Dahm et al. | |
| 6,336,124 B1 | 1/2002 | Alam et al. | |
| 6,345,279 B1 | 2/2002 | Li et al. | |
| 6,353,850 B1 | 3/2002 | Wies et al. | |
| 6,412,009 B1 | 6/2002 | Erickson et al. | |
| 6,421,733 B1 | 7/2002 | Tso et al. | |
| 6,430,624 B1 | 8/2002 | Jamtgaard et al. | |
| 6,463,440 B1 | 10/2002 | Hind et al. | |
| 6,463,565 B1 * | 10/2002 | Kelly et al. | 716/1 |
| 6,473,609 B1 * | 10/2002 | Schwartz et al. | 455/406 |
| 6,477,565 B1 | 11/2002 | Daswani et al. | |
| 6,480,860 B1 | 11/2002 | Monday | |
| 6,507,867 B1 | 1/2003 | Holland et al. | |
| 6,510,434 B1 | 1/2003 | Anderson et al. | |
| 6,519,617 B1 | 2/2003 | Wanderski et al. | |
| 6,523,062 B1 | 2/2003 | Bridgman et al. | |
| 6,526,439 B1 | 2/2003 | Rossmann et al. | |
| 6,535,896 B2 | 3/2003 | Britton et al. | |
| 6,546,406 B1 | 4/2003 | DeRose et al. | |
| 6,560,633 B1 | 5/2003 | Roberts et al. | |
| 6,589,291 B1 | 7/2003 | Boag et al. | |
| 6,593,944 B1 | 7/2003 | Nicolas et al. | |
| 6,594,774 B1 | 7/2003 | Chapman et al. | |
| 6,604,106 B1 | 8/2003 | Bodin et al. | |
| 6,615,212 B1 | 9/2003 | Dutta et al. | |
| 6,633,914 B1 | 10/2003 | Bayeh et al. | |
| 6,635,089 B1 | 10/2003 | Burkett et al. | |
| 6,658,625 B1 | 12/2003 | Allen | |
| 6,681,245 B1 | 1/2004 | Sasagawa | |
| 6,724,403 B1 | 4/2004 | Santoro et al. | |
| 6,741,853 B1 | 5/2004 | Jiang et al. | |
| 6,754,660 B1 | 6/2004 | MacPhail | |
| 6,788,667 B1 | 9/2004 | Beresin | |
| 6,839,744 B1 * | 1/2005 | Kloba et al. | 709/219 |
| 6,857,010 B1 | 2/2005 | Cuijpers et al. | |
| 6,871,236 B2 | 3/2005 | Fishman et al. | |

* cited by examiner



**FIG. 1A**



181 NAME
180
MOBILE APPLICATIONS BEAN
182 VALUE
187 GENERATE XML METHOD
184 TYPE SPECIFIC ATTRIBUTES, & CORRESPONDING VALUES
188
EVENT HANDLING METHOD

FIG. 1B

170
APPLICATION MENU ITEM BEAN
171
EXIT APPLICATION EVENT HANDLER
179a REFERENCE TO FIRST PAGE BEAN
172a
PAGE BEAN
173a FIELD OBJECT
173b FIELD OBJECT
176a
LISTED EVENT HANDLER
175a
CONSTRUCTOR FOR PAGE BEAN
174a VECTOR OF EVENT HANDLERS
179b REFERENCE TO NEXT PAGE BEAN
172b
PAGE BEAN
173c FIELD OBJECT
176b
LISTED EVENT HANDLER
173d FIELD OBJECT
175b
CONSTRUCTOR FOR PAGE BEAN
173e FIELD OBJECT
174b VECTOR OF EVENT HANDLERS
179c POINTER TO NEXT PAGE BEAN

FIG. 1C



**FIG. 1D**



210

<u>201</u>
WAIT FOR REQUEST FROM CLIENT TO START SESSION
WITH MOBILE APPLICATIONS SERVER

<u>202</u>
REQUEST
RECEIVED?        NO

YES

<u>204</u>
GENERATE LISTENERS
FOR SUBSEQUENT REQUESTS FROM CLIENT

<u>206</u>
OBTAIN PROFILE OF MOBILE DEVICE
ON WHICH CLIENT IS EXECUTING

<u>208</u>
DETERMINE MENU ITEMS OF
REGISTERED APPLICATIONS AVAILABLE TO CLIENT

<u>210</u>
INVOKE MENU ITEM METHODS OF STATE MACHINE
FOR SESSION WITH CLIENT

<u>212</u>
SEND MENU ITEMS TO CLIENT
VIA PRESENTATION MANAGER

**FIG. 2A**



**FIG. 2B**



FIG. 2C



**FIG. 2D**



310
SESSION OBJECT

332  METHOD TO GET CONNECTION

334  METHOD TO GET PREVIOUS PAGE

336  METHOD TO STORE OBJECT IN SESSION

338  METHOD TO GET OBJECT IN SESSION

311

342 CONNECTION INFORMATION

344 OBJECTS STORED IN SESSION

350a
FIRST INSTANCE OF AN APPLICATION
DURING SESSION

359a UNIQUE NAME
FOR INSTANCE

351a
STATE OF
FIRST PAGE OBJECT

352a  UNIQUE NAME FOR PAGE

353a  UNIQUE NAME, TYPE, ATTRIBUTES VALUES
OF FIRST FIELD OBJECT FOR PAGE

353b  UNIQUE NAME, TYPE, ATTRIBUTES VALUES
OF SECOND FIELD OBJECT FOR PAGE

353c  UNIQUE NAME, TYPE, ATTRIBUTES VALUES
OF THIRD FIELD OBJECT FOR PAGE

312

313

314

FIG. 3



**FIG. 4A**



FIG. 4B

440

441
INVOKE APPLICATION
PAGE EVENT HANDLER
WITH EVENT OBJECT

442
EXCEPTION
THROWN
?

NO

443
INVOKE NEXT
STATE MACHINE EVENT HANDLER
WITH EVENT OBJECT

YES

444
EXCEPTION =
NO MORE PAGES
?

YES

445
INVOKE STATE MACHINE
EXIT APPLICATION HANDLER
WITH EVENT OBJECT

NO

446
EXCEPTION =
REDIRECT TO
URL?

YES

447
SEND HTTP REQUEST TO URL, PLACE
HTML RESPONSE IN SESSION MEMORY
INVOKE APPLICATION EXIT PAGE HANDLER

NO

450
EXCEPTION =
ABORT?

YES

451
STATE MACHINE INVOKES
NO OTHER HANDLERS FOR
EVENT OBJECT

NO

452
EXCEPTION =
INTERRUPT?

YES

453
STATE MACHINE INVOKES
OTHER HANDLERS FOR
EVENT OBJECT

NO

454
EXCEPTION =
DEFAULT
ONLY?

YES

455
STATE MACHINE ONLY INVOKES
STATE MACHINE HANDLER FOR
SOURCE OF EVENT OBJECT



501 MOBILE DEVICE DISPLAY
540 PAGE TITLE
MISC RCPT
TXN TYPE >RECEIPT
ACCT : 10.000.504
ITEM : C45050
ZONE : FGI
LOC : SL1
UOM : EA
QTY : 2
LOT : 2388797
SERIALS : 'RANGE'
SN : 1238675
END SN : 1238675
REASON :
<SUBMIT>
520 LIST OF VALUES (LOV) FIELD ELEMENT
514 TEXT FIELD ELEMENT
516 TEXT FIELD VALUE
515 TEXT FIELD PROMPT
517 EDITABLE VALUE HIGHLIGHTED
510 ORIGINAL PAGE
530 BUTTON FIELD ELEMENT

FIG. 5A

TXN TYPES
1 COUNT
2 RECEIPT
3 SHIP
4 HOLD
5 RETURN
6 DAMAGE
7 UNCLASSIFIED
<SELECT>
510 MOBILE DEVICE DISPLAY
527 SELECTED VALUE HIGHLIGHTED
510 NEXT PAGE

FIG. 5B

610



602
RECEIVE XML DOCUMENT DESCRIBING
PAGE OBJECT COMPRISING FIELD OBJECTS

604
OBTAIN PROFILE OF MOBILE DEVICE
ON WHICH CLIENT IS EXECUTING

606
BUILD ONE OR MORE DEVICE SPECIFIC  XML PAGES
BASED ON THE RECEIVED PAGE AND
A SCREEN FORM FACTOR FROM THE DEVICE PROFILE

608
SEND XML PAGE TO CONVERTER ROUTINE

**FIG. 6A**



FIG. 6B

710

702
GENERATE ONE OR MORE PAGES  EACH COMPRISING
ONE OR MORE SELECTABLE GRAPHICAL ELEMENTS

704
FOR EACH PAGE
GENERATE A PAGE EVENT HANDLER COMPRISING
LOGIC TO EXECUTE IN RESPONSE TO A
USER OF THE MOBILE DEVICE SELECTING
A SELECTABLE GRAPHICAL ELEMENT,
THE LOGIC BASED ON
VALUES ASSOCIATED WITH THE GRAPHICAL OBJECT,
OR SESSION STATE INFORMATION, OR BOTH,
AVAILABLE FROM A MOBILE INTERACTIONS SERVER

706
REGISTER A MOBILE RESOURCE
COMPRISING THE PAGES AND PAGE EVENT HANDLERS
WITH THE MOBILE INTERACTIONS SERVER

**FIG. 7**



FIG. 8

US 7,188,183 B1

# 1

## MAINTAINING STATE INFORMATION IN MOBILE APPLICATIONS

### CLAIM OF PRIORITY

This application claims priority to U.S. provisional application Ser. No. 60/222,817, filed Aug. 4, 2000 entitled "Techniques for implementing mobile and industrial database applications" by Jyotirmoy Paul, Jeff Barton, Anit Chakraborty and Siva Dirisala, hereby incorporated by reference in its entirety. This application also claims priority to and is a Continuation-In-Part of U.S. application Ser. No. 09/631,884, filed Aug. 4, 2000 entitled "Multi-device Support for Mobile Applications Using XML" by Jyotirmoy Paul, Jeff Barton, Anit Chakraborty and Siva Dirisala, hereby incorporated by reference in its entirety.

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is related to U.S. Pat. No. 7,051,080, filed May 31, 2001 entitled "Techniques for Navigating in Mobile Applications," by Jyotirmoy Paul, Jeff Barton, Anit Chakraborty and Siva Dirisala.

This application is related to U.S. patent application serial number 09/872,566, filed May 31, 2001 entitled "Techniques for Supporting Multiple Devices in Mobile Applications," by Jyotirmoy Paul, Jeff Barton, Anit Chakraborty and Siva Dirisala.

This application is related to U.S. Pat. No. 7,013,329, filed May 31, 2001 entitled "Techniques for Programming Event-Driven Transactions in Mobile Applications," by Jyotirmoy Paul, Jeff Barton, Anit Chakraborty and Siva Dirisala.

### FIELD OF INVENTION

The present invention generally relates to network-based services for mobile, wireless devices. The invention relates more specifically to maintaining state information for complex transactions involving a network-based service and mobile, wireless devices.

### BACKGROUND OF THE INVENTION

Society is becoming increasingly reliant on network-based services. Network-based services are any services provided to devices over a network. Common network-based services include, for example, services provided over the World Wide Web, database services, etc.

Services provided over the World Wide Web are typically presented in the form of one or more web pages. A web page is data expressed in a HyperText Markup Language (HTML) and transferred over a network using the hypertext transfer protocol (HTTP) of the Internet protocol (IP). The network can be a local network, a wide area network, or the Internet itself, a public network of computer networks.

Database services may be provided by a database application, which in turn may access a database through services provided by a database server. A database application is a software application that communicates with a database server process on the network to store data into and retrieve data from a database.

According to the Internet protocol (IP), a program on one device connected to the network interacts with another program located on another device with asynchronous stateless messages. The two programs run independently and interact only through these messages. The messages are asynchronous in that each can take an arbitrary amount of time to travel from source device to destination device. Consequently, two successive messages may arrive out of order. The messages are stateless in that each message is sent, transmitted and received independently, without inheriting or relying on characteristics from any previous messages set.

The program that initiates the communication is a client process, and the program that waits for and responds to a request from the client process is the server process. The term "client" is often used to refer to either the client process, or the machine on which the client process runs, or both. The term "server" is similarly used to refer to either the server process, or the machine on which the server process is executing, or both.

A widely used client process supported by many servers on the Internet is a browser. A browser communicates with servers to retrieve and decode data expressed in HTML. HTML marks portions of the data with tags related to the manner in which the portions are to be displayed.

Adding programs, referred to as plug-ins, to a browser can extend a browser's functionality. A browser that has added functionality due to one or more plug-ins is referred to herein as an extended browser. Extended browsers may, for example, use input forms into which the user can enter data that is validated in some regard before being sent back to the server. Standard HTML does not provide for this client side validation process.

Portable devices capable of wireless communications are finding ever more uses and popularity. Some of these mobile devices are able to connect to a network. It is desirable to make network-based services available for access by such network capable mobile devices.

When making network-based services available for mobile devices, one cannot count on the ability to use software designed for a general-purpose computer. The smallest laptops are too cumbersome for some uses, such as for wireless telephony and for warehouse inventory control. Handheld devices used by agents of an enterprise in the field for these uses have limited hardware and software due to constraints imposed by limited size and low power availability.

For example, screen size, memory and plug-in functionality on the handheld device may be significantly less than what is available through a browser on a laptop, so that a Web page easily viewed on a low-end laptop is essentially unintelligible on the mobile device. A network-based service cannot rely on a particular mobile device having a screen of a needed size or having the power to execute a full browser or to accept plug-ins, such as those that allow the browser to use forms.

Some of these small footprint handheld devices may not run a World Wide Web browser at all. For example, mobile telephones use a wireless application protocol (WAP), which does not respond to the full set of HTML tags. These devices use data presented in a wireless markup language (WML), a specific implementation of the extensible markup language (XML) using a WML-specific document type definition (DTD). Other handheld devices used in industry, such as bar code readers, communicate with a network using a teletype protocol (Telnet), which accepts or sends one character at a time, with little or no display options such as font size, font type, italics, and color, and without the capability for displaying images.

Complex interactions, such as those involving shopping online or employing an expert system to diagnose symptoms of a problem, require many messages to be sent back and

3

forth between a client process and one or more server processes. In some cases, a first process must pass along "state information" with a first message to a second process, so that the second process will pass the state information back in a subsequent message to the first process. The state information received by the first process in the subsequent message lets the first process know that the subsequent message is related to the same transaction as the first message.

One technique to pass the state information involves including the state information along with the address that identifies the destination to which a message is sent. That address may take the form, for example, of a universal application locator (URL) address supplemented with extra characters that convey the state information.

Another technique involves placing the state information in a file called a cookie. The cookie is sent along with a message to a client machine. The client machine stores the cookie. Whenever the client machine sends a message to the source of the cookie, the client machine includes the cookie with the message.

Unfortunately, these approaches for communicating state information are not always available when the transaction involves a mobile device. For example, a mobile device running the WAP protocol has the capacity only for a limited amount of information in each page of information received. Specifically, in most mobile telephones, a page is limited by a maximum of about 1500 bytes (a byte is 8 binary digits and usually represents one character of text). In such a WAP device a long network address, such as a URL with a large amount of state information, is not feasible. Furthermore, the WAP Specification does not support cookies. Hence a Web server cannot manage a session with a WAP device involving a complex transaction that uses cookies.

Because there is a wide variety of mobile devices, with a wide range of screen sizes, colors, memory sizes, page buffers, processor types and client protocols, among other properties, it is generally cost prohibitive to try to duplicate all the functionality of a network-based service for each possible mobile device.

Based on the foregoing, there is a clear need for techniques that allow network-based services to be made readily available to a wide range of mobile devices or to support complex transactions, or both, without having to explicitly program each network-based service to support all forms of mobile devices.

## SUMMARY OF THE INVENTION

Techniques are provided for interacting with a client process on a mobile device connected to a network over a wireless link. According to one aspect of the invention, the techniques include receiving first data in a first method of an application executing on a first platform connected to the network. The first data is received from a state machine in response to a message from the client process. Second data for the client process is returned to the state machine in response to receiving the first data. The state machine executes on a second platform connected to the network. Both the first and second platforms are distinct from the mobile device. The state machine manages information about a plurality of messages from the client process.

According to another aspect of the invention, techniques for interacting with the client process on the mobile device connected to the network over the wireless link include receiving a first request at a state machine executing on a first platform connected to the network. The first request is

4

associated with the client process. The first request is for a service from an application. A first method of the application is invoked with first data in response to the first request. Second data for the client process is received from the application in response to invoking the first method. A first response is based on the second data. The first response is sent for the client process. The method includes managing information about a plurality of requests associated with the client process. The application executes on a second platform connected to the network. Both the first and second platforms are distinct from the mobile device.

These techniques free the developers of applications for wireless mobile devices from the responsibility for managing their session state information. This greatly simplifies and accelerates the development of applications.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements and in which:

FIG. **1A** is a block diagram that illustrates one embodiment of a mobile applications server connected to a network with which a mobile device communicates over a wireless link.

FIG. **1B** is a block diagram that illustrates a graphical object used by an embodiment of the mobile applications server **110** to interact with a mobile device.

FIG. **1C** is a block diagram that illustrates an embodiment of an application comprised of a hierarchy of graphical objects and methods.

FIG. **1D** is a block diagram that illustrates one embodiment of a mobile interactions server used in the mobile applications server of FIG. **1A**.

FIG. **2A** is a flowchart that illustrates one embodiment of a method for a mobile interactions server to respond to a client making an initial request for services.

FIG. **2B** is a block diagram of a main menu on a screen of a mobile device produced in response to requesting applications from a mobile applications server.

FIG. **2C** is a flowchart that illustrates one embodiment of a method for a mobile interactions server to respond to a subsequent action by a user of the client process.

FIG. **2D** is a block diagram of an event object used by the mobile interactions server.

FIG. **3** is a block diagram that illustrates an embodiment of a data structure for storing session state information by the mobile applications server **110**.

FIG. **4A** is a flowchart that illustrates a method for handling a special key event.

FIG. **4B** is a flow chart that illustrates exception handling methods of the mobile interactions server.

FIG. **5A** is a diagram that illustrates an embodiment of a page on a display of a mobile device.

FIG. **5B** is a diagram that illustrates an embodiment of a next page on a display of a mobile device.

FIG. **6A** is a flowchart that illustrates one embodiment of a method for a device-sensitive presentation manager to prepare page output for a particular mobile device.

FIG. **6B** is a flowchart that illustrates one embodiment of a method for an XML to protocol converter to manage page output for a particular mobile device.

FIG. **7** is a flowchart that illustrates one embodiment of a method for an application developer to utilize a mobile interactions server.

5

FIG. **8** is a block diagram that illustrates a computer system upon which an embodiment may be implemented.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid unnecessarily obscuring the present invention.

### Operational Context

To illustrate network applications interacting with mobile devices employing a wireless link, consider FIG. **1A**. FIG. **1A** is a block diagram that illustrates one embodiment of a mobile applications server **110** connected to a network **108** with which a mobile device **101** communicates over a wireless link **106**.

The mobile device **101** includes a screen display **102**, one or more keys **104** and a client process **103** running on a microprocessor (not shown) in the mobile device **101**. Some mobile devices may include a sensor **105**, such as a microphone or barcode reader. The mobile device **101** communicates with a base station **107** using a wireless link **106** that may be proprietary. Examples of wireless links include a local radio frequency link such as IEEE 802.11, a wide area radio frequency link, a satellite link, and a personal communication services (PCS) data link through a WAP Gateway.

The base station **107** is connected to the network **108**. The base station **107** passes network message traffic between the client **103** and the servers on the network **108**. The network **108** may be any network using an asynchronous stateless protocol like TCP/IP, including a local network, a private wide area network, or the Internet.

The mobile applications server **110** includes one or more processes executing on a machine connected to the network **108**. According to one embodiment, the mobile applications server **110** provides functionality for the mobile device **101** beyond the functionality built into the processor and client **103** on board the mobile device itself.

In one embodiment, the mobile applications server **110** provides one or more applications **116** that may be used by a mobile device over the network **108**. For example, assume that mobile device **101** is a device having a barcode reader as the sensor **105**. Such a device may be used in conjunction with an inventory application to update an inventory database. The update may be performed by scanning the barcode on an item and pressing a key to indicate whether the item is being added to the inventory, or is being removed from the inventory due to damage, due to sale, or due to transport to another warehouse.

For another example, a database application for mobile device **101** having a microphone, such as a mobile phone, could identify the user of the mobile device based on a comparison of the user's voice with a voice print for the user. The voice print may be maintained in a database by a database server on the same platform as the mobile applications server **110** or some other server platform on the network **108**.

The mobile applications server **110** may also provide non-database applications. For example, if the sensor **105** is

6

a global positioning system (GPS), then the mobile application could compute the area walked off by a user carrying the mobile device **101** based on positions output from the sensor **105** and transmitted to the mobile applications server **110**.

According to several embodiments, applications **116** on mobile applications server **110** interact with mobile device **101** through a mobile interactions server **150** in the applications layer. The network device on which mobile applications server **110** executes also includes processes that execute in a network layer, a transport layer, and a security layer that are not significantly modified by the invention and are not described further.

### Overview of Functional Components

Referring to FIG. **1A**, mobile applications server **110** is one or more processes executing on a computing device connected to the network **108** that provides services for a mobile device **101** in response to one or more requests for services from the client process **103** executing on the mobile device **101**.

Mobile applications server **110** includes one or more applications **116**. In general, an application is a set of instructions that can be called to cause one or more processors to perform a series of related tasks for providing a requested service. An application often requires input data and produces output data. An application often comprises one or more methods that can be invoked separately each with their own input and output.

Many ways of producing applications are known in the art. For example, in one embodiment, the application is a package of JAVA classes containing public methods that can be invoked separately by the name of the method and the name of the class. Input for each public method is provided as one or more data structures called parameters and output is provided as a returned data structure. The names of the public methods, and the names and definitions of the input and returned data structures are published as an application programming interface (API). In another embodiment, the application is a library of methods created in another language that also has a published API. In still other embodiments, the application is a compiled program executed by a command line in the operating system language for the platform on which the applications reside. The compiled program operates on input in data files or on an input stream and produces output in data files or on an output stream, all defined in the operating system language. In yet other embodiments, the application is a script in the operating system language that executes several compiled programs in sequence.

Each application of the mobile applications **116** on the mobile applications server **110** provides functionality for mobile devices. As described in the background section, different mobile devices may have different characteristics. For example, different devices may communicate on the network through their base stations with different protocols (e.g., WAP, HTTP, Telnet), may have different keys and sensors, and may have different screen sizes, different memory capacities and different processing power. Such differences in characteristics complicate obtaining input for the application and presenting output from the application. These applications **116** are special in that they communicate with the mobile device **101** through a mobile interactions server **150**, described next, in a manner that does not require developers of the application **116** to address specific characteristics of the individual mobile device **101**.

US 7,188,183 B1

7

The mobile applications server **110** includes the mobile interactions server **150** that provides data or methods or both for obtaining input data from the mobile device, for presenting output data at the mobile device, and for managing the data communicated with the mobile device. The mobile interactions server **150** receives requests from the client process **103** through the mobile device base station **107** and returns responses to the client process **103** through the base station **107**. The mobile interactions server also passes data to the applications **116** involved, causes methods of the applications **116** involved to be executed, and receives any output from the applications **116** for the mobile device **101**. The mobile interactions server thus operates to intercede between the application **116** and the mobile device **101** to insulate the application **116** from dealing with specific characteristics of individual mobile devices.

In the embodiment of FIG. **1A**, the mobile interactions server **150** generates additional components at runtime in response to an initial request from the client process **103**. These additional components include a listener **152**, a state machine **154** and a state information database **155**. The listener **152** is a process launched by the mobile interactions server **150**. The listener monitors a port associated with input having a particular protocol (e.g., HTTP, WAP, or Telnet) on the mobile applications server. The listener acts in response to requests received from a client process on the port and causes data to be sent back to the client process over the network.

In the embodiment depicted, the listener produces descriptions in the extensible Markup Language (XML) of graphical elements for display on the screen **102** of mobile device **101** which are sent to a conventional XML converter **112** described below. When monitoring some ports, however, the listener **152** does not send an XML document. Instead, the listener **152** produces a response for the mobile device in the protocol used by the base station **107**. For example, when listening on a Telnet port, the listener produces a response using the Telnet protocol. In this case, the response is sent to the base station via the network **108** and bypasses the conventional XML converter **112**. If the response produced by the listener **152** for the client process uses the methods of an application **116** or information from previous requests and responses, then the listener causes a method of a state machine **154** to be executed and the listener bases the response for the client process on the data returned from the state machine **154**.

The state machine **154** is a process that is launched by the listener. In some embodiments, the state machine **154** is a library of methods invoked as controlled by the listener **152**. In other embodiments, the state machine **154** is a background process that executes in parallel waiting for a particular message upon which to act. The state machine **154** receives data from the listener **152** based on requests from the client process and returns responses to the listener **152** for the client process. The state machine **154** also determines which methods of which applications **116** are involved and causes the involved methods to be executed.

The state machine **154** also manages information about multiple requests and responses involving the client process for each client process communicating over the port. The state information database **155** is persistent storage for the information managed by the methods of the state machine **154** for the client process during the client communication session with the mobile interactions server. Thus, the state machine **154** and state information database **155** enable applications to perform complex transactions in which a response passed to the client in response to a request

8

contains or depends on information carried in a previous request or response. In some embodiments the state information database survives for a limited time after communication with the client terminates—in case the break in communications is an unintentional interruption. If the client reestablishes communication within the limited time, then the state machine method invoked by the listener to commence a session with the client identifies the existing state information database for the client and employs the existing database instead of creating a new one.

The mobile applications server also includes a conventional XML converter process **112**, which translates descriptions in the eXtensible Markup Language (XML) of graphical elements for display on the screen **102** of mobile device **101** to descriptions used by the base station **107** for several protocols. Conventional XML converters use an eXtensible Stylesheet Language (XSL) to translate from XML to any of several markup languages used by a variety of base stations. However, there is not a standard markup language for Telnet devices, and conventional XML converters do not translate XML descriptions into a markup language for Telnet. In an alternative embodiment, shown in FIG. **1D**, the listener **152** produces Telnet protocol responses that are sent to the network **108**, bypassing the conventional XML converter **112**.

FIG. **1D** is a block diagram showing an embodiment **150b** of mobile interactions server **150**. This embodiment includes an embodiment **152b** of listener **152** in which the listener **152** includes a device-sensitive presentation manager **140** and an XML to protocol converter **114**. The device-sensitive presentation manager is a process that modifies the format of data received from the state machine for display on the screen **102** of the mobile device **101** based on information particular to the mobile device before sending the information to the client process.

For example, the data from the state machine indicates a menu of 10 items, but the screen **102** of the particular mobile device **101** has only five lines. The device-sensitive presentation manager **140** receives data indicating the menu with the ten items, determines that the mobile device has a display screen that only shows five lines, and reformats the data to send one of three subsets of the data, each subset indicating five lines of graphical display or less. For example, the first subset of data indicates four menu items for the first four lines and a button labeled "next items" for the fifth line. The second subset of data indicates three menu items for the middle three lines, a button labeled "prev items" for the first line and a button labeled "next items" for the fifth line. The third subset of data indicates a button labeled "prev items" on the first line followed by the last three menu items on the next three lines.

In the illustrated embodiment, the information particular to a mobile device comes from a device profile database **145** holding information about the characteristics of mobile devices. In other embodiments, the information comes from prompting the mobile device for its characteristics and obtaining an answer in a process called negotiating. In some embodiments the process is performed by invoking a method in a library of methods, in another embodiment the process executes in the background waiting for input from the listener.

In the illustrated embodiment, the output from the device sensitive presentation manager **140** is in XML, which is used as a common markup language relatively easily converted to device-specific protocols. In another embodiment, a different markup language is used as the common markup language.

9

Listener **152***b* also includes an internal XML to protocol converter **114**. The internal converter **114** is a process that receives data in XML and converts it to a protocol used by the base station **107** of the mobile device **101**. Some protocols use data in mark up languages produced by an external conventional XML converter **112**. For these protocols, the internal XML to protocol converter **114** sends the XML data to the external conventional XML converter **112** with little or no change, as shown in FIG. **1**A by arrow **113***a*. The external XML converter **112** uses XSL to produce different markup languages tailored to types of mobile device and sends data in these markup languages over the network as shown in FIG. **1**A by arrow **113***b*. The external XML converter **112** produces various versions of HTML for HTTP clients like web browsers, a Handheld Device Markup Language (HDML) for some devices, a markup language for voice capable gateways (VoxML), and various versions of WML, such as for ERICSSON™ and NOKIA™ **7110** devices. An Example of a conventional XML converter suitable for the external converter **112** is PORTAL-TO-GO™ of the ORACLE™ Corporation.

For other protocols for which there is not a standard markup language, the internal XML to protocol converter **114** performs parsing of the XML data and converts the data to messages that follow the protocol. For example, for the Telnet protocol, the internal XML to protocol converter **114** determines which XML elements are displayed on the next line and sends the contents of those elements, character by character, to the base station **107**, as dictated by the Telnet protocol. These Telnet responses are not sent to the external conventional XML converter **112** but are sent directly to the network as indicated by arrow **113***c* in FIG. **1**D for the base station, bypassing the external conventional XML converter **112**. This internal XML to protocol converter **114** is especially useful with industrial devices, for example, with industrial bar code readers used on the floor of a warehouse or factory, which communicate with an inventory database application over a local area network using the Telnet protocol.

Graphical Elements

According to the present invention, the applications **116** communicate indirectly with the mobile devices through the mobile interactions server **150** using data that describes one or more graphical elements that may be displayed on the screens of the mobile devices and may be associated with actions by a user of the mobile device, such as moving a cursor and pressing a key. Several types of known graphical elements are associated with known actions by a user who manipulates a cursor on the screen of the mobile device and coordinates the use of one or more keys on the mobile device. Among the known graphical elements are a text field, a button, a check list, a set of radio buttons, and a pull down menu (also called a popup menu). According to the disclosed techniques, the application employs these graphical elements and others to prompt for and obtain a series of inputs from a user of the mobile device in order to conduct a complex transaction. The techniques allow an application designer to include graphical elements without the application designer providing the details of how the graphical elements are communicated to the mobile device or how much information is stored on the mobile device.

For example, an application can be built to allow a mobile telephone user to search for a name in a telephone directory maintained in a telephone directory database by a third party and to download the name and number to the mobile

10

telephone's speed dial list maintained in persistent memory on the mobile telephone. The application constructs a first set of graphical elements for the mobile telephone to prompt the user of the telephone to input each character of the name being searched for. This set of graphical elements used together is called a page. The application uses the name input by the user to construct a query to send to the third party database to obtain a list of names and numbers that match the name being searched for. The application then constructs another page of one or more graphical elements to present the one or more resulting names and prompt for the user to select one or more. In response to further user action, the application then constructs another page of graphical elements to prompt the user to indicate whether the selected names should be added to the speed dial directory or dialed or ignored. Based on the response the application issues a command that causes the telephone to add the numbers to the telephone's speed dial directory or to dial a selected one number or to simply end the application. According to the techniques described below, this application can employ all the graphical elements needed without dealing with the details of the protocol to communicate with the device, or how the graphical element is rendered on the screen of the mobile device, or maintaining all the user inputs in persistent storage.

The Structures for Graphical Elements

The fundamental building block for a graphical user interface for interacting with a user of the mobile device is the graphical element. A page is constructed of one or more graphical elements that are intended to be used together by a user of the mobile device. An application is built of one or more pages. When a user first requests services from the mobile applications server, the user is presented with a main menu including a menu item for each selectable application on the mobile applications server. When the user selects one of the menu items, the user is presented with the first page of the corresponding application.

The graphical element and the page and the menu item are implemented as objects in an object-oriented language like JAVA™. In object-oriented implementations, an object is a data structure that is a particular instance of a data structure type defined in a class. The objects are said to be instantiated from the class. The class defines the attributes and methods for all the objects in the class. While all objects instantiated from the same class have the same attributes, the values that those objects store for those attributes may vary from object to object. Furthermore, an attribute may be defined to refer to an object of a second class, so that the value this attribute takes is an object of the second class. Classes can inherit some or all of their attributes and methods from other classes which themselves may inherit attributes and methods from other classes. In JAVA, the classes form a hierarchy and a class can only inherit from classes above them in the hierarchy to avoid cyclic inheritance. In JAVA several classes are stored together in a package. Each class in the package has a unique name and the names together constitute a namespace.

According to the object oriented implementation, a menu item object corresponding to the application includes one or more page objects as attribute values, and each page object includes one or more field objects as attribute values. A field object corresponds to a graphical element.

US 7,188,183 B1

| 11 | 12 |

Mobile Applications Bean Objects

A bean is a class of objects with at least a minimum set of attributes and methods, including a bean name and a method for listing the attributes (i.e., properties) and attribute values of each object. This method gives the bean class the behavior of introspection. In one embodiment the bean class methods includes a method for setting a value for an attribute of the object, and a method for getting the value of the attribute. These methods give the bean class the behavior of persistence, and, by providing a standard format for storing and retrieving information, give the bean class the behavior of serialization. In this embodiment, the methods provide the functionality to store and retrieve the attributes and attribute values of instances of the bean class or of instances of classes that inherit from the bean class.

In another embodiment, the bean class includes a vector of event handling methods. An event is an object generated by a listener in response to a message from a client process. Different listeners produce different event types. The event received from the listener is the input parameter for the event handler corresponding to the event type. The vector of event handlers in the bean class handle events in response to a user of the mobile device activating a control of the mobile device **101**, such as by pressing a key **104** of the mobile device, using a pointing device on the mobile device, or turning on the sensor **105**. In some embodiments, event handling methods are implementations of interfaces for handling event objects. An interface is data that defines the name for a method and the names of the parameters used as input to the method, and the class of the objects used as values for the parameters, and the class of the object returned, if any. The class is often identified by the name of the class; the name of the class of which an object is an instance is also called the type of the object. An implementation of an interface provides the instructions to use the parameters to produce the returned value.

A JavaBeans class is a commercially available, published bean class including methods for providing introspection, persistence and event handling.

According to the present disclosed techniques, mobile applications beans are provided to an application developer and used in the application. A mobile applications bean is a class that inherits the attributes, attribute values and methods of a bean class and extends them for describing a graphical element, a page or an application menu item. The mobile applications bean extends the bean class by providing an additional one or more attributes or by replacing one or more methods or by adding one or more methods or interfaces, or by some combination of these changes. A menu item bean is a mobile applications bean extended to provide the attributes and methods used when an application is invoked or launched and when the application terminates. A page bean is a mobile applications bean extended to provide the attributes and methods used when a page is entered and exited. A field type bean class is a mobile applications bean class extended for each graphical element. A different field type bean class is defined for each of the known graphical elements used to interact with a user of a mobile device. For example, a field type bean class is defined for a text field, a button, a radio button, a checklist, a list, and a list of selectable values, as described in more detail below.

FIG. 1B shows some of the main attributes and methods included in a mobile applications bean **180**. A mobile applications bean **180** includes a bean name **181** and a bean value **182** as required by all beans. The mobile applications bean also includes zero or more attributes and attribute values **184** particular to the type of mobile applications bean. In this context the type of a mobile applications bean is used to indicate one of the menu item bean, the page bean, and the field type beans, such as the text bean, the button bean and other beans mentioned above or described in more detail below.

The mobile applications bean **180** includes a method **187** for generating an XML document that describes the graphical element to be displayed on a screen of the mobile device to represent an object of the mobile applications bean. An XML document that describes a graphical element for display on a variety of mobile devices is described in more detail in the related application incorporated by reference in its entirety above

The mobile applications bean **180** includes a method **188** for handling an event generated by a listener when a graphical element corresponding to the bean is involved in an action by the user of the mobile device. For some mobile applications beans this method **188** is just an abstract method naming the method and the parameters and the parameter types and including a return statement to end the method, but not performing any significant functions. The event handling method is to be written by the application programmer when the application is built in order to have the event handling method perform the desired tasks of the application as described with an example below. The mobile applications beans include default event handlers for all events generated by the mobile interactions server. In addition, a set of event handlers, corresponding to a limited set of predefined events, is defined in a mobile applications interface so that the application developer can provide the instructions to execute upon occurrence of one of the predefined events. The predefined events are high-level, generic events that insulate the application from the device-specific details of user actions on the mobile device, such as keys stroked and pointing device characteristics manipulated.

For example, a predefined field-entered event is generated when a cursor on the screen **102** of the mobile device **101** enters a graphical element associated with a field type bean. A pre-defined special-key-pressed event is generated when a special key of the keys **104** is pressed to move to a different page without completing and submitting the current page. A pre-defined page-exited event is generated when a user indicates the user is finished with the page, such as when an enter key is pressed with the cursor placed on a button labeled "submit". If the application does not include instructions for the event handling methods for these events, the mobile interactions server employs one of the built-in event handlers for these events. More details on the event handling methods and interfaces are described in a later section.

The Field Bean

The field beans describe the attributes and behavior of the graphical elements displayed on the screen **102** of the mobile device **101** and used to display information to the user or collect data from the user or both.

According to one embodiment, a set of nine field types are defined by corresponding field type bean subclasses of a field bean subclass of the mobile applications bean. The set of nine field bean types are provided to the application developer to instantiate and add event handlers to provide the behavior for the application being developed. The nine field type beans include a text field bean, a list of values (LOV) field bean, a list field bean, a multi-list field bean, a checkbox field bean, a radio field bean, a button field bean,

US 7,188,183 B1

13

a heading field bean, and a separator field bean. The values assigned to properties of the field beans are used to customize the instantiated field type for particular applications. For example, the "hidden" property of a text bean may be set to "true" to suppress display of the value. Similarly, the "editable" property of a text bean may be set to "true" to allow the user to type characters that replace the characters currently in the value of the bean. Default values provided for some attributes are assigned if the application does not explicitly assign other values. In the preferred embodiment, a method **187** for generating an XML document for each field type bean is built-in and need not be written or replaced by the application developer.

FIG. **5**A shows how text field beans are rendered on a Telnet device having a fourteen line display. This display is based on the XML document produced by method **187** for this subclass and subsequently processed by the XML to protocol converter **114**. A device using the Telnet protocol adds one character at a time to the current line of a display device, except that a special "line-feed" character displays a new line with no characters. Some Telnet devices display only the current line, others display several lines. On Telnet display **501**, text field bean **514** is displayed as a string of characters including a text field prompt **515** and a text field value **516**. A prompt is an attribute (i.e., property) of this text field subclass, which has a value of "ACCT" for the object displayed. The "ACCT" prompt value indicates the text field **514** contains a value for an account number.

The editable attribute of this text field element is indicated by the XML document produced by method **187** for this bean. The editable field is rendered as a reversed background highlight **517** according to the XML to protocol converter **114** based on information in the device profile database **145** about the display used by this device. For example, it is determined from the device profile database that the display on the particular mobile device in which the client process is executing supports reverse background text. Then the editable text is highlighted on this Telnet display by reversing black and white for the characters and background. The user of the mobile device may replace the characters in the value of this field bean with other characters indicating a

14

different account number. As the user strokes each character key, the built-in event handling method **188** for the text field bean automatically uses the XML generating method **187** to produce an XML document that describes the new character in the field and the cursor moved to the next position. The application developer does not have to replace either method **187** or **188** and therefore does not need to know the details of communicating with the mobile device.

Sample attributes of the nine field bean classes are provided in Tables 1 through 9. Values are assigned to these attributes by the application to specify the layout of the graphical elements with which a user of the mobile device receives and enters data. The information in each of the following tables is also used in the method **187** to generate XML documents for the objects instantiated from the bean. The method **187** to generate XML uses an XML document type definition (DTD) for the bean. The DTD defines XML element tags that correspond to the field bean types and attributes that correspond to the entries in the "Attribute" column. The DTD also specifies data types for the attributes that correspond to the entries in the "Allowed Values" column and default values that correspond to the entries in the "Default Value" column in the Tables 1 through 9. A corresponding style sheet is used by the XML converters **112** and **114** to translate the XML document into other markup languages or protocols.

If an attribute is inherited from the field bean of the mobile applications bean, a "yes" appears in the "Inherited" column in Tables 1 through 9. A short description of the graphical effect of the attribute on a corresponding graphical element ultimately produced on the screen of a mobile device is included in the column titled "Graphical Effect." The "get", "set" and "is" columns refers to the bean class methods used to access the attribute; the "is" method is used to get an attribute value that holds a logical value "true" or "false".

A text field bean object is used to display text or receive text input from a user. Constraints on user input, if any, are described by some of the attributes for this bean. Table 1 shows attributes of the text field bean.

TABLE 1

|  | Text field bean attributes | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Attribute | Inherited | Graphical Effect | Allowed Values | Default Value | get | set | is |
| Name | yes | none | any string | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | any string 9 characters in length or less | NULL | X | X | |
| Hidden | yes | do not display the field | "true" "false" | "false" | | X | X |
| Required | no | field cannot be exited until a character is input | "true" "false" | "false" | | X | X |
| AlterCase | no | forces the input characters to appear in upper or lower case | "U" for upper "L" for lower "N" for no forcing | "N" | X | X | |
| Value | no | displayed text in input area | consistent with ValueType attribute | NULL | X | X | |
| ValueType | no | refuses input of the wrong type | "S" for string "N" for number "D" for date "R" for range | "S" | X | X | |

US 7,188,183 B1

15

16

TABLE 1-continued

Text field bean attributes

| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
|---|---|---|---|---|---|---|---|
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |
| Editable | yes | Value attribute changed by user input indicated by highlighting | "true" "false" | "true" | | X | X |
| Password | no | do not display Value attribute | "true" "false" | "false" | | X | X |
| Length | no | maximum number of characters allowed on input | any number | "10" | X | X | |

A list of values (LOV) field bean object is used to present the user with a pop-up list of selectable items and obtain user input signifying one of the selectable items, such as in a pop-up (or pull down) menu. The bean for these objects allows the list of selectable items to be determined dynamically at runtime by providing an attribute to store a command that launches a procedure to generate the list. The command is a structured query language (SQL) statement or a call to a packaged procedure in JAVA or PL/SQL, a proprietary extension of SQL supported by the ORACLE™ Corp. A result set produced in response to executing the procedure may include more than one subfield for each listed item, so the bean provides attributes to describe the subfields and their display. An example of how a LOV bean object is displayed on a Telnet device is provided later. Table 2 shows attributes of the LOV bean.

TABLE 2

List of values (LOV) field bean attributes

| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
|---|---|---|---|---|---|---|---|
| Name | yes | none | any string | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | any string 9 characters in length or less | NULL | X | X | |
| Hidden | yes | do not display the LOV field | "true" "false" | "false" | | X | X |
| Required | no | field cannot be exited until a choice is input | "true" "false" | "false" | | X | X |
| AlterCase | no | forces the input characters to appear in upper or lower case | "U" for upper "L" for lower "N" for no forcing | "N" | X | X | |
| Value | no | displayed text in input area | consistent with ValueType attribute | NULL | X | X | |
| ValueType | no | refuses input of the wrong type | "S" for string "N" for number "D" for date "R" for range | "S" | X | X | |
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |
| Editable | yes | Value attribute changed by user input indicated by highlighting | "true" "false" | "true" | | X | X |
| Length | no | maximum number of characters allowed on input | any number | "10" | X | X | |
| LOVstatement | no | command that causes a processor to generate list of values from which user will select | SQL query, or packaged procedure with one results set output | NULL | X | X | |
| Input Parameters | no | none | array of strings with input parameters for procedure in LOVstatement | NULL | X | X | |

US 7,188,183 B1

17                                                                      18

TABLE 2-continued

List of values (LOV) field bean attributes

| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
|---|---|---|---|---|---|---|---|
| InputParameter Types | no | none | array of strings with input parameter types "S" string in session memory "N" number in session memory "D" date in session memory "T" time in session memory "AS" string "AN" number "AD" date "AT" time | NULL | X | X | |
| SubfieldNames | no | none | array of strings with names of subfields on each listed item in results set | NULL | X | X | |
| Subfield Prompts | no | text displayed proximate to each subfield displayed | array of strings for each subfield | NULL | X | X | |
| Subfield Displays | no | display subfield | array of "true" "false" values | NULL | X | X | |
| Selected Values | no | none | array of strings for all subfields in selected list item | NULL | X | X | |

The input for the procedure in the LOVstatement attribute may be provided directly when the object is instantiated from the LOV bean. The LOV bean also allows the parameters input to the procedures to be obtained from the information managed by the state machine for the session, as indicated in Table 2 by the expression "session memory." In the illustrated embodiment session memory is the state information database **155**. If the input parameter comes from session memory, the input parameter is provided not by a value but instead by the reference to the information in the session memory. In some embodiments the reference is a unique name for the information as described in more detail

later. The InputParameterTypes attribute holds strings that indicate whether each input parameter is an actual string (AS), number (AN), date (AD) or time (AT), in which case the type begins with the letter "A", or whether each input parameter is a reference to a string (S), number (N), date (D) or time (T), in the session memory, in which case there is no "A" prefix.

A list field bean object is used to display lists of related items or receive text input from a user for some or all of the listed items or both. Constraints on user input, if any, are described by some of the attributes for this bean. Table 3 shows attributes of this field bean.

TABLE 3

List field bean attributes

| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
|---|---|---|---|---|---|---|---|
| Name | yes | none | any string | NULL | X | X | |
| Value | yes | number of items in list if all displayed | any number | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | string of 9 characters in length or less | NULL | X | X | |
| Hidden | yes | do not display the field | "true" "false" | "false" | | X | X |
| Values | no | displayed text in input area | array of values consistent with ValueType attribute | NULL | X | X | |
| ValuesTypes | no | refuses input of the wrong type | array of types "S" for string "N" for number "D" for date "R" for range | NULL | X | X | |

US 7,188,183 B1

19                                                                          20

TABLE 3-continued

List field bean attributes

| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
|---|---|---|---|---|---|---|---|
| ValuesLabels | no | text displayed adjacent to listed item | array of strings of 9 characters or less | NULL | X | X | |
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |
| Editable | yes | One item on list selected by user input indicated by highlighting | "true" "false" | "true" | | X | X |
| SelectedItem | no | determines which item is highlighted | number $\leqq$ Value | NULL | X | X | |

A multi-list field bean object is used to display multiple lists of related items or receive text input from a user for some or all of the listed items or both. Constraints on user input, if any, are described by some of the attributes for this bean. A multi-list bean is useful for receiving input into a table of rows and columns. Table 4 shows attributes of this field bean.

A checkbox field bean object is used to allow a user to select none, one, some or all of one or more options. The checkbox is especially useful when the options require many characters to specify. Table 5 shows attributes of the checkbox field bean.

TABLE 4

Multi-list field bean attributes

| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
|---|---|---|---|---|---|---|---|
| Name | yes | none | any string | NULL | X | X | |
| Value | yes | number of lists in object if all displayed | any number | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | string of 9 characters in length or less | NULL | X | X | |
| Hidden | yes | do not display the field | "true" "false" | "false" | | X | X |
| Numbers | no | number of items in each list | array of numbers | NULL | X | X | |
| Values | no | displayed text in input area of all items in all lists | array of values consistent with ValueType attribute | NULL | X | X | |
| ValueType | no | refuses input of the wrong type | array of types "S" for string "N" for number "D" for date "R" for range | NULL | X | X | |
| ValuesLabels | no | text displayed adjacent to listed item | array of strings of 9 characters or less | NULL | X | X | |
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |
| Editable | no | Values attribute changed by user input indicated by highlighting | array of "true" "false" values | "true" | | X | X |
| Length | no | maximum number of characters allowed on input for each list | array of numbers | NULL | X | X | |

US 7,188,183 B1

21                                                                                                    22

Table 5

| | | Checkbox field bean attributes | | | | | |
|---|---|---|---|---|---|---|---|
| Attribute | In- herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
| Name | yes | none | any string | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | any string | NULL | X | X | |
| Hidden | yes | do not display the field | "true" "false" | "false" | | X | X |
| Required | no | field cannot be exited until a choice is input | "true" "false" | "false" | | X | X |
| Checked | no | check mark appears in box or equivalent | "true" "false" | "false" | | X | X |
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |
| Editable | yes | Checked attribute changed by user input | "true" "false" | "true" | | X | X |

A radio button field bean object is used allow a user to select one or more of several related options. The radio button is especially useful when the options are mutually exclusive. Table 6 shows attributes of the radio button field bean.

A button field bean object is used to present a button to a user of a mobile device and receive input indicating completion of input for the current page. For example, a "SUBMIT" or "DONE" or "OK" button is instantiated from the button field bean. Typically a task is performed by the application

TABLE 6

| | | Radio button field bean attributes | | | | | |
|---|---|---|---|---|---|---|---|
| Attribute | In- herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
| Name | yes | none | any string | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | any string | NULL | X | X | |
| Hidden | yes | do not display the field | "true" "false" | "false" | | X | X |
| GroupName | no | relates several radio buttons with same GroupName | any string | NULL | X | X | |
| GroupLabel | no | displays text proximate to several radio buttons | any string | NULL | X | X | |
| Required | no | field cannot be exited until a choice is input | "true" "false" | "false" | | X | X |
| Checked | no | solid dot appears in circle or equivalent | "true" "false" | "false" | | X | X |
| Exclusive | no | only one radio button in group may be checked | "true" "false" | "true" | | X | X |
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |
| Editable | yes | Checked attribute changed by user input | "true" "false" | "true" | | X | X |

US 7,188,183 B1

23

and then a new page is displayed to the user. Table 7 shows attributes of the button field bean.

Table 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Button field bean attributes | | | | | | | |
| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
| Name | yes | none | any string | NULL | X | X | |
| Prompt | yes | displayed text to prompt user input | any string 9 characters in length or less | NULL | X | X | |
| Hidden | yes | do not display the field | "true" "false" | "false" | | X | X |
| NextPageName | no | controls navigation upon exiting field | string for unique name of next page | NULL | X | X | |

The header field bean is used to insert text into the header or title area of a screen on a mobile device. Attributes of a header field bean are shown in Table 8.

TABLE 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attributes of a header text bean | | | | | | | |
| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
| Name | yes | none | any string | NULL | X | X | |
| Value | yes | displayed text | any string | NULL | X | X | |

The separator bean is used by some of the other beans to provide a consistent use of characters that signal to a user of the mobile device the type of input expected after a prompt. For example, in one embodiment a colon (:) is used as a separator between a prompt and a text value in a text field bean and a greater-than sign (>) is used as a separator between a prompt and a value selected from a list of values in a list of values bean. Attributes of a separator bean are shown in Table 9.

TABLE 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attributes of a separator bean | | | | | | | |
| Attribute | In-herited | Graphical Effect | Allowed Values | Default Value | get | set | is |
| Name | yes | none | any string | NULL | X | X | |
| Value | yes | displayed separator character | single character | NULL | X | X | |
| Type | no | type of field bean in which separator is used | "text" "LOV" "list" "multilist" "checkbox" "radio" "button" "heading" | NULL | X | X | |

The Page Bean

A page object is intended to represent a group of graphical elements that are used together. A page object includes instances of one or more field beans listed in the page bean's attribute named field beans vector. The page bean extends the bean class to include a constructor method that instantiates the page and a method to add field beans to the field beans vector attribute. The page bean also extends the bean class to include page event handling methods. Logic can be

24

included in the page bean's event handling methods to add field beans at runtime so that the pages can respond dynamically, for example in response to the information managed by the state machine.

The page bean class also includes a multiple-instance attribute, which determines whether a user can navigate to a particular page object more than once. For example, the user may press a "submit" button that returns the user to a page named "Shopping Cart." This can either be treated as a return to a Shopping Cart page with values for the attributes as they were when the page was left, e.g., with one or more items in the cart, or treated as a new instance of the page with newly generated attributes, e.g. a second shopping cart that is empty. The multiple instance attribute allows the second instance of the shopping cart page in the example. The mobile interactions server 150 allows for multiple instances of a page bean if this attribute has a value of "true." The two pages with the same name are distinguished by an instance number. For example, the mobile applications server allows a Shopping Cart 1 page and a Shopping Cart 2 page.

The Menu Item Bean

A menu item bean extends the mobile applications bean with methods that should be executed when an application is first started, or when the application is exited. An applications developer extends the menu item bean for a particular application by providing event handlers. One of the event handlers includes a reference to the first page bean of the application. Any application-specific start up and exit procedures are provided as event handling methods.

US 7,188,183 B1

25

The file and name of the menu item bean for a particular application are registered with the mobile interactions server by the applications developer when the application is ready for offering to users of mobile devices. At the time of registration, the applications developer also provides the mobile applications server with a label to be presented to a user when the user first starts a communication session with the mobile applications server. The label becomes one item in a menu presented to the user as a first response after the user logs in with the mobile applications server **110**.

Furthermore, in one embodiment, the value of the menu item bean name attribute is used with the values of the page name and field name to uniquely identify every graphical element in the application. This property is very useful for maintaining state information as it is described in more detail in a later section.

### Structure of an Application

FIG. **1**C is a block diagram that illustrates how, according to one embodiment, an application may be implemented using a hierarchy of application specific mobile applications beans. At the top of the hierarchy is an application specific menu item bean **170**. In this embodiment the application specific menu item bean extends the menu bean described above by including a method **171** to be executed when the application is exited. The application specific menu bean also includes a reference **179**a to the first application specific page bean. In some embodiments the reference is a file name where the application specific first page bean is stored. In some embodiments the page reference is in an event handling method for the application entered event.

The first page bean **172**a includes a method **175**a to construct the page object and a vector **174**a listing one or more application specific event handling methods **174**a associated with the page. The methods may be included in the file with the page or may be in any class file associated with the application. In the illustrated embodiment, the first page constructor **175**a creates instances of several field beans including field bean objects **173**a and **173**b. The first page constructor also lists an application specific event handling method associated with field bean **173**b. The event handling methods for the page listed in vector **174** are for generic events, described in more detail below, which insulate the application from details of the mobile device **103**.

With this structure the page can generate instances of field beans that depend on conditions at the time the page is generated. That is, the page-entered method of the page event handlers listed in vector **174**a may include instructions that determine what additional field beans to instantiate and the values of field bean attributes based on the date or time, the identity of the user, or any information managed by the state machine about the current session with the client at the time the page is generated. For example, if the user had indicated on a previous page that the telephone numbers of two people with the name John Smith are desired, the current page can obtain that information from the state information database and add two instances of text field beans to the page built by the constructor, and use the two new text fields to display the phone numbers of the two John Smiths.

The first page bean also includes a reference **179**b to a subsequent page, e.g. the next page. In the embodiment shown, the reference **179**b to the next page is an attribute external to page event handling methods listed in vector **174**a. In another embodiment the exit page event handling method of the listed page event handlers in vector **174**a

26

makes the reference to the next page. In still another embodiment, a field bean **173** includes the reference to the next page. In one embodiment, the application specific value of the "Next Page" attribute in a field bean object indicates the reference to the next page. An application specific page bean may include different references to different pages in the "Next Page" attributes of several different field bean objects; in this case, the next page generated by the application depends upon the field object a user of the mobile device is acting on. In some embodiments the reference is a file name where the next application specific page bean is stored.

The page beans continue for as many pages as necessary to provide the desired functionality for the application. When the last page is exited, the page event handler method of the last page issues a message indicating that no more pages follow. In this embodiment, an exit application event occurs, and the exit application event handler method **171**, if any, in the menu item bean is executed. In one embodiment, to deal with any circumstance that results in no new page being generated, the application specific methods generate an exception that is a message to the mobile interactions server. Such circumstances include exiting the application, redirecting control to another network-based service, or encountering an error while executing the logic of the event handler method.

An advantage of this arrangement is that the overall application is broken up into a series of pages that each approximately correspond to the amount of information that a user of the mobile device should consider at one time. The pages are constructed and operated independently and in series so that only one occupies the processor at any one time for one session. As a result, the number of program instructions that must occupy the memory of the processor at any one time is a small subset of the overall instructions needed to provide all the functionality of the application. What information needs to be shared between one page and another is stored in the session state information maintained by the state machine of the mobile interactions server.

Another advantage of this arrangement is that each page of the application may be extended without regard to the detailed properties of individual mobile devices. Those details are handled by the methods and attributes inherited from the mobile applications beans provided to the application developer.

### Mobile Interactions Server Processes

The operation of the mobile interactions server shall now be described with reference to the structures of the embodiment illustrated in FIGS. **1**A, **1**B, **1**C and **1**D. The steps followed when a client process first contacts the mobile interactions server are described in the following section on client log-in. The steps followed by the mobile interactions server **150** after receiving a subsequent request message from the client indicating actions by the user are described in the next sections. The state information maintained by the mobile interactions server to facilitate interaction during the entire course of a session between the client and the mobile applications server **110** is described in the section on session state maintenance. Separate sections below are directed to describing in more detail navigation between pages, the event-driven interface, the presentation manager, and application development. A hardware overview section is also provided.

US 7,188,183 B1

**27**

Client Log-In

FIG. **2**A is a flowchart that illustrates one embodiment **210** of a method for a mobile interactions server **150** to respond to a request from a client on a mobile device for services from the mobile applications server **110**. For example, a user employs the mobile device to log on to the mobile applications server **110**. This initial request can also be made without the log-in procedure, if the security policy does not require log-in.

In step **201**, the mobile interactions server waits for a request from the client to start a session. In step **202**, the mobile interactions server determines whether a request was received from the client to start a session. In other embodiments, steps **201** and **202**, are replaced by different steps. For example, steps **201** and **202** are replaced by steps of an event trigger mechanism that passes control to the following steps when a request is received, without intermediate checking. Alternatively, steps **201** and **202** are replaced by a step that calls routines that implement the following steps on a predetermined schedule.

If a login is required, then control is transferred to a log-in process (not shown) and returned to step **204**, if successful.

When control passes to step **204**, the mobile interactions server launches listeners to respond to further requests from the client process. The client process is identified by the network address of the mobile device and the port through which the messages are arriving at the platform on which the mobile interactions server **150** is executing. A different port is assigned by the operating system of the mobile applications server for each communication protocol and the port is passed to the mobile interactions server. For example, messages using HTTP are typically assigned port **80** and Telnet messages are typically assigned to a port with a different port number. One listener responds to the initial request. A second listener responds when the request message from the client indicates the user has pressed a key. The request includes data indicating the value of the key pressed and the name of the graphical element where the cursor was located when the key was pressed. A third listener responds to a logoff request. In other embodiments the first, second and third listeners are combined. The steps in FIG. **2**A performed by a listener are performed by the listener that responds to the initial request.

In step **206**, information about the mobile device on which the client is executing is obtained and stored in the device profile for the session by the listener. In some mobile devices, some of this information is obtained by negotiating directly with the client process on the mobile device. During negotiations one or more messages are sent to the mobile device from the mobile applications server, and the responses are used to construct the mobile device profile or determine the device type. For example, negotiations are used in some embodiments with industrial devices such as bar code readers that communicate via the Telnet protocol. For mobile devices that do not negotiate, such as devices using the WAP protocol, information pertinent to the devices and available from the manufacturer or published sources are maintained by the mobile interactions server in a database of device properties. Based on the request from the mobile device, which includes some identifying information, such as a manufacturer name and model name and date, a device type for the mobile device is determined. The listener, or, in some embodiments, the separate presentation manager, of the mobile interactions server then retrieves device profile information from the database based on the device type.

**28**

In step **208**, the listener checks a list of registered menu items, corresponding to available applications, and determines which menu items should be made available to the client requesting the session, based on the device profile. If a log-in procedure has been required, then the security policy also determines which clients have access to which applications.

In step **210**, the listener invokes a new session method of a state machine library of methods to initiate management of session state information generated during the session with the client. Included in the session state information passed to the state machine method from the listener for management is information describing the connection used to route packets to the client, such as the IP address of the base station, the port number at the base station used for the wireless connection, the port number of the platform on which the mobile interactions server **150** is executing, and the menu items available to the client. The state machine generates a session object to store this state information and places the passed information into the session object. The structure of the session object is described in more detail below. In the illustrated embodiment, the state machine stores the session object in a session state database. In other embodiments, the session object is stored in other manners, such as in main memory within a special memory buffer called session memory.

In step **212**, the state machine method generates a page for the mobile device. In the illustrated embodiment, the page is represented as an XML document listing the menu items to be displayed on the mobile device. The state machine method returns the XML document to the listener **152**. The listener **152**b employs the presentation manager **140**, which reformats the page for the particular mobile device based on the device profile database **145**. The presentation manager is described with more detail in a later section.

FIG. **2**B shows a sample menu presented to a user on the screen of a mobile device in response to the client process request for applications from the mobile applications server **110**. This screen includes a title text field **272** and three lines of selectable applications each represented by a line number in a text field **276** and a label for the application in a text field **274**. A fourth option, to exit from the server, is represented by a line number in a text field **276**d and a text field **277** displaying the text "exit server." An editable text input field **278** is represented by a prompt text field **278**a and an input text field **278**b. A user selects an option by typing a line number into text field input area **278**b. The graphical elements of this screen are sent to the mobile device by the listener based on the XML document received from the state machine in step **212**. The listener maintains a mapping between graphical elements, as referenced by the mobile device, and the field bean names on the current page. For example, the listener maps the graphical element reference for the text field **278** to the name of its corresponding field bean, say "Selected Menu Item" included in the XML document.

All the steps described in FIG. **2**A occur outside the application specific menu item bean, page beans, and field beans. The only involvement of the application developer for these steps to occur is that the developer register the application with the mobile interactions server as described in more detail below so that the application appears as one of the options on the main menu presented to the user. In the illustrated embodiment, the state machine and the listeners handle subsequent interactions between the application and the client.

US 7,188,183 B1

**29**

In the illustrated embodiment, control then passes back to step **201**, to wait for another client to request a session.

Processing User Actions as Events

FIG. **2C** is a flowchart that illustrates one embodiment of a method for a mobile interactions server to respond to a subsequent action by a user of the client process. In this embodiment, all these actions cause events to be generated that are passed as input parameters to event handler methods. Most events are handled by the event handling methods inherited from the bean superclass, the mobile applications bean, and the nine field type beans. The application developer generates application-specific event handling methods for a set of predefined generic events. In the following the term "handler" is used as a short form for the expression "event handling method."

In the depicted embodiment the client process **103** communicates with the mobile applications server **110** using the Telnet protocol in which each key pressed is communicated to the server as a request message. In this case the listener detects when a request message arrives on the Telnet port from the client process indicating a user has pressed a key. In other embodiments, the client may communicate with another protocol, such as HTTP extended with forms, in which the request message may indicate a higher level action, such as indicating that the user has submitted a completed form without intervening messages indicating each character typed by the user. Using HTTP, the listener detects when a request message arrives on port **80** with a string of characters indicating some of the attributes and values of the completed form.

In step **221** a Telnet listener, launched by the mobile interactions server **150** during step **204**, waits for a request message from the client process indicating a user of the mobile device has pressed a key. Step **222** represents a branch point based on receiving the request message indicating a user action. If a request message indicating a user action is not received, the listener continues to wait as represented by the arrow returning control to step **221**. If a request message indicating a user action is detected, control passes to step **223**. For example, if a message indicates the user has pressed a numeric key while the cursor is located in the text input field **278***b*, then the user action is "key pressed." As another example, on the screen of FIG. **5A**, the cursor may be on text field graphical element **514** placed after the character "4" when the user presses the "enter" key of the keys **104** on the mobile device.

In step **223**, the listener generates an event object and invokes a handler of the state machine with the event object as an input parameter. The event object has an attribute for the key pressed and an attribute naming the field in which the cursor was located when the key was pressed. In this embodiment, an event object is an extension of a JAVA event object class. One embodiment of an event object **280** is depicted in FIG. **2D**. The event object **280** includes several attributes and corresponding values **288** that hold the name of the field bean associated with the graphical element in which the cursor was located at the start of the user action and the name of the key that was pressed. For example, the attribute Name may have the value "Selected Menu Item" and the key pressed attribute may have value "3". The event object is formed to pass information about the user action to the handlers implemented in the mobile applications beans.

The event object **280** includes several methods for retrieving information from the state information managed by the state machine methods. The event object inherits a "get

**30**

source" method **282** from the JAVA event object class. The get source method returns a field bean object based on the stored state information for the field bean associated with the graphical element where the cursor was located. For example, the get source method returns the text field bean object named "Selected Menu Item" associated with the text field graphical element **278** displayed on the screen of the mobile device.

The "get session" method of the event object **280** returns the session object in which information about all the field beans sent to the client and all attributes modified by a user of the mobile device. In one embodiment, a reference to the session object that can be employed to access the information in the session object is returned rather than the session object itself. An embodiment of the session object is described in more detail later.

The "get action" method of the event object returns the user action in the source field. For example, the get action method returns the string "key 3 pressed" or the string "enter key pressed."

The state machine has a handler for the example "key 3 pressed" event and generates other more generic events with more generic actions for the generic event handlers of the application, as described below. The generic events produced by the state machine include "field entered," "field exited," "page entered," "page exited," "special page key pressed," "application entered," and "application exited." Six generic actions are associated with events passed to handlers of an application. The six generic actions are "next field," "previous field," "submit page," "back page," "forward page," and "menu page." The generic events and actions insulate the application from details of determining which keys are on which mobile devices and how cursors are used in each device to move from field to field on a page.

In step **224** the state machine method determines whether the key pressed action corresponds to one of the generic events, an exit field event. For example, a field is exited when an enter key is pressed or a pointing device is clicked on a button field, or if the field does not involve a list and either a cursor up key is pressed or a cursor down key is pressed. If the key pressed indicates a field is being exited, then the state machine handler sets the action in the event object to "previous field" if the exit is indicated by a cursor up key, and "next field" if the exit is indicated otherwise. If the action does not correspond to exiting a field, then control passes to step **226**. The "key 3 pressed" does not correspond to a generic event, such as field exited; thus, in this example control passes to step **226**.

In step **226** a field handler of the state machine specific to the field bean type is invoked with the event object as the input parameter to deal with the pressed key. A different handler is available for each type of field bean. Handlers for the nine field type beans are built-in for the state machine and are not produced by the application developer, and are not considered application handlers. In step **228**, the state machine field handler revises the field based on the key pressed, updates the state information stored about the field in the session object and generates an XML document to return to the listener for sending on to the client process on the mobile device. After step **228**, control then passes to step **221** to wait for further user action.

For example, the built-in text field handler for the "key 3 pressed" event revises the Value attribute of the "Selected Menu Item" to "3" and stores this Value in the Session object and generates an XML document with the new value. In one embodiment, the XML document includes descriptions of the entire page, recovered from the session object. In another

31

embodiment, the XML document includes just the description of the revised field object. The XML document is returned to the listener that causes the new value to be rendered on the mobile device and the cursor to be moved to the position after the "3," as is described in more detail below. For an example list field element, as depicted in FIG. 5B, a list field handler responds to a cursor down key being pressed by revising the field to show a different list item highlighted, updating the state information to indicate the highlighted item, and generating an XML document with the next item of the list highlighted and the former item, if any, changed from highlighted to not highlighted.

### Processing Generic Events

If the action is associated with the generic event "field exited" in step 224, then control passes to step 230 to invoke a state machine exit field handler with the event object as the input parameter. For example if the action is associated with a generic "next field" action or a generic "previous field" action, then the action is associated with the generic "field exited" event type. A different exit field handler is invoked for each field type. The state machine includes exit field handlers and enter field handlers for the nine field types. The application can include its own application-specific handlers for the event types, when a page object is constructed. Note that the Main Menu Screen depicted in FIG. 2A is not constructed by the application but is automatically provided by the state machine and listener of the mobile interactions server. Thus no exit field handlers or enter field handlers for the field objects corresponding to the graphical elements on that page are provided by the application. On the other hand, if the field being exited was generated on a page provided by the application, then the field object information stored in the session object obtained with the event object identifies any application specific exit field handler. The state machine exit field handler determines whether the field object includes an application specific exit field handler; and, if so invokes the application specific exit field handler.

In step 233 the exit field handler determines whether a Next Page attribute contains a reference to page object of the application, or whether the exit field is the option input field of the main menu screen, or whether there is no remaining field on the page. If any of these conditions is true, control passes to step 240 described later. Otherwise, another field on the same page is being entered.

If the step 233 determines that another field on the same page is being entered, control passes to step 234 in which the state machine exit field handler invokes the state machine change field handler to leave a field without generating a new page object. In step 236 the state machine change field handler updates information in the session object about the field object being exited and determines which field object, if any, is being entered, based on the action included in the event object. For example, if the page is as depicted in FIG. 5A, and the field being exited is the text field element 514 with the prompt "ACCT" and the action is "next field" then the field being entered is the next one on the page in order, which is the text field element with the prompt "ITEM." If, instead, the action were "previous field" then the field being entered would be the LOV field element 520 with the prompt "TXN TYPE." The change field handler then adds a field entered event to the event object and a name of the field that will be entered. The source of this event does not change, it is still the field that is exited, but another field object is added to the event naming the field entered.

32

In step 238, the state machine invokes the state machine enter field handler for the field type of the field being entered. The state machine enter field handler determines whether the field object includes an application specific enter field handler; and, if so, invokes the application specific enter field handler. Control then passes to step 248.

In step 248 the state machine generates an XML document describing the page object, indicating which field element is the current field element and indicating the position of the cursor. In some embodiments only the changed field objects and cursor position are included in the XML document. In other embodiments the entire page object is described in the XML document. The XML document is then returned to the listener for preparing to present to the client process for display to the user of the mobile device. Control passes to step 221 to wait for another request message indicating user action at the mobile device.

If, in step 233, the exit field handler determines that a new page must be generated, it adds the "page entered" event to the event object, and control passes to step 240. In step 240, the state machine invokes an exit page handler for the current page, passing the event object as the input parameter. The state machine exit page handler determines whether the current page object includes an application specific exit page handler; and, if so invokes the application specific exit page handler, passing the event object as the input parameter. Control then passes to step 242.

In one embodiment, if the current page is the main menu page, then the state machine exit page handler uses the information in the session object to map the value of the option selected by the mobile device user on the main menu screen to a file where the application specific menu item bean and page beans are stored. The exit page handler then adds an "application entered" event to the event object and invokes the "enter application" handler of the menu item bean, passing the event object as the input parameter. The enter application handler returns a menu item object with a reference to the first page of the application. A menu item object is added to the session object in session memory.

If there is not another field on the page and the Next Page reference is empty, then the end of the application has been reached. The state machine exit page handler then adds a "application exited" event to the event object and invokes the "exit application" handler of the menu item bean. The exit application handler performs any application specific end of application functions and returns. The next page is the main menu screen and the state machine exit page handler invokes the main menu method, passing control to step 210 of FIG. 2A.

In step 242, the state machine invokes the instantiate page handler, passing the event object. This handler uses the reference in the Next Page attribute or the reference to the first page obtained through the event object to determine whether the page already exists in the session object and, if so, whether it supports multiple instances. If the page is not already in the session object, or if the page supports multiple instances, the handler invokes the constructor method for the page bean to instantiate the page. The page bean is identified in the Next Page attribute of the exited field or in the reference to the first page. The constructor method does not accept the event object as an input. The constructor method instantiates the page object and the field objects contained in the page object. The constructed page object includes a vector indicating any enter handlers and exit handlers for the page object and field objects on the page. Control then passes to step 244

US 7,188,183 B1

33

In step 244, the state machine invokes the state machine enter page handler with the event object as the input parameter. The state machine enter page handler makes the first field the current field and adds a "field entered" event to the event object. The state machine enter page handler determines whether the current page object includes an application specific enter page handler; and, if so invokes the application specific enter page handler, passing the event object as the input parameter. The enter and exit handlers included in the vector accept event objects as parameters. Therefore any field objects included on the page based on state information are instantiated by the application specific enter page handler. Similarly, any attributes that depend on the state information are assigned values in the application specific enter page handler. Control then passes to step 236 to update and store the session object, to step 238 to invoke the enter field handler for the current field on the new page, and step 248 to generate and return the XML document.

An advantage of these event handling techniques in the described embodiment is that the application developer can employ the observer-observable paradigm for software development. In the observer-observable paradigm, a program element deals only with observable objects and ignores other objects. The observer registers the objects that are to be observable and the system notifies the observer when an observable object is generated, changes, or terminates. As applied to mobile applications developers, the mobile application is built to observe certain events, e.g., the generic events. Other events, such as the user pressing each key while entering data into a text field, or the user moving a cursor up and down on a list field are not registered observables; and so the developer does not develop instructions to handle events associated with those actions. As implemented in the embodiment described, the built-in methods of the mobile interactions beans, such as the nine field type beans, handle the intra-field actions, and most of the intra-page actions, by the user.

The Built-in LOV Field Event Handling Methods

The state machine enter field handlers include built-in procedures to provide the behavior expected of the field types. For some field types the built-in behavior is complex. For example, when a LOV field is entered, such as the LOV field element 520 in FIG. 5A, the LOV-field-entered handler retrieves the contents of the LOVstatement attribute provided by the application, which is a stored procedure or an SQL statement as described above. The handler causes the statement to be executed with the parameters provided by the application and included in the InputParameters attribute. If indicated by the InputParameterTypes attribute, one or more of the InputParameters may be retrieved from the session memory, e.g., the session object. The result set produced in response to executing the LOVstatement is stored by the built-in handler, the result set is referenced by the LOV field name, for example in the session object. The result set is made up of records each of one or more subfields.

If the results set is empty after execution of the LOVstatement the text value remains unchanged, an error message such as "Invalid Value" or "No Values Found" is generated and stored, referenced to the LOV field name, such as in the session object, and data is generated indicating the cursor position remains in the field. The error message and cursor data are included in the XML document produced in step 248. If the results set contains only one record, then the one record is placed into the SelectedValues attribute of the LOV

34

field, the Value attribute is set to a subfield of the record that has a type that matches the type in the ValueType attribute, the event object is modified to add a "next field" action, and control passes to step 230 where the built-in exit LOV field handler is invoked with the modified event object. The built-in exit LOV field handler generates data indicating the cursor is positioned at the next field.

If the results set contains several records, then the displayed subfields of the records, as indicated by the Subfield-Displays attribute, are placed into a list by the enter LOV field handler, the event type is modified to include the special action "generate LOV page," and control passes to step 242 and following steps. In step 242 a built-in handler is invoked to instantiate the LOV page using the list. FIG. 5B is an example LOV page listing the transaction types (TXN TYPE) from which the value presented in LOV field 520 can be selected. In one embodiment, as shown in FIG. 5B, this handler includes a "select" button field. The "select" button has a NextPage attribute set to a reference to the previous page (the previous instance of the page, not a new instance of the previous page). In an embodiment in which the page is implemented as a single list field, the reference to the previous page is assigned to the NextPage attribute of the list field. In step 244 a built-in enter LOV page handler is invoked to set the selected item of the list to one of the list items, e.g., field 527. In an embodiment in which the page is implemented with a single list field, the enter LOV page handler sets the single list field as the current field. Control then passes to step 236 to update the session object to include the page object with the list corresponding to the page 510. In step 238 a LOV enter field handler is invoked with the event object. In one embodiment this handler selects one of the items of the list field as the selected item and locates the cursor on that item, e.g. field 527. In step 248 the state machine generates an XML document with the list and returns the XML document to the listener for display to the user.

In one embodiment, the user employs the up and down arrow keys without leaving the list field, through steps 226 to 228, as described above. When the user presses the enter key the state machine determines that a "next field" condition is satisfied and generates an event object with the next field and passes control to step 230. In an alternative embodiment, each cursor move is interpreted as an exit field event not associated with submitting a page, and is processed through steps 234 to 248 as described above. When in a field, pressing an enter key selects the corresponding list item, replacing any prior selections. When the user presses enter in the "select" button, then the page is submitted. In either case, a "page exited" event is added to the event object and the event is processed through steps 233 and 240 through 244.

In step 233 the reference to the previous page as the next page is detected, the state machine adds a "page exited" event to the event object and control passes to steps 240 to invoke the built-in exit LOV page handler with the event object. The built-in exit LOV page handler generates data indicating the cursor is positioned on the next field of the previous page (e.g., field 516) and the Value attribute is set to the appropriate subfield of the SelectedValues attribute. In step 242 the previous page is returned with the new selection occupying the Value attribute. In step 244 the state machine enter page handler for the previous page selects the field object corresponding to the cursor as the field being entered and invokes any application-specific enter page handler. In step 236 the session object is updated and in step 238 the state machine enter field handler is invoked for the field

US 7,188,183 B1

35

where the cursor is located, which itself invokes any application specific handlers. In step 248, the XML document for the current page is generated and returned to the listener.

An advantage to the application developer is that the complex behavior of the LOV field may be obtained simply by instantiating the LOV bean. The application developer does not have to generate handlers for any of the LOV field events.

Session State Maintenance

FIG. 3 is a block diagram that illustrates session state information stored by the state machine in the mobile applications server 110 according to an embodiment of the invention. In this embodiment, the session state information is maintained as a session object comprising attributes and methods. The attributes include connection information 342. The methods include a method 332 for getting connection information, method 334 to get the previous page, method 336 to store an arbitrary object in the session object, and method 338 to retrieve that arbitrary object. The arbitrary objects explicitly stored in the session object are represented by block 344.

Session object 310 includes a hierarchy of state information objects corresponding to the menu item objects, the page objects and the field objects in the applications in the order they were instantiated during the session. For example, an application state information object 350a includes information from the first instance of the application, such as a unique name 359a among the names of the applications available on the mobile applications server. The unique name is generated by the state machine based on the file name of the application and instance number. As each page is generated during interactions with the client process, a page state information object 351 is added to the application state information object.

For example, first page state information object 351a is added when the first page is generated and returned to the state machine. This object includes a property 352a for a unique name for the page. Object 351a includes state information objects 353 for each field object on the page object. A field state information object 353 includes at least a unique name for the field, an identification of the type of field, and values for at least some of the attributes of the objects belonging to that type. Ellipses 312 indicate additional field state information objects to be included in the page state information object 351a. Ellipses 313 indicate additional page state information objects may be included in the application state information object 350a. Ellipses 314 indicate additional application state information objects may be included in the session object 310.

If multiple instance pages are allowed, several instances of the same page can be maintained in the session object 310. However, if multiple instance pages are not allowed, then as a user of the mobile device steps back to a previous page, the current pages are deleted and forgotten. On the second visit to a page, the attributes values may change. For example, the value of the "TXN TYPE" LOV field in field 514 of FIG. 5A may change from "RECEIPT" to "SHIP" after obtaining user input. In this case, no record would be kept of the former values for the attributes of the items on the page. For example, a page state information object would not exist in which the "TXN TYPE" was "RECEIPT"—memory of that state of the page would be lost. Only the most recent visit to the page would be stored in the session object 310.

36

A unique namespace for every object generated during the session is maintained. In one embodiment, a unique name is generated for the session, a unique name is generated for an application within the session, a unique name is generated for each page within an application, and a unique name is generated for each field object within a page. Then, even though the same page name may be used in different applications or the same field name in different pages of the same application, a unique name is generated for each object by appending its name, separated by a period, after the name of its parent and continuing on to the session name. For multiple instances of the same application, page or field, an instance number can also be appended.

For example, a unique session name is generated based on the client network address appended to a port number. For example, if the IP address of the mobile device is 002.002.002.002 and the port is 19, then a unique name for the session can be constructed by appending the latter to the former (omitting periods) to yield 00200200200219. A unique name for an application executed by this client is generated from the main menu item corresponding to the application and an instance number for the application. For example, if the main menu item for the application is option "3" with a label "Inventory Database Input" associated with a JAVA file "inv.java" in directory "Mobile/Database/Inventory" of the platform of the mobile applications server 110, then a unique name for the application can be one of: "3"; "InventoryDatabaseInput"; and "Mobile/Database/Inventory/inv.java." Assuming that "InventoryDatabaseInput" is used for balancing brevity with descriptiveness, and that the application is invoked for the first time of possibly multiple invocations, the unique name for the application is "00200200200219.1InventoryDatabaseInput." A unique name for a second instance of a page bean named "Location" would then be "00200200200219.1InventoryDatabaseInput.2Location." A unique name for the first field object named "Address" on the page would then be "00200200200219.1InventoryDatabaseInput.2Location.1 Address"

The unique name of an object in the namespace combined with the storage in a session memory of state information for all objects in association with their unique names allows the name to serve as a reference for all the information about that object.

The unique namespace also facilitates storage and retrieval in some embodiments. For example a database index is generated based on the unique name in one embodiment. The index maps the unique name of each object to a location in the database where the object or information about the object is stored. Then a particular object can be retrieved quickly from the database based on the unique name for the object.

In the preferred embodiment, the session object 310 is an instance of a bean class that includes as attributes the instances of the menu item beans, page beans and field beans generated during the session. For example, an instance of each page bean, including its instances of field beans, with all their attributes and attribute values is added to the session object as the page object is returned to the state machine methods. In this embodiment, the bean methods for storing and retrieving attributes and attribute values of instances of the beans are used to store and retrieve the session object, and thereby, every object included in the session object. Thus, the session object provides persistence and serialization for the state information managed by the state machine.

US 7,188,183 B1

37

Using these techniques, the state machine is able to manage the state information for the session on behalf of one or more applications during a communication session with a particular client. The state machine adds state information at each branch point of a hierarchy as a page is constructed for the client. The state machine thus develops a complete tree representing the navigational path followed by the user.

At the same time, the state machine builds a namespace that uniquely identifies each field object. The unique identifier provides access for retrieving state information from the session object. Furthermore, the state machine has sufficient information at its disposal to handle up and down movements of a cursor on a page displayed at the mobile device, so that the applications would not have to provide methods to respond to such user actions.

As described above, the page object can include field objects that depend on information in the session object, because the event object passed to the page entered handler includes a method to get a reference to the session object. For example, if the user had indicated on a previous page that the telephone numbers of two people with the name John Smith are desired, the current page entered handler can obtain that information from the session object. Then, for example, the page entered handler can add two instances of text field beans to the page object to display the phone numbers of the two John Smiths.

These techniques free the developers of applications from the responsibility of managing their session state information. This greatly simplifies and accelerates the development of applications.

### Client Navigation of Application Page

To illustrate how a user navigates through pages presented by an application, consider FIG. **5**A. FIG. **5**A is a diagram that illustrates an embodiment of a page **510** on a display **501** of a mobile device. On this page, each graphical element appears on a different line of the display. Depending on the display device, either the entire page is displayed to the user of the mobile device, or only one or a few lines of the page are displayed to the user of the mobile device. In either case, one or more keys on the mobile device allow the user to position a cursor on one of these lines. The position of the cursor may be indicated by a movable symbol or simply by highlighting the area of the graphical element, such as by outlining, or reversing color. The user may then perform some further action on the graphical element by pressing one or more keys on the mobile device. As used herein, selecting a graphical element includes placing the cursor on the graphical element and pressing a key on the mobile device when the cursor is positioned on the graphical element.

The manner in which the graphical element is rendered may provide cues to the user about what user actions are allowed. For example, on a Telnet device, an editable text field is indicated by prompt **515** followed by a highlighted value. A button **530** is indicated by a button name between "<" and ">" characters. A graphical element indicating one choice from a list of predetermined values is indicated by a prompt followed by a highlighted field including the ">" character. In the preferred embodiment, the behavior of the display in response to user actions is provided in the built-in methods defined in the field type beans. Because of the built-in methods, there is no burden on the developer of the application to render instances of the beans on various mobile devices.

The user is free to navigate up and down this page editing the editable fields as desired. When the user is done with

38

editing graphical elements on a page the user selects a graphical element indicating the user's desire to exit the page. In the example, the "submit" button provides that capability. Because the submit button is a button, moving the cursor to the line is not sufficient to exit the page. Rather, the user must also press another key, such as an "enter" key. If the application provides for additional functionality, then the user is presented with a new page of graphical elements with which to interact. In one embodiment, the state machine or client process provides the behavior for the cursor movement keys and changing fields on the same page; the application provides the behavior from when the page is submitted until the next page is rendered.

Interaction with a list of values field element **520** also involves displaying a new page to the user in this example. FIG. **5**B is a diagram that illustrates an embodiment of a next page **510** on a display of a mobile device as a result of selecting the list of values field element. In this case, the new page includes a numbered list of values that can be selected as the current value for the LOV graphical element. In some embodiments, this list is an instance of a list bean—one of the nine field type beans. After the user selects one or more of the values on this list, the user selects the select button at the bottom of the page to make the choice effective. If only one value is allowed, as in the illustrated example, then it would be sufficient for the user to press a key when the cursor is located over the desired value. After making this choice, the user is presented with another instance of the previous page but with the chosen value in the list of values field element.

The application developer may allow a user to navigate to multiple pages from the same page. The application developer simply includes references to different pages in several different fields. For example, a page may have three text field objects and have a different page reference in the Next Page Name attribute of each of the three text field objects. Depending upon which text field the user exits, the mobile interactions server invokes the page constructor of a different page as the next page. This replaces links to other pages with field objects and page event handlers on the server. The next page is identified not with a link but with a name of the next page.

Using this method to navigate among the graphical elements of the application, only references to the graphical elements themselves are passed between the mobile applications server **110** and the client. It is not necessary to provide a full URL padded with values for parameters needed by the destination application, as in conventional methods for providing services on request over a network. It is not necessary to revise the WAP standard to allow cookies. It is not even necessary to send the full unique name of the field object or the next page name to the mobile device. All the information needed by the application is kept on the mobile applications server **110** in the state information maintained by the state machine for the session and is referenced by the unique name of the field object. A mapping between the graphical element reference sent to the mobile client and the unique name of the field object is kept at the listener and used to retrieve useful information in the session memory associated with the graphical element. When a user action is detected by the listener with reference to the graphical element, the listener maps it to the unique name of the field object that corresponds to the graphical element and passes this information to a method, such as an event handler. The method obtains any information needed from the session memory using the unique name of the field object.

US 7,188,183 B1

**39**

Navigation from one page to another is also accomplished in some embodiments using special navigation keys and an event handler for the special keys. FIG. **4**A illustrates the flow associated with a special key event. Six generic actions are associated with events passed to handlers of an application. The six generic actions are "next field," "previous field," "submit page," "back page," "forward page," and "menu page." The first three have been described as associated with a cursor down, cursor up and enter key with respect to FIG. **2**C. The last three actions, "back page," "forward page," and "menu page," are generated in response to a user pressing a special key, such as "ALT" with the cursor up, cursor down, and enter keys, or with keys F**1**, F**2** and F**3** on a personal computer keyboard. Steps **421**, **422** and **423** correspond to steps **221**, **222**, **223** in FIG. **2**C, respectively, and represent a listener waiting for and detecting a request message indicating a keystroke by the user, generating an event and invoking a state machine event handler. In step **424**, the state machine handler determines whether the keystroke described in the event object is associated with a special key. If not, control passes to step **224** in FIG. **2**C to determine whether the keystroke is associated with an exit field. Otherwise, control passes to step **430**.

In step **430**, the state machine invokes a state machine special key handler with the event object, which invokes an application specific special key handler, if one is provided for the page. The state machine special key handler includes methods for retrieving pages from the session object in either direction from the current page or to exit the application and return to the main menu and to return the resulting XML document to the listener. The forward page action reverses the back page action; if the current page is the last instantiated page, then the forward page action has no effect. The application specific special key handler allows the application developer to provide logic for dealing with the special keys before invoking the state machine methods for moving back or forward through the pages stored in the state machine.

This page by page navigation leaves more room in the limited memory of the mobile device to present the user with more options than is often possible using either cookies or URLs with parameter information, as in the conventional approaches.

**Event Driven Interface**

In the illustrated embodiment, in which interactions with the client are segregated from the data and logic of the application, the application interacts with a state machine of a mobile interactions server. In the illustrated embodiment, the application receives input from the state machine as generic events, rather than device-specific keystroke events. Consequently, the application in this embodiment includes one or more methods called event handling methods, or simply handlers, to respond to the generic events issued by the state machine. The state machine includes handlers for the all the events and determines whether the application has application specific handlers for the event, as described above with respect to FIG. **2**C.

A particular handler for a page object observes only particular events for the pages that instantiate it, not other events or events for other pages. Similarly, a particular handler for a field object observes only particular events for the fields that instantiate it, not other events or events for other fields. This technique implements an observer-observable paradigm in which the events are the observables and the object with included handlers are the observers.

**40**

The listeners respond to transport layer request messages from the client process. The requests involve specifics of the base station protocols from which the application is being insulated. The application layer events produced by the listeners and the generic events produced by the state machine are designed to continue to insulate the application from the keystroke specifics of interacting with any of a number of the mobile devices. The generic events for which the application developer may include application-specific handlers are:

field entered
field exited
page entered
page exited
special page key pressed
application entered, and
application exited.

Within each handler for these events, application specific behavior is programmed that depends on one or more of the six generic actions "next field," "previous field," "submit page," "back page," "forward page," and "menu page" generated by the mobile interactions server in response to one or more keystrokes by a user of the mobile device.

FIG. **4**B is a flow chart for some exception handlers of the mobile interactions server. Exceptions are special events that cause corresponding exception handlers to be invoked. In one embodiment, the mobile interactions server includes built-in exception handlers at least for the exceptions depicted in FIG. **4**B.

In step **441** an application specific page event handler is invoked by the corresponding state machine page event handler. The page event is either a page entered event or a page exited event or a special key pressed event. If the event handler does not return control to the invoking method, the event handler throws an exception. Step **442** represents a branch point for the case in which no exception is thrown. If no exception is thrown, control passes back to the invoking method in step **443** to invoke the next handler for the event object.

If the event handler determines that a condition for termination of the application has occurred, the handler throws a "no more pages" exception. Step **444** represents the branch point for the case in which the exception is a "no more pages" exception. In step **445** the exception handler for the "no more pages" exception invokes the state machine exit application method, which determines whether there is an application specific exit application handler in the application's menu item bean. As described above, after the application specific exit application handler is invoked, the state machine regenerates the main menu and presents the main menu to the client process through the presentation manager.

If the event handler determines that a request should be issued to another resource on the network, such as a database server, the handler throws a redirect exception. Such a redirect is expected only from a page entered event handler for a page. The other resource is identified by its URL, complete with any parameters needed to particularize the request. For example, if the other resource is a database server, the URL includes the SQL statement that specifies the database operation desired. The redirect exception includes the URL loaded with input parameters. In step **446** it is determined that the exception is a redirect to a URL and control passes to step **447**. In step **447** the redirect exception handler sends a request addressed to the URL, receives an HTML document in response, adds the HTML to the session object in association with the page and invokes a method of

US 7,188,183 B1

41

the page, such as the page entered handler or the page exited handler, the latter shown in FIG. **4**B. The page method invoked produces or modifies field objects on the page based on the HTML document.

Though depicted in FIG. **4**B as being thrown by a page event handler, the next three exceptions can be thrown by a field event handler or a menu item event handler as well. If the event handler throws an abort handler exception, as indicated by the branch point in step **450**, then control passes to the abort exception handler which performs step **451**. In step **451** the exception handler skips any other handlers of the event object. Data is generated that indicates the location of the cursor is in the graphical element corresponding to the field object that is the source of the event object.

If the event handler throws an interrupted handler exception, as indicated by the branch point in step **452**, then control passes to the interrupted exception handler which performs step **453**. In step **453** the exception handler invokes the other handlers of the event object. Data is generated that indicates the location of the cursor is in the graphical element corresponding to the field object that is the source of the event object.

If the event handler throws a default-only handler exception, as indicated by the branch point in step **454**, then control passes to the default-only exception handler which performs step **455**. In step **455** the exception handler skips the other handlers of the event object. Data is generated that indicates the location of the cursor is in the graphical element corresponding to the field object that is the source of the event object. The state machine handler for that field object is then invoked, if not already invoked.

The proper application handler is invoked during the corresponding event through the event driven interface. As noted above, an interface specifies the name and type of the parameters of a method and the name and type of the returned value, if any.

Table 10 shows statements used to define the event handlers interface. The event handlers respond to the generic events generated by the mobile interactions server rather than to transport layer events that the listener **152** responds to. In the terminology used in the following tables, the "Listeners" are the application specific event handlers that are invoked by the mobile interactions server when a generic event is generated.

TABLE 10

An event handling method interface

| state-ment number | JAVA statement defining Event Handler (Listener) Interface |
| --- | --- |
| 1 | public interface MWAListener extends java.util.EventListener { } |
| 2 | public interface MWAFieldListener extends MWAListener { |
| 3 | void fieldEntered (MWAEvent e) throws AbortHandlerException, |
| 4 | InterruptedHandlerException, DefaultOnlyHandlerException; |
| 5 | void fieldExited (MWAEvent e) throws AbortHandlerException, |
| 6 | InterruptedHandlerException, DefaultOnlyHandlerException; |
| 7 | } |
| 8 | public interface MWAPageListener extends MWAListener { |
| 9 | void pageEntered (MWAEvent e) throws AbortHandlerException, |
| 10 | InterruptedHandlerException, DefaultOnlyHandlerException, |
| 11 | RedirectHandlerException; |
| 12 | void pageExited (MWAEvent e) throws AbortHandlerException, |
| 13 | InterruptedHandlerException, DefaultOnlyHandlerException, |

42

TABLE 10-continued

An event handling method interface

| state-ment number | JAVA statement defining Event Handler (Listener) Interface |
| --- | --- |
| 14 | NoMorePagesHandlerException; |
| 15 | void specialKeyPressed (MWAEvent e) throws AbortHandlerException, |
| 16 | InterruptedHandlerException, DefaultOnlyHandlerException; |
| 17 | } |
| 18 | public interface MWAAppListener extends MWAListener { |
| 19 | void AppEntered (MWAEvent e) throws AbortHandlerException, |
| 20 | InterruptedHandlerException, DefaultOnlyHandlerException; |
| 21 | void AppExited (MWAEvent e) throws AbortHandlerException, |
| 22 | InterruptedHandlerException, DefaultOnlyHandlerException; |
| 23 | } |

Line 1 indicates that the mobile interactions server event handler, herein named the "MWAListener" where MWA stands for mobile wireless applications, is an interface that extends the EventListener interface provided by the java utilities package "java.util."

Lines 2 though 7 further define the interface for the field event handler, herein named "MWAFieldListener for generic field events. These statements indicate that the field event interface extends the mobile interactions server event handler interface by defining two event handling interfaces. In lines 3–4, a fieldEntered handler interface is defined that takes an event object "e" of type "MWAEvent" and may throw any of the three named exceptions. The MWAEvent is defined elsewhere in the JAVA class file where the statements of Table 10 are stored. In lines 5–6 a fieldExited handler interface is defined with similar properties.

Similarly, lines 18 through 23 further define the interface for the application level (menu item) event handler, herein named "MWAAppListener" for two generic events. This interface defines the AppEntered handler interface and an AppExited handler interface defined similarly to the Field-Entered and FieldExited interfaces described above, respectively.

Similarly, lines 8 through 17 further define the interface for the page event handler, herein named "MWAPageListener" for three generic events. This interface defines the PageEntered handler interface and an PageExited handler interface defined similarly to the FieldEntered and FieldExited interfaces described above, respectively. Furthermore, as indicated in line 11, the PageEntered handler may also throw a "RedirectHandlerException" to redirect the mobile interactions server to a network resource with a specified URL, as described above. Also, as indicated in line 14, the PageExited handler may throw a "NoMorePagesHandlerException" to allow the mobile interactions server to invoke the AppExited handler, as described above. In addition, the MWAPageListener interface includes another interface for the specialKeyPressed handler as defined in lines 15–16.

Table 11 shows statements used to implement an event handler interface in one embodiment. In this example, application-specific handlers are implemented only for the generic event for a special key being pressed, used during page navigation, and not for page entered and page exited events of the page interface.

US 7,188,183 B1

| 43 | 44 |

TABLE 11

An example event handling method

| state-ment number | JAVA statement |
|---|---|
| 1 | public class NavigHandler implements MWAPageListener{ |
| 2 | void pageEntered (MWAEvent e) { } |
| 3 | void pageExited (MWAEvent e) { } |
| 4 | void specialKeyPressed (MWAEvent e) { |
| 5 | MWASession S = e.getSession( ); |
| 6 | if (e.getAction( ).equalsIgnoreCase("MWA_BACK")) { |
| 7 | if (e.getSource( ).equalsIgnoreCase("PAGE2") { |
| 8 | MWALib.setError( ); |
| 9 | } |
| 10 | else{ |
| 11 | PageBean PP = S.getPreviousPage( ); |
| 12 | TextFieldBean TF = S.getField(PP.Name + ".Title"); |
| 13 | TF.setPrompt(TF.getPrompt + " Again"); |
| 14 | } |
| 15 | } |
| 16 | if (e.getAction( ).equalsIgnoreCase("MWA_FORWARD")) { |
| 17 | MWALib.setError( ); |
| 18 | } |
| 19 | if (e.getAction( ).equalsIgnoreCase("MWA_MENU")) { } |
| 20 | } |
| 21 | } |

The statement in line 1 indicates that the class named "NavigHandler" provides the instructions for the methods that are consistent with the MWAPageListener interface. That is, the methods of NavigHandler have the names, parameter names and types, and return types specified in the MWAPageListener interface listed in Table 10.

Lines 2–3 indicate that two methods do almost nothing. The pageEntered method and the pageExited method simply accept the event object as input and return immediately. This means that all the functionality performed on entering and exiting pages is based on the state machine alone. The methods perform no application-specific functions.

The statements on lines 4–20 are the instructions for a specialKeyPressed method. Line 5 indicates the "getSession" method of the event object "e" is invoked to return a session object (type MWASession defined elsewhere in the java code and not shown here) associated with the event object. The developer has chosen to call this session object "S" for purposes of this method. In line 6 the term "MWA_BACK" is compared to the generic action based on the user input that is included in the event object "e." The comparison method that disregards capitalization called "equalsIgnoreCase" returns a value "true" if the term input as a parameter "MWA_BACK" is the same, ignoring case, as the text string returned from the "getAction" method of the event object "e." MWA_BACK" is the special action in this embodiment corresponding to the "page back" action described above. If the expression in line 6 is true, then the instruction in lines 7–8 are followed. If not, the instructions on lines 11–13 are followed. In line 7 it is determined whether the source of the event is named "PAGE2", if so the MWA library routine setError is invoked to throw an exception. The effect of lines 6–9 is to throw an exception to the mobile interactions server if the user tries to press a special key signifying a page back action while the page named "PAGE2" is being displayed. This block prevents a user from navigating to pages visited prior to PAGE2.

The statements in lines 11–13 are followed if the user is paging back from some other page. These instructions add the word "Again" to the title field of the page being revisited in response to the page back action. These instructions

illustrate the use of the state information maintained by the state machine in a session object by an application. The statement in line 11 indicates that the previous page is obtained using the "getPreviousPage" method of the session object S, and assigned to a PageBean object named "PP." This page bean has a name indicated by PP.Name. A field named "Title" on the previous page is referenced in the session object by a unique name in the namespace as described above, by appending the field name to the page name. Thus the expression 'PP.Name+".Title"' indicates the unique name of the field. In line 13 the text field object named Title on the previous page is placed in a text field object called "TF." The statement on line 13 indicates that the string in the prompt field of the Title text field is set, using the text field bean method "setPrompt," to the text passed as a parameter. The text passed as a parameter is the text already in that field, obtained using the text field bean method "getPrompt." with the word "Again" appended.

The statements in lines 16–17 do not allow a user to page forward, even after paging back through an application. The user is forced to submit each page using the normal procedures, not using the special key for paging forward. The statement in line 16 determines whether the action is "MWA_FORWARD." If so, the statement in line 17 is followed which invokes the setError method to throw an exception.

The statement in line 19 determines whether the action is the "page to menu" action represented by "MWA_MENU" in this embodiment. If so, the method simply returns without doing anything more. Therefore the menu action is handled entirely by the state machine menu special key event handler.

The NavigHandler of Table 11 is used on pages that the developer wants to prevent the user from leaving by paging forward, or prevent the user from leaving by paging back beyond PAGE2. The developer warns the user that a page is reached through a page back action by adding the word "Again" to the title each time. None of the statements in Table 11 require the developer to know any specifics about the mobile device on which the client is operating. Furthermore, the developer is not required to know the details about how the state information employed is stored or retrieved. The state information is readily available for any event handler that employs it.

Table 12 shows statements used to include the event handler defined in Table 11 in a page bean in one embodiment. In this example, a LOCATION page defines two text fields, A and B, for reporting the address, and adds the two text fields to the page. Table 12 also employs event handlers to allow a text field to be affected by user actions in another text field.

TABLE 12

An example page bean using the event handling method of Table 11

| state-ment number | JAVA statement |
|---|---|
| 1 | public class LOCATION extends PageBean{ |
| 2 | LOCATION( ) { |
| 3 | this.addListener ( new NavigHandler ( )); |
| 4 | this.addListener ( new AListener ( )); |
| 5 | this.addListener ( new BListener ( )); |
| 6 | TextFieldBean A = new TextFieldBean ( ); |
| 7 | A.setName ("AddressA"); |
| 8 | A.setValueType ("S"); |
| 9 | A.setPrompt ("Street Address"); |

US 7,188,183 B1

45

46

TABLE 12-continued

An example page bean using the event handling method of Table 11

| state-ment number | JAVA statement |
|---|---|
| 10 | A.setLength (30); |
| 11 | A.addLlistener ( new Blistener ( )); |
| 12 | TextFieldBean B = new TextFieldBean ( ); |
| 13 | B.setName ("AddressB"); |
| 14 | B.setValueType ("S"); |
| 15 | B.setPrompt ("City/State/Zip"); |
| 16 | B.setLength (30); |
| 17 | this.addFieldBean (A); |
| 18 | this.addFieldBean (B); |
| 19 | } |
| 20 | } |
| 21 | public class AListener implements MWAPageListener { |
| 22 | public void pageEntered (MWAEvent e) { } |
| 23 | public void pageExited (MWAEvent e) { } |
| 24 | public void specialKeyPressed (MWAEvent e) { } |
| 25 | } |
| 26 | public class BListener implements MWAFieldListener, MWAPageListener { |
| 27 | public void pageEntered (MWAEvent e) { } |
| 28 | public void fieldExited (MWAEvent e) { |
| 29 | if ( e.getOwner( ).equalsIgnoreCase ("AddressA")) { |
| 30 | MWASession S = e.getSession( ); |
| 31 | TextFieldBean TF1 = S.getField("LOCATON.AddressA"); |
| 32 | TextFieldBean TF2 = S.getField("LOCATION.AddressB"); |
| 33 | B.setPrompt ( TF1.getValue + "is in which" + TF2.getPrompt ); |
| 34 | } |
| 35 | } |
| 36 | public void fieldEntered (MWAEvent e) { } |
| 37 | public void pageExited (MWAEvent e) { } |
| 38 | public void specialKeyPressed (MWAEvent e) { } |
| 39 | } |

The statement in lines 1–20 define a LOCATION page bean by extending the mobile interactions server page bean. This LOCATION page bean inherits all the attributes and methods of a mobile applications page bean described above; and the LOCATION page bean is instantiated at runtime to generate a LOCATION type page object.

The statement in line 3 indicates the event handling methods of the NavigHandler class, defined in Table 11, are instantiated in this page bean. The addListener method of JAVA beans is employed to instantiate the methods of the NaviHandler. This statement ensures that when a LOCA-TION page object is entered or exited the NavigHandler method will be invoked.

The statements in lines 4–5 instantiate event handling methods defined by the classes AListener and BListener defined in lines 21–25 and 26–39, respectively. The only event handler with application specific logic in these two classes of methods is a field exited handler defined in the BListener in lines 28–34. These statements are described in greater detail below. Because the AListener does not provide any application specific logic in this embodiment, the same effect would be obtained if the AListener class had not been included.

The statements in lines 6–10 instantiate a text field bean and assign values to the attributes Name, ValueType, Prompt and Length. The statement in line 6 defines the object A of type TextFieldBean to be a new instance of the text field bean. When instantiated in line 6, the object A has the default attributes defined in Table 1 for a text field bean object. For example, the text field is editable (the Editable attribute is "true"). Thus the object A can be used to accept user input text. The bean "set attribute" methods are used to assign

values that override the default values in lines 7–10. As a result of these assignments, text field object A on Page LOCATION has a bean name "AddressA" and prompts a user for input with the text string "Street Address."

The statement in line 11 associates an event handler with events that involve object A. The bean method addListener of the text field bean object A is employed to add an instance of the event handlers of the class BListener to the object A. The effect of adding these event handlers is described below.

The statements in lines 12–16 for text field bean object B correspond to the lines 6–10 for text field bean object A. The only difference is that the bean name of object B is "AddressB" and the prompt is "City/State/Zip." No event handler is added to the text field bean object B.

The statements in lines 17–18 employ a bean page method named "addFieldBeans" to add field beans to the page when the page is instantiated. The statement in line 17 adds the instance of field A to the LOCATION page when the page is instantiated, at runtime. The statement in line 18 adds the instance of field B to the LOCATION page when the page is instantiated.

Lines 21–39 of Table 12 include statements that define the application specific event handler methods in the classes AListener and BListener. Only the "fieldExited" handler of the BListener, in lines 28–36, includes application specific logic. When a field associated with the BListener is exited in response to a user operating a mobile device, the handler is invoked, and the expression in the statement in line 29 produces a value of "true" if the source, or "owner," of the event is a field named "AddressA." The expression uses the event object method "getOwner" and the getOwner method "equalsIgnoreCase" to determine whether the source is a field named "AddressA". If this expression is not true, then the handler simply returns without doing anything more.

The object A is associated with the BListener by the statement in line 11. Thus, if the user strokes a cursor up or a cursor down or an enter key while the cursor is located on a graphical element associated with object A, then the event handler in lines 28–36 is invoked. In this case, the expression evaluated in line 29 is true, the source of the event is the field object A with name "AddressA."

The statement in line 30 is then executed to obtain the session object from the event object so that state information can be obtained and used. The statements in line 31 and 32 create local text field bean objects TF1 and TF2 to hold the bean objects returned from the getField method of the session object S. Each of the desired fields is obtained by reference using the unique name generated by appending the field name to the page name "LOCATION." In line 33 the prompt for the AddressB object is replaced by a string consisting of the Value in the AddressA object at the time the field is exited with the words "is in which" appended and the former value of the prompt, also appended. In this way, the information input into the field object A becomes part of the prompt for field object B.

For example, a user has typed the text "1600 Pennsylvania Ave." into a graphical element corresponding to field object A, and pressed the enter key. This causes the application-specific event handler "exitField," of BListener associated with object A to be invoked. The handler retrieves the value of object A using the object session and incorporates that string into the prompt string for field B, which now reads "1600 Pennsylvania Ave. is in which City/State/Zip."

Using this event driven interface, events are triggered in the application layer, allowing a developer to program applications as a hierarchy of observers each dealing with a manageable number of observables. Application specific

US 7,188,183 B1

47                                                48

event handlers can be included in field objects, page objects and the menu item object of the application hierarchy to provide the desired behavior for the application. There is no restriction on how many handlers an application can define. Built-in state machine event handlers insulate the application handlers from low level user actions such as pointing device manipulation and individual keystrokes. The built-in state machine event handlers also provide automatic navigation from page to page of the application. In addition, the application specific handlers may throw exceptions to invoke built-in exception handlers for obtaining a response from a separate network resource, for exiting an application specific handler abnormally, and for terminating the application.

Multiple-Device Presentation Manager

FIG. 6A is a flowchart that illustrates one embodiment 610 of a method for a device-sensitive presentation manager to prepare page output for a particular mobile device. In the illustrated embodiment shown in FIG. 1D, the presentation manager 140 is a process within the listener 152*b* of the mobile interactions server 150*b*. In another embodiment, the device-sensitive presentation manager is a process of the mobile interactions server that is separate from the listener.

In step 602, the presentation manager receives an XML document describing a page object or field object for rendering at the client process on the mobile device. For example, a XML document describing a page object is received that is sent with the original menu in step 212 of FIG. 2A. As another example, a page object is received that is sent from an application to the state machine and from the state machine to the presentation manager in steps 248 of FIG. 2C. At this stage, it has not been determined whether the entire page will fit on the display or in the page buffer of the mobile device. The page object represents the device-independent view from the application perspective concerning the amount of information the user of the mobile device should have at one time to effectively navigate through the application.

In step 604, the presentation manager obtains information about the specific mobile device on which the client is executing. This information is obtained from the device profile 145 (FIG. 1D), and is constructed when the session began, as described above in FIG. 2A at step 204. This device-specific information includes a form factor describing the dimensions of the display, capabilities of the display, input buffer size, or other device specific information.

In step 606, the presentation manager builds one or more pages in a common markup language based on the received page object and the display form factor from the device profile. For example, if the page object includes 14 field beans as shown in FIG. 5A, but the particular mobile device to which the page is to be sent is so tiny that it can only display four lines at a time and its page buffer can only hold the text for 128 characters, including non-displayed characters like line end, tab and page end, then the entire page object cannot be sent to the particular mobile device at one time.

An embodiment of step 606 divides the information shown in FIG. 5A, and described in the common markup language, such as XML, among device-specific pages. For example, an embodiment of step 606 generates four device-specific pages, each with one line displaying both the page title and the submit button, while the other three lines on each device-specific page display three of the remaining 12 field beans. Each device-specific page includes a subset of

the graphical elements in the page object. Among the graphical elements in the subset is the current graphical element where the cursor is located, also called the graphical element in focus. In one embodiment only the device-specific page for the subset including the graphical element in focus is formed.

In this embodiment, the device-specific pages are expressed in a common markup language. In the preferred embodiment, XML is used as the common markup language. The use of XML is advantageous because, among other reasons, converters already exist that convert XML documents to HTML documents for use by browsers and WML documents for use by WAP devices as well as for HDML, and VoxML.

In step 608, the device-specific XML pages are sent to a converter routine 114 to convert them to a format for the client protocol, such as WML, HDML. VoxML, Telnet and HTML.

When a page object generated by the application has been reformatted into more than one device-specific pages, the user of the mobile device may use the cursor placement keys, such as an up key and a down key, to move off a particular device-specific page. For example, the user of the mobile device hits a down key when the cursor is positioned on the fourth and final line of the device-specific page described above with respect to step 606 of FIG. 6A. According to one embodiment, the device handler of the application does not include logic to handle this circumstance. The application is unaware of the device-specific pages built by the presentation manager. According to this embodiment, the listener still invokes the state machine method for the key pressed and the state machine generates a responsive XML document and the presentation manager re-generates a device-specific page that includes the current field.

FIG. 6B is a flowchart that illustrates the steps performed by one embodiment 640 of the converter routine 114. In step 642 the converter receives the XML document provided by the listener or the device-specific XML document provided by the presentation manager. In step 643 it is determined whether the client process is using a protocol that accepts documents that can be generated with a conventional XML converter 112, such as WML, HDML, VoxML and HTML. If so, control passes to step 646 to send the XML document to the conventional XML converter 112. If not, control passes to step 644 to communicate with the client process in the protocol of the client process (e.g., Telnet) based on the information in the XML document and the information about the mobile device in the device profile database 145.

Application Development Method

FIG. 7 is a flowchart that illustrates one embodiment 710 of a method for an application developer to utilize a mobile interactions server.

In step 702, the developer generates an application made up of one or more pages each comprising one or more fields. In the preferred embodiment, each field is an instance of one of nine field type beans. In this embodiment, each page is an instance of a page bean.

In step 704, the developer generates a page event handler for each event associated with the page. The page event handler includes logic to execute based on a generic event generated by the mobile interactions server in response to a user of the mobile device acting on a graphical element corresponding to a field object on the page. The event includes an indication of a generic action performed by the

49

50

user, and a reference to session state information. In the preferred embodiment, the page is a page bean object and the event handler is a page bean event handler method, and the fields are field type bean objects. A listener process passes an event object to the event handler method when calling the method, and the event object includes a reference to the field bean in the session object maintained by a state machine. Also the field beans include built-in field even handlers. Then, the application specific logic can be based on any information in the event object or the session object.

In step **706**, the developer registers the application with the mobile interactions server. In the preferred embodiment, the developer generates a menu item bean including a method to execute when the application is first called, and a reference to the first page. Then a reference to the menu item bean, such as a URL identifying a file where a menu item bean is stored, is associated with a menu item added to a list of menu items presented to a client by the mobile interactions server as a main menu. In the preferred embodiment, the mobile interactions server provides a registration process. The developer runs the registration process and enters the reference to the menu item bean when prompted by the registration process. The developer also enters a label for the application that is used as the text for the label item on the main menu.

### Hardware Overview

FIG. **8** is a block diagram that illustrates a computer system **800** upon which an embodiment of the invention may be implemented. Computer system **800** includes a bus **802** or other communication mechanism for communicating information, and a processor **804** coupled with bus **802** for processing information. Computer system **800** also includes a main memory **806**, such as a random access memory ("RAM") or other dynamic storage device, coupled to bus **802** for storing information and instructions to be executed by processor **804**. Main memory **806** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **804**. Computer system **800** further includes a read only memory ("ROM") **808** or other static storage device coupled to bus **802** for storing static information and instructions for processor **804**. A storage device **810**, such as a magnetic disk or optical disk, is provided and coupled to bus **802** for storing information and instructions.

Computer system **800** may be coupled via bus **802** to a display **812**, such as a cathode ray tube ("CRT"), for displaying information to a computer user. An input device **814**, including alphanumeric and other keys, is coupled to bus **802** for communicating information and command selections to processor **804**. Another type of user input device is cursor control **816**, such as a mouse, a trackball, or cursor direction keys for communicating direction information and command selections to processor **804** and for controlling cursor movement on display **812**. This input device typically has two degrees of freedom in two axes, a first axis (e.g., x) and a second axis (e.g., y), that allows the device to specify positions in a plane.

The invention is related to the use of computer system **800** for providing network applications for wireless mobile devices. According to one embodiment of the invention, a page for display on the mobile device is provided by computer system **800** in response to processor **804** executing one or more sequences of one or more instructions contained in main memory **806**. Such instructions may be read into main memory **806** from another computer-readable medium, such as storage device **810**. Execution of the sequences of instructions contained in main memory **806** causes processor

**804** to perform the process steps described herein. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement the invention. Thus, embodiments of the invention are not limited to any specific combination of hardware circuitry and software.

The term "computer-readable medium" as used herein refers to any medium that participates in providing instructions to processor **804** for execution. Such a medium may take many forms, including but not limited to, non-volatile media, volatile media, and transmission media. Non-volatile media includes, for example, optical or magnetic disks, such as storage device **810**. Volatile media includes dynamic memory, such as main memory **806**. Transmission media includes coaxial cables, copper wire and fiber optics, including the wires that comprise bus **802**. Transmission media can also take the form of acoustic or light waves, such as those generated during radio-wave and infra-red data communications.

Common forms of computer-readable storage media include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, a CD-ROM, any other optical medium, punchcards, papertape, any other physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, any other memory chip or cartridge, and transmission media including a carrier wave as described hereinafter, or any other medium from which a computer can read.

Various forms of computer readable media may be involved in carrying one or more sequences of one or more instructions to processor **804** for execution. For example, the instructions may initially be carried on a magnetic disk of a remote computer. The remote computer can load the instructions into its dynamic memory and send the instructions over a telephone line using a modem. A modem local to computer system **800** can receive the data on the telephone line and use an infra-red transmitter to convert the data to an infra-red signal. An infra-red detector can receive the data carried in the infra-red signal and appropriate circuitry can place the data on bus **802**. Bus **802** carries the data to main memory **806**, from which processor **804** retrieves and executes the instructions. The instructions received by main memory **806** may optionally be stored on storage device **810** either before or after execution by processor **804**.

Computer system **800** also includes a communication interface **818** coupled to bus **802**. Communication interface **818** provides a two-way data communication coupling to a network link **820** that is connected to a local network **822**. For example, communication interface **818** may be an integrated services digital network ("ISDN") card or a modem to provide a data communication connection to a corresponding type of telephone line. As another example, communication interface **818** may be a local area network ("LAN") card to provide a data communication connection to a compatible LAN. Wireless links may also be implemented. In any such implementation, communication interface **818** sends and receives electrical, electromagnetic or optical signals that carry digital data streams representing various types of information.

Network link **820** typically provides data communication through one or more networks to other data devices. For example, network link **820** may provide a connection through local network **822** to a host computer **824** or to data equipment operated by an Internet Service Provider ("ISP") **826**. ISP **826** in turn provides data communication services through the world wide packet data communication network now commonly referred to as the "Internet" **828**. Local network **822** and Internet **828** both use electrical, electromagnetic or optical signals that carry digital data streams. The signals through the various networks and the signals on

US 7,188,183 B1

51

network link 820 and through communication interface 818, which carry the digital data to and from computer system 800, are exemplary forms of carrier waves transporting the information.

Computer system 800 can send messages and receive data, including program code, through the network(s), network link 820 and communication interface 818. In the Internet example, a server 830 might transmit a requested code for an application program through Internet 828, ISP 826, local network 822 and communication interface 818. In accordance with the invention, one such downloaded application provides for a user interface as described herein.

The received code may be executed by processor 804 as it is received, and/or stored in storage device 810, or other non-volatile storage for later execution. In this manner, computer system 800 may obtain application code in the form of a carrier wave.

SCOPE

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. In particular the order of some steps in the flow charts can be changed without affecting adversely the practice of the invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A machine-implemented method for communicating with a mobile device, comprising the steps of:

receiving, at a mobile interactions server, first registration data from a first application of a plurality of applications, wherein the first registration data specifies rules about how mobile devices are allowed to interact with the first application;

receiving, at the mobile interactions server, second registration data from a second application of the plurality of applications, wherein the second registration data specifies rules about how mobile devices are allowed to interact with the second application;

wherein said first application is distinct from said second application;

wherein the plurality of applications each do not execute on any of said mobile devices;

the mobile interactions server operating as an intermediary for interactions between mobile devices and each of the plurality of applications; and

while operating as an intermediary, the mobile interactions server enforcing the rules about how mobile devices are allowed to interact with each of the plurality of applications, wherein each of the plurality of applications is relieved of the responsibility of enforcing the rules about how mobile devices are allowed to interact with each of the plurality of applications.

2. The method of claim 1, further comprising the step of:

storing, at the mobile interactions server, device data that describes the characteristics of the mobile device.

3. The method of claim 2, further comprising the steps of:

transforming, based on the device data, response data received from the first application to create transformed response data, wherein the transformed response data is in a format readable by the mobile device; and

transmitting the transformed response data to the mobile device.

4. The method of claim 2, wherein the step of transforming the response data to create transformed response data comprises the steps of:

52

determining a portion of the response data that is capable of being simultaneously displayed on the mobile device based, at least in part, on the device data;

transforming the portion into a transformed portion, wherein the transformed portion is in a format readable by the mobile device; and

transmitting the transformed portion to the mobile device without transmitting any remaining portion of the response data.

5. A machine-readable storage medium carrying one or more sequences of instructions for communicating with a mobile device, wherein execution of the one or more sequences of instructions by one or more processors causes the one or more processors to perform the steps of:

receiving, at a mobile interactions server, first registration data from a first application of a plurality of applications, wherein the first registration data specifies rules about how mobile devices are allowed to interact with the first application;

receiving, at the mobile interactions server, second registration data from a second application of the plurality of applications, wherein the second registration data specifies rules about how mobile devices are allowed to interact with the second application;

wherein said first application is distinct from said second application;

wherein the plurality of applications each do not execute on any of said mobile devices;

the mobile interactions server operating as an intermediary for interactions between mobile devices and each of the plurality of applications; and

while operating as an intermediary, the mobile interactions server enforcing the rules about how mobile devices are allowed to interact with each of the plurality of applications, wherein each of the plurality of applications is relieved of the responsibility of enforcing the rules about how mobile devices are allowed to interact with each of the plurality of applications.

6. The machine-readable storage medium of claim 5, wherein execution of the one or more sequences of instructions by the one or more processors causes the one or more processors to perform the steps of:

storing, at the mobile interactions server, device data that describes the characteristics of the mobile device.

7. The machine-readable storage medium of claim 6, wherein execution of the one or more sequences of instructions by the one or more, processors causes the one or more processors to perform the steps of:

transforming, based on the device data, response data received from the first application to create transformed response data, wherein the transformed response data is in a format readable by the mobile device; and

transmitting the transformed response data to the mobile device.

8. The machine-readable storage medium of claim 6, wherein the step of transforming the response data to create transformed response data comprises the steps of:

determining a portion of the response data that is capable of being simultaneously displayed on the mobile device based, at least in part, on the device data;

transforming the portion into a transformed portion, wherein the transformed portion is in a format readable by the mobile device; and

transmitting the transformed portion to the mobile device without transmitting any remaining portion of the response data.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,188,183 B1                                    Page 1 of  1
APPLICATION NO. : 09/872066
DATED                  : March 6, 2007
INVENTOR(S)        : Jyotirmoy Paul

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


On the title page item (75), line 2,

Delete "Jeff Barton" and insert --Jeff R. Barton--.

On the title page item (56), page 2 col. 1, line 3, References Cited

U.S. PATENT DOCUMENTS

Delete "6,247,046" and insert --6,247,048--.


COLUMN 52
Claim 7:  Line 46, delete "more, processors" and insert --more processors--.




Signed and Sealed this

Seventeenth Day of April, 2007


JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit B

(12) **United States Patent**    (10) Patent No.:    **US 6,661,877 B1**
Lee et al.    (45) Date of Patent:    **Dec. 9, 2003**

(54) **SYSTEM AND METHOD FOR PROVIDING ACCESS TO A UNIFIED MESSAGE STORE LOGICALLY STORING COMPUTER TELEPHONY MESSAGES**

(75) Inventors: **Jae Jun Lee**, Redwood Shores, CA (US); **Byung-Hee Choung**, Burlingame, CA (US); **Tom Charles Kraikit**, San Francisco, CA (US); **Jerald Duane Jensen**, Castro Valley, CA (US); **Varouzhan Ebrahimian**, San Mateo, CA (US); **Kurt Lee Christofferson**, Burlingame, CA (US); **Kenneth Chun Hei Kwok**, San Mateo, CA (US); **Himabindu Dharmavaram**, San Jose, CA (US); **Philip Daman Sarin**, San Francisco, CA (US); **Indira Iyer**, San Mateo, CA (US); **Sunnia Hsi-Peng Lin**, Belmont, CA (US); **Howard Mario Narvaez**, Milipitas, CA (US)

(73) Assignee: **Oracle International Corporation**, Redwood Shores, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/898,400**

(22) Filed: **Jul. 3, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/236,613, filed on Sep. 29, 2000.

(51) Int. Cl.⁷ ............................................... **H04M 1/64**
(52) U.S. Cl. ................ **379/67.1**; 379/88.09; 379/88.13; 379/88.14; 379/88.17; 379/88.18; 379/88.25; 379/908

(58) **Field of Search** ..................... 379/67.1, 83, 88.04, 379/88.11, 88.13, 88.14, 88.16, 88.17, 88.18, 88.22, 88.25, 88.27, 88.28, 900, 908

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,608,786 A | * | 3/1997 | Gordon | 379/100 |
| 5,675,507 A | * | 10/1997 | Bobo, II | 364/514 R |
| 5,742,905 A | * | 4/1998 | Pepe et al. | 455/461 |
| 6,233,318 B1 | * | 5/2001 | Picard et al. | 379/88.12 |
| 6,427,002 B2 | * | 7/2002 | Campbell et al. | 379/88.01 |
| 6,445,776 B1 | * | 9/2002 | Shank et al. | 379/88.1 |
| 6,487,533 B2 | * | 11/2002 | Hyde-Thomson et al. | 704/260 |
| 6,498,835 B1 | * | 12/2002 | Skladman et al. | 379/88.12 |
| 6,507,817 B1 | * | 1/2003 | Wolfe et al. | 704/260 |

* cited by examiner

*Primary Examiner*—Allan Hoosain
(74) *Attorney, Agent, or Firm*—Hickman Palermo Truong & Becker LLP; Brian D. Hickman; Christopher J. Brokaw

(57) **ABSTRACT**

A system and method for providing access to a unified message store logically storing computer telephony messages is disclosed. A multiplicity of heterogeneous storage objects corresponding to computer telephony messages are stored in a unified message store. An application software layer exchanging the heterogeneous storage objects with a computer telephony server is exported. The computer telephony server is interfaced via a container subsystem defining encapsulated methods including organization strategy methods and storage strategy methods. A unified inbox generating an indicator for at least one of the computer telephony messages is provided. The unified inbox exports user controls for accessing the corresponding heterogeneous storage objects stored in the unified message store.

**8 Claims, 10 Drawing Sheets**





Figure 1.



Figure 2.



Figure 3.



Figure 4.

U.S. Patent

Dec. 9, 2003

Sheet 5 of 10

US 6,661,877 B1

**Figure 5.**

_75_

```
1      struct  Message      {
2           VARchar    *From;
3           VARchar    *To;
4           VARchar    *Subject;
5           BOOL       *Type;
6           DATE       *Date;
7           INT        *Size;
8           VARchar    *Body;
9           VARobj     *Blob;
10      } ;
```



**Figure 6A.**

**Figure 6B.**

86



**Figure 6C.**

Figure 7.

100
101
File Edit View Go Communicator Help
Back Forward Reload Home Search Netscape Print Security Shop Stop
Bookmarks Location: http://thintest.us.oracle.com:8080/es/templates/message_list.jsp?JServSessionIdroot=gpvry0g3jz
What's Related
Instant Message WebMail Contact People Yellow Pages Download Find Sites New & Cool Channels
ORACLE
WebMail
103
102
Help Log Off
Messages Compose Search Folders Address Book Preferences
Apr 30, 2001 6:59 PM
Folder: INBOX (Messages 1 to 6 of 6, 6 unread)
106 107 105 108 109 110
New Messages | Delete | Undelete | Expunge | Select a folder Move | Reply | Reply All | Forward
From Subject Date Size
ORACLE WORLDWIDE MARKETING ORACLE E-BUSINESS SUITE 11i: POSITIVE REVIEWS F... 2:03 PM 28 Kb
Byung-Hee Choung norton anti-virus for win2k 3:10 PM 5 Kb
6505062982 Voice Mail 3:44 PM 106 Kb
2063811267 Voice Mail 2:13 PM 148 Kb
Club Oracle May Events Calendar 4:36 PM 34 Kb
Danielle Higgins Product Lines 1:21 PM 2 Kb
111
New Messages | Delete | Undelete | Expunge | Select a folder Move | Reply | Reply All | Forward
version 2.0.0.0.0
Copyright © 2000 by Oracle Corporation. All rights reserved.
To log a bug against this product, please use Product ID "72" and Component "ESCLIENT" in the bug database.



**Figure 8.**



1

# SYSTEM AND METHOD FOR PROVIDING ACCESS TO A UNIFIED MESSAGE STORE LOGICALLY STORING COMPUTER TELEPHONY MESSAGES

## CROSS-REFERENCES TO RELATED APPLICATION

This patent application claims priority under 35 U.S.C. §119(e) to provisional patent application Serial No. 60/236, 613, filed Sep. 29, 2000, the disclosure of which is incorporated by reference.

## FIELD OF THE INVENTION

The present invention relates in general to computer telephony messaging and, in particular, to a system and method for providing access to a unified message store logically storing computer telephony messages.

## BACKGROUND OF THE INVENTION

The need for complete message exchange integration has become increasingly important in the modem age of divergent electronic communications. Current electronic information exchange takes many forms. In a typical corporate setting, printed communication can take the form of electronic mail (email) and facsimiles, while recorded verbal communication can take the form of voicemails.

Each of these forms of electronic messaging presents unique advantages and trade-offs. For example, the delivery of email is assured, provided the email address is correct and current, and the email server is available. Email can be sent as a secure communication and delivery also can be confirmed by return email receipt. However, email is typically downloaded from an email server and stored locally on a user computer system. Ubiquitous access is consequently constrained by the necessity of having access to the local email store.

By comparison, the actual delivery of facsimile messages is a manual process and is inherently unreliable, as physical paper facsimiles can be lost, misdirected, or not received due to transmission failure. The delivery of facsimiles can be confirmed via facsimile protocols. Facsimile messaging, however, is the least accessible form of electronic message exchange, as a dedicated telephone number is required, the received facsimiles are not typically stored in an exchangeable digital electronic format, and delivery requires the handling of physical printed paper copies. Moreover, secure facsimiles only protect the transmission process and not actual delivery.

Finally, the delivery of voicemail, as conventionally implemented with most voicemail messaging systems, is assured and inherently confirmed upon recordation into a voicemail messaging system. Voicemail messaging offers the most accessible form of electronic messaging as voicemail messages can be retrieved over most available telephone lines.

Recent advances in standardizing message storage formats have enabled facsimile and voicemail messages to be stored in a unified message store. Unified messaging solutions allow the digital electronic message representations to be consolidated into a logically unified message exchange system. The use of digital messaging representations allows different types of messages to be accessed by a variety of compatible devices, including conventional email applications, Web browsers, telephones, personal data assistants (PDAs), and Wireless Access Protocol (WAP)-enabled devices, as well as facsimile machines (receive only).

2

Although convenient, digital electronic messaging for voicemail, facsimile and email present a number of unique challenges. First, each of these message types has different storage requirements. Until recently, these formats were not standardized and tended to be proprietary solutions with different physical playback requirements. Moreover, generalized solutions tend to be restricted to one storage format and fail to present a complete solution. For instance, an email store has different characteristics than would be used with a relational database, Internet file system, or Web database.

The first generation of digital electronic messaging systems recognized the need to maintain each type of electronic message, email, facsimile and voicemail, in a separate message store. These systems used message store synchronization as an add-on to conventional messaging systems. These storage systems were not standardized and messages were accessed using an ad hoc collection of message-specific applications. As well, the user interfaces and physical playback requirements varied based on the message type. For example, email messages were viewable via an email application, while voicemail messages required a separate audio playback application. Moreover, each of these applications tended to be proprietary and lacked integration with other messaging systems. As well, synchronization was difficult to achieve and the user experience varied greatly, based on the form of application used for each different message format.

Second generation attempts at integrating digital electronic messaging systems resolve the ad hoc approach in favor of a logically consolidated messaging application. Various messages types originating from heterogeneous computer telephony devices, including emails, facsimiles, and voicemails, are accessed through a virtually consolidated inbox. However, the individual messages are still separately maintained in their own legacy message stores. This approach imposed an administrative burden on maintaining each individual system and increased the overall system complexity necessary to dynamically process messaging requests through each of the separate message stores. Although an advancement over the first generation, the consolidated view approach failed to provide a flexible solution for accessing multiple storage devices and formats.

Therefore, there is a need for a unified solution capable of displaying and navigating through multiple types of digital electronic messages stored in a single unified message store. Such an approach provided a transparent, device-independent solution to accessing messages originating from physically interfaced heterogeneous computer telephony devices.

## SUMMARY OF THE INVENTION

The present invention provides a Web based unified message inbox for accessing computer telephony messages stored in a unified message store. The Unified message inbox is presented as a graphical user interface with controls for displaying and navigating through the stored messages, including email, facsimiles, voice mail, and video mail. The unified inbox provides transparent access to messages exchanged with physically interfaced heterogeneous computer telephony devices.

An embodiment of the present invention is a system and method for providing access to a unified message store logically storing computer telephony messages. A multiplicity of heterogeneous storage objects corresponding to computer telephony messages are stored in a unified message

3

store. An application software layer exchanging the heterogeneous storage objects with a computer telephony server is exported. The computer telephony server is interfaced via a container subsystem defining encapsulated methods including organization strategy methods and storage strategy methods. A unified inbox generating an indicator for at least one of the computer telephony messages is provided. The unified inbox exports user controls for accessing the corresponding heterogeneous storage objects stored in the unified message store.

Still other embodiments of the present invention will become readily apparent to those skilled in the art from the following detailed description, wherein is described embodiments of the invention by way of illustrating the best mode contemplated for carrying out the invention. As will be realized, the invention is capable of other and different embodiments and its several details are capable of modifications in various obvious respects, all without departing from the spirit and the scope of the present invention. Accordingly, the drawings and detailed description are to be regarded as illustrative in nature and not as restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a network diagram showing a heterogeneous communications environment, including a system for providing access to a unified message store logically storing computer telephony messages, in accordance with the present invention.

FIG. 2 is a network diagram showing the system for flexibly storing computer telephony messages of FIG. 1.

FIG. 3 is a block diagram showing the functional layers defined within the system of FIG. 1.

FIG. 4 is a block diagram showing the modules of the storage subsystem of FIG. 3.

FIG. 5 is a data structure of a pseudo code information header for computer telephony messages stored in the unified message store of FIG. 1.

FIG. 6A is a block diagram showing the modules of the resource software layer of FIG. 3.

FIG. 6B is a block diagram showing the modules of the email server of FIG. 1.

FIG. 6C is a block diagram showing the modules of the wireless server of FIG. 1.

FIG. 7 is a screen shot of a Web page showing, by way of example, the graphical user interface used in the system of FIG. 2.

FIG. 8 is a flow diagram showing a method for providing access to a unified message store logically storing computer telephony messages, in accordance with the present invention.

DETAILED DESCRIPTION

FIG. 1 is a network diagram showing a heterogeneous communications environment 10, including a system 11 for providing access to a unified message store 12 logically storing computer telephony messages, in accordance with the present invention. The unified messaging server 11 is a logical collection of individual servers, including a telephone server 21, email server 22 and wireless server 23, which respectively enable a plurality of heterogeneous computer telephony devices, including a computer system 14, personal data assistant 15 (or WAP-enabled device) to access digital electronic messages maintained in the unified message store 12 over an internetwork 13 or intranetwork

4

(not shown). As well, telephony devices, including a telephone 17 and facsimile 18, can likewise access the unified message store 12 through a publicly-switched telephone network (PSTN) 16. Finally, short messaging service (SMS)-enabled devices, such as pagers 19 and cellular telephones 20, can access the unified message store 12 over an SMS network (not shown).

Internally, the infrastructure required to support each of these heterogeneous devices is brokered by the unified messaging server 11. For example, message access using the computer system 14 is provided by implementations of the simple mail transfer protocol (SMTP), standard mail protocol servers (IMAP4 and POP3), and browser-based thin clients (HTML and WML). Likewise, the SMS-capable devices can be supported through wireless notification gateways (SMS and WCTP). Various network topologies and configurations and other types of digital electronic message exchange devices could be provided herein, as would be recognized by one skilled in the art.

FIG. 2 is a network diagram showing the system 30 for flexibly storing computer telephony messages of FIG. 1. For simplicity, only computer system-type devices are shown, although other heterogeneous computer telephony devices are also supported, as described above with reference to FIG. 1. The unified messaging server 11 is coupled to a unified message store 12 supporting four types of individual message stores: an email store (ES) 31, a relational database (RDB) 32, an Internet file system (iFS) 33, and a Web database (Web DB) 34. Other databases or structural stores are possible, as would be recognized by one skilled in the art. Individual clients 35 can be connected to the unified messaging server 11 over an intranetwork 36. Similarly, remote clients 38 and remote servers 39 can be interconnected to the unified messaging server 11 over an internetwork 13, including the Internet, by way of a gateway 37. The clients 35, remote clients 38, and remote servers 39 can access the various stores in the unified message store 12 via the unified messaging server 11 for message retrieval and storage.

In the described embodiment, the unified messaging server 11 is structured as a Unified Inbox using the familiar graphical user interface and controls of a conventional email application, as further described below beginning with reference to FIG. 7. The Unified Inbox is implemented as Web pages interpreted by a browser application 40 executing on the clients 35 and remote client 36. The email store 31 is a flexible MIME-compliant mail store, with an extensible application programming interface support, as described in Oracle Email Server, Developer's Guide, Release 5.2, Oracle Corporation, Redwood Shores, Calif. (January 2001), the disclosure of which is incorporated by reference. The relational database 32 is a structured hierarchical database such as the Oracle relational database management system, Release 9i, licensed by Oracle Corporation, Redwood Shores, Calif. The Internet file system 33 and Web database 34 are also licensed by Oracle Corporation and are described in Oracle Internet File System, Developer's Guide, Release 1.1, Oracle Corporation, Redwood Shores, Calif. (September 2000), the disclosures of which are incorporated by reference.

The individual computer systems, including the unified messaging server 11, clients 35, remote client 38, and remote server 39, are general purpose, programmed digital computing devices consisting of a central processing unit (CPU), random access memory (RAM), non-volatile secondary storage, such as a hard drive or CD ROM drive, network interfaces, and peripheral devices, including user interfacing

5

means, such as a keyboard and display. Program code, including software programs, and data are loaded into the RAM for execution and processing by the CPU and results are generated for display, output, transmittal, or storage.

FIG. 3 is a block diagram showing the functional layers 50 defined within the telephone server 21 of FIG. 1. The unified messaging server 11 is a logical collection of individual servers which includes an Enterprise Computer Telephony Forum (ECTF)-based telephony server, architected into four logical layers: application software layer 51, server layer 52, resource software 54, and resource hardware layer 56. In the described embodiment, the server layer 52 is based on the telephony application objects framework, and ECTF S.100 compliant server model, licensed by Dialogic Corporation, Santa Clara, Calif. The server layer 52 provides an abstract layer server model that includes a messaging protocol to allow language and platform independent communications between heterogeneous computer telephony devices and end user applications, such as a Unified Inbox.

On the application software layer 51 side, the server layer 52 exports an application programming interface called the application interface adapter layer 53. This layer provides a request and response messaging interface between the application software layer 51 and the server layer 52, including functions for call control, media processing and control, and system servicing.

The application software layer 51 consists of individual end-user applications interfaced to the server layer 52 via the application interface adapter layer 53. By way of example, the applications include the browser-based Unified Inbox, as further described below beginning with reference to FIG. 7.

On the resource software layer 54 side, the server layer 52 exports an application programming interface called the resource software abstraction layer 55. This layer provides a set of dynamic linked libraries called service interface adapters between the server layer 52 and resource software layer 54, such as further described below with reference to FIG. 6A. Server request messages are converted into callbacks that control signal processing in heterogeneous computer telephony devices. Similarly, the resource software layer 54 can interface with the server layer 52 and application software layer 51 through request response and event messages.

The resource hardware layer 56 is specific to the computer telephony platform and interfaces only with computer telephony-capable hardware devices, such as telephone 17, facsimile 18, and cellular telephones 20 (all shown in FIG. 1), for application processing.

The functional layers 50 are further described in CT Media 2.0 Container Developer's Guide & Reference for Windows 2000, Dialogic Corporation, Santa Clara, Calif. (2000), the disclosure of which is incorporated by reference.

Computer telephony messages are maintained in the unified message store 12. The server layer 52 includes a storage subsystem 57 that provides an interface to the unified message store 12. All storage requests are received and processed through the server layer 52 by way of the storage subsystem 57. The storage subsystem 57 exports an application programming interface to the server layer 52 and to individual storage objects, as further described below with reference to FIG. 4.

The modules comprised in each layer are computer programs, procedures or modules written as source code in a conventional programming language, such as the C++ programming language, and are presented for execution by the CPU as object or byte code, as is known in the art. The

6

various implementations of the source code and object and byte codes can be held on a computer-readable storage medium or embodied on a transmission medium in a carrier wave. The modules operate in accordance with a sequence of process steps, as further described below beginning with reference to FIGS. 6A–C.

FIG. 4 is a block diagram showing the modules 60 of the storage subsystem 57 of FIG. 3. The container subsystem 61 controls the information flow between the server layer 52 and the unified message store 12 (shown in FIG. 1). The storage subsystem 57 defines a container subsystem 61 that encapsulates individual structured storage objects logically maintained in the unified message store 12. The container subsystem 61 provides abstraction so that the underlying physical storage types are transparent to calling applications. And although each specific application will generally use only one of the storage types to store all messages, the storage subsystem 57 is capable of supporting all storage types.

Each storage object includes a data block and embedded organization strategy methods and storage strategy methods, such as described in the related commonly-assigned U.S. patent application Ser. No. 09/898,407, entitled "System And Method For Flexibly Storing Computer Telephony Messages As Structured Objects In A Unified Message Store," filed Jul. 3, 2001, pending, the disclosure of which is incorporated by reference. The storage subsystem 57 logically includes the container subsystem 61 that encapsulates the organization strategies 62 and storage strategies 63. The organization strategies 62 define and implement the functionality for processing various electronic messaging data types, as generated by the heterogeneous computer telephony devices. The storage strategies 63 implement the functionality for processing storage objects as physical storage types.

In the described embodiment, email messages have organization strategies 62 that are defined based on the type of data being stored. Email messages are stored using text-compliant organization strategies 64. Facsimile messages are stored using TIFF-compliant organization strategies 65. Audio and video messages are stored in one of either WAVE-compliant storage strategies 66 or ADPCM-compliant storage strategies 67. The structured storage objects are maintained in the unified message store 12 based on the type of storage system and include an email store storage strategy 68, a relational database storage strategy 71.

Each of the storage objects is indexed in the unified message store 12 using information common to all message types. FIG. 5 is a data structure of a pseudo code information header 75 for computer telephony messages stored in the unified message store 12 of FIG. 1. The information header 75 includes basic identification information to identify the sender ("From" field), recipient ("To" field), subject ("Subject" field), data type ("Type" field), date ("Date" field), message size ("Size" field), as well as the message content ("Body" field). For facsimile and voicemail messages, a binary large object ("Blob") field is included.

In the described embodiment, email messages are stored in a MIME compatible format, while facsimile and voicemail messages are stored in a VPIM format as described in RFC 2421, the disclosure of which is incorporated by reference.

FIG. 6A is a block diagram showing the modules 80 of the resource software layer 54 of FIG. 3. A plurality of logically defined submodules 81–83 provide lower layer functionality by interfacing to the operating system, physical resources,

7

and computer telephony devices, including telephones **17** and facsimiles **18**. The resource manager **81** controls operating system calls and resource utilization on the client **35**. The voicemail module **82** and fax module **83** provide resource-specific support.

In particular, the voicemail submodule **82** includes two service interface adapters, text-to-speech (TTS) **84** and automatic speech recognition (ASR) **85**, for respectively converting written text into spoken words and converting spoken words into written text.

FIG. **6B** is a block diagram showing the modules **86** of the email server **22** of FIG. **1**. A plurality of logically defined submodules **87**–**88** provide lower layer functionality by interfacing to the operating system, physical resources, and email devices, including computer systems **14** and personal data assistants **15**. The submodules, including standard mail protocol servers **87** and browser-based thin clients **88**, provide resource-specific support. The standard mail protocol servers submodule **86** is used by the browser-based thin clients submodule **88** to provide connections to the unified message store **12** (shown in FIG. **1**).

In particular, the standard mail protocol servers submodule **87** includes three service interface adapters, Internet Message Access Protocol Version 4 (IMAP4) **89**, Simple Mail Transfer Protocol (SMTP) **90**, and Post Office Protocol Version 3 (POP3) **91**, for respectively allowing a client to access email and route messages between email servers, such as described in R. Orfali, "Client/Server Survival Guide," pp. 411–416, John Wiley & Sons, Inc. (3d ed. 1999), the disclosure of which is incorporated by reference.

The browser based thin clients submodule **88** includes two service interface adapters, Hypertext Markup Language (HTML) **93** and Wireless Markup Language (WML) **94**, for respectively generating content and a user interface for Web pages and WAP-enabled devices.

FIG. **6C** is a block diagram showing the modules **94** of the wireless server **23** of FIG. **1**. A logically defined submodule **95** provides lower layer functionality by interfacing to the operating system, physical resources, and wireless devices, including pagers **19** and cellular telephones **20**. The wireless notification gateway **95** provides resource-specific support and includes two service interface adapters, Short Messaging Service (SMS) **96** and Wireless Control Transfer Protocol (WCTP) **96**, for respectively sending messages to SMS-capable and WCTP-capable devices.

FIG. **7** is a screen shot of a Web page **100** showing, by way of example, the graphical user interface **101** used in the system **11** of FIG. **2**. In the described embodiment, the graphical user interface **101** is generated as a HTML Web page for viewing on a browser application **40** (shown in FIG. **2**). The graphical user interface **101** provides controls **102** for displaying and navigating through computer telephony messages **103** stored in the unified message store **12** (shown in FIG. **1**).

A set of messages **111** is stored into a Unified Inbox **105** organized by type **106**, sender **107**, subject **108**, date **109**, and size **110**. Access to computer telephony messages of different types is transparently handled through the email server **22**. Facsimile, voicemail and video mail messages are included as attachments viewable with a text-based placeholder message. Access to voicemail and video mail messages causes an audio or video playback control to appear (not shown). Other forms of user controls are feasible. Depending on bandwidth availability, the playback control can be either download-based or streaming. Higher bandwidth connections will simply download an attachment for

8

playback locally on the client while lower bandwidth connections will stream the playback to conserve bandwidth and save on download time. Although described above with reference to a Web interface, the graphical user interface **101** could also be provided as phone, PDA and wireless interfaces, as would be recognized by one skilled in the art.

FIG. **8** is a flow diagram showing a method **120** for providing access to a unified message store **12** (shown in FIG. **1**) logically storing computer telephony messages, in accordance with the present invention. The graphical user interface **101** is generated by the unified messaging server **11** (shown in FIG. **2**) as a Web page for presentation through a browser application **40**. An end user on a client **35** or remote client **38** can display and navigate through a Unified Inbox **105** via the graphical user interface **101** and requests to access the computer telephony messages **103** are processed by the unified messaging server **11**.

The Unified Inbox **105** is initialized (block **123**) upon a first request for access to the Web page **100**. Requests are then iteratively processed (block **125**) in an iterative processing loop (blocks **124**–**126**). During the processing of each request (block **125**), the actual message formats used for each particular type of message, that is, email, voicemail, wireless and so forth, are transparent to the Unified Inbox **105** and access is provided by the encapsulated methods described above with reference to FIGS. **6A**–**6C**. The routine terminates after all requests have been processed.

While the invention has been particularly shown and described as referenced to the embodiments thereof, those skilled in the art will understand that the foregoing and other changes in form and detail may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method for managing heterogeneous messages, comprising the steps of:

receiving, at a unified digital server, digital messages from each of a plurality of heterogeneous sources, said digital messages including at least two members selected from the group consisting of:

email,

video mail without an email container,

voice mail without an email container, and

facsimiles without an email container;

storing said received digital messages as a first set of digital messages in a unified message store that is capable of managing a plurality of storage types;

wherein each storage type of said plurality of storage types represents a combination of an organization strategy and a storage strategy; and

transmitting a set of information identifying a second set of digital messages to a client for presentation through a user interface, wherein the second set of digital messages is a subset of the first set of digital messages;

wherein the step of storing said received digital messages includes the steps of receiving digital messages that are associated with a first application at a container subsystem that presents an abstraction interface that renders transparent to said first application a first underlying storage type; and

the container subsystem storing said digital messages associated with said first application using said first underlying storage type;

receiving digital messages that are associated with a second application at said container subsystem that presents said abstraction interface that renders trans-

US 6,661,877 B1

9

parent to said second application a second underlying storage type that is different than said first underlying storage type; and

the container subsystem storing said digital messages associated with said second application using said second underlying storage type.

**2**. The method of claim **1**, wherein the second set of digital messages includes messages from at least two distinct heterogeneous sources.

**3**. The method of claim **1**, wherein said user interface is presented through one member selected from the group consisting of: a personal digital assistant, a wireless telephone with a graphical user interface, a wireless telephone without a graphical user interface, a wired telephone with a graphical user interface, a wired telephone without a graphical user interface, and a web page.

**4**. The method of claim **1**, further comprising the steps of:

upon receiving a command to transmit a particular message in the second set of digital messages, downloading the particular message to a client only if said client has

10

a bandwidth capability that currently supports downloading messages; and

upon receiving a command to transmit a particular message, streaming the particular message to the client only if said bandwidth capability does not currently support downloading messages.

**5**. The method of claim **4**, wherein said particular message is voice mail.

**6**. The method of claim **4**, wherein said particular message is video mail.

**7**. The method of claim **1**, wherein each of said storage strategy associated with each of said storage type includes one member selected from the group consisting of: an email server database strategy, a relational database strategy, an Internet file system strategy, and a web database strategy.

**8**. A computer-readable medium carrying one or more sequences of instructions which, when executed by one or more processors, causes the one or more processors to perform the method recited in any one of claims **1–7**.

*    *    *    *    *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,661,877 B1                                    Page 1 of 1
DATED         : December 9, 2003
INVENTOR(S)   : Jae Jun Lee et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 8,
Line 36, "server digital," should read -- server comprising a plurality of different media servers, digital --;
Line 45, "store that," should read -- store comprising a plurality of different message stores that --.

Signed and Sealed this

Twenty-fifth Day of May, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# Exhibit C

(12) **United States Patent**
Pickering et al.

(10) Patent No.: **US 6,493,695 B1**
(45) Date of Patent: **Dec. 10, 2002**

(54) **METHODS AND SYSTEMS FOR HOMOGENEOUSLY ROUTING AND/OR QUEUEING CALL CENTER CUSTOMER INTERACTIONS ACROSS MEDIA TYPES**

(75) Inventors: **David Pickering**, Oakland, CA (US); **Narasimhaprasad Kodur**, Cupertino, CA (US)

(73) Assignee: **Oracle Corporation**, Redwood Shores, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/407,791**

(22) Filed: **Sep. 29, 1999**

(51) Int. Cl.[7] .............................................. **G06F 17/00**
(52) U.S. Cl. .............................. **706/47**; 706/45; 706/46
(58) Field of Search .............................. 706/45, 47, 48

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,862,325 A * 1/1999 Reed et al. ................. 709/201

OTHER PUBLICATIONS

Agent Management Technology in a Ruled–Based Electronic Collaboration System, Yong Mu; Technical Report Vision Interfaces and System Laboratory (No. VISLab. 97002).*
Call Centres (opportunities for HLT in the next 5 years) Summary of a Linglink Report for European Commission DGXIII, Jeremy Peckham; (Nov. 16, 1998).*

Agent Management Technology in a Ruled–Based Electronic Collaboration System, Technical Report (No. VIS-Lab.97002), Yong Mu (1997).*

* cited by examiner

Primary Examiner—Thomas Black
Assistant Examiner—Michael B. Holmes
(74) Attorney, Agent, or Firm—Young Law Firm, P.C.

(57) **ABSTRACT**

Methods, devices and systems for processing a customer interaction of any media type for assignment to at least one selected call center agent and/or to at least one selected queue coupled to at least one call center agent in a call center. The method includes steps of receiving the customer interaction and extracting customer data from the received customer interaction. The customer data is linked with the customer interaction from which the customer data was extracted. The extracted customer data is stored in a data structure that is generic across all media types of the customer interactions. The customer data in the generic data structure is then applied to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the agent(s) and/or the queue(s) to which to assign the generic data structure. A repository of call center agent characteristics may be accessed to select the agent(s) and/or queue(s), as may be a customer information database. The generic data structure or object is assigned and sent to the selected agent(s) and/or to the selected queue(s), and the customer interaction linked to the generic data structure is retrieved. At least the retrieved customer interaction may then be presented to the selected agent(s) on a display and/or teleset.

**38 Claims, 5 Drawing Sheets**





*FIG. 1*

U.S. Patent    Dec. 10, 2002    Sheet 2 of 5    US 6,493,695 B1

*FIG. 2*



**U.S. Patent**          Dec. 10, 2002          Sheet 3 of 5          US 6,493,695 B1



*FIG. 3*

RECEIVE CUSTOMER
INTERACTION          S31

COLLECT (e.g., IVR) CUST. DATA
FROM CUSTOMER INTERACTION          S32

PARSE AND STRIP RELEVANT
CUSTOMER DATA FROM
CUSTOMER INTERACTION          S33

STORE CUSTOMER DATA INTO
GENERIC DATA STRUCT., LINK
TO CUSTOMER INTERACTION          S34

CONSULT RULE BASE TO
SELECT TO WHICH QUEUE(S)
OR AGENT DESKTOP(S) TO
ROUTE GENERIC DATA STRUCT.          S35

ROUTE GENERIC GENERIC
DATA STRUCTURE TO
SELECTED QUEUE(S)
OR AGENT DESKTOP(S)          S36

RETRIEVE CUSTOMER
INTERACTION ASSOCIATED
WITH  GENERIC DATA STRUCT.          S37

BASED ON DATA IN GENERIC
DATA STRUCT., REQUEST
CUSTOMER INFORMATION
FROM CUSTOMER DATABASE          S38

PROVIDE SCREENPOP AT
SELECTED AGENT'S DESKTOP,
INCLUDING CUSTOMER
INTERACTION AND/OR
CUSTOMER INFORMATION          S39

**Generic Data Structure (Object) Field, Description**

Name, The name of the interaction
ID, The ID of the interaction.
CallID, The ID of the call involved in the interaction
ANI, The Automated Number Identification. The telephone address of the calling party.
DNIS, The Dialed Number Information Service, The number that the calling party dialed
CallBirth,Time and date of the interaction
ContactNum,  A string identifying the contact number of the customer
ContractNum,  A string identifying the customer's contract
CustomerID , Customer's ID number
CustomerNum, A string identifying the customer
CustomerName, The name of the customer
CustomerProductID, The customer's product ID number
InventoryItemID, The customer's inventory item number
InvoiceNum, The customer's invoice number
LotNum, The customer's lot number
OrderNum, The customer's order number
ProductName,  The name of the Product
PurchaseOrderNum, The purchase order number
ReferenceNum, The reference number
RevisionNum, The revision number of the product
RMANum, The customer's Return Material Authorization number
ScreenPopType, A string identifying the type of screen-pop to launch
SerialNum, The serial number
ServiceRequestNum, The service request number
SystemName, A string identifying the system involved
AccountCode, A string identifying the customer's account
PreferredID, The customer's Preferred ID number
PromotionCode, A string identifying the promotion in which a customer is interested
QuoteNum, A string identifying the quote in which a customer is interested
InteractionMethod,Used to identify the method of interaction
CallTypeCode, A constant describing the type of outbound call
TimeZone, The application-defined time zone value for this customer ID
CallStatus, The termination status of the call; for example, voice or answering machine
RingCount, The number of times the phone rang
ReturnEmailAddr, The return email address of the customer
BrowserType, The type of browser used by customer
BrowserVer, The version of the browser used by customer
ServiceLevel, The service level to render to customer, e.g., Silver, Gold, Platinum
CustLanguage, The customer's language

400

## FIG. 4



*FIG. 5*

1

# METHODS AND SYSTEMS FOR HOMOGENEOUSLY ROUTING AND/OR QUEUEING CALL CENTER CUSTOMER INTERACTIONS ACROSS MEDIA TYPES

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to methods and systems for processing customer interactions such as may occur in a customer service call center. Specifically, the present invention relates to methods and systems for uniformly processing call center customer interactions across all media types such as e-mail, facsimile, telephone and the like to assign and send the processed customer interactions to one or more call center agents and/or call center agent queues.

### 2. Description of the Related Art

FIG. 1 is a block diagram of the organization and operation of a call center **100** receiving and originating a variety of customer-related communications. Call centers such as shown at **100** in FIG. 1 conventionally feature a large group of agents **102A, 108A, 110A, 112A, 114A, 116A** and **118A** handling inbound calls **116** (order taking, billing inquiries, technical support requests, for example), outbound calls **108** and callbacks **118** (telesales, for example) or both. Such a call center **100** may also handle inbound or outbound communications over media other than the telephone, such as facsimile (faxed) communications **112**, communications **102** originating from the World Wide Web (hereafter "Web"), email communications **110** and/or customer letters, as shown at **114**. Such customer communications may be assigned to the first available agent that handles such communications. While waiting for such first available agent, the communications may be stored in a queue, which may be thought of as a holding place and an organizational structure to hold communications. Typically, there is one queue for each media type. Indeed, there may be one queue **102Q** for Web-based communications **102**, one queue **112Q** holding faxed communications **112**, one queue **110Q** holding emailed communications **110**, one queue **116Q** for telephone inbound customer communications and other queues **108Q**, **118Q** for outbound, agent-originated communications **108** and callbacks **118**. In the case of a customer letter **114**, the corresponding queue **114Q** may be a simple physical inbox where the customer letters **114** are deposited while waiting for action from an agent **114A**. Communications may be removed from such queues **102Q, 108Q, 110Q, 112Q, 114Q, 116Q** and **118Q** by corresponding call center agents **102A, 108A, 110A, 112A, 114A, 116A** and **118A** respectively, on a first-in first-out basis or may be prioritized according to a predetermined service level, for example.

Conventionally, a separate system handles (receives, processes, routes, queues and sends out, for example) each different media type. For example, one system handles incoming and outgoing telephone calls **116, 108**, another system handles emails **110**, another handles Web-based customer communications **102**, while another separate system may handle faxed communications **112**. Such separate systems have thus far been necessary as the email system, for example, does not "know" how to handle telephone calls and the Web system does not "know" how to handle facsimile communications **112**. Indeed, each system is only equipped to handle a specific media type, as each media type is formatted differently. The consequence of such a fragmented approach to customer-related communications is that separate agents **102A, 108A, 110A, 112A, 114A, 116A** and **118A**

2

are needed to handle Web communications **102**, outbound calls **108**, email communications **110**, facsimile communications **112**, customer letter **114**, in bound calls **116** and callbacks **118**, respectively. Each agent **102A, 108A, 110A, 112A, 114A, 116A** and **118A**, therefore, plucks the next available communication from queues **102Q, 108Q, 110Q, 112Q, 114Q, 116Q** and **118Q** specific to a single media type. For example, the Web customer agent **102Q** only plucks communications from the Web queue **102Q**, the email call center agent **110A** only retrieves communications from the email queue **110Q** and so on. In turn, this entails that the workload of the agents **102A, 108A, 110A, 112A, 114A, 116A** and **118A** may vary widely, depending upon the most prevalent media in the queues **102Q, 108Q, 110Q, 112Q, 114Q, 116Q** and **118Q** at any given time. For example, the telephone call center agents **108A, 116A** and **118A** may be overworked (as their respective queues **108Q, 116Q** and **118Q** are full), while the email call center agents **110A** sit idle, for lack of requests in their email-only queue **110Q**. However, when separate systems administer queues **102Q, 108Q, 110Q, 112Q, 114Q, 116Q** and **118Q** and routing (i.e., assigning and sending the communication to selected agent (s) and/or queues) for each different media type, it is not possible to re-route some of the customer communications of one media type to a system handling only communications of another media type. For example, inbound calls **116** normally routed and/or queued by the inbound call system to the inbound call-only queue **116A** and/or the inbound call-only queue **116Q** may not be re-routed and/or queued to the idle email call center agents **110A** and/or queue **110Q**, as the inbound call-only system is not equipped to handle an email communication **110**. Such separate systems, although effective to handle a single well-defined media type, have arguably become an artificial technologically based barrier to human interaction.

In an increasingly multimedia electronic marketplace where orders and support requests, for example, may be placed in a variety of different media, such separate systems increasingly constitute a liability (both in terms of cost and functionality) and hamper the call center's ability to effectively handle a large volume of calls and customer communications in a timely manner. Ultimately, the operating costs of the call center increases and the customers suffer from less than optimal quality of service. There has been a long felt need, therefore, for methods and systems that would allow call centers to have greater flexibility in the manner in which they handle customer communications. What are needed, specifically, are methods and systems that would allow call centers to handle all customer communications in a homogeneous manner, across all media types. Such a system should allow the call center to make optimum use of its existing material and human resources by increasing the flexibility of its queuing and routing systems and by allowing, for example, previously idle email agents **110A** to handle incoming Web-based or facsimile communications **102, 112**.

## SUMMARY OF THE INVENTION

It is an object of the present invention, therefore, to provide methods, devices and systems that that would allow call centers to have greater flexibility in the manner in which they handle customer communications. It is a further object to provide methods and systems that would allow call centers to handle all customer communications in a homogeneous manner, across all media types, to thereby allow the call center to make optimum use of its existing material and human resources.

3

In accordance with the above-described objects and those that will be mentioned and will become apparent below, a method for processing a customer interaction of any media type for assignment to at least one selected agent or to at least one selected queue coupled to at least one agent, according to an embodiment of the present invention, comprises steps of receiving the customer interaction, extracting customer data from the received customer interaction and linking the customer data with the customer interaction from which the customer data was extracted. The customer data is stored in a data structure that is generic across all media types of the customer interactions. The customer data in the generic data structure is applied to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the one or more agents and/or one or more queues to which to assign the generic data structure. The generic data structure or object is then assigned and sent to the selected agent(s) and/or to queue(s) and the customer interaction linked to the generic data structure is retrieved. At least the retrieved customer interaction is then presented to selected agent(s).

According to further embodiments, the incoming customer interaction originates from a group of media types including e-mail, facsimile, telephone, Word Wide Web and written letter. The applying step may cause the rule-based engine to access a repository (such as a database) of agent characteristics, the rule-based engine selecting the at least one agent or the at least one queue by matching the customer data to the agent characteristics. The agent characteristics may include one or more criteria such as the agent's availability, skill sets, proficiency, languages spoken and experience. The extracting step may extract customer data by collecting at least one of Interactive Voice Response (IVR) data, Automatic Number Identification (ANI) data, call arrival time, CallerID data, Dialed Number Identification Service (DNIS) when the media type of the received customer interaction is a telephone call. The extracting step may extract customer data from a Web page accessed by a customer, when the media type of the received customer interaction includes a World Wide Web page. Similarly, the extracting step may extract customer data from an email sent by a customer, when the media type of the received customer interaction includes an email. A step of accessing customer information based upon the extracted customer data may also be carried out, the customer information being stored in a customer information database. The customer information database may store at least one of a customer account number, name, contact information, interaction history, level of service to render, payment information and sales information. The presenting step may include a step of presenting the accessed customer information, interaction history, level of service to render, payment information and sales information. The presenting step may include a step of presenting the accessed customer information to the selected agent(s) along with the retrieved customer interaction. The generic data structure may include one or more fields associated with each media type and the storing step may selectively populate one or more of such fields with the extracted customer data. A task to be performed by one or more agents may be substituted for the customer interaction and task data may be substituted for the customer data, the agent task thereby being assigned to the selected agent(s). The generic data structure may be removed from the queue(s) when the retrieved customer interaction is presented to the selected agent(s).

According to another embodiment, the present invention is a computer system, comprising at least one processor; at

4

least one data storage device and a plurality of processes spawned by the at least one processor, the processes including processing logic for processing a customer interaction of any media type for assignment to one or more selected call center agents and/or one or more selected queues coupled to at least one call center agent in a call center. The processing logic defines the steps of receiving the customer interaction; extracting customer data from the received customer interaction and linking the customer data with the customer interaction from which the customer data was extracted; storing the customer data in a data structure that is generic across all media types of the customer interactions; applying the customer data in the generic data structure to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the agent(s) and/or the queue(s) to which to assign the generic data structure; assigning and sending the generic data structure to the selected agent(s) and/or to the queue(s); retrieving the customer interaction linked to the generic data structure, and presenting the retrieved customer interaction to the selected agent(s).

According to a still further embodiment, the present invention is a machine-readable medium having data stored thereon representing sequences of instructions which, when executed by a call center computer, causes said computer to process a customer interaction of any media type for assignment to one or more selected agents and/or to one or more selected queues coupled to at least one agent of a call center by performing the steps of receiving the customer interaction; extracting customer data from the received customer interaction and linking the customer data with the customer interaction from which the customer data was extracted; storing the customer data in a data structure that is generic across all media types of the customer interactions; applying the customer data in the generic data structure to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the agent(s) and/or the queue(s) to which to assign the generic data structure; assigning and sending the generic data structure to the selected agent(s) and/or to the queue(s); retrieving the customer interaction linked to the generic data structure, and presenting the retrieved customer interaction to the selected agent(s).

BRIEF DESCRIPTION OF THE DRAWINGS

For a further understanding of the objects and advantages of the present invention, reference should be made to the following detailed description, taken in conjunction with the accompanying figures, in which:

FIG. 1 is a block diagram of a call center receiving a variety of customer-related communications.

FIG. 2 is a block diagram of the organization and operation of a call center that processes incoming customer interactions of any media type for assignment to one or more selected queues and/or agents, according to an embodiment of the present invention.

FIG. 3 is a flow diagram of an embodiment of the method according to the present invention.

FIG. 4 is a diagram of representative fields of a generic data structure for storing extracted customer data, according to an embodiment of the present invention.

FIG. 5 is a block diagram of a computer.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

Functional Overview

FIG. 2 is a functional block diagram of the organization and operation of a call center that processes incoming

5

customer interactions of any media type for assignment to one or more selected agents and/or queues, according to an embodiment of the present invention. As shown therein, the call center **200** sends and receives a plurality of communications to and from customers. These customer communications are sent from and arrive to the call center **200** in a variety of different media, such as Web-based communications, inbound, outbound or callback telephone calls, emails, facsimiles, customer visits and/or other media.

One important function of the call center **200** is to efficiently route each customer communication to a selected agent **226**, whereupon the agent **226** answers the customer's questions and/or provides the requested service. A customer communication may be routed to a selected one of the agents **226** or may be queued in one or more queues **218, 220** if no appropriate agent **226** is currently available. The present invention processes all such customer communications in a homogeneous manner through the creation of a customer interaction class. The customer interaction class encompasses all customer communications, across all media types. The different media (Web, telephone, email, facsimile, etc) of such a customer interaction may then be thought of as sub-classes of such a customer interaction class. The customer interaction class, as shown in FIG. 2, encompasses customer interactions referenced by numerals **202, 204, 206, 208, 210, 212** and **214**. The customer interaction **202**, therefore, belongs to the "Web" sub-class, whereas the customer interaction **206** belongs to the "Email" sub-class and the customer interaction **208** belongs to the "Facsimile" subclass.

To allow each sub-class of customer interaction to be processed by the call center **200** in the same or a similar manner requires that some transformation be carried out on the customer interaction. This transformation, according to the present invention, includes the extraction of customer data from each (incoming or outgoing) customer interaction and the storing of such customer data in a data structure that is generic across all customer interaction media types. This customer data, according to the present invention, is extracted (e.g., parsed and stripped) from the customer interaction. For example, the customer data may include information such as a customer's name, telephone number, account number and the like. Such customer data is often contained in or may be obtained from the customer interaction itself and/or may be obtained contemporaneously and interactively from the customer. According to the present invention, this customer data is then stored in a data structure or within an object that is generic across all subclasses—that is, across all media types of customer interactions. This generic data structure is represented in FIG. 2 as the boxes labeled "CUST. DATA" and including the "D" suffix.

The generic data structure **202D**, for example, includes customer data extracted from the Web customer interaction **202**. For example, a Java bean may be created and placed on a web server (not shown) within the call center **200**. The relevant web application may then automatically identify the customer and selectively populate appropriate fields of the generic data structure or object **202D** through the Java bean or allow the customer to enter the relevant information him or herself, though their Web browser, for example. In principle, anything on a Web page may be extracted and used to populate selected fields in the generic data structure or object **202D**. The customer data may be extracted from an inbound telephone call **204**, for example, by means of such existing systems as the Automatic Number Identification (ANI) system, which identifies the calling party's telephone number to the telephone of the receiving party.

6

The generic data structures or objects **202D, 204D, 206D, 208D, 210D, 212D** and **214D** each have the same structure. The constituent fields of such a generic data structure, according to the present invention, may include fields that are present in all or most of the customer interactions and may also include fields that are specific to the particular customer interaction subclass at hand; that is, particular to the particular media of the customer interaction. For example, the generic data structure or objects **202D, 204D, 206D, 208D, 210D, 212D** and **214D** may include a field for the customer account number. The customer account number is a field that is likely to be present in each customer interaction **202, 204, 206, 208, 210, 212** and **214**, irrespective of the media of such interaction. Indeed, Web, email, telephone or facsimile customer interactions are each likely to include the customer's account number. Other fields within the generic data structures **202D, 204D, 206D, 208D, 210D, 212D** and **214D** may be specific to one or more customer interactions and/or media types. For example, the customer's telephone number may be extracted from the customer interaction **204** by an ANI service when the media of the customer interaction is the telephone (reference **204**), but may not be extracted when the media of the customer interaction is email, as shown at **206**. Likewise, the customer's email address may readily be extracted from an email customer interaction **206**, but may not be available from an interaction wherein the media is other than email, such as a facsimile customer interaction **208**.

The generic data structure **202D, 204D, 206D, 208D, 210D, 212D** or **214D** is, therefore, generic across all media types and includes at least one field associated with each type of media. The customer data extracted from each customer interaction **202, 204, 206, 208, 210, 212** or **214**, according to the present invention, is stored in a single such generic data structure **202D, 204D, 206D, 208D, 210D, 212D** or **214D** by selectively populating at least one of the constituent fields thereof. For example, a call center email application having received an email **206** from a customer may extract email-specific customer data from the received email customer interaction **206** and store the extracted customer data in a generic structure such as shown at reference **206D**. The extracted customer data may include such email-specific data as the customer's return email address and/or may include data that is generic to all or most customer interactions **202, 204, 206, 208, 210, 212** or **214**, such as the customer's account number or name. The generic data structures **202D, 204D, 206D, 208D, 210D, 212D** and **214D** in which the customer data have been stored are then linked back to their corresponding customer interaction **202, 204, 206, 208, 210, 212** or **214**, to provide a mechanism by which the customer interaction may be retrieved after the generic data structure **202D, 204D, 206D, 208D, 210D, 212D** or **214D** has been processed. Such linking may take the form of, for example, a pointer that points back to an address where the customer interaction **202, 204, 206, 208, 210, 212** or **214** is stored. For example, the generic data structure **206D** that stores the customer data extracted from the email customer interaction **206**, according to an embodiment of the present invention, may include a pointer or some other means of linking the generic data structure or object **206D** back to its corresponding customer interaction **206**.

The extraction of customer data from the customer interactions **202, 204, 206, 208, 210, 212** and **214** and the storage thereof in the generic data structures **202D, 204D, 206D, 208D, 210D, 212D** and **214D** allows the customer interactions to be queued and/or routed in a uniform manner, across media types. In turn, this standardization of the customer

7

8

data allows call centers to abstract away from specific media types such as telephone calls, emails facsimiles and the like and treat all such events as customer interactions. For example, using the generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D and 214D, the call center 200 may apply the same or similar routing and/or queueing rules to the customer interactions 202, 204, 206, 208, 210, 212 and 214 and assign and send the generic data structures 202D, 204D, 206D, 208D, 210D, 212D and 214D to one or more selected agents 226 and/or queues 218, 220, without regard to the media of the associated customer interactions 202, 204, 206, 208, 210, 212 and 214. Similarly, the standardization of the customer data through the use of the generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D and 214D allows the call center 200 to blend and queue customer data in a single queue, which may then be termed a universal media queue.

Specifically, the blending of media types through the use of generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D and 214D allows a routing module, such as shown at reference 216 in FIG. 2, to apply the same routing and/or queueing rules to customer data associated with customer interactions 202, 204, 206, 208, 210, 212 and 214 of differing media types. Indeed, the routing module 216 may include a rule based routing engine, the rule based routing engine operating upon the customer data extracted from the customer interactions 202, 204, 206, 208, 210, 212 and 214 and stored in the generic structures or objects 202D, 204D, 206D, 208D, 210D, 212D and 214D to select one or more agents 216 and/or one or more queues 218, 220 to which to assign and send each of the generic data structures 202D, 204D, 206D, 208D, 210D, 212D and 214D. The routing module 216 may access a workforce management database 228 to select the agent(s) 206 and/or the queue(s) 218, 220 to which to assign and send the generic data structures 202D, 204D, 206D, 208D, 210D, 212D and 214D, based upon the customer data stored therein. The workforce management 228 may act as a repository of agent characteristics, such as skill sets, experience, performance, language proficiencies etc. The rule-based engine within the routing module 216 may include a plurality of rules that determine how a particular generic data structure 202D, 204D, 206D, 208D, 210D, 212D and 214D will be routed and/or queued. These rules may be predetermined and/or customizable to adapt the functionality of the routing module 216 to the needs of the business operating the call center 200. The rules within the rule-based engine may functionally take the form of independent and/or interdependent "if, then" statements, for example. In this manner, the routing module 216 may apply the rule "if the customer interaction is in Spanish, then route the interaction to Spanish speaking agents 226", without regards to the media thereof. That is, the same Spanish-speaking agent 226 or group of Spanish-speaking agents 226 may handle the customer interaction, without regard to the media of the interaction. That is, as long as the agent 226 can read and speak Spanish, such an agent 226 can handle any Spanish-language customer interaction 202, 204, 206, 208, 210, 212 or 214, irrespective of whether the interaction is a telephone call, an email, a fax, a customer visit, or a letter, for example. The rules within the rule-based engine of the routing module 216 may work in concert to efficiently route and/or queue customer interactions 202, 204, 206, 208, 210, 212 and 214. For example, rules may be devised to route and/or queue all after hours interactions from high net worth Spanish speaking customers to the most highly trained third shift Spanish speaking agents 226, irrespective of whether the interaction in ques-

tion is a facsimile, email or telephone call, for example. Routing and/or queueing of generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D or 214D, therefore, may be carried out on the basis of agent skills, groups, time, location, site, records, availability, other agent characteristics and/or a combination of the above. To insure that each customer interaction 202, 204, 206, 208, 210, 212 or 214 is properly routed and/or queued, default queueing and/or routing rules may be included in the routing module 216.

The routing module 216 may route (assign and send) the generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D or 214D to one or more queues 218, 220 and/or to one or more selected agents 226. It is to be noted that although only two such queues 218, 220 are shown in FIG. 2, any number of such queues are supported by the present invention. Queues may be coupled to a single agent 226 as shown at 218, wherein the arrow from the queue 218 points to a single agent 226. Alternatively, queues may be coupled to a plurality of agents 226 such as shown at 220, wherein the queue 220 feeds a plurality of agents 226, as indicated by the arrows in dashed lines leading from the queue 220. The generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D and 214D may be directly routed to one or more individual agents 226, bypassing any queue that may exist therebetween.

After each generic data structure or object 202D, 204D, 206D, 208D, 210D, 212D or 214D is assigned to the appropriate queue(s) 218, 220 and/or agent(s) 226, the customer interaction 202, 204, 206, 208, 210, 212 or 214 linked thereto is retrieved by the customer interaction retrieving layer 222. That is, the pointer to the customer interaction 202, 204, 206, 208, 210, 212 or 214 within the data structure or object 202D, 204D, 206D, 208D, 210D, 212D or 214D is used to retrieve the customer interaction 202, 204, 206, 208, 210, 212 or 214 at the address indicated to by the pointer or other interaction retrieving mechanism. The retrieved customer interaction 202, 204, 206, 208, 210, 212 or 214 may then be presented to one or more of the agents 226 on his or her computer screen and/or teleset, for example. Along with the customer interaction 202, 204, 206, 208, 210, 212 or 214 presented to the agent 226, the customer interaction retrieving layer 222 or some functionally similar layer may access a database of customer information, based upon the extracted customer data stored in the generic data structures or objects 202D, 204D, 206D, 208D, 210D, 212D or 214D. Alternatively, the routing module 216 may access this database of customer information 224 and apply the accessed information to the rules of the rules-based engine to select one or more queues 218, 220 and/or agents 226 to which to send the generic data structure 202D, 204D, 206D, 208D, 210D, 212D or 214D. The database of customer information 224 may include one or more of the following customer data: customer account number, name, contact information, interaction history, level of service to render, payment information and sales information, for example. The accessed customer information may be presented to the selected agent 226 simultaneously with the presentation of the customer interaction 202, 204, 206, 208, 210, 212 or 214 on his or her computer display and/or teleset. If the generic data structure 202D, 204D, 206D, 208D, 210D, 212D or 214D is still present in one or more queues 218, 220 after the associated customer interaction 202, 204, 206, 208, 210, 212 or 214 has been presented to the selected agent 226, the generic data structure 202D, 204D, 206D, 208D, 210D, 212D or 214D may be removed from the queue(s) 218, 220, to prevent another agent 226 from handling the same customer interaction.

US 6,493,695 B1

9
10

An ANI may provide the basis for a screen pop of a customer interaction **202, 204, 206, 208, 210, 212** or **214** to the display of an agent **226**. For example, the call center **200** may receive an inbound telephone call **204** from a customer that dials a toll free customer service line. The call center's Private Branch Exchange (PBX—a private digital telephone switch) or Automatic Call Distributor (ACD) detects the ANI and populates the corresponding field in the generic data structure or object **204D**. After the routing module **216** has routed the structure to one or more queues **218, 220** and/or one or more agents **226**, the customer interaction retrieving layer **222** may retrieve the customer's phone call, and carry out a database lookup within the customer database **224** to present the selected agent(s) **226** with the telephone call **204** together with any customer information retrieved from the customer database **224**, such as details of the customer's account. Other systems allow the call center **200** to extract customer data from a telephone call **204**. Such other systems include, for example, Dialed Number identification Service (DNIS) and Interactive Voice Response Units (IVRU). DNIS provides information on the number dialed by the calling party for use as routing information. The routing module **216** may use DNIS to route calls based upon service levels. For example, a company might offer "Platinum", "Gold" and "Silver" technical support service plans, each with a dedicated toll free line. The routing module **216** may prioritize such calls made to these toll free numbers, route the calls into appropriate queues **218, 220** or cause high level service plan calls to bubble upward within a queue **218, 220**, bypassing lesser level customer interactions **202, 204, 206, 208, 210, 212** or **214**. An IVRU, also referred to as an Interactive Voice Response (IVR) or Voice Response Unit (VRU) offers the ability to receive or dispense information. An IVRU might play a message prompting a caller for data entered via telephone touch tones and selectively populate fields within the generic data structure **202D, 204D, 206D, 208D, 210D, 212D** or **214D** for use by the routing module **216**. For example, an IVRU may prompt the caller for a customer number, account number, trouble ticket number or information on the nature of the interaction.

The routing module **216** may perform record-based routing, for example, and the routing to one or more queues **218, 220** and/or one or more agents **226** may take place based upon customer information retrieved from the customer database **224**. A trouble ticket number (extracted via IVRU, for example) for a case that already exists within the call center **200** may be stored within a generic data structure (such as **204D**, for example) and may cause the routing module **216** to search the customer database **224** for the name of the agent **226** who initially handled the call, and the routing module **216** may route the interaction to that agent **226** or to a queue **218, 220** coupled to that agent **226**. A call center **200** may divide its agents **226** into outbound and inbound agents within a selected media type or across media types. If the volume of inbound customer interactions **202, 204, 206, 208, 210, 212** or **214** threatens to overwhelm inbound agents **226**, business rules within the rule-based engine of the routing module **216** may dictate routing some incoming interactions **202, 204, 206, 208, 210, 212** or **214** toward outbound agents **226**. The rule-engine may also include rules governing escalating calls, and the routing module may provide a customizable escalation path for such interactions.

The storage of the customer data in a standard and generic data structure or object **202D, 204D, 206D, 208D, 210D, 212D** or **214D** allows greater functionality than normally associated with call center routing and/or queueing applica-

tions. Indeed, the call center administrator may assign tasks or work to one or more selected agents **226** (or to all of them) by inserting an interaction **214** into the call center workflow. The interaction **214** may include a task or job to be performed by one or more agents **226**. Such a task may be related to customer interactions or may be entirely independent thereof. In this case, appropriate data may be included in the interaction **214**, to be extracted and stored into the generic data structure or object **214D**. This task may include, for example, a directive to all agents **226** to determine which customers have not called recently and initiate an outbound telephone sales interaction **204** therewith.

FIG. **3** is a flowchart of a customer interaction processing method, according to an embodiment of the present invention. As shown therein, a customer interaction **202, 204, 206, 208, 210, 212** or **214** is received in step S31. Customer data may be collected via such mechanisms as IVRU or ANI or may be electronically scanned from the interaction itself, as shown at step S32. In the case of a customer interaction such as customer visit **210**, such data may be collected, for example, by requesting that the customer fill out a form. Step S33 calls for the extraction, that is, the parsing and stripping of customer data from the interaction **202, 204, 206, 208, 210, 212** or **214**, in the manner discussed above. In the case wherein the customer interaction is a letter, for example, the letter may be scanned and Optical Character Recognition (OCR) software may be applied thereto, to allow relevant data to be extracted therefrom. The extracted customer data is then stored in a generic data structure or object, as outlined in step S34 and as shown and described in detail relative to FIG. **1**. The generic data structure or object is then linked back to its corresponding customer interaction, to allow later retrieval thereof, as also shown in step S34. In steps S35 and S36, a rule based engine in the routing module **216** is applied to the customer data in the generic data structure or object to select to which queue(s) **218, 220** and/or to which agent(s) **226** to route the generic data structure. The link (e.g., pointer) to the customer interaction within the generic data structure is then used to retrieve the customer interaction with which the routed generic data structure is associated, as shown in step S37. Based upon the customer data stored in the generic data structure, the routing module **216** and/or the customer interaction retrieving layer **222** may request customer information from the customer database **224**, as shown in step S38. At least steps S32 and S38 may be omitted and are, therefore, shown in FIG. **3** in dashed lines. Step S39 calls for a screen pop (e.g., a presentation on the agent's display and/or teleset) of the retrieved customer interaction, optionally together with any customer information retrieved from the customer database **224**. That is, the interaction and any other relevant and related information is presented to the selected agent **226**, to allow the agent **226** to handle the interaction.

FIG. **4** shows an example of the constituent fields of a generic data structure **400**, such as shown in FIG. **2** at **202D, 204D, 206D, 208D, 210D, 212D** or **214D**. Some fields within the structure **400** are appropriate for telephone-based customer interactions, while others are specific to other media types. Not all of the constituent fields of the generic data structure **400** will be populated with customer data in each customer interaction. Indeed, only those fields that are appropriate to the media type of the involved customer interaction will be populated at any given time. According to an illustrative embodiment of the present invention, the generic data structure may include the following fields: AgentName, The name of the interaction; AgentID, the ID of the Agent Object involved in the interaction; CallID, the

11

ID of the call involved in the interaction; ANI, the Automated Number Identification—the telephone address of the calling party; DNIS, the Dialed Number Information Service, the number that the calling party dialed; CallBirth, the time and date of the interaction; ContactNum, a string identifying the contact number of the customer; ContractNum, a string identifying the customer's contract; CustomerD , a string identifying the customer's ID number; CustomerNum, a string identifying the customer; CustomerName, the name of the customer; CustomerProductID, the customer's product ID number; InventoryItemID, the customer's inventory item number; InvoiceNum, the customer's invoice number; LotNum, the customer's lot number; OrderNum, the customer's order number; ProductName, the name of the product involved; PurchaseOrderNum, the purchase order number; ReferenceNum, the reference number; RevisionNum, the revision number of the product; RMANum, the customer's Return Material Authorization number; ScreenPopType, a string identifying the type of screen-pop to launch; SerialNum, the serial number; ServiceRequestNum, the service request number; SystemName, a string identifying the system involved; AccountCode, a string identifying the customer's account; PreferredID, the customer's Preferred ID number; PromotionCode, a string identifying the promotion in which a customer is interested; QuoteNum, a string identifying the quote in which a customer is interested; InteractionMethod,Used to identify the method or media of interaction; CallTypeCode, a constant describing the type of outbound call; TimeZone, the application-defined time zone value for this customer ID; CallStatus, the termination status of the call; for example, voice or answering machine; RingCount, the number of times the phone rang; ReturnEmailAddr, the return email address of the customer; BrowserType, the type of browser used by customer; BrowserVer, the version of the browser used by customer; ServiceLevel, the service level to render to customer, e.g., Silver, Gold, Platinum; CustLanguage, the customer's language. Other fields may be readily incorporated into the structure **400**. Additionally, the structure **400** may include a pointer or some other functionally similar mechanism to retrieve the customer interaction associated with the generic data structure. Furthermore, the generic data structures or objects **202D, 204D, 206D, 208D, 210D, 212D** or **214D** may include business logic that allows the data structure itself to retrieve the associated customer interaction and/or perform other operations upon the extracted customer data and/or upon the customer information retrieved from the customer database **224**.

## Hardware Overview

FIG. **5** illustrates a block diagram of a computer **500** with which an embodiment of the present invention may be implemented. Computer system **500** includes a bus **501** or other communication mechanism for communicating information, and a processor **502** coupled with bus **501** for processing information. Computer system **500** further comprises a random access memory (RAM) or other dynamic storage device **504** (referred to as main memory), coupled to bus **501** for storing information and instructions to be executed by processor **502**. Main memory **504** also may be used for storing temporary variables or other intermediate information during execution of instructions by processor **502**. Computer system **500** also includes a read only memory (ROM) and/or other static storage device **506** coupled to bus **501** for storing static information and instructions for processor **502**. A data storage device **507**, such as a magnetic disk or optical disk, is coupled to bus **501** for storing information and instructions.

12

Computer system **500** may also be coupled via bus **501** to a display device **521**, such as a cathode ray tube (CRT), for displaying information to a computer user. An alphanumeric input device **522**, including alphanumeric and other keys, is typically coupled to bus **501** for communicating information and command selections to processor **502**. Another type of user input device is cursor control **523**, such as a mouse, a trackball, or cursor direction keys for communicating direction information and command selections to processor **502** and for controlling cursor movement on display **521**.

The present invention is related to the use of computer system **500** to provide methods and systems for routing and/or queueing call center customer interactions or tasks homogeneously across media types. According to one embodiment, the methods according to the present invention are implemented by one or more computer systems **500** in response to processor(s) **502** executing sequences of instructions contained in memory **504**. Such instructions may be read into memory **504** from another computer-readable medium, such as data storage device **507**. Execution of the sequences of instructions contained in memory **504** causes processor(s) **502** to perform the process steps that are described above. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement all or selected portions of the present invention. Thus, the present invention is not limited to any specific combination of hardware circuitry and software.

While the foregoing detailed description has described preferred embodiments of the present invention, it is to be understood that the above description is illustrative only and not limiting of the disclosed invention. For example, media types other than those specifically discussed herein may also be processed within the context of the present invention. Moreover, the generic data structures or objects **202D, 204D, 206D, 208D, 210D, 212D** or **214D** may include additional functionality or fields not discussed herein. Those of skill in this art will recognize other alternative embodiments and all such embodiments are deemed to fall within the scope of the present invention. Thus, the present invention should be limited only by the claims as set forth below.

What is claimed is:

1. A method for processing a customer interaction of any media type for assignment to at least one selected agent or at least one selected queue coupled to at least one agent, comprising the steps of:

receiving the customer interaction;

extracting customer data from the received customer interaction and linking the customer data with the customer interaction from which the customer data was extracted;

storing the customer data in a data structure that is generic across all media types of the customer interactions;

applying the customer data in the generic data structure to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the at least one agent or at the least one queue to which to assign the generic data structure;

assigning and sending the generic data structure to the at least one selected agent or to the at least one queue;

retrieving the customer interaction linked to the generic data structure, and

presenting the retrieved customer interaction to the at least one selected agent.

2. The processing method of claim **1**, wherein the incoming customer interaction originates from a group of media

13

types including e-mail, facsimile, telephone, Word Wide Web and written letter.

**3.** The processing method of claim **1**, wherein the applying step causes the rule-based engine to access a repository of agent characteristics, the rule-based engine selecting the at least one agent or the at least one queue by matching the customer data to the agent characteristics.

**4.** The processing method of claim **3**, wherein the agent characteristics include at least one criteria selected from a group including the at least one agent's availability, skill sets, proficiency, languages spoken and experience.

**5.** The processing method of claim **1**, wherein the extracting step extracts customer data by collecting at least one of Interactive Voice Response (IVR) data, Automatic Number Identification (ANI) data, call arrival time, CallerID data, Dialed Number Identification Service (DNIS) when the media type of the received customer interaction is a telephone call.

**6.** The processing method of claim **1**, wherein the extracting step extracts customer data from a Web page accessed by a customer, when the media type of the received customer interaction includes a World Wide Web page.

**7.** The processing method of claim **1**, wherein the extracting step extracts customer data from an email sent by a customer, when the media type of the received customer interaction includes an email.

**8.** The processing method of claim **1**, further comprising the step of accessing customer information based upon the extracted customer data, the customer information being stored in a customer information database.

**9.** The processing method of claim **8**, wherein the customer information database stores at least one of a customer account number, name, contact information, interaction history, level of service to render, payment information and sales information.

**10.** The processing method of claim **8**, wherein the presenting step includes a step of presenting the accessed customer information to the at least one selected agent along with the retrieved customer interaction.

**11.** The processing method of claim **1**, wherein the generic data structure includes at least one field associated with each media type and wherein the storing step selectively populates at least one of said plurality of fields with said extracted customer data.

**12.** The processing method of claim **1**, wherein a task to be performed by at least one agent is substituted for the customer interaction and wherein task data is substituted for the customer data, the agent task thereby being assigned to the at least one selected agent.

**13.** The processing method of claim **1**, wherein the generic data structure is removed from said at least one queue when the retrieved customer interaction is presented to the at least one selected agent.

**14.** A computer system, comprising:

at least one processor;

at least one data storage device;

a plurality of processes spawned by said at least one processor, the processes including processing logic for processing a customer interaction of any media type for assignment to at least one selected call center agent or at least one selected queue coupled to at least one call center agent in a call center, said processing logic defining the steps of:

receiving the customer interaction;

extracting customer data from the received customer interaction and linking the customer data with the customer interaction from which the customer data was extracted;

14

storing the customer data in a data structure that is generic across all media types of the customer interactions;

applying the customer data in the generic data structure to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the at least one agent or the at least one queue to which to assign the generic data structure;

assigning and sending the generic data structure to the at least one selected agent or to the at least one queue;

retrieving the customer interaction linked to the generic data structure, and

presenting the retrieved customer interaction to the at least one selected agent.

**15.** The computer system of claim **14**, wherein the incoming customer interaction originates from a group of media types including e-mail, facsimile, telephone, Word Wide Web and written letter.

**16.** The computer system of claim **14**, wherein the applying step causes the rule-based engine to access a repository of agent characteristics, the rule-based engine selecting the at least one agent or the at least one queue by matching the customer data to the agent characteristics.

**17.** The computer system of claim **16**, wherein the agent characteristics include at least one criteria selected from a group including the at least one agent's availability, skill sets, proficiency, languages spoken and experience.

**18.** The computer system of claim **14**, wherein the extracting step extracts customer data by collecting at least one of Interactive Voice Response (IVR) data, Automatic Number Identification (ANI) data, call arrival time, CallerID data, Dialed Number Identification Service (DNIS) when the media type of the received customer interaction is a telephone call.

**19.** The computer system of claim **14**, wherein the extracting step extracts customer data from a Web page accessed by a customer, when the media type of the received customer interaction includes a World Wide Web page.

**20.** The computer system of claim **14**, wherein the extracting step extracts customer data from an email sent by a customer, when the media type of the received customer interaction includes an email.

**21.** The computer system of claim **14**, wherein the processes further include processing logic for accessing customer information based upon the extracted customer data, the customer information being stored in a customer information database.

**22.** The computer system of claim **21**, wherein the customer information database stores at least one of a customer account number, name, contact information, interaction history, level of service to render, payment information and sales information.

**23.** The computer system of claim **21**, wherein the presenting step includes a step of presenting the accessed customer information to the at least one selected agent along with the retrieved customer interaction.

**24.** The computer system of claim **14**, wherein the generic data structure includes at least one field associated with each media type and wherein the storing step selectively populates at least one of said plurality of fields with said extracted customer data.

**25.** The computer system of claim **14**, wherein a task to be performed by at least one agent is substituted for the customer interaction and wherein task data is substituted for the customer data, the agent task thereby being assigned to the at least one selected agent.

15

**26**. A machine-readable medium having data stored thereon representing sequences of instructions which, when executed by a call center computer, causes said computer to process a customer interaction of any media type for assignment to at least one selected agent or at least one selected queue coupled to at least one agent of a call center by performing the steps of:

receiving the customer interaction;

extracting customer data from the received customer interaction and linking the customer data with the customer interaction from which the customer data was extracted;

storing the customer data in a data structure that is generic across all media types of the customer interactions;

applying the customer data in the generic data structure to a rule-based engine, the rule-based engine operating upon the extracted customer data to select the at least one agent or the at least one queue to which to assign the generic data structure;

assigning and sending the generic data structure to the at least one selected agent or to the at least one queue;

retrieving the customer interaction linked to the generic data structure, and

presenting the retrieved customer interaction to the at least one selected agent.

**27**. The machine-readable medium of claim **26**, wherein the incoming customer interaction originates from a group of media types including e-mail, facsimile, telephone, Word Wide Web and written letter.

**28**. The machine-readable medium of claim **26**, wherein the applying step causes the rule-based engine to access a repository of agent characteristics, the rule-based engine selecting the at least one agent or the at least one queue by matching the customer data to the agent characteristics.

**29**. The machine-readable medium of claim **28**, wherein the agent characteristics include at least one criteria selected from a group including the at least one agent's availability, skill sets, proficiency, languages spoken and experience.

**30**. The machine-readable medium of claim **26**, wherein the extracting step extracts customer data by collecting at least one of Interactive Voice Response (IVR) data, Auto-

16

matic Number Identification (ANI) data, call arrival time, CallerID data, Dialed Number Identification Service (DNIS) when the media type of the received customer interaction is a telephone call.

**31**. The machine-readable medium of claim **26**, wherein the extracting step extracts customer data from a Web page accessed by a customer, when the media type of the received customer interaction includes a World Wide Web page.

**32**. The machine-readable medium of claim **26**, wherein the extracting step extracts customer data from an email sent by a customer, when the media type of the received customer interaction includes an email.

**33**. The machine-readable medium of claim **26**, wherein said sequences of instructions further cause said computer to further carry out the step of accessing customer information based upon the extracted customer data, the customer information being stored in a customer information database.

**34**. The machine-readable medium of claim **33**, wherein the customer information database stores at least one of a customer account number, name, contact information, interaction history, level of service to render, payment information and sales information.

**35**. The machine-readable medium of claim **33**, wherein the presenting step includes a step of presenting the accessed customer information to the at least one selected agent along with the retrieved customer interaction.

**36**. The machine-readable medium of claim **26**, wherein the generic data structure includes at least one field associated with each media type and wherein the storing step selectively populates at least one of said plurality of fields with said extracted customer data.

**37**. The machine-readable medium of claim **26**, wherein a task to be performed by at least one agent is substituted for the customer interaction and wherein task data is substituted for the customer data, the agent task thereby being assigned to the at least one selected agent.

**38**. The machine-readable medium of claim **26**, wherein the generic data structure is removed from said at least one queue when the retrieved customer interaction is presented to the at least one selected agent.

*  *  *  *  *

# Exhibit D

Case 5:08-cv-02363-JW    Document ... Filed ... Page ...

US007171190B2

## (12) United States Patent
### Ye et al.

(10) Patent No.: **US 7,171,190 B2**

(45) Date of Patent: **Jan. 30, 2007**

(54) **INTELLIGENT MESSAGING**

(75) Inventors: **Zhou Ye**, Fremont, CA (US); **Thomas Wilsher**, San Francisco, CA (US); **Jibin Xiang**, San Jose, CA (US); **Xiaolin Zang**, Campbell, CA (US); **Jimmy Shi**, Santa Clara, CA (US); **Ali Shah**, Solna (SE); **Kalpak Dilip Kothari**, Chicago, IL (US)

(73) Assignee: **Oracle International Corporation**, Redwood City, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 208 days.

(21) Appl. No.: **10/684,686**

(22) Filed: **Oct. 13, 2003**

(65)            **Prior Publication Data**

US 2005/0009541 A1      Jan. 13, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/482,383, filed on Jun. 25, 2003.

(51) **Int. Cl.**
*H04L 12/58* (2006.01)
*H04M 1/725* (2006.01)
*H04Q 7/22* (2006.01)

(52) **U.S. Cl.** ............................... **455/412.1**; 455/412.2; 455/414.4; 455/414.1; 455/466; 379/88.4; 379/88.14; 709/206; 709/238; 709/246

(58) **Field of Classification Search** ............. 455/412.1, 455/412.2, 414.4, 415, 466, 456.1–457; 379/88.13, 379/88.4; 709/206, 238, 246; 370/428
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,742,668 | A | * | 4/1998 | Pepe et al. ................... 455/415 |
| 6,055,240 | A | * | 4/2000 | Tunnicliffe .................. 370/428 |
| 6,421,707 | B1 | * | 7/2002 | Miller et al. ............... 709/206 |
| 6,564,261 | B1 | * | 5/2003 | Gudjonsson et al. ....... 709/227 |
| 6,594,349 | B2 | * | 7/2003 | Fortman .................. 379/88.14 |
| 6,618,763 | B1 | * | 9/2003 | Steinberg .................. 709/246 |
| 6,668,043 | B2 | * | 12/2003 | Hyziak et al. ................. 379/52 |
| 6,690,262 | B1 | * | 2/2004 | Winnett ...................... 340/7.1 |
| 2001/0003202 | A1 | * | 6/2001 | Mache et al. .............. 713/153 |
| 2001/0027478 | A1 | * | 10/2001 | Meier et al. ............... 709/206 |
| 2003/0118353 | A1 | * | 6/2003 | Baller et al. ................. 399/8 |
| 2003/0212818 | A1 | * | 11/2003 | Klein et al. ................. 709/238 |

* cited by examiner

*Primary Examiner*—Steve M. D'Agosta
(74) *Attorney, Agent, or Firm*—Townsend and Townsend and Crew LLP

(57)            **ABSTRACT**

Techniques for sending messages with automatic device selection and content conversion are provided. A recipient and devices associated with the recipient are determined for a message. A device is selected and the format of the message may be converted based on the selected device, if necessary. The message is then sent to the selected device.

**27 Claims, 4 Drawing Sheets**





*FIG. 1*



**FIG. 2**



*FIG. 3*



*FIG. 4*

US 7,171,190 B2

1

**INTELLIGENT MESSAGING**

CROSS-REFERENCES TO RELATED
APPLICATIONS

This application is a non-provisional application of and claims the benefit of U.S. Provisional Application No. 60/482,383, filed on Jun. 25, 2003, which is incorporated by reference in its entirety for all purposes.

BACKGROUND OF THE INVENTION

The present invention generally relates to messaging and more particularly to techniques for sending messages with automatic device selection and content conversion.

Advances in technology have created many ways of communicating with a user. For example, users may communicate using email, instant messaging (IM), short message service (SMS), multimedia message service (MMS), facsimile (fax), voice, etc. Users may have any combination of devices that communicate using the above methods. When a sender desires to communicate with a recipient, the sender needs to know what devices the recipient is using and how to communicate with the devices. For example, the sender needs to know the address for the recipient's device, such as a telephone number, email address, etc. Further, the sender needs to use the same device as the recipient's device in order to send a message to the recipient. For example, a SMS device is used to send a SMS message to a SMS device, an IM device is used to send an instant message to an IM device, etc.

Accordingly, the sender needs to determine the appropriate methods of communicating with the recipient and also needs to have access to the same device that will receive the message. This includes many disadvantages. For example, a user may not be able to determine all addresses associated with a user. For example, a sender may only know a recipient's email address. The sender is then restricted in that only emails can be sent to a user. Although the sender may contact the recipient through email, the recipient may have other devices that offer a better means of contacting the recipient or devices that the recipient would prefer to be contacted through. For example, a recipient may prefer to receive instant messages while at work and instant messages may be the fastest way to reach the user. However, the sender would only be able to send an email.

BRIEF SUMMARY OF THE INVENTION

Embodiments of the present invention provide techniques for sending messages with automatic device selection and content conversion. A recipient and devices associated with the recipient are determined for a message. A device is selected and the format of the message may be converted based on the selected device, if necessary. The message is then sent to the selected device.

In one embodiment, a method for sending a message to a recipient is provided. The recipient is associated with a plurality of devices. The method comprises: receiving a message; determining a recipient for the message; determining a plurality of devices associated with the recipient, wherein each device in the plurality of devices are associated with a device identifier and a communication type; determining a device in the plurality of devices in which to send the message based on the communication type associated with the device; and sending the message to the determined device at its device identifier.

2

In another embodiment, a method for determining a device in a plurality of devices in which to send a message is provided. The method comprises: receiving a message from a first user for a second user; determining a device in a plurality of devices associated with the second user; determining a format associated with the determined device; determining if the message needs to be adapted to the determined format; if the message does need to be adapted, performing the steps of adapting the message to the determined format; and sending the adapted message to the determined device; if the message does not need to be adapted, sending the message to the determined device.

In yet another embodiment, a device configured to route messages for a plurality of users is provided. The device comprises: a receiver configured to receive a message from a first user in the plurality of users; a device determiner configured to determine a device in one or more devices associated with a second user in the plurality of users, the device determined based on one or more communication types associated with the one or more devices; and a sender configured to send the message to a device identifier associated with the determined device for the second user.

In another embodiment, a system for sending messages is provided. The system comprises: a plurality of users, each user associated with one or more devices; a message router configured to route messages from a first user to a second user, the message router comprising: a receiver configured to receive a message from the first user; a device determiner configured to determine a device in one or more devices associated with the second user, the device determined based on one or more communication types associated with the one or more devices; and a sender configured to send the message to a device identifier associated with the determined device for the second user.

A further understanding of the nature and advantages of the invention herein may be realized by reference of the remaining portions in the specifications and the attached drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a system for delivering messages according to one embodiment of the present invention.

FIG. **2** illustrates a simplified flowchart of a method for sending messages according to one embodiment of the present invention.

FIG. **3** illustrates a simplified block diagram of an embodiment of message delivery system according to embodiments of the present invention.

FIG. **4** illustrates an example of a first user sending a message to a second user through a message delivery system according to one embodiment of the present invention.

DETAILED DESCRIPTION OF THE
INVENTION

FIG. **1** depicts a system **100** for delivering messages according to one embodiment of the present invention. System **100** includes a plurality of users and a message delivery system **102**.

The plurality of users can communicate with each other using message delivery system **102**. As shown, the plurality of users are depicted as user #**1**, user #**2**, user #**3**, and user #**4**. Although four users are shown, it will be understood that any number of users may communicate through message delivery system **102**.

US 7,171,190 B2

3

Each user is associated with a number of devices. For example, users #1, #2, #3, and #4 are associated with devices 10, 20, 30, and 40, respectively. In one embodiment, a device is defined by a communication type and address. In one embodiment, a communication type includes the channel that is used to send a message. For example, a communication type may be SMS and an address may be a cellular phone number that is used to send a message through SMS. The device in this example may then be a cellular phone. In another example, a communication type may be email and an address may be an email address. The device in this example may then be a computer. It will be understood that a user may receive the email using any computer. The device determined does not need to be the device that the user will physically use and receive the message although the actual device that will be used may be determined. The device is a device type (e.g., cellular phones and computer) that the user will use to receive the message.

A user may have a separate device for each communication type but it will be understood that multiple devices may be used for multiple communication types. Also, a device may support multiple communication types. For example, a cellular phone may communicate using instant messaging, voice, SMS, and MMS. A computing device (e.g., personal computer (PC), personal digital assistant (PDA), pocket PC, etc.) may be used to communicate through email and instant messaging.

In one embodiment, each communication type for a user is associated with one or more addresses. An address is an identifier or username that uniquely identifies a user. For example, an email address is used to contact a user through email, a username for an instant message client is used to contact a user through IM, a cellular phone number is used to contact a user through voice, SMS, and MMS, a fax number is used to contact user through facsimile, etc.

Message delivery system 102 enables communication between devices of various users in system 100 and is configured to perform automatic device selection and content conversion of messages. When a message is sent to a recipient, message delivery system 102 determines devices associated with the recipient. One or more of the devices are then selected. The message may then be converted to a format associated with the selected one or more devices and the message is forwarded to the selected devices.

When, for example, user #1 desires to communicate with user #4, user #1 does not need to know how to communicate with devices 40 associated with user #4. Also, user #1 does not need to know all addresses associated with devices 40 to communicate with all of devices 40. Additionally, user #1 may use any devices 10 to communicate with any devices 40. Conventionally, a device that supports email will have to be used to communicate with another device that supports email. However, any device may be used to communicate with an email device using message delivery system 102.

In one embodiment, user #1 does not need to specify an address of a device 40. User #1 may send a message that identifies user #4 and message delivery system 102 will determine an address for a device #4. In another embodiment, user #1 may send a message to an address of a device 40 for user #4, but the message may be routed to a different address of a different device 40 for user #4.

Accordingly, user #1 does not need to know how to communicate with user #4. User #1 also does not need to specify devices in which a message should be sent because message delivery system 102 will select one or more devices 40 in which to send the message and may also translate the format of the message to be compatible with the selected one or

4

more devices 40. It will be understood, however, that user #1 may specify that a message should be sent to certain devices, such as send an email message to user #4.

FIG. 2 illustrates a simplified flowchart 200 of a method for sending messages according to one embodiment of the present invention. In step 202, a message for a recipient is received at message delivery system 102. In one embodiment, a message may be sent by a sender, such as user #1. A message can be sent by using any device 10 that is associated with user #1. A message may also be received for user #1 through a device other than a device 10. For example, a software program or application may specify that message delivery system 102 should send a message for user #1 to another user. An extensible markup language (XML) document may specify the content of a message for a recipient. If a device for user #1 is not used to send the message, a return message may still be sent to a device in device 10. The XML document specifies content using a markup language. The content may then be converted into another format or language that can be sent to a device.

In one embodiment, the received message may be addressed to a recipient. The address may identify a physical address of a device associated with the recipient. In another embodiment, the message may identify the recipient using an identifier (e.g., a unique username for message delivery system 102) that is not an address of a device 10. In either case, message delivery system 102 will determine the recipient for the message. Accordingly, the sender of a message does not need to specify the address of a device that will ultimately receive the message. For example, the received message may specify send an email to user #4 without specifying the email address.

In step 204, message delivery system 102 determines an identifier for the recipient. The identifier may be any username that uniquely identifies the recipient. For example, the identifier may be an address of any of the devices associated with the recipient. Also, the identifier may be a universal identifier that is not an address for a device of the recipient. The determined identifier is used to determine devices associated with the recipient. For example, if the recipient communicates using the communication types of email, IM, SMS, and MMS, the identifier is linked to device types for those communication types and any addresses that are needed to communicate with the recipient through those communication types. The identifier may also be linked to other information, such as user preferences. User preferences may be information for devices that the user prefers to communicate with and a priority scheme for sending messages to the recipient, etc.

In step 205, message delivery system 102 determines devices that are associated with the determined identifier. Any number of devices may be associated with a user depending on the number of devices a user is using to communicate. The devices may be registered with message delivery system 102 by the user or by another entity. When a device is registered, it is associated with the user's identifier.

In step 206, message delivery system 102 determines one or more devices associated with the identifier in which to send the message. Although it will be described that messages are sent to one device, it will be understood that the message may be sent to any number of devices associated with the identifier. In determining the device in which to send the message, message delivery system 102 may use information associated with the communication. For example, the information used to select the device may be the message content, device capabilities, the recipient's

US 7,171,190 B2

5                                                                6

static preferences, the recipient's dynamic preferences, and hints from the message or application.

The message content may be used to determine the device in which to send the message. For example, if a picture is found in the message content, MMS may be the preferred way to send the message. The communication type would then be MMS and an MMS address for the recipient is determined. Further, if text is sent, then SMS or instant messaging may be preferred because they are both text-based. In this case, both communication types may be determined with the associated addresses for the communication types (e.g., a cellular phone number for SMS and a username for IM). Also, depending on other factors, such as if time is of the essence, an instant message may be sent instead of an email message. Other factors discussed below may also be used to determine the device, such as presence information. For example, a message may be sent to a device in a plurality of determined devices that shows the user's presence is active.

The device capabilities may also be used to determine the device to send the message. For example, if a device can display multimedia pictures, then that device is preferred for a message with pictures. Also, if a device can only display text, then that device is preferred for a message with text.

The user static preferences may also be used to determine the device in which to send the message. For example, a user may specify a priority scheme for determining devices. Message delivery system 102 may then determine if it is feasible to send the message to the first device in the user's preferences. If it is possible, the message is sent to the first device and if it is not possible, message delivery system 102 determines if the message can be sent to the second device in the user's preferences, and so on. Also, if multiple devices are selected, the priority scheme may indicate that a certain device should be selected. Other user preferences may indicate that if certain content is found in a message, a certain device should be used. Also, static preferences may be specified, such as send messages to a device (e.g., email) during work hours and send message to a second device (e.g., a cellular phone) during other hours.

The recipient's dynamic preferences may also be used to determine the device in which to send the message. For example, presence information may indicate a user is actively using certain devices. For example, a user may be logged onto an IM client, which indicates an active presence. Thus, IM may be the preferred way to reach the user. Accordingly, messages may be sent to the IM client at user's IM username.

Hints from the application may also be used to determine the device in which to send the message. For example, the message sent may specify that a first device should be selected first, if possible. Also, hints that override stored preferences may also be specified.

In determining a device associated with the recipient, after a communication type is determined, the address for the determined device may be determined. For example, if it is determined that an email should be sent to the recipient, an email address for the user is determined. Although the user may receive the email at any computing device that may access email, it will be understood that the device represents a device that supports receiving messages for the communication type and address.

In step 208, message delivery system 102 determines if formatting of the message is necessary based on the device determined. For example, if the message is going to be sent through SMS, the message can only have text and any graphics may be deleted. Instead of sending the graphics, a uniform resource locator (URL) may be included in a message that will provide a link to the graphic. Additionally, the message content may be shrunk to a size that will fit in a device's display. For example, a graphic may be shrunk so it can fit in a cellular phone display. Also, a message may be sent by a first device that communicates in a different format or protocol than the device that will receive the message. Thus, the message format may be incompatible because two different devices are communicating. For example, an email may be sent to message delivery system 102 and an SMS message sent to a cellular phone. Thus, the email message may be formatted in order for it to be sent to the SMS device. Accordingly, devices of different communication types may communicate using message delivery system 102.

If formatting is necessary, in step 210, message delivery system 102 formats the message to a determined format. For example, the message may be formatted to the protocol that the recipient's selected device communicates in. The formatting is done automatically without input from the user in one embodiment. Accordingly, messages that may not have been able to be sent in their original format to devices that communicate in different protocols can be sent with the format conversion.

In step 212, the message is sent to the determined device using the determined communication method. The formatted message is sent if the message is formatted or the original message is sent if formatting was not necessary. Also, the received message may indicate that only certain message content should be sent to the recipient. Thus, only the indicated message content is formatted and sent to the recipient.

Accordingly, a sender may send a message to message delivery system 102, which can then determine a device for a recipient in which to send the message. In one embodiment, a communication type and address for the recipient is determined. Also, message delivery system 102 can automatically convert the content of a message depending on the device selected. The sender may send the message using any device and does not need to specify a destination device or the destination address for the device. Message delivery system 102 can also determine the device of the recipient that should receive the message and its address.

FIG. 3 illustrates a simplified block diagram 300 of an embodiment of message delivery system 102 according to embodiments of the present invention. Message delivery system 102 includes a recipient identifier 302, a device determiner 306, and a formatter 310.

Recipient identifier 302 receives a message and outputs a recipient identifier. Recipient determiner 302 may communicate with a database 304 to determine the recipient identifier. Database 304 may include information for a plurality of recipients. For example, each recipient may be associated with a universal identifier. The universal identifier is also associated with the physical addresses of the communication types for each user. Alternatively, the addresses for communication types may be associated with all each other instead of using a universal identifier. When one of the addresses is encountered, other addresses for the user may be determined. Accordingly, recipient determiner 302 performs the functions described in steps 202 and 204 of FIG. 2.

Device determiner 306 receives the determined recipient identifier from recipient determiner 302 and determines one or more devices in which to send the message. In determining the device, device determiner 306 may communicate with a database 308 that includes user device information. User device information may include information for communication types the recipient uses to communicate. Also,

7

device determiner **306** determines, for each determined communication type, the address in which to send the message. Accordingly, device determiner **306** performs the functions described in step **206** of FIG. **2**.

Formatter **310** receives the determined device and message from device determiner **306** and outputs a formatted message. In other embodiments, formatter **310** may not need to format the message. For example, the recipient's device may communicate in a different protocol than the device that sent the message. Also, the message may be formatted to the display capabilities of the recipient's device. The message, formatted if necessary, is then sent to the selected device using the determined communication type. Accordingly, formatter **310** performs the functions described in steps **210** and **212** of FIG. **2**.

FIG. **4** illustrates an example of a user #**2** sending a message to a user #**2** through a message delivery system **102** according to one embodiment of the present invention. User #**1** may use any communication methods to send a message to user #**2**. For example, user #**1** may send an email message to an email address for a user #**2**. User #**1**, however, does not need to send a message to user #**2**'s email, but may use any other identifier for user #**2**, such as a unique identifier for user #**2** that is recognized by a message delivery system **102**, a phone number, the username for instant messaging, etc. Also, user #**1** may use any device or communication method to send a message to user #**2**. For example, if user #**1** desires to send an email to user #**2**, the message does not have to be sent in an email to user #**2**'s email address. An SMS message specifying that an email be sent to user #**2** may be used in one example.

Message delivery system **102** receives the email message for user #**2**, determines an identifier for user #**2** and any devices that are associated with user #**2**. For example, message delivery system **102** may determine that user #**2** can communicate through email, SMS, and instant messaging. As shown, user #**2** is associated with an email device **402**, an SMS device **404**, and an IM device **406**. The three devices are associated with the identifier for user #**2**.

Message delivery system **102** then determines a communication type that will be used to send the message received from user #**1**. The communication type may be determined based on a number of factors described above. In one embodiment, message delivery system **102** determines that the email message should be sent to the IM device **406** associated with user #**2**. This determination may be made because a user is presently logged onto IM device **406** or user preferences indicate that the user prefers to receive IM messages. Message delivery system **102** may also format the email message into a format compatible with IM device **406**. The message is then sent to the IM client **406** associated with user #**2**.

Accordingly, an email message sent by user #**1** to message delivery system **102** was converted into an instant message that was sent to IM device **406** for user #**2**. User #**1** did not need to know how to reach any devices associated with user #**2** in order to send the message to IM device **406**. Message delivery system **102** receives the email addressed to user #**2** and determines how to reach user #**2**.

While the present invention has been described using a particular combination of hardware and software implemented in the form of control logic, it should be recognized that other combinations of hardware and software are also within the scope of the present invention. The present invention may be implemented only in hardware, or only in software, or using combinations thereof.

8

The above description is illustrative but not restrictive. Many variations of the invention will become apparent to those skilled in the art upon review of the disclosure. The scope of the invention should, therefore, be determined not with reference to the above description, but instead should be determined with reference to the pending claims along with their full scope or equivalents.

What is claimed is:

**1**. A method for sending a message, the method comprising:

receiving a message from a sender to a recipient, the message being sent by a first device that communicates in a first protocol;

determining a recipient identifier for the recipient for the message, the recipient identifier usable to determine a plurality of device types that are associated with the recipient;

determining the plurality of device types associated with the recipient using the recipient identifier, wherein device identifiers are associated with the plurality of device types;

dynamically determining a device type in the plurality of device types in which to send the message in response to receiving the message from the sender; and

sending the message to the device identifier associated with the determined device type, the message being received in a second protocol by a second device that communicates in the second protocol.

**2**. The method of claim **1**, wherein dynamically determining the device type comprises determining the device type based on content of the message.

**3**. The method of claim **1**, further comprising determining communication capabilities for device types in the plurality of device types, wherein determining the device type comprises determining the device type based on the communication capabilities for the plurality of device types.

**4**. The method of claim **1**, further comprising determining one or more preferences associated with the recipient wherein dynamically determining the device type comprises determining the device type based on the one or more preferences.

**5**. The method of claim **1**, further comprising determining presence information for the recipient, wherein dynamically determining the device type comprises determining the device type based on the presence information.

**6**. The method of claim **1**, wherein dynamically determining the device type comprises:

determining a communication type in which to send the message; and

determining the device identifier associated with the communication type.

**7**. The method of claim **1**, wherein the received message does not specify the device identifier.

**8**. The method of claim **1**, wherein the received message is addressed to a different device identifier than the device identifier of the sent message.

**9**. The method of claim **1**, wherein the recipient identifier is different from the device identifier.

**10**. A method for sending a message, the method comprising:

receiving a message from a sender to a recipient;

determining a recipient identifier for the recipient for the message, the recipient identifier usable to determine a plurality of device types that are associated with the recipient;

9

determining the plurality of device types associated with the recipient using the recipient identifier, wherein device identifiers are associated with the plurality of device types;

determining presence information for the recipient;

dynamically determining a device type in the plurality of device types in which to send the message in response to receiving the message from the sender; and

sending the message using the device identifier associated with the determined device type,

wherein the device type is determined based on presence information that indicates a device for the device type is active.

**11**. A method for sending a message, the method comprising:

receiving a message from a first user for a second user, the message being sent by a first device that communicates using a first protocol;

determining a user identifier for the recipient for the message, the user identifier usable to determine a plurality of device types that are associated with the recipient;

determining a device type in the plurality of device types associated with the second user using the identifier;

determining a format associated with the determined device type;

determining if the message needs to be adapted to the determined format;

if the message does need to be adapted, performing the steps of

adapting the message to the determined format; and

sending the adapted message to the determined device;

if the message does not need to be adapted, sending the message to a device identifier for the determined device type,

whereby the message is received by a second device, and where the second device uses a second protocol then the message is received by the second device in the second protocol.

**12**. The method of claim **11**, wherein the format comprises at least one of a short message system (SMS), email, instant message (IM), and voice message format.

**13**. The method of claim **11**, wherein adapting the message comprises adapting content of the received message to content compatible with the determined format.

**14**. The method of claim. **11**, wherein the received message does not specify the determined device identifier.

**15**. The method of claim **11**, wherein the received message is addressed to a different device identifier than the device identifier of the sent message.

**16**. The method of claim **11**, wherein determining the device type comprises using at least one of content of the message, communication capabilities for the plurality of device types, one or more preferences associated with the second user, and presence information for devices in the plurality of device types associated with the second user.

**17**. The method of claim **11**, wherein the user identifier is different from the device identifier.

**18**. A device configured to route messages for a plurality of users, the device comprising:

a receiver configured to receive a message from a first user in the plurality of users, the first user using a first device communicating using a first protocol;

an identifier module configured determine a user identifier for the second user for the message, the user identifier usable to determine device types that are associated with the second user;

10

a device type determiner configured to determine a device type in a plurality of device types associated with the second user in the plurality of users, the device type determined using the identifier; and

a sender configured to send the message to a device identifier associated with the determined device for the second user, the message being received in a second protocol by the determined device, the determined device communicating using the second protocol,

wherein the device type is determined based on at least one of communication capabilities of the plurality of device types, one or more preferences associated with the second user, and presence information for device types in the plurality of device types associated with the second user.

**19**. The device of claim **18**, further comprising a formatter configured to format the received message to a format compatible with the determined device type.

**20**. The device of claim **18**, further comprising a database configured to store information for the plurality of device types associated with the plurality of users.

**21**. The device of claim **18**, wherein the user identifier is different from the device identifier.

**22**. A method for sending a message to a recipient, the method comprising:

receiving a message from a sender to a recipient, the message being addressed to a username for the recipient;

determining a plurality of addresses associated with the recipient using the username, wherein the username for the recipient is different from the plurality of addresses associated with the recipient and the plurality of addresses being addresses in which the recipient can receive messages;

dynamically determining an address in the plurality of addresses in which to send the message in response to receiving the message from the sender,

converting the message from a first protocol to a second protocol, where a first device sending the message communicates using the first protocol and a second device to receive the message communicates using the second protocol; and

sending the message to the determined address for the recipient.

**23**. The method of claim **22**, wherein the plurality of addresses are associated with a plurality of device types.

**24**. The method of claim **23**, wherein the plurality of addresses are sent through different communication channels to the plurality of device types.

**25**. A system for sending messages, the system comprising:

a plurality of users, each user associated with a plurality of device types;

a message router configured to route messages from a first user to a second user, the message router comprising:

a receiver configured to receive a message from the first user;

an identifier module configured determine a user identifier for the second user for the message, the user identifier usable to determine device types that are associated with the second user;

a device determiner configured to determine a device type in the plurality of device types associated with the second user, the device type determined using the identifier; and

US 7,171,190 B2

11

a sender configured to send the message to a device identifier associated with the determined device type for the second user,

wherein in message is generated by a first device that communicates in a first protocol and received in a second protocol by a second device that communicates in the second protocol, and

wherein the user identifier is different from the device identifier.

12

**26**. The system of claim **25**, wherein the first user comprises a device type that communicates in a communication type of at least one of email, SMS, MMS, IM, and voice.

**27**. The system of claim **25**, wherein the communication types associated with the plurality of device types comprises at least one of email, SMS, MIMS, IM, and voice.

\* \* \* \* \*

# Exhibit E

Case 5:08-cv-02363-JW    Document ... US007039176B2

(12) **United States Patent**
Borodow et al.

(10) Patent No.: **US 7,039,176 B2**
(45) Date of Patent: **May 2, 2006**

(54) **CALL CENTER ADMINISTRATION MANAGER WITH RULES-BASED ROUTING PRIORITIZATION**

(75) Inventors: **Eli Ben Borodow**, La Jolla, CA (US); **Ran Ezerzer**, San Diego, CA (US); **Edwin Kenneth Margulies**, Morristown, NJ (US)

(73) Assignee: **Telephony@Work**, La Jolla, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 643 days.

(21) Appl. No.: **09/902,069**

(22) Filed: **Jul. 9, 2001**

(65) **Prior Publication Data**

US 2002/0101979 A1 Aug. 1, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/638,274, filed on Aug. 14, 2000, and a continuation-in-part of application No. 09/798,226, filed on Mar. 2, 2001.

(51) **Int. Cl.**
*H04M 3/523* (2006.01)

(52) **U.S. Cl.** ............................ **379/265.02**; 379/265.09; 379/265.13; 379/266.02

(58) **Field of Classification Search** ............ 379/265.02, 379/309, 266.02, 265.13, 265.12, 265.09; 705/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,479,487 A    12/1995    Hammond

| | | |
|---|---|---|
| 5,822,306 A | 10/1998 | Catchpole |
| 5,903,641 A | 5/1999 | Tonisson |
| 5,982,873 A | 11/1999 | Flockhart et al. |
| 6,046,762 A | 4/2000 | Sonesh et al. |
| 6,163,607 A | 12/2000 | Bogart et al. |
| 6,173,053 B1 | 1/2001 | Bogart et al. |
| 6,230,197 B1 | 5/2001 | Beck et al. |
| 6,233,332 B1 * | 5/2001 | Anderson et al. ...... 379/265.09 |
| 6,263,066 B1 | 7/2001 | Shtivelman et al. |
| 6,487,291 B1 * | 11/2002 | Walker et al. ......... 379/266.02 |
| 6,570,980 B1 * | 5/2003 | Baruch ................... 379/265.12 |
| 2001/0011228 A1 * | 8/2001 | Shenkman ................... 705/14 |

* cited by examiner

*Primary Examiner*—Harry S. Hong
(74) *Attorney, Agent, or Firm*—Paul, Hastings, Janofsky & Walker LLP

(57) **ABSTRACT**

A multi-media call center provides an interface tool for enabling non-technical personnel of a company running the call center to provision and configure the call center from available resources. The calls received by the call center are identified and their attributes useful in queuing the calls are determined. Based on the attributes, priority ratings are computed for the calls by applying a predetermined function to the attributes, and the calls are queued in accordance with their respective priority ratings. The weights to be given to the various priority attributes and the initial values of the customer-specific priority attributes are set through the interface tool during the provisioning and configuring process. The attributes are linked to the call center's live database, and the values of the customer-specific priority attributes are dynamically updated, so that events relevant to call prioritization that occur after the initial configuration has been completed can affect call queuing.

**29 Claims, 7 Drawing Sheets**





Fib. 1



FIG. 2

FIG. 3



FIG. 4

FIG. 5

| WORKGROUP ID | EMAIL ADDRESS | PHONE NUMBER | CUSTOMER ID | ATTRIBUTE 1 | ATTRIBUTE 2 | ATTRIBUTE 3 |
|---|---|---|---|---|---|---|
| SPRING SALE | FRANK OZ | | | 18 | 2 | 9 |
| SPRING SALE | LARRY KOROL | | | 22 | 15 | 16 |
| SPRING SALE | MARY RICH | | | 29 | 3 | 14 |
| SPRING SALE | ED BELL | | | 5 | 40 | 1 |
| SPRING SALE | TONY PIZZA | | | 9 | 38 | 88 |
| SPRING SALE | GAIL WONG | | | 10 | 71 | 92 |
| SPRING SALE | FRED NILLY | | | 70 | 16 | 5 |
| SERVICE GOLD | | 8599930121 | | 55 | 14 | 6 |
| SERVICE GOLD | | 7039472213 | | 62 | 22 | 7 |
| SERVICE GOLD | | 9735581101 | | 960 | 217 | 1 |

REPRESENTATION OF AN
ORACLE OR SQL SERVER
"VIEW" WHICH IS
AUTOMATICALLY GENERATED
BY THE RULES-BASED CREATOR.

FIG. 6



Fig. 7

US 7,039,176 B2

1

# CALL CENTER ADMINISTRATION MANAGER WITH RULES-BASED ROUTING PRIORITIZATION

## RELATED APPLICATION

This application is a continuation-in-part of copending U.S. patent application Ser. No. 09/638,274, entitled Call Center, filed on Aug. 14, 2000; and of copending U.S. patent application Ser. No. 09/798,226, entitled Call Center Administration Manager, filed Mar. 2, 2001. Each of these patent applications has been assigned to the assignee of the present application, and is hereby incorporated by reference in its entirety for all purposes.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to call center provisioning, management, supervision, and to call prioritization, queuing, disposition, and routing.

2. Background

Organizations with more than trivial needs for customer interaction often use call centers to provide services to their customers and to organize sales personnel. A call center is the means by which an organization, e.g., company or "enterprise," handles customer and other calls, usually with some amount of computer automation. Typically, a call center can handle a considerable volume of inbound and outbound calls at the same time, screen inbound calls, forward them to agents (e.g., customer service representatives) with appropriate skills, and maintain records of the calls and of the call center agents. Call centers have traditionally been used by mail-order catalog companies, telemarketing companies, computer product help desks, and other similar organizations that use the telephone to sell or support their products and services.

Many call centers use computer-telephony integration (CTI), also known simply as "computer telephony," to process telephone calls. These terms refer to the use of computers in managing the calls. Since the advent of the information technology revolution, companies have increasingly felt the need to interact with their customers through alternative communication channels that include, for example, facsimile transmissions, email, and web-based contacts. The alternative channel contacts are generally susceptible to CTI-based processing at least to the same extent as conventional telephone calls, and the benefits of computer-based management apply to them as well.

Here, as in the parent patent documents, by "call" we mean any kind of customer interaction, including, without limitation, facsimile transmissions, email messages, and web-based contacts such as chats. The intended meaning of "caller" is the same as the intended meaning of "customer": it is the person or entity with whom the interaction takes place; unless specific context indicates otherwise, the caller/customer need not be the originator of the interaction.

A typical modern call center is a complicated technological amalgam of hardware and software that may reside, in

2

whole or in part, on a telecommunications network. Provisioning such a call center for an enterprise can be a lengthy, technically involved process performed by "integrators"—technicians, engineers, and programmers highly skilled in combining computer equipment, telecommunication equipment, and software from various manufacturers. Consequently, the time and costs involved in provisioning a call center may be substantial, and the ability to minimize them may provide an important competitive advantage. It is therefore desirable to enable provisioning call centers quickly and without massive efforts of trained and highly compensated specialists.

A call center may include the capability to route a received call based on the call's attributes, such as information carried by the call, information submitted by the caller before the call is routed, and information regarding the caller stored in the call center's database or otherwise available to the call center. Similarly, the call center may include the capability to prioritize handling and disposition of the call based on these attributes. As used in this document, to prioritize means to determine or set the order for dealing with items, to establish priorities for a set of items; prioritization is the noun derivative of the verb prioritize.

Call centers are often provisioned and hosted for clients-subscribers by providers of telecommunication services, for example, long distance telephone carriers (Telcos) and application service providers (ASPs). Thus, provisioning a call center may involve discussions between the representatives of a long distance carrier and an enterprise to define, for example, functionality of the call center; its limitations; and the capabilities available to the enterprise, such as the number and skills of the enterprise's agents. The definitions tend to be made without sufficient precision, necessitating redesigns with their concomitant additional delays and costs. It would be beneficial to provide a high-level design tool for defining and provisioning a call center, and to push out the design tool's interface to a subscriber, to enable the subscriber to self-provision and administer a call center using non-technical employees, with little involvement by the service provider, such as an ASP or a Telco. It would also be beneficial for the high-level design tool to provide the ability to define call queuing priority rules based on parameters that include call attributes.

## SUMMARY

The present disclosure is directed to apparatuses, methods, and articles of manufacture containing machine-readable computer program code for call center administration. Briefly, and without attempting to describe either all of the major features of the invention or to limit the description to the strictly necessary features, the call center administered is capable of receiving a plurality of calls, with each received call of the plurality of calls being associated with at least one priority attribute from a plurality of priority attributes. The call center is capable of prioritizing the received calls of the plurality of calls for servicing by a plurality of endpoints based at least in part on priority ratings of the received calls of the plurality of calls. In administering the call center, the following steps are performed:

(1) One or more input screens are provided to enable a person to input data to the call center through an interface. The data comprises:

(i) a plurality of priority attribute weights, each priority attribute weight of the plurality of priority attribute weights being associated with a different priority attribute of the plurality of priority attributes, and

US 7,039,176 B2

3

(ii) a plurality of priority attribute values, each priority attribute value of the plurality of priority attribute values being associated with a priority attribute of the plurality of priority attributes.

(2) Storing information in the call center, the information comprising:

(i) the inputted data, and

(ii) a first predetermined function, wherein priority rating of each received call of at least a subset of the plurality of calls is calculated by applying the first predetermined function to one or more priority attribute values associated with one or more priority attributes associated with said each received call of the subset, and to priority attribute weights associated with the one or more priority attribute values associated with one or more priority attributes associated with said each received call of the subset.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will now be explained, by way of examples only, with reference to the following description, appended claims, and accompanying Figures where:

FIG. **1** illustrates a sequence of inputting customer priority attribute information into a call center to configure the call center for prioritizing and queuing calls based on customer priority attributes;

FIG. **2** illustrates another sequence of inputting customer priority attribute information into the call center to configure the call center for prioritizing and queuing calls based on customer priority attributes;

FIG. **3** illustrates representative screen output of a browser-based call center administration manager during the step of defining customer priority attributes;

FIG. **4** illustrates representative screen output of a browser-based call center administration manager during the step of providing weights to customer priority attributes;

FIG. **5** illustrates representative screen output of a browser-based call center administration manager during the step of assigning initial customer-specific values to the customer priority attributes;

FIG. **6** illustrates a representative Oracle or SQL server table automatically generated by the prioritization rules-based creator portion of the administration manager.

FIG. **7** illustrates a general process for prioritizing calls received by a call center.

## DETAILED DESCRIPTION

U.S. patent application Ser. No. 09/798,226 and U.S. patent application Ser. No. 09/638,274 describe call centers with several features. One of the features is the capability that allows provisioning configuration, and administration of a call center by non-technical employees of a company-subscriber, i.e., employees without specialized hardware or software training. This feature, referred to as self-provisioning, is made possible by a straightforward, intuitive administration manager interface that presents a call center administrator with a series of simple questions, prompts, menus, list boxes, radio buttons, and similar input means for providing information to a computer-based device.

The collection of the input means of the inventive call center administration manager in accordance with the present invention further includes a mechanism for providing a call center database with information needed for prioritizing call servicing. It should be understood, however,

4

that the administration manager in accordance with the present invention may, but need not, operate in conjunction with the other features described in the commonly-assigned patent documents referred to above, and that the meaning of "call center" here is not limited to the call centers described in those documents.

The process for inputting the information for prioritizing calls is illustrated in more detail in FIG. **1**. In step **110**, a call center administrator defines priority attributes relevant to prioritizing the calls, i.e., the attributes of the customer or the call used by a queuing/prioritizing algorithm. In step **120**, the call center administrator provides relative weights to the call attributes defined. Next, in step **130**, customer-specific values are assigned to the defined attributes.

The specific means used by the administrator to input the information in steps **110**–**130**, as well as in other steps described throughout this document, is not critical. For example, the means may comprise a personal computer running a browser program.

The information provided to the call center administration manager in the steps **110** through **130** may be saved (1) locally, e.g., in the computer used for implementing the administration manager interface; (2) in the call center's database; or (3) elsewhere, e.g., in another database connected to the call center. The information storage may be implemented in any kind of storage medium, including, without limitation, magnetic storage, e.g., a magnetic disc or a magnetic tape; optical storage medium, e.g., a CD-ROM; or electronic semiconductor memory, e.g., Random Access Memory (RAM), flash memory, and erasable electrically programmable memory (EEPROM). The information provided may subsequently be made available to the call center or to some of the call center's components.

The sequence of the steps **110**–**130** in FIG. **1** is somewhat arbitrary. The customer-specific values can be assigned before the relative weights of the attributes are provided to the call center. This sequence is illustrated in FIG. **2**. (Identical or similar numerals in the Figures denote identical or similar elements or steps.) Moreover, not all of the attributes need to be processed at the same time. Thus, one or more of the attributes can be defined, weighted, and assigned customer-specific values before one or more other attributes have been defined, weighted, or assigned customer-specific values. In fact, even the step **110** need not be completed before either the step **120** or the step **130** is performed; an attribute can be renamed after it has been weighted and customer-specific values have been assigned. And, as will be explained below, either or both process steps **120** and **130** may not have to be performed explicitly at all.

To incorporate the process of defining, weighting, and assigning values to caller attributes in the browser-based call center administration manager implementation described in U.S. patent application Ser. No. 09/798,226, two tabs have been added: (1) Customer Priority Attribute tab, and (2) Customers tab. The two tabs appear between Project Menus and Projects tabs in the left-hand column of FIG. **3**, which illustrates screen output of a browser-based call center administration manager interface in accordance with the present invention.

The screen output of FIG. **3** corresponds to the output of the interface after the Customer Priority Attribute tab has been clicked, i.e., when process the input step **110** of FIGS. **1** or **2** is being performed. This screen allows the call center administrator to define (i.e., create) a Customer Priority Attribute object, much as the screen illustrated in FIG. 8 of the application Ser. No. 09/798,226 allows the call center

US 7,039,176 B2

5

6

administrator to define a Skill object. To create a Customer Priority Attribute object, the call center administrator types the Attribute object's name in the Attribute Name box **301**, and the Attribute objects description in box **302**. The description is, in essence, an optional comment to help remember the reasons for having the Attribute object. The name of the Customer Priority Attribute object can be anything, but preferably will have some significance and be recognizable by the call center administrator. After the Customer Priority Attribute object has been named, the administrator can click on OK button **303** to store the definition and exit the screen, or click on APPLY button **304** to store the definition and proceed to define another Customer Priority Attribute object.

A Priority Attribute object is generally a concept that relates to customers (in which case it is a Customer Priority Attribute object) or calls (Call Priority Attribute object), and potentially has a bearing on handling of the calls, as viewed from the perspective of the call center administrator. Various Priority Attribute objects may be indicative of (1) the length of time the customer has been doing business with the company, (2) dollar amount spent within some predetermined period, (3) frequency of transactions, (4) kinds of products purchased or of services requested, (5) dollar amount owed, and (6) service level or kind of contractual relationship with the company.

FIG. **4** represents screen output of a browser-based call center administration manager interface in accordance with the present invention when process the step **120**—providing weights to Customer Priority Attribute objects—is being performed. To reach this screen of the embodiment under discussion, the call center administrator performs the following steps:

1. From the main left-hand column, the administrator selects the Company in which the Customer Priority Attribute object weights are to be assigned;

2. The administrator clicks on the Workgroups tab under the Company selected; and

3. The administrator right-clicks on the Workgroup to be modified, and clicks on Workgroup Customer Attribute sub-tab.

Once in the Customer Attribute Weight screen of FIG. **4**, the call center administrator selects the previously defined Customer Priority Attribute objects from drop-down boxes **441** and provides relative weights for the selected Customer Priority Attribute object in list boxes **442**. Then, the relative weights are saved by clicking on either OK button **443** or APPLY button **444**. Note that this arrangement allows a Customer Priority Attribute object to have different weights in different workgroups, and that the total of all the weights in a particular workgroup need not add up to 100.

If default values have been provided for the relative weights, process the step **120** need not be performed.

FIG. **5** represents screen output of a browser-based call center administration manager interface in accordance with the present invention when customer-specific values are being assigned to the Customer Priority Attribute objects; this corresponds to the process step **130**. To reach the screen of FIG. **4**, the call center administrator right-clicks from within the Customers tab. When the screen of FIG. **5** is displayed, the administrator selects an appropriate "Find Customer" radio button **551**, instructing the administration manager to search for customers by, e.g., name, telephone number, customer ID, or email address; types the search string in the box **552**; and clicks on SEARCH button **557**. In response to the search command, the interface interacts with

the call center's database and searches for the matching customer record(s); the matching records appear in drop-box **558**, with their corresponding current Customer Priority Attribute values displayed in boxes **554**; Customer Priority Attribute object names appear in boxes **553**.

After a specific customer is identified, new values of the customer's various Priority Attributes can be assigned or changed in the boxes **554**, and then stored by clicking on OK button **555** or APPLY button **556**.

The customer attribute values can be static, i.e., remain constant or be manually updated, by performing the process step **130**. In lieu of the static scheme, the embodiment being described links the customer attribute values to the call center's live database. (By live database we mean a database where values change with time in response to internal or external events or conditions.) The link allows the customer attribute values to be updated when changes made to the database. The link is dynamic, in real time. By way of an example, a customer's priority may be increased within a short time after the customer places a large order, or after the customer upgrades his or her service level.

In a variation of the dynamic linking scheme, periodic non-real-time updating can be used.

Linking of the customer attribute values to the call center's live database is achieved by using the "views" methodology. FIG. **6** shows a representation of an Oracle or SQL server table that is automatically generated by the prioritization rules-based creator portion of the administration manager. (All names and numbers used in FIG. **6** are fictional.) This table can be mapped to the live database of the call center as a "view." Once the view has been established, the native Oracle or SQL "view/field mapping" tool can be used by the administrator to associate each field in the customer attribute "view" with a field in the live database. From that point, the fields representing Customer Priority Attribute values are dynamically updated. Note that the linking of the customer priority attribute values to the call center's live database may eliminate the need to assign the customer priority attribute values initially, i.e., the need to perform the process step **130**.

The views methodology, which is known to persons skilled in the art, is a common way of associating data from tables with a database without programming and without necessarily writing customer queries. Views, defined in database language SQL (Structured Query Language), are structures that provide a means for naming queries. In particular, views are table expressions that specify tables, i.e., the table expressions have values that are derived from other tables. The SQL standard has been established by American National Standards Institute (ANSI) and International Standards Organization (ISO), industry standards governing bodies. For more information on SQL see, generally, Information Technology—Database Languages—SQL (ISO/IEC 9075). SQL is supported by most commercial database management systems.

The rules-based creator being discussed employs a Customer Priority Scoring Engine algorithm that, as one of its functions, normalizes a customer's priority attribute values for each Priority Attribute based on other customers' priority attribute values for the Priority Attribute. In one variation, the maximum customer priority attribute value for each Priority Attribute is found by examining customer priority attribute values of all the customers, and each customer priority attribute value for that Priority Attribute is normalized so that the normalized maximum customer priority

US 7,039,176 B2

7

attribute value is 100. Expressed symbolically, this normalization algorithm becomes:

$$NCAV_{ij}=CAV_{ij}\times F_i \qquad (I)$$

and

$$F_i = \frac{100}{CAV_{i,jmax}}, \qquad (II)$$

where:

(1) $CAV_{ij}$ is the customer priority attribute value of jth customer for ith Priority Attribute;

(2) $NCAV_{ij}$ is the normalized customer priority attribute value of jth customer for ith Priority Attribute;

(3) $CAV_{ijmax}$ is the maximum customer attribute value for ith Priority Attribute across all customers; and

(4) $F_i$ is the normalizing factor for ith Priority Attribute.

Many other normalization algorithms can be used. In addition, the metrics (or parameters) underlying a particular Priority Attribute can be pre-processed before the actual customer priority attribute values are assigned (in the process step **130**) or computed (when the customer priority attribute values are transferred from the linked live database). For example, if the first Priority Attribute is associated with the "total amount spent in the last six months" metric, the corresponding $NCAV_{ij}$ may be equal to the logarithm of the actual amount spent in the last six months, with the normalization algorithm of formulas (I) and (II) applied as before.

The above discussion does not limit either the type or the granularity of the customer priority attribute values and of their underlying metrics. A Priority Attribute may be a have a range of values associated with it, or it may have only a few discrete values. For example, a Priority Attribute equal to the "total amount spent in the last six months" metric illustrates the type of Priority Attribute with a range of values; a Priority Attribute that has a value of "100" for a customer who has spent over $10,000 in the last six months (big spender), and a value of "0" otherwise (miser) illustrates a binary Priority Attribute.

We now turn to the algorithms that prioritize calls based on the customer priority attribute values. One way to determine a call's priority is to sum all products of the customer priority attribute values with the weights of their respective Priority Attributes, which were assigned during the process step **120**. Thus, a customer priority attribute-based rating $P_j$ of a call from customer j can be determined as follows:

$$P_j = \sum_k W_k \times NCAV_{ij}, \qquad (III)$$

where $NCAV_{kj}$ is the normalized customer attribute value of jth customer for kth Priority Attribute, and k ranges across all Priority Attributes. The pending calls are then queued in order of their customer priority attribute-based ratings; e.g., a call with a higher customer attribute-based priority rating is placed ahead of a call with a lower customer attribute-based priority rating.

More generally, customer attributes can become call attributes, and $P_j$ can become a call priority attribute-based rating. This allows different calls from the same customer to be treated differently. For example, a cell phone call may be given a higher priority than a call from a conventional telephone (or vice versa); and a chat with a customer using a computer connected by a conventional telephone line may be given higher priority than a chat from a customer with a fat pipe (or vice versa).

8

Queuing in accordance with customer (or call) priority attribute-based ratings does not preclude contemporaneous queuing in accordance with other parameters affecting call queuing, e.g., skills of available agents. For example, customer (or call) attribute-based priority rating of a call may be combined with the other parameters to result in the final call queue for a particular agent.

Many variations on this simple prioritizing algorithm are possible. For example, the maximum value of each $W_k\times NCAV_{kj}$ product may be limited. Other examples include using the following formulas:

$$P_j = \sum_k W_k{}^{NCAV_{k,j}}, \qquad (IV)$$

and

$$P_j = \sum_k Log_{W_k}(NCAV_{k,j}), \qquad (V)$$

with all symbols having the same meaning as in formula (III) above. The maximum or minimum values of each $NCAV_{kj}$ term may be limited. Other formulas can also be used for prioritizing.

FIG. **7** illustrates a general process for prioritizing received calls. Not all of the steps must be performed to practice the invention, and the order of the steps can be varied, unless it is otherwise indicated or a specific sequence of steps is imposed by the context.

In step **710**, a call center administrator defines Attributes relevant to prioritizing the received calls (i.e., Call Priority Attributes). In step **720**, the call center administrator provides relative weights to the Call Priority Attributes defined, or the relative weights are provided by a default weight assigning process. Step **730** is assignment of initial customer/call-specific values to the Call Priority Attributes by the call center administrator. Linking (e.g., mapping) of the Call Priority Attributes to the call center's database is performed in step **760**, and subsequent dynamic updating of the call attribute values is represented by step **765**.

A call from a customer is received by the call center in step **770**. Next, the call is examined and some of the information carried by the call or supplied by the caller is extracted in step **775**. The extracted information may include dialed number, provided by the Dialed Number Identification Service (DNIS), and the calling number, provided by Automatic Number Identification (ANI).

Using the extracted information, the call center accesses its database and obtains call priority attribute values for the call. This is the function of step **780**. As described above, the call attribute values may include customer profile and buying history. In step **785**, the call center computes the call attribute-based priority rating $P_j$ for the call. Finally, in step **790** the call is placed in one or more queues based on the priority rating ($P_j$) and other parameters affecting call queuing, e.g., skills of available agents.

As in the case of the call centers and administration managers disclosed in U.S. patent applications Ser. Nos. 09/638,274 and 09/798,226, methods and apparatuses of the present invention, or certain aspects or portions thereof, can be implemented or practiced on a computer or a plurality of computers interconnected by a network. Optionally, the methods and apparatuses of the present invention and those disclosed in U.S. patent applications Ser. Nos. 09/638,274 and 09/798,226 may be implemented or practiced within a client/server environment.

(In the client/server programming model, a server is a program that awaits and fulfills requests from client pro-

9

grams in the same or other computers. A given application in a computer may function as a client with requests for services from other programs, and also as a server of requests from other programs.)

Furthermore, the methods and apparatuses may take the form of program code (i.e., instructions) embodied in tangible media, such as floppy diskettes, CD-ROMS, hard drives, or any other machine-readable storage medium, wherein, when the program code is loaded into and executed by a machine, such as a computer, the machine becomes an apparatus for practicing the invention. The methods and apparatuses of the present invention may also be embodied in the form of program code that is transmitted over some transmission medium, for example, over electrical wiring or cabling, through fiber optics, or via any other form of transmission, wherein, when the program code is received and loaded into and executed by a machine, such as a computer, the machine becomes an apparatus for practicing the invention. When implemented on a general-purpose processor, the program code combines with the processor to provide a unique apparatus that operates analogously to specific logic circuits.

We have described the inventive call center administration manager with rules-based routing prioritization and some of its features in considerable detail for illustration purposes only. Neither the specific embodiments of the invention as a whole nor those of its features limit the general principles underlying the invention. Many additional modifications are intended in the foregoing disclosure, and it will be appreciated by those skilled in the art that in some instances some features of the invention will be employed in the absence of a corresponding use of other features. The illustrative examples therefore do not define the metes and bounds of the invention.

What is claimed is:

1. A call center capable of receiving a plurality of calls, each received call of the plurality of calls being associated with at least one priority attribute from a plurality of priority attributes, comprising:

a plurality of agents capable of servicing the received calls of the plurality of calls;

a database for storing information related to a customer associated with each received call, the information comprising:

a plurality of customer priority attribute weights, each of the customer priority attribute weights being associated with a different priority attribute of the plurality of priority attributes, and

a plurality of customer priority attribute values, each of the customer priority attribute values also associated with a priority attribute of the plurality of priority attributes; and

an administration manager configured to determine a priority rating for each of the plurality of received calls based on one or more of the customer priority attribute values associated with each of the received calls and the customer priority attribute weights associated with each of the received calls, prioritize servicing of the plurality of received calls based on the determined priority ratings for each of the plurality of received calls, and update the plurality of customer attribute values stored in the database based on the priority attributes associated with each of the plurality of received calls.

2. A call center according to claim 1, wherein the information stored in the database further comprises names of the priority attributes.

10

3. A call center according to claim 1, further comprising a linking mechanism that dynamically links the customer priority attribute values entered via the interface to a live database.

4. A call center according to claim 3, wherein the live database is the database configured to store the information related to the customers associated with each of the plurality of received calls.

5. A call center according to claim 1, wherein the administration manager is further configured to update the customer priority attribute values substantially in real time.

6. A call center according to claim 4, wherein the linking mechanism links the customer priority attribute values entered via the interface using a views methodology.

7. A call center according to claim 3, wherein the defined customer priority attributes include a length of time a customer has been doing business with the call center's company.

8. A call center according to claim 3, wherein the defined customer priority attributes include a dollar amount spent within a first predetermined period by an originator of each of the received calls.

9. A call center according to claim 3, wherein the defined customer priority attributes include a frequency of transactions engaged in by a customer.

10. A call center according to claim 3, wherein the defined customer priority attributes include the kinds of products purchased and services requested by a customer.

11. A call center according to claim 3, wherein the defined customer priority attributes include an amount owed by a customer.

12. A call center according to claim 3, wherein the defined customer priority attributes include a contractual relationship associated with a customer.

13. A call center according to claim 1, further comprising an interface configured to allow customer priority attributes to be defined and information related to each defined customer priority attributes to be entered and stored in the database, wherein the information related to the customer priority attributes comprises customer priority weights and customer priority values for a plurality of customers.

14. A call center according to claim 5, further comprising an interface configured to allow customer priority attributes to be defined and information related to each defined customer priority attribute to be entered and stored in the database, wherein the information related to the customer priority attributes comprises customer priority weights.

15. A call center according to claim 14, wherein the administration manager is further configured to dynamically established the customer priority attribute values in substantially real-time after an initial call associated with each customer is received.

16. A call center according to claim 15, wherein administration manager is further configured to subsequently update the customer priority attribute values based on priority information associated with the plurality of received calls.

17. A call center according to claim 16, wherein the interface is further configured to allow customer priority attribute values to be input or updated in non-real-time.

18. A call center according to claim 17, wherein the defined customer priority attributes include a length of time a customer has been doing business with the call center's company.

19. A call center according to claim 16, wherein defined customer priority attributes include a dollar amount spent within a first predetermined period by an originator of each of the received calls.

US 7,039,176 B2

11

20. A call center according to claim 16, wherein the defined customer priority attributes include a frequency of transactions engaged in by a customer.

21. A call center according to claim 16, wherein the defined customer priority attributes include the kinds of products purchased and services requested by a customer.

22. A call center according to claim 16, wherein the defined customer priority attributes include an amount owed by a customer.

23. A call center according to claim 16, wherein the defined customer priority attributes include a contractual relationship associated with a customer.

24. A call center according to claim 1, wherein the administration manager is further configured to prioritize the plurality of received calls based on other information.

12

25. A call center according to claim 24, wherein the other information includes information related to the skills or expertise of the plurality of agents.

26. A call center according to claim 1, wherein the plurality of received calls comprises facsimile transmissions.

27. A call center according to claim 1, wherein the plurality of received calls comprises email messages.

28. A call center according to claim 1, wherein the plurality of received calls comprises web based contacts.

29. A call center according to claim 1, wherein the call center is a distributed, virtual call center.

* * * * *

# Exhibit F

US007136448B1

(12) **United States Patent**
Venkataperumal et al.

(10) Patent No.: **US 7,136,448 B1**
(45) Date of Patent: **Nov. 14, 2006**

(54) **MANAGING RECEIVED COMMUNICATIONS BASED ON ASSESSMENTS OF THE SENDERS**

(75) Inventors: **Ramesh Venkataperumal**, Belmont, CA (US); **Carl Keller**, Danville, CA (US); **Katherine H. Mobley**, Honolulu, HI (US)

(73) Assignee: **Siebel Systems, Inc.**, San Mateo, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 404 days.

(21) Appl. No.: **10/299,603**

(22) Filed: **Nov. 18, 2002**

(51) **Int. Cl.**
H04M 3/00 (2006.01)
H04M 5/00 (2006.01)

(52) **U.S. Cl.** ............................ **376/265.02**; 379/265.12

(58) **Field of Classification Search** ...............................
379/265.01–265.14, 266.01–266.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,333,980 B1 * | 12/2001 | Hollatz et al. ......... | 379/265.12 |
| 2001/0011228 A1 * | 8/2001 | Shenkman et al. | |
| 2002/0004735 A1 * | 1/2002 | Gross | |
| 2002/0067822 A1 * | 6/2002 | Cohen et al. | |
| 2003/0055705 A1 * | 3/2003 | Kilpatrick | |
| 2004/0054573 A1 * | 3/2004 | Shah et al. | |
| 2004/0073508 A1 * | 4/2004 | Foster et al. | |
| 2004/0138958 A1 * | 7/2004 | Watarai et al. | |
| 2004/0193475 A1 * | 9/2004 | Hemm et al. | |
| 2005/0102221 A1 * | 5/2005 | Sulkowski et al. | |

OTHER PUBLICATIONS

Kramer & Associates Newsletter, "Using Technology to Support eBusiness Contact Centers," Kramer & Associates, Cincinnati, Ohio, 7 pages, http://www.crmxchange.com/whitepapers/pdf/technology.pdf (Oct. 18, 2002).

Covill, Randy, "Harvesting the Value from Customer Loyalty Programs," AMR Research, Inc., Boston, Massachusetts, 12 pages, Dec. 1, 2000, http://www.amrresearch.com/Content/view.asp?pmillid=13160&docid=484 (Oct. 18, 2002).

Covill, Randy, "Getting to Customer Profit With Customer Data Mining," AMR Research, Inc., Boston, Massachusetts, 9 pages, Mar. 1, 2001, http://www.amrresearch.com/Content/view.asp?pmillid=13490&docid=526 (Oct. 18, 2002).

Lieber, Ron, "More Firms Train Service Staff to Agressively Pitch Callers," *Wall Street Journal*, 3 pages, Jul. 30, 2002, http://online.wsj.com/article_email/0,,SB102797172993521240000.html (Oct. 10, 2002).

* cited by examiner

*Primary Examiner*—William J. Deane, Jr.
(74) *Attorney, Agent, or Firm*—Campbell Stephenson Ascolese LLP

(57) **ABSTRACT**

A method, system, and computer-readable medium is described for adjusting the service provided to customers or others contacting an organization (e.g., via a telephone call) based at least in part on the assessed value of the contacting party to the organization. In such situations, the organization assesses one or more aspects of the customer, such as a potential future value of the customer to the organization. After one or more such customer aspect assessments are available, the organization can adjust the service to be provided to the customer based on those assessments in various ways, such as by selecting one of multiple available human representatives as appropriate to respond to a received communication from the customer (e.g., based also on ratings of relevant capabilities of the representatives) and/or by selecting one or more appropriate offers to be made available to the customer.

**27 Claims, 6 Drawing Sheets**





*FIG. 1*

U.S. Patent

Nov. 14, 2006

Sheet 2 of 6

US 7,136,448 B1



FIG. 2



Organizational Incoming Communication Manager Routine
300
Receive indication of incoming communication from a customer
305
Identify customer
310
Determine reason for customer communication
315
Assess value fo customer to organization
320
325
Give offers to customer?
Yes
No
330
Select offers for customer based on assessed value
335
Have human representative of the organization respond to received communication?
Yes
No
340
Select representative of the organization to respond to customer based on assessed value
350
Send one or more selected offers to the customer, if any were selected
Forward incoming communication to selected representative for response, and provide information about the selected offers (if any) to the representative
345
395
More?
Yes
No
399
End

FIG. 3



Customer Value
Assessor Subroutine — 320

Receive indication of customer and
of determined reason for communication — 405

Retrieve information about customer profile (if any),
previous interactions with customer (if any),
and previous sales to the customer (if any) — 410

Optionally retrieve other
accessible information about customer — 415

Assess future customer value
and credit risk level — 420

For existing customers, assess current customer
value, churn propensity, upsell probability,
satisfaction score and cost to serve — 425

Optionally assess aggregate customer
value based on assessed values — 430

Store assessed customer values with
the customer profile for the customer — 435

Return assessed
customer values — 495

FIG. 4



Offer Selector Subroutine ~330

Receive indication of customer, of determined reason
for the communication and of assessed customer value(s) ~505

Retrieve information
about currently available offers ~510

Retrieve information about customer profile (if any),
previous interactions with customer (if any),
and previous sales to the customer (if any) ~515

Select one or more offers for the customer based on
the assessed customer value(s), and optionally based
on the determined reason and/or based on the
retrieved information related to the customer ~520

If there are multiple selected offers, rank the selected
offers based on the assessed customer values and/or
the determined reason and/or
the retrieved customer–related information ~525

Store indications of the selected offer(s)
and the ranking (if any),
with the customer information ~530

Return indications of the selected
offer(s) and ranking (if any) ~595

*FIG. 5*



Organization Representative Selector Subroutine
340
Receive indication of customer, of determined reason for the communication, and of assessed customer value(s)
605
Retrieve information about current organizational representatives available to respond, including about capabilities related to communications made for the determined reason
610
Optionally retrieve information about customer profile (if any), previous interactions with customer (if any), and previous sales to the customer (if any)
615
Select a representative to respond to the communication based on the assessed customer value(s) and representative capabilities, and optionally on the determined reason and/or the retrieved information related to customer and/or other factors
620
Store indication of the selected representative with the customer information
630
Return indication of the selected representative
695

*FIG. 6*

US 7,136,448 B1

**1**

# MANAGING RECEIVED COMMUNICATIONS BASED ON ASSESSMENTS OF THE SENDERS

## TECHNICAL FIELD

The following disclosure relates generally to handling received communications, and more particularly to using assessments of communication senders to assist in managing received communications, such as for a business to manage a telephone call received from a customer based on an assessed value to the business of the customer.

## BACKGROUND

Historically, companies treated all customers equally in most situations, regardless of their relationship with the customers. Thus, for example, when a company was receiving telephone calls from customers (e.g., for technical support or to purchase new products/services), each customer would typically wait in the same queue of callers for the next available company representative, regardless of a customer's previous value or potential future value to the company. Some companies have taken limited steps to provide better service to some customers in such situations, such as by reducing the wait time for certain customers and/or by providing certain customers with distinct telephone numbers with which to contact the company to receive differentiated service. However, such existing techniques are limited in their effectiveness (e.g., in order to provide some customers with distinct telephone numbers for contacting the company, the company must identify those customers in advance and maintain additional infrastructure to provide the different communication channels).

Accordingly, it would be beneficial to provide enhanced techniques for tailoring the service provided to customers or others contacting an organization based on the value to the organization of the contacting party, such as to increase customer retention and maximize net revenues to the organization.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an example of an organization managing incoming telephone calls from customers in a manner based on assessed values of the customers to the organization.

FIG. 2 is a block diagram illustrating an embodiment of a computing system suitable for providing the described techniques.

FIG. 3 is a flow diagram of an embodiment of the Incoming Communication Manager routine.

FIG. 4 is a flow diagram of an embodiment of the Customer Value Assessor subroutine.

FIG. 5 is a flow diagram of an embodiment of the Offer Selector subroutine.

FIG. 6 is a flow diagram of an embodiment of the Organization Representative Selector subroutine.

## DETAILED DESCRIPTION

A software facility is described below that adjusts the service provided to customers or others contacting an organization based at least in part on the assessed value of the contacting party to the organization. In some embodiments, the contacting parties are customers (whether current or potential) that are placing telephone calls to the organization, such as to receive assistance or place an order, and the

**2**

organization assesses various information about the customers to determine appropriate service to provide when responding to the telephone call.

The assessment of communication senders (e.g., telephone callers or senders of electronic communications such as email or instant messages) can be performed in a variety of ways, as discussed in greater detail below. In some embodiments, a variety of assessments regarding a communication sender can be made, such as of a potential future value of the sender to the organization and/or an ability/likelihood of the sender to pay for any purchased items (e.g., products and/or services, whether leased, rented, licensed, purchased outright, etc.). The assessed value of a sender to the organization may be based not only on likely future gross purchase receipts, but also factors such as likely profit margin and likely future costs (e.g., for providing future post-purchase service to the sender and/or based on a likelihood that the sender will return or cancel purchased items). For communication senders that are existing customers, a variety of additional assessments can be made based on their past interactions with the organization, such as various measures of their previous value to the organization, the previous cost to serve them, their current satisfaction with the organization, the likelihood of up-selling them to other items of more value to the organization, etc.

The communication sender assessments can be made in various ways (e.g., based on predictive modeling for future values, such as by using standard or organization-specific assessment rules), as discussed in greater detail below, and can be based on various information (e.g., publicly available information and/or information about the sender that was previously compiled by the organization, such as based on previous interactions with the sender). The assessments may also be made dynamically in response to a received communication and/or in advance of such a communication. In addition, when a communication sender is contacting the organization on behalf of another organization (e.g., in their role as a purchaser for the other organization), the sender assessments can be made for the sender as an individual and/or for the organization represented by the sender.

After one or more communication sender assessments are available, the organization can adjust the service to be provided to the communication sender based on those assessments in various ways. In particular, in some embodiments in which the organization has multiple human representatives that are available to respond to communications (e.g., multiple agents on a technical support line or sales lines), one (or more) of the human representatives are selected as being among the most appropriate to respond to a received communication from the sender based on the sender assessments. For example, each representative may be rated on one or more skills or capabilities (e.g., product knowledge, diagnostic skills, inter-personal skills, etc.) that affect their ability to effectively respond to received communications, and such ratings may be used in selecting an appropriate representative (e.g., by matching communication senders with the highest assessed value to the organization to the representatives having the highest ratings for capabilities to respond effectively). After an appropriate representative is selected, the representative is notified of the received communication so that they can respond, such as by routing the received communication to the representative.

In addition, a variety of other factors may also be considered in selecting an appropriate representative to respond, such as the type of received communication (e.g., telephone call vs. email), a reason for the communication (e.g., a problem with item XYZ, a desire to purchase an item of type

US 7,136,448 B1

**3**

LMN, a request for information regarding a specified topic, etc.), a length of time before which a particular representative will be available to respond, etc. Moreover, while in some embodiments a selection of an appropriate representative for a communication sender may be made in a manner based merely on the assessed values for the sender, in other embodiments the representative selection process may use additional information about the communication sender (e.g., previously determined preferences or demographic information) and optionally additional information about representatives in order to better match an appropriate representative with the sender.

In addition to (or instead of) selecting an appropriate representative to respond to a received communication, the organization can also adjust the service to be provided to the communication sender by selecting one or more appropriate offers to be made available to the communication sender based on the communication sender assessments. For example, the most attractive available offers (e.g., based on ratings of the offers) may be provided only to communication senders with the highest values to the organization. When multiple offers are selected for a communication sender, they may also in some embodiments be ranked in various manners (e.g., likely interest to the communication sender, most value to the organization, etc.). In some embodiments, various additional information about the sender can also be used to target offers to that sender, such as customer preference information, past item purchases, past offers made to the sender, past responses of the sender to offers made, etc. After one or more offers are selected and optionally ranked, one or more of the offers (e.g., the highest ranked) can then be provided to the communication sender in various ways. For example, if an appropriate representative has been selected to respond to the received communication, the representative can be informed of such offers and any relevant rankings so that the representative can make one or more of the offers to the sender as part of the response to the received communication.

For illustrative purposes, some embodiments of the software facility are described below in which specific types of assessments are made of customers placing telephone calls to an organization and are used by the organization in specific ways to adjust the service provided to those customers. However, those skilled in the art will appreciate that the techniques of the invention can be used in a wide variety of other situations, and that the invention is not limited to use with business organizations, with telephone calls, or with the illustrated types or uses of assessments.

As one example of managing incoming telephone calls and other communications from customers in a manner based on assessed values of the customers, consider the example illustrated with respect to FIG. 1. In the illustrated example, a variety of communication senders **105** are initiating communications to Organization Z via various communication devices **110**. In particular, Senders 1 and 2 are each initiating telephone calls that are directed to Organization Z over a communication infrastructure **150** (e.g., the public switched telephone network), which are then directed to an Incoming Communication Manager ("ICM") computing device **120** for Organization Z. Similarly, Sender 3 is initiating an electronic communication to Organization Z via a personal computing device, whether a non-interactive communication to which a delayed response is acceptable (e.g., an email) or an interactive communication for which the sender will wait for a timely response (e.g., an instant message). The electronic communication is similarly forwarded to the ICM via a communication infrastructure,

**4**

whether the same infrastructure used to forward the telephone calls or a distinct infrastructure.

The various communications to Organization Z may each be made for various reasons (e.g., technical support or to make a new purchase). In addition, the various communications may be made on behalf of the senders themselves being the customers (as is the case for Sender 1) or on behalf of another entity that the sender represents being the customer (as is the case for Senders 2 and 3, that each represent Organization X). References to a customer or to the sender of a communication should thus be considered to include the individual initiating a communication and/or an entity that the individual represents unless otherwise indicated.

After the ICM receives each of the incoming communications, it determines how to respond to the received communication in an appropriate manner based on the customer that sent the communication. In particular, in this example the ICM determines the identity of the customer (e.g., based on the telephone number from which the customer is calling, information contained within the communication itself such as from the header of an email, information provided by the customer after the ICM receives a communication such as from interactive selections made by a telephone caller in response to automated prompting, etc.), and may optionally identify a reason that the customer has sent the communication (e.g., based on the called telephone number, information contained within the communication itself such as from the header of an email, information provided by the customer after the ICM receives a communication such as from interactive selections made by a telephone caller in response to automated prompting, etc.). The ICM then retrieves various information about the customer (e.g., financial information, and for prior customers, customer profile information and information about previous interactions) if it is available.

If assessed values for one or more relevant types of information regarding the customer (e.g., a current or future value of the customer to Organization Z) are not already available (e.g., in stored customer profile information, such as based on a previous assessment that was recently made), the ICM then assesses values for the customer for those types of information (also referred to as aspects of the customer). The ICM then determines various types and/or levels of service to provide to the customer (e.g., when responding to the received communication) based on the assessed values.

In particular, in this example multiple representatives **130** of Organization Z are available to respond to the received communication, but have different capability levels in responding to such communications (e.g., based on training, amount of experience, assessed qualities such as cheerfulness or professionalism, etc.) and may also have different levels of availability (e.g., such as different wait times based on other communications that have previously been forwarded to them) and/or other relevant criteria (e.g., access to different types of communication devices or to relevant organizational information, or different levels of authority to provide various additional services to customers). The ICM will select an appropriate one of the representatives to respond to the received communication based at least in part on the assessed values of the customer (e.g., to select the most capable representatives for customers whose assessed values are highest with respect to a specified criteria of interest, such as value to Organization Z), and may also modify a default manner of responding based at least in part on the assessed values of the customer (e.g., to minimize or eliminate normal wait times for customers whose assessed

US 7,136,448 B1

5

values are highest, or to provide a most desirable type of response to such customers such as by responding with a live representative regardless of the form of received communication). In this example, the ICM retrieves various stored information about the currently available representatives (e.g., ratings of various relevant capabilities of the representatives) for use in the matching of an appropriate representative to the customer, selects a representative based on the assessed value information for the customer and the retrieved information for the selected representative (e.g., based on predefined matching rules), and then forwards the received communication to that representative for response.

In addition, in this illustrated example the ICM will also select one or more offers that are appropriate to provide to the customer based on the assessed value information about the customer, and will rank the selected offers if there are more than one based on a predefined criteria (e.g., assessed level of interest to the customer, value to Organization Z, etc.). At least one of the ranked offers (e.g., the highest ranked one) can then be provided to the customer as part of the response to them. In particular, in this example information regarding some or all of the ranked offers is provided to the representative selected to respond to the communication from the customer, such as by displaying it on a device **140** accessible to the representative. While the representative responds to this received communication, the representative can then make one or more of the offers to the customer (e.g., for a received telephone call, an offer can be made after the reason for the call has been addressed).

In this manner, received communications can be managed in a way that maximizes the value of the responses to Organization Z, such as by maximizing net revenue and enhancing the satisfaction of the most valuable customers. While communications of different types are received and managed in the same manner in this illustrated embodiment, in other embodiments only one type of communication may be handled in this manner (e.g., just telephone calls).

FIG. **2** illustrates a computing system suitable for executing an embodiment of an Incoming Communication Manager ("ICM") system facility capable of implementing the described techniques. In particular, an incoming communication handler computing system **200** is illustrated that manages incoming communications to an organization from senders based on assessed values to the organization of the senders, as well as various customer communication devices **250** (e.g., telephones) from which communications can be received and various representative communication devices **270** (e.g., telephones) to which the received communications can be forwarded for a response by representatives of the organization.

The incoming communication handler computing system includes a CPU **205**, various I/O devices **210**, storage **220**, and memory **230**. The I/O devices include a display **211**, a network connection **212**, a computer-readable media drive **213**, and various other I/O devices **215**. An embodiment of the ICM system **240** is executing in memory, and it includes an Incoming Communication Receiver component **242**, a Communication Sender Value Assessor component **244**, a Representative Selector component **246** and an Offer Selector component **248**. Various other software modules (not shown) may also be executing in memory to provide functionality to users of the computing system, communication senders, and/or organizational representatives, such as an automated response module that answers incoming telephone calls (e.g., to provide information regarding a planned response, such as an estimated wait time, and/or to optionally gather information of use, such as an identity of the

6

caller and/or a reason for calling). Various users may access the computing system, whether locally via the I/O devices **210** or remotely from a client computing device (e.g., via the World Wide Web, such as over an intranet and/or the Internet), such as to define various information used by the ICM system (e.g., organization-specific assessment rules to be used as part of determining customer value and/or organization-specific matching rules for selecting appropriate types or levels of service based on assessed values for a communication sender).

When an incoming communication is received from a customer or other communication sender, the ICM system first routes the communication to the Incoming Communication Receiver to identify the communication sender and to optionally identify a reason for the communication (e.g., based on interaction with automated response functionality). When performing an identification of a communication sender that is an existing customer of the organization, information regarding the customer may be retrieved and used from a customer information database **223** on storage (e.g., telephone numbers and/or email addresses used by the customer). In some embodiments and/or situations, an identity of a communication sender may not be able to be determined (e.g., for potential new customers), and in such cases the Incoming Communication Receiver may initiate the creation of a new customer profile to represent the communication sender.

Information regarding the customer (whether pre-existing or potential) is then provided to the Communication Sender Value Assessor component. The Communication Sender Value Assessor component then retrieves various information about the communication sender, such as from the customer information database and/or other publicly accessible information stores (not shown), and also retrieves various customer assessment rules **227** from storage. The assessment rules may be specific to this organization or instead common to multiple organizations, and can take a variety of forms as discussed in greater detail elsewhere. The Communication Sender Value Assessor component then uses the assessment rules to analyze the various information about the customer who sent the communication in order to generate one or more assessed values for various aspects of the customer, such as a value to the organization of the customer. In the illustrated embodiment, the one or more assessed values are then stored for the customer in the customer database for later use. While not illustrated here, in other embodiments the Communication Sender Value Assessor component could also interact with a third-party assessment engine (not shown) executing in memory **230** or elsewhere that assists with or performs some or all of the assessing for the customer.

After customer assessment information is available, one or more service response selector components will be invoked to determine types and/or levels of service to provide to the customer in response to the communication. In the illustrated embodiment, two service selector components are present, those being the Representative Selector component and the Offer Selector component, although in other embodiments only one of those components may be present and/or additional types of service selector components may be present (whether in addition to or instead of the illustrated service selector components).

In the illustrated embodiment, the Representative Selector component is provided with the customer assessment information (e.g., via the customer database), and the component retrieves various information regarding available representatives of the organization from the representative database

US 7,136,448 B1

7

221 on storage. The retrieved information may include various information about capabilities of representatives that affect their ability to effectively respond to communications, such as ratings of various skill levels and amount of experience. The Representative Selector component then selects one of the representatives to respond to the customer based on the assessed information for the customer and the retrieved information regarding the representative. The selection of an appropriate representative can be made in various ways, such as by using mappings (not shown) of various assessed customer values to corresponding levels of capability of representatives or using representative selector rules (not shown) that more generally can consider a variety of factors in making a selection, and may optionally use other information regarding the customer (e.g., from the customer database) and/or the representatives as part of the selection.

In a similar manner to that of the Representative Selector component, the Offer Selector component in the illustrated embodiment receives information regarding the assessments of the customer and retrieves information about various possible offers to be made to the customer from an offer database 225 on storage. The Offer Selector component then selects one or more offers based on the assessed values for the customer as well as optionally on other information regarding the customer (e.g., from the customer database), and ranks the offers if more than one are selected. As with the selection of an appropriate representative, the selection of appropriate offers can be made in various ways, such as by using mappings (not shown) of various assessed customer values to corresponding offers or offer types or instead using offer selector rules (not shown) that more generally can consider a variety of factors in making a selection, and may optionally use other information regarding the customer (e.g., from the customer database) and/or the offers as part of the selection.

The information from the various service selector components can thus be used to determine a response to the customer that maximizes value to the organization. in the illustrated embodiment, the received communication will be forwarded to the selected representative for response, with the highest value of customers receiving the attention of the most capable representatives as soon as possible. In addition, the selected representatives will receive information about the selected ranked offers for the customers so that they can make one or more such offers to the customer as part of their response. As the representatives respond to the received communications, additional information regarding the customer can also be retrieved and stored for later use to assist in better targeting appropriate representatives and offers to the customer in the future (e.g., in response to a next received communication from that customer or as part of a later communication initiated by the organization to that customer), including indications of offers made and of responses to such offers, as well as preference and other information of the customer.

Those skilled in the art will appreciate that the computing system and communication devices 200, 250 and 270 are merely illustrative and are not intended to limit the scope of the present invention. In particular, a "system" or "device" may comprise any combination of hardware and/or software that can interact and perform some or all of the described functionality, including computers, network devices, internet appliances, PDAs, wireless or wired phones, pagers, electronic organizers, television-based systems and various other consumer products that include inter-communication capabilities. The devices and systems may also be connected

8

to other devices that are not illustrated, including through one or more networks such as the Internet or via the World Wide Web. In addition, the functionality provided by the illustrated system components may in some embodiments be combined in fewer components or distributed in additional components. Similarly, in some embodiments the functionality of some of the illustrated components may not be provided and/or other additional functionality may be available.

Those skilled in the art will also appreciate that, while various items are illustrated as being stored in memory or on storage while being used, these items or portions of them can be transferred between memory and other storage devices for purposes of memory management and data integrity. Alternatively, in other embodiments some or all of the software modules and/or components may execute in memory on another device and communicate with the illustrated computing device via inter-computer communication. Some or all of the system components or data structures may also be stored (e.g., as instructions or structured data) on a computer-readable medium, such as a hard disk, a memory, a network, or a portable article to be read by an appropriate drive. The system components and data structures can also be transmitted as generated data signals (e.g., as part of a carrier wave) on a variety of computer-readable transmission mediums, including wireless-based and wired/cable-based mediums. Accordingly, the present invention may be practiced with other computer system configurations.

FIG. 3 is a flow diagram of an embodiment of an Incoming Communication Manager routine 300 for an organization. The routine receives incoming communications from customers of the organization, assesses values to the organization of the customers, and selects types and levels of services to provide to the customers in response to the received communications based at least in part on the assessed values.

The routine begins in step 305 where an indication is received of an incoming communication from a customer. In steps 310 and 315, the customer is identified and the reason for the communication from the customer is determined. As previously noted, this can be performed in a variety of ways based on the type of communication received. After step 315, the routine continues to step 320 to execute a subroutine to assess the value of the customer to the organization. The routine then continues to step 325 to determine whether or not to select offers to be provided to this customer, and if so continues to step 330 to execute a subroutine to select offers for the customer based at least in part on the assessed value of the customer.

After step 330, or if no offers were to be provided, the routine continues to step 335 to determine whether to select a human representative of the organization to respond to the received communication. If so, the routine continues to step 340 to execute a subroutine to select an appropriate representative of the organization to respond to the customer based at least in part of the assessed value of the customer, and then forwards the incoming communication to the selected representative for response in step 345. If offers were previously selected for the customer in step 330, information about the selected offers is also provided to the representative to use as part of the response. If it was instead determined in step 335 to not select a human representative, the routine continues instead to step 350 to, if any offers were selected for the customer in step 330, schedule one or more future communications to the customer to provide one or more of those selected offers. After steps 345 or 350, the routine continues to step 395 to determine whether to

US 7,136,448 B1

**9**

continue. If so, the routine returns to step **305**, and if not the routine continues to step **399** and ends.

FIG. **4** is a flow diagram of an embodiment of the Customer Value Assessor subroutine **320**. The subroutine receives information regarding a customer and assesses values for various aspects of the customer including the value of the customer to the organization.

The subroutine begins at step **405** where an indication is received of the customer and optionally of a reason for a communication received from the customer. The subroutine continues to step **410** to retrieve information stored by the organization about the customer, such as from a customer profile for an existing customer and previous interactions with the existing customer (e.g., previous sales, service requests, etc.). In step **415**, the subroutine then optionally retrieves other publicly accessible information (e.g., financial information, information about related items already purchased or contemplated by the customer, etc.) for the customer.

The subroutine then continues to step **420** to assess a future value to the organization of the customer, as well as a future level of credit risk of the customer. In step **425**, the subroutine next assesses additional information related to existing customers of the organization, including a current customer value, a term propensity, up-sell probability, satisfaction score, and current costs to serve. The subroutine then continues to step **430** to optionally generate a single assessed aggregate value of the customer to the organization, such as based on the various other assessed values. The subroutine then continues to step **435** to store the assessed customer values with the customer profile for the customer, and then continues to step **495** to return the assessed customer values. Those skilled in the art will appreciate that a variety of other assessments could similarly be made, and that in some embodiments some of the illustrated types of assessments may not be performed.

As previously noted, assessments of aspects of customer can be performed in various ways. In some embodiments, various assessment rules are used to perform predictive modeling about the customer to generate assessed values regarding future activity or propensity, although in other embodiments some or all of the assessed customer information may instead be retrieved from various third-party sources (e.g., a credit risk level from a commercial credit-tracking organization). The assessment rules can have various forms (e.g., IF-THEN statements), and in the illustrated embodiment functionality is provided to allow an organization to define their own assessment rules. For example, IF-THEN assessment rules may be able to support complex nested structures, and define the criteria to satisfy for the rule using mathematical combination and comparison (e.g., addition, subtraction, multiplication, division, percentage, average, minimum, maximum, various set functions, sequence, ">", "<", "<=", ">=", etc.), and use Boolean comparison and connection operators (e.g., NOT EQUAL, NOT, AND, OR, LIKE, NOT LIKE, etc.). Assessment rules can also specify various outputs if the specified criteria is met, such as actions or activities to take, next steps in a process flow or branching, identifying of similar customers for research purposes, identifying of similar opportunities that have recently closed and why, etc. Assessment rules may also be able to invoke external routines, access stored objects and their fields, and otherwise interact with other computing infrastructure used by the organization. In addition, in some embodiments the assessment rule environment supports versioning of rules to allow changes to rules to be tracked and/or prevented, validation of rules to ensure proper syntax

**10**

and variables are used, modularity so that rules can be reused, the scheduling of some or all of the assessment rules to be executed (e.g., periodically) to assess values for some or all existing customers, and an ability to test a rule without affecting current customers and representatives. In addition, each rule may have a start and end date during which it is effective, as well as other criteria to determine when the rule may apply.

A variety of information about a customer may be used by the assessment rules, such as age, education, income, job title, associated entity that they represent and years at that entity, address information, marital status, average purchase size, current purchase volume, potential purchase volume, the percent of income of the customer that the organization estimates they will spend with them (also referred to as "target share of wallet"), estimated customer lifetime, etc. For customers that are businesses, information to be used by the assessment rules may further include when they were founded, annual revenue, revenue growth rate, total number of employees, related entities (e.g., a parent account), profitability, credit risk level, etc.

Examples of various aspects of customers that can be assessed, as well as examples of how values can be calculated for those aspects, include the following:

Customer Lifetime Value (LTV) ($)—a combination of the customer's current value score and the customer's potential value score less the costs associated with that customer. It can be determined by: Current Value Score (%)+Potential Value Score (%)−Customer Costs.

Customer Costs—costs can be tracked for customers in various areas, such as sales costs, service costs, marketing costs, fulfillment costs (orders), external costs (all other). Service costs may include the following variables: average cost per call per minute, average cost per inbound email, average cost per inbound web chat per minute, average cost per fax, and cost per representative minute. The average cost per call per minute can be estimated by: call cost=sum of (call—inbound, call—outbound, and call activity duration) *average cost per call/minute; the average cost per inbound email can be estimated by: email cost=# of (email—inbound, email—outbound) activities*average cost per email; the average cost per inbound web chat per minute can be estimated by: web chat cost=sum of web—inbound activity duration*average cost per web chat/minute; the average cost per fax can be estimated by: fax cost=# of (fax—inbound, fax—outbound) activities*average cost per fax; and the average cost per representative minute can be estimated by: sr cost=time to resolve*customer support representative cost per minute

Current Value Score ($)—identifies the customer's value to the company based on how much the customer has spent with the company and the frequency of purchase. This score can be determined by information on the customers' orders, such as by summing the order Item Total for each order where the payment status indicates that the customer has been charged.

Potential Value Score ($)—identifies the customer's potential or future value to the company. It could be based on the percentage of value that the company derives from the customer today or based on the expected total value the customer will have over time. This score is determined by the following factors: Potential Value for individual=if age<35 then [(Target Share of Wallet)*Income]+[Target Share of Wallet*Expected Future Income] OR if age>35 then [(Target Share of Wallet)*Income]; and Potential Value for business=[(Target Share of Wallet)*Annual Revenue]+ [Target Share of Wallet*(1+Revenue Growth Rate)^Ave

US 7,136,448 B1

**11**

Customer Lifetime]. Expected Future Income reflects the expected increase in income over the customer's lifetime, and can be estimated to be Income*(1+education rate)^Average Customer Lifetime. A default of 10 years can be used in the illustrated embodiment for Average Customer Lifetime if more detailed information is not available.

Churn Score—this is the customer's propensity to discontinue service, which is often of interest in the telecommunications and energy industries. It can be determined by: Churn Score=[(number of moves in past year*wt)+(if homeowner=yes then 1*wt*(−1))+(number of open SR's past due*wt)+(total service requests where close date>commit date*wt)+(total number of SR's*wt)], and may in some embodiments be determined only for individuals. The number of moves in the past year can be determined in various ways, such as when the customer's address/zip code changes. The various "wt" variables are weightings to give to the various elements, and they should add up to 100% total.

Up-sell/Cross-sell Score—this is the customer's propensity to purchase additional items. It can be determined by: Up-sell score=[(satisfaction score*wt)+(customer time period*wt)+(frequency of purchase*wt)+(average # of line items/order*wt)+average order size &*wt)]. The Customer Time Period indicates how long the customer has been a customer, and the frequency of purchase can be determined by: frequency of purchase=total orders/last order date−first order date (order/day). The various "wt" variables are weightings to give to the various elements, and they should add up to 100% total.

Credit Risk Score—this identifies the customer's ability and reliability to pay for service, and in some embodiments is provided by a third-party service (e.g., credit tracking service for individuals, and Dun & Bradstreet for businesses).

Satisfaction Score—this identifies the customer's current satisfaction level with the organization. This score is derived by feedback from the customer and/or feedback from the representatives. Customer feedback can be obtained in various ways, such as from customer relationship and transactional surveys. It can be determined by: Customer Satisfaction Score for a time period=average across surveys [Customer Loyalty Indicator per survey−((sum of gaps>2) *wt per survey)]+sum(customer experience for an activity). The customer experience for an activity can be given a value of "5" when they are very satisfied, "3" when they are satisfied, and "0" when unsatisfied. The Customer Loyalty Indicator (CLI) may be derived from certain questions on a survey and used to track a customer's loyalty, and can be determined by: (continue purchasing (Y/N)+recommend the company (Y/N)+actions in the next year (purchase, upgrade, nothing, etc)+direction consistent (Y/N)), with the outcome being a number between 0 and 10, and with a customer answer of Yes treated as a value of "2.5" and an answer of No as "0". The default time period is 3 months in the illustrated embodiment, but in some embodiments the customer may modify the time period.

Those skilled in the art will appreciate that the various aspects of customers that can be assessed and examples of how values can be calculated for those aspects is provided for illustrative purposes only, and that other aspects can be assessed (whether instead of or in addition to these aspects) and that these aspects can be assessed in other ways.

FIG. 5 is a flow diagram of an embodiment of the Offer Selector subroutine 330. The subroutine receives information about assessed customer value to the organization, and

**12**

selects one or more appropriate offers to be made to the customer based at least in part on the assessed value.

The subroutine begins at step 505 where an indication is received of the customer and of assessed customer information, as well as optionally of a determined reason for a communication received from the customer. In other embodiments, the subroutine could instead retrieve the assessed customer information and/or the determined reason for the communication from stored information about the customer (e.g., the customer profile). The subroutine then continues to step 510 to retrieve information about currently available offers, and in step 515 retrieves various information about the customer in a manner similar to that of steps 410 and 415 of FIG. 4. The retrieved information can include a variety of information about the offers, such as ratings of the relevance and/or interest of the offers to various types of customers.

In step 520, the subroutine then selects one or more offers for the customer based at least in part on the assessed customer information, and optionally based on the reason for the communication and/or based on the additional retrieved information related to the customer. In some embodiments, each offer is fully specified and the selection process merely selects among them, while in other embodiments offers may include variable components (e.g., price, duration, etc.) and the selection process may include selecting an appropriate value in the allowable range for that offer. After step 520, the subroutine continues to step 525 to, if there were multiple offers selected in step 520, rank the selected offers, such as based on the assessed customer value information and/or the determined reason for the communication and/or the retrieved customer-related information. In step 530, the subroutine then stores indications of the selected offers and their associated ranking (if any) for the customer (e.g., with the customer profile), and then continues to step 595 to return indications of the selected offers and their ranking.

FIG. 6 is a flow diagram of an embodiment of the Organization Representative Selector subroutine 340. The subroutine receives an indication of assessed value information for a customer, and selects an appropriate representative to respond to a communication received from the customer based at least in part on the assessed value information.

The subroutine begins in step 605 where an indication is received of the customer and of assessed customer value information, as well as optionally of a determined reason for a communication received from the customer. In other embodiments, the subroutine could instead retrieve the assessed customer value information and/or the determined reason for the communication from stored information about the customer (e.g., the customer profile). The subroutine then continues to step 610 to retrieve information about current organizational representatives that are available to respond to the communication from the customer. The retrieved information can include a variety of information about the representatives, including information about capabilities of those representatives relevant to their effectiveness in responding to communications. In some embodiments, the information about the capabilities will include ratings of the effectiveness of the representatives in responding to communications of different types, communications made for different reasons, etc. The subroutine then continues to step 615 to optionally retrieve various information related to the customer in a similar manner to that previously described with respect to steps 410 and 415 of FIG. 4.

13

After step **615**, the subroutine continues to step **620** to select a representative to respond to the communication received from the customer based at least in part on the assessed customer value information and information regarding the appropriateness of the selected representative, as well as optionally on a determined reason for the communication and/or the retrieved information related to the customer and/or information about the representative other than capability information and/or other factors (e.g., current wait times for particular representatives, customer preferences, etc.). After step **620**, the subroutine continues to step **630** to store an indication of the selected representative for the customer (e.g., with the customer profile), and the subroutine then continues to step **695** to return an indication of the selected representative.

As previously noted, the representative selection can be made in a variety of ways. For example, in some embodiments various selection rules can be used (e.g., if the Customer Lifetime Value score>=$100k dollars, then route to next available representative that has advanced or intermediate capabilities; if Customer Lifetime Value<$5k AND >$100k AND the Churn Score is high then route to a representative with advanced capabilities; if Customer Lifetime Value score>=$5k AND Customer Satisfaction Score is medium then route to a representative with novice capabilities and put at the end of their wait queue). Those skilled in the art will appreciate that these selection rules are provided for illustrative purposes only, and that other selection rules can be assessed (whether instead of or in addition to these rules) and that representative selection can be performed in other ways.

As previously discussed, the described techniques can be used by an organization to provide a variety of benefits. Examples of scenarios in which the techniques can be of benefit are provided below. Those skilled in the art will appreciate that these scenarios are provided for illustrative purposes only, and that the described techniques can be used in other scenarios (whether instead of or in addition to these scenarios) and that the managing of customers within a scenario based on the described techniques can be performed in other ways.

Churn Scenario

Customer Jones has contacted customer service to discuss a problem on his account. A large number of cellular calls he places are dropping, and he is unhappy about it. When Mr. Jones called customer service, his phone number was matched against his account number, and subsequently his account was examined real-time by a predictive modeling software application. While Mr. Jones waited to speak to a representative, his account profile was updated to reflect new predictive modeling scores. These newest scores indicated Mr. Jones had a high churn score (Churn score=9), and a high customer lifetime value score (Customer Lifetime Value=$1,000,000). Using these scores, a set of related offers were generated and made available to the organizational representative that responds to the call. The representative notes Mr. Jones' concerns, and submits a service request to the Technical Quality Assurance department to monitor the service level of the area in which Mr. Jones lives. The representative also notes the system's determination that Mr. Jones not only has a high propensity to churn, but also has a high lifetime value. When speaking to Mr. Jones, the representative uses the list of ranked offers to offer Mr. Jones a special rate plan for those customers it wishes to keep who live in fringe service areas, and Mr. Jones accepts the first offer given to him.

14

Upsell Scenario

John Jones, a software salesman and a valuable cell phone customer, calls his mobile phone company about a problem on his bill. An automated voice answers and asks him to select the area he is calling about. He selects the billing question option. Next the system asks him to enter his account number to expedite service. Just after he enters his number a voice comes on the line and explains that as a valuable customer his call is of the highest priority and that he will be routed to a representative as quickly as possible. After that, another quick message begins which explains that as a high volume user he may appreciate the new service plans that are available including unlimited minutes for $250 per month. The message completes and his call is routed to a representative who picks up and says, "Good afternoon Mr. Jones, I understand you have a billing issue, how can I help you today." The representative, Tanya Miller, is experienced and has reached a high level of certification and hence handles the most important class of customers. As she picks up the call she can see on her customer dashboard that Mr. Jones' customer value score is very high, his churn score is medium, his service level is high, and his up-sell propensity is moderate to high. She picks up the call and begins the service portion of the call. Tanya is very knowledgeable and helpful and answers John's billing question quickly and easily. She then asks John if he would be interested in learning more about the new service plans and easily explains the advantages and features of the new plan that might be best for him. John is interested and immediately signs up for a one-year contract with unlimited service. A week later, John is interested to see if his new plan has taken effect, so he goes to the website for his mobile phone provider. As he is about to login he notices several ads for service plans and phones on the page including the service plan he just signed up for last week. Since he wants to check his plan information he logs into his web account. He is immediately taken to his personalized homepage where he can access his bill, information about his phone and service plan. He accesses the information about his plan and sees that his new plan is in effect. He notices a small advertisement in the upper right of the screen for a newer and smaller phone. He clicks on the ad and is taken to a larger page where he can see a larger picture of the phone and view the price and other details. The phone is not exactly what he is looking for, so he returns to the homepage. He notices that there is a featured and personalized offers area on the screen, which gives him access to special offers and new services. He sees offers for a new equipment replacement plan and for a couple of new phones other than the one he just looked at. He selects the equipment replacement plan text and is taken to a full-page explanation. He likes the offer and goes ahead and purchases the plan.

Behind the scenes, a list of offers was dynamically generated for John based on his current profile information in the database as well as any information passed in from the automated response functionality. The system checks all the available offer criteria against John's profile and dynamically determines the set of offers for which he qualifies. The list is sorted by his propensity to purchase and the voice message for the top offer is played to the customer. At the same time, because John is a valuable customer he is routed to a highly skilled representative who can not only solve his problem but can also sell him this new service. The representative takes care of John's issue and notes his scores and preferences on the customer dashboard. The representative clicks the offer button and is taken into a smart script, which guides her through the sale of the unlimited minutes offer.

US 7,136,448 B1

15

Because no significant information has changed in John's profile, the offers that were generated previously are reused and the unlimited minutes plan is the best offer. The smart script clearly enumerates the advantages of the plan and John accepts the offer. A week later, John goes to the website and sees a list of offers. Because John just took advantage of a new service plan, the best offer initially generated for him was for a new phone. John looked at that offer and did not accept or even go to the more information link, so it is determined that he is not interested in that offer. When he returns to the homepage, a new list of offers is generated based on his profile as well as the new click stream information just gathered. The best offer is now the equipment protection plan and for some other phones that might be more interesting given his lack of interest in the other phone. John clicks through and purchases the equipment protection plan. Because he purchased the plan he will not be offered the equipment protection plan by any call center representative or see it as a web offer again.

Satisfaction Increase Scenario

A customer called in recently and filed a complaint regarding the amount of the bill. The representative taking the call documented the complaint, researched the issue while the customer was on-line and determined that the customer's usage patterns changed dramatically and they were no longer on the most cost-effective rate plan. After switching the customer to the new rate plan free of charge and explaining the different plans based on customer usage patterns, the representative closed out the complaint, noting the customer satisfaction level as low. During a batch analysis of the customer satisfaction levels across certain customer segments, this customer was identified as a high-value customer (by a Customer Lifetime Value score generated by the predictive modeling software application) with a low customer satisfaction level, which required a follow-up to ensure customer dissatisfaction is improving. The system automatically queues up a contact request with an outbound representative. The representative reviews the notes from the last customer contacts including the complaint details and contacts the customer to inquire about the satisfaction with the new rate plan. In addition, the system generated a contact request to include a free pass to a movie premiere showing local to the customer in their next bill statement.

Those skilled in the art will also appreciate that in some embodiments the functionality provided by the routines discussed above may be provided in alternative ways, such as being split among more routines or consolidated into less routines. Similarly, in some embodiments illustrated routines may provide more or less functionality than is described, such as when other illustrated routines instead lack or include such functionality respectively, or when the amount of functionality that is provided is altered. In addition, while various operations may be illustrated as being performed in a particular manner (e.g., in serial or in parallel) and/or in a particular order, those skilled in the art will appreciate that in other embodiments the operations may be performed in other orders and in other manners. Those skilled in the art will also appreciate that the data structures discussed above may be structured in different manners, such as by having a single data structure split into multiple data structures or by having multiple data structures consolidated into a single data structure. Similarly, in some embodiments illustrated data structures may store more or less information than is described, such as when other illustrated data structures instead lack or include such infor-

16

mation respectively, or when the amount or types of information that is stored is altered.

From the foregoing it will be appreciated that, although specific embodiments have been described herein for purposes of illustration, various modifications may be made without deviating from the spirit and scope of the invention. Accordingly, the invention is not limited except as by the appended claims and the elements recited therein. In addition, while certain aspects of the invention are presented below in certain claim forms, the inventors contemplate the various aspects of the invention in any available claim form. For example, while only some aspects of the invention may currently be recited as being embodied in a computer-readable medium, other aspects may likewise be so embodied.

What is claimed is:

1. A method for a computing system of a business to manage telephone calls from customers based on assessed values of the customers to the business, the method comprising, for each of multiple incoming telephone calls that are each from one of multiple customers of the business:

before transferring the incoming telephone call from the customer to one of multiple human representatives of the business,

identifying the customer and a reason that the customer is calling;

assessing a future value to the business of the customer based at least in part on information specific to the customer;

receiving for each of the human representatives a rating of capabilities for responding to telephone calls made for the identified reason; and

selecting one of the human representatives to respond to the incoming telephone call based on the selected representative having a capabilities rating that is appropriate for the assessed future value of the customer;

transferring the incoming telephone call to the selected representative;

identifying one or more offers from the business to be made to the customer based at least in part on the assessed future value of the customer;

ranking the identified offers based on a specified criteria; and

providing information regarding the identified offers to the selected representative so that the representative can make the offers to the customer, wherein the providing of the information to the selected representative includes providing information regarding the ranking to the selected representative so that a highest ranked of the offers will be made to the customer by the selected representative.

2. The method of claim 1 wherein the assessing of the future value of the customer to the business includes analyzing information retrieved from a stored profile of the customer and retrieved information regarding prior interactions between the customer and the business.

3. The method of claim 1 wherein the assessed future value of the customer to the business is based on assessed aspects of the customer that include an assessed churn score reflecting a propensity of the customer to discontinue or return purchased items, an assessed up-sell score reflecting a propensity of the customer to purchase additional items, an assessed credit risk score identifying an ability and reliability of the customer to pay for purchased items, and an assessed satisfaction score that identifies a current satisfaction level of the customer with the business.

US 7,136,448 B1

**17**

4. The method of claim **1** wherein the selecting of the human representative having a capabilities rating that is appropriate for the assessed future value of the customer includes identifying representatives who will enhance satisfaction of customers having high future values, so that the representatives selected for such customers will be one of the identified representatives.

5. The method of claim **1** including selecting a manner of responding to at least some of the incoming telephone calls that is distinct from a default manner of responding, the selecting of the distinct response manner based at least in part on the assessed future values of the customers placing those calls, and wherein the transferring of those incoming telephone calls to the selected representatives for those calls and/or making of offers to those customers by those selected representatives are performed in the distinct response manner selected for those calls.

6. The method of claim **1** wherein the identified reason for one of the incoming telephone calls from a customer relates to problems with an item previously purchased by the customer from the business, wherein the capabilities of the selected representative for responding to telephone calls made for the identified reason include knowledge of the selected representative of that item, and wherein some or all of the identified offers are for other items related to that item.

7. The method of claim **1** wherein the customer placing one of the incoming telephone calls is a potential customer, wherein the identified reason for that telephone call relates to a potential purchased by the customer of an item from the business, wherein the capabilities of the selected representative for responding to telephone calls made for the identified reason include knowledge of the selected representative of that item, and wherein some or all of the identified offers are related to that item.

8. A computer-implemented method for responding to a received communication in a manner based on an assessment of an initiator of the communication, the method comprising:

    receiving a communication to an organization; and

    automatically responding by,

        assessing one or more aspects of an initiator of the received communication that are relevant to the organization;

        selecting one of multiple representatives of the organization to respond to the received communication based at least in part on the assessed aspects of the communication initiator and on capabilities of the selected representative; and

        providing a notification to the selected representative of the received communication, wherein the notification includes a visual indication of at least one of the assessed aspects of the communication initiator.

9. The method of claim **8** wherein the assessing of the aspects of the communication initiator includes assessing one or more indications of a value of the communication initiator to the organization.

10. The method of claim **8** wherein the assessed aspects of the communication initiator include one or more of an assessed churn score, an assessed up-sell score, an assessed future value of the communication initiator to the organization, and an assessed satisfaction score with the organization.

11. The method of claim **8** wherein the initiator of the communication is an existing customer of the organization, and wherein the assessing of the aspects of the customer is based at least in part on stored profile information for the

**18**

customer and information regarding prior interactions between the customer and the organization.

12. The method of claim **8** wherein the assessing of the aspects of the communication initiator is based on predictive modeling.

13. The method of claim **8** wherein the assessing of the aspects of the communication initiator is based on assessment rules defined for the organization.

14. The method of claim **8** wherein the assessing of the aspects of the communication initiator is performed for an entity that is represented by an individual who initiated the communication.

15. The method of claim **8** including selecting one or more offers to make to the communication initiator based at least in part on the assessed aspects of the communication initiator.

16. The method of claim **15** including providing information to the selected representative regarding the selected offers so that the selected representative can make one or more of those offers to the communication initiator as part of the response.

17. The method of claim **15** wherein the selecting of the offers includes ranking the offers based on a specified criteria.

18. The method of claim **8** wherein the selecting of the representative includes receiving ratings of one or more capabilities of each of one or more of the representatives that are related to effectiveness of those representatives in responding to the received communication, and wherein the selecting of the one representative based at least in part on their capabilities includes using the received capability ratings for the selected representative.

19. The method of claim **8** wherein the capabilities of the selected representative on which the selecting is based include one or more of an amount of experience of the selected representative and an amount of knowledge of the selected representative related to reasons that communications are received.

20. The method of claim **8** including selecting a manner of responding to the received communication, and wherein the selected representative responds to the received communication in the selected manner.

21. The method of claim **8** wherein the received communication is a telephone call from an existing customer related to a previous interaction with the organization, and wherein the selected representative is one of multiple human operators of the organization that provide service to existing customers.

22. The method of claim **8** wherein the selecting of the representative based at least in part on the assessed aspects of the communication initiator and on capabilities of the selected representative is performed in such a manner that a representative having a high ability to effectively respond to a received communication is selected when the initiator of the received communication is assessed as being of high importance to the organization.

23. A computer-readable medium whose contents cause a computing device to respond to a telephone call received from a caller in a manner based on an assessment of the caller, by performing a method comprising:

    receiving a telephone call from a caller to an organization; and

    automatically responding to the received communication by,

        assessing one or more indications of a value to the organization of the caller;

US 7,136,448 B1

19

20

selecting one or more of multiple offers from the organization based at least in part on the assessed value indications for the caller; and

notifying a representative of the organization of the selected offers so that the representative can provide at least one of the selected offers to the caller, wherein the notifying includes providing a visual indication of at least one of the assessed indications of the value to the organization.

**24**. The computer-readable medium of claim **23** wherein the assessed value indications for the caller include one or more of an assessed churn score, an assessed up-sell score, an assessed future value of the caller to the organization, and an assessed satisfaction score with the organization.

**25**. The computer-readable medium of claim **23** wherein the caller is an existing customer of the organization, and wherein the assessing of the value indications of the customer is based at least in part on stored profile information for the customer and information regarding prior interactions between the customer and the organization.

**26**. The computer-readable medium of claim **23** wherein the selecting of the offers includes ranking the offers based on a specified criteria.

**27**. The computer-readable medium of claim **23** wherein the method further includes selecting one of multiple representatives of the organization to respond to the received telephone call based at least in part on the assessed value of the caller and on capabilities of the selected representative.

* * * * *

# Exhibit G

US005418943A

# United States Patent [19]

**Borgida et al.**

[11] Patent Number: **5,418,943**

[45] Date of Patent: **May 23, 1995**

[54] **INFORMATION SYSTEM WITH KNOWLEDGE BASE AND DATA BASE**

[75] Inventors: **Alexander T. Borgida**, Highland Park; **Ronald J. Brachman**, Westfield, both of N.J.

[73] Assignee: **AT&T Corp.**, Murray Hill, N.J.

[21] Appl. No.: **781,464**

[22] Filed: **Oct. 23, 1991**

[51] Int. Cl.6 ............................................. G06F 15/40
[52] U.S. Cl. .............................. 395/600; 364/DIG. 1;
364/282.1; 364/274.3; 364/274.8
[58] Field of Search ....................... 395/700, 600, 650

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,841,441 | 6/1989 | Nixon et al. | 364/401 |
| 4,884,218 | 11/1989 | Agnew et al. | 364/513 |
| 5,021,992 | 6/1991 | Kondo | 395/600 |
| 5,159,667 | 10/1992 | Borrey et al. | 395/148 |
| 5,197,005 | 3/1993 | Shwartz et al. | 364/419 |
| 5,237,502 | 8/1993 | White et al. | 364/419.01 |
| 5,278,980 | 1/1994 | Pedersen et al. | 395/600 |
| 5,282,265 | 1/1994 | Rohra Suda et al. | 395/12 |

### OTHER PUBLICATIONS

E. Mays, et al. "Experience with K–Rep: An Object–Centered Knowledge Representation Language", Proceedings 4th Conference on Artificial Intelligence Applications, Mar. 14, 1988, San Diego, USA, pp. 62–67.
J. Yoon, et al., "Development of an Inference System for Deductive Database Systems", Proceedings TENCON 87 Conference on vol. 2, Aug. 25, 1987, Seoul, Korea, pp. 835–840.
A. Borgida, et al., "Classic: A Structural Data Model for Objects", ACN SIGMOD Record on Management of Data, vol. 18, No. 2, Jun. 1989, Portland, USA, pp. 58–67.
M. M. Hammer and D. J. McLeod, "Database Description with SDM: A Semantic Database Model", ACM Transactions on Database Systems, vol. 6, No. 3, Sep. 1981.
P. G. Selfridge, "Knowledge Representation Support

for a Software Information System", Proc. of the Seventh IEEE Conf. on AI Applications, Miami, Fla., Feb. 1991, pp. 134–140.
R. J. Brachman and J. G. Schmolze, "An Overview of the KL–One Knowledge Representation System", Cognitive Science, vol. 9, No. 2, Apr.–Jun., 1985, pp. 171–216.
W. A. Woods and J. G. Schmolze, "The KL–ONE Family," Computers and Mathematics with Applications, Special Issue on Semantic Networks in Artificial Intelligence, to appear.
L. A. Resnick, et al., "CLASSIC The CLASSIC User's Manual," AT&T Bell Laboratories Technical Report, 1991.
R. J. Brachman, et als., "Living with CLASSIC: How and When to Use a KL–ONE–Like Language," J. Sowa, ed., Principles of Semantic Networks: Explorations in the Representation of Knowledge, Morgan Kaufmann, 1991, pp. 401–456.
"Bridging the Information Gap", in *A Review of Products, Services, and Research, AAAI–87.*

Primary Examiner—Kevin A. Kriess
Attorney, Agent, or Firm—Gordon E. Nelson

[57] **ABSTRACT**

Apparatus and methods for integrating a knowledge base management system with a data base system. The knowledge base management system employs compositional descriptions which describe information in terms of concepts. A translation component of the apparatus translates compositional descriptions into data base queries, so that information matching a compositional description may be retrieved from the data base. The translation component further permits display of the retrieved data in terms of the compositional description. The returned information can be automatically integrated into the knowledge base, either item by item or on the basis of the compositional description which was used to return the information.

**29 Claims, 6 Drawing Sheets**



# FIG. 1



# FIG. 2



# FIG. 3



# FIG. 9



FIG. 4

CONCEPT DESCRIPTION
401
403
113
ALGORITHM 1
VIEW DEFINITIONS FOR PRIMITIVES (ONE TUPLE PER OBJECT)
VIEW DEFINITIONS FOR ROLES
405
QUERY FOR RETRIEVING INDIVIDUAL OBJECTS BELONGING TO CONCEPT (ONE TUPLE PER OBJECT)
407
QL 115
QUERY LANGUAGE INTERPRETER
109

FIG. 5

CREATE TABLE
PERSON_VIEW (KEY, GENDER, AGE,...)
AS
SELECT NAME, SEX, YEARS,...
FROM PEOPLE
503
501
(AND
PERSON
(FILLS CHILDREN CHUCK))
CREATE TABLE
CHILDREN_VIEW (FROM, TO)
AS
(SELECT P.FATHER, P.NAME,
FROM PEOPLE P)
UNION
(SELECT P.MOTHER, P.NAME,
FROM PEOPLE P)
505
ALGORITHM 1
SELECT P.KEY
FROM PERSON_VIEW P, CHILDREN_VIEW C
WHERE P.KEY=C.FROM AND
C.TO=DBNAMEOF (CHUCK)
507



# FIG. 6

ALGORITHM 1

REPEAT FOR EVERY CONCEPT C (IN TOPOLOGICAL IS-A ORDER
AND REVERSE TOPOLOGICAL PART-OF (ROLE) ORDER):

601 —
1. PREPROCESS C TO FACILITATE ITS
   TRANSLATION TO MORE EFFICIENT QUERIES

2. APPLY FUNCTION GETSQL(C)

FUNCTION GETSQL (C) RETURNS A QUERY     401

WHEN C IS-A CLASSIC-THING & C=(AND NAMEDC, D1, D2,...)

603 —
• CREATE QUERY Q=          SELECT X.KEY
                          FROM NAMEDC_VIEW X      } Q 607
                          WHERE TRUE

605 —
• TRANSLATE (D1, X.KEY, C) RETURNS <FRM, WHR>

• MODIFY Q BY CONCATENATING FRM TO ITS FROM CLAUSE AND THE
  STRING 'AND' || WHR TO ITS WHERE CLAUSE

• REPEAT FOR THE OTHER CONSTRUCTORS D1, D2,...

• RETURN Q

# FIG. 8



TABLES FOR PRIMITIVES     801

TABLES FOR DEFINED CONCEPTS     803

TABLES FOR ROLES     805

NAME MAPPINGS     807

ROLE CLOSURE SPECIFICATIONS

ALGORITHM 2     —117

809     125/126 —     DESCRIPTIONS OF INDIVIDUALS IN DL

**U.S. Patent**          May 23, 1995          Sheet 5 of 6          **5,418,943**

# FIG. 7

ALGORITHM 1 (CONTINUED)

FUNCTION TRANSLATE (D, X, C) RETURNS [FM, WH]

FM := ''; WH := '';

D=(FILLS P B) =>

    FM=VIEW_P Y
    WH:=(X=Y.FROM) AND (Y.TO=DBNAME(B))

D=(ONEOF A, B...) =>

    WH:=(X IN DBNAME((A, B,...)))

D=(NUMBDS P LO HI) =>

    WH:=EXISTS (SELECT*
           FROM VIEW_P Y
           WHERE (X=Y.FROM)
           GROUP BY Y.TO
           HAVING LO<=COUNT (*)<=HI)

D=(ALL P (ONE OF-H A, B,...) =>

    FM:=VIEW_P Y
    WH:=NOT EXISTS (SELECT*
           FROM VIEW_P Y
           WHERE X=Y.FROM AND
           Y.TO NOT IN (A,B,...))

D=(ALL P (TEST-H F) =>

    FM:=VIEW_P Y
    WH:=NOT EXISTS (SELECT*
           FROM VIEW_P Y
           WHERE X=Y.FROM AND
           NOT F(Y.TO))

D=(ALL P E) =>

    WH:=NOT EXISTS (SELECT*
           FROM VIEW_P Y
           WHERE X.KEY=Y.FROM AND
           Y.TO NOT IN GETSQL(E))

D=(SAMEAS (P1 P2)(R)) =>

    FM:=P1_VIEW V1, P2_VIEW V2, R_VIEW W
    WH:=(X=V1.FROM AND V1.TO=V2.FROM)
        AND (X=W.FROM)
        AND (V2.TO=W.TO)

701

605

# FIG. 10



ALGORITHM 3:

1. ENTER THESE INTO THE KBMS VIA A "TRAP DOOR" THAT AVOIDS DOING INFERENCES

2. DETECT INCONSISTENCIES:

ISSUE QUERIES FOR NEGATION OF NECESSARY ASPECTS OF PRIMITIVES, AND PRINT ERRORS FOR ANY INDIVIDUALS FOUND

3. DETECT SPECIAL CASES WHERE ADDITIONAL WORK NEEDED IN KBMS

-ISSUE DATABASE QUERIES TO FIND NEED FOR PROPAGATIONS AND INVOKE KBMS INFERENCE MECHANISM ON THESE SPECIFIC ASPECTS

-ISSUE QUERIES TO FIND OBJECTS FOR WHICH RULE FIRING IS NEEDED AND APPLY RULE FIRING MECHANISM

-POPULATE CLASSES WHICH INCLUDE TEST-FUNCTIONS ON KB OBJECTS (RATHER THAN HOST VALUE OBJECTS)

5,418,943

| 1 | 2 |

# INFORMATION SYSTEM WITH KNOWLEDGE BASE AND DATA BASE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to information systems in which data is stored and accessed by means of query language statements. Examples of such information systems include conventional database management systems of various sorts, including relational databases, "object-oriented" databases, computer file systems in which data is stored and retrieved, and artificial intelligence systems with explicitly stored knowledge bases that hold information for use by a human user, expert system, or other artificial intelligence algorithms.

2. Description of the Prior Art

Information systems that store large amounts of patterned data are widespread in virtually all areas of business. These range from simple file systems to complex database management systems that store data as "records," usually in secondary memory, such as magnetic tape, magnetic disks, or optical disks. A general introduction to modern database management systems can be found in Ramez Elmasri and Shamkant B. Navathe, Fundamentals of Database Systems. Redwood City, Calif.: The Benjamin Cummings Publishing Company, Inc., 1989. Such systems usually have—at least implicitly—a fixed pattern for each type of entry. Records, for example, would have fixed sets of fields, and each individual record would have the same set of fields as all others in its category. Each field in a record may contain particular bits representing data. The data is usually either numbers or strings. Standard data management systems require a relatively small set of record formats to be specified in advance; these together are called the "schema." In general, the schema, once chosen, cannot be easily modified.

Another important aspect of information systems of the above sort is that there is usually some way to retrieve data out of the information system. While some are crude or stylized or strictly form-based, and some are very complex formal languages, we refer to instances of the set of querying and retrieval mechanisms as "query languages." Users (or sometimes computer programs) form queries in these query languages, "evaluate" them on the information base, and have returned to them answers to their queries. We refer to the form of these answers as "tables," since that is representative of a large class of data management systems (e.g., relational database management systems), although not every information system returns its answer in the literal form of tables.

A typical interaction with information systems has a human user constructing a query in the query language, evaluating it against the information base, and having a table or set of tables returned in textual form on a screen, on a hard copy, or in a computer file. The user may look at the tables and then construct a new query that may possibly incorporate parts or all of the prior query (or several prior queries). Database management systems have been constructed to optimize certain types of retrievals, and relational databases have generally been designed to respond to queries in a language called "SQL", which has become a de facto standard in the industry. While providing basic query-answering competence, this language has certain important limitations in the way in which it allows the user to conceptualize

the information in the database. It forces the user to interact with the data in a very rigid pattern (see below).

Another problem with most conventional information systems is that they do not store queries in a conceptual ("intensional," as opposed to "extensional") form, so that they can be compared, explored, or reused without complete reevaluation. Once a query on a very large database has been evaluated, it could be convenient and time-saving to save the results of the query and the query itself in a form that can be reused without computing it again. Even the notion of "views", which are a mechanisms that allow a user to conceptualize a database in some other form than that given in the schema, is restrictive. Views must themselves be in the same strict tabular form as standard database tables, and the operations which may be performed on them are limited:

Views cannot be compared to one another;

The only way in which an inference can be done on a view is by doing it on all rows of the underlying tables;

Views cannot be directly updated. Instead, any new tuples for a view must be inserted into the tables upon which the view is based;

Views (and the relational algebra on which they are based) do a poor job of handling partial or incomplete information.

Further, while adding homogeneous information to a standard database is easy, it is difficult or impossible to add new heterogeneous pieces of information (i.e., descriptions of objects that are exceptional or unorthodox in some way).

There have been recent attempts to solve the above problems of data bases by integrating the knowledge bases employed by some types of artificial intelligence with data bases. For a general introduction to knowledge bases and their structure, see Ronald J. Brachman, "The Basics of Knowledge Representation and Reasoning", AT&T Technical Journal, Vol. 67, No. 1, pp. 7–24. Prior attempts to use knowledge-base processing systems as interfaces to information management systems include IntelliCorp's KEEConnection system ("Bridging the Information Gap", in A Review of Products, Services, and Research, AAAI-87), which allows a user to bring data from a database into a KEE knowledge base. SDM (M. M. Hammer and D. J. McLeod, "Database Description with SDM: A Semantic Database Model", ACM Transactions on Database Systems 6, No. 3, Sept. 1981) uses a hierarchical "semantic data model" to allow more object-oriented viewing of a relational database. Neither of these systems uses a formal compositional description language, which is central to the success of the present invention, nor do they perform the classification inference that allows the present invention to generate correct queries automatically for composite descriptions. "Natural language access to database" systems attempt to allow the user to express queries in natural languages like English. These systems further do not allow the results of queries to be automatically stored and organized in the knowledge base. The CODE-BASE system, described in Peter G. Selfridge, "Knowledge Representation Support for a Software Information System", Proceedings of the Seventh IEEE Conference on AI Applications, Miami Beach, Fla., February, 1991, pp. 134–140, is based on the same description logic as the present invention's preferred embodi-

5,418,943

3

ment, but does not take advantage of the classification inference to allow automatic generation of queries from composite descriptions. In sum, all prior systems that attempt to connect databases and knowledge base processing systems either rely on the user exclusively to form all queries (or mappings to the database for all forms in the knowledge base) by hand, or do not take advantage of a compositional description language to allow the storing, organizing, and automatic generation of database queries. It is thus an object of the apparatus and methods disclosed herein is to overcome these problems of the prior systems.

## SUMMARY OF THE INVENTION

The above object is achieved by apparatus for accessing a data base of entities accessible by a query language. The apparatus includes

means for making a class description that defines a class to which one or more of the entities potentially belong;

means for translating the class description into one or more statements in the query language which locate entities belonging to the class defined by the class description; and

means for employing these statements to locate in the data base the entities belonging to the class.

In other aspects, the means for translating provides class descriptions which include the entities located in the data base, the means for making a class description includes means for storing the located entities and means for incorporating the entities into an organization of classes, and the means for making a class description includes means for adding a new class description to the organization of classes.

It is thus an object of the invention to provide improved access to information.

It is a further object of the invention to provide data base systems in which queries can be made in conceptual terms.

It is an additional object of the invention to provide data base systems in which information provided by the data base system may be dealt with in conceptual terms.

These and other objects and advantages of the invention will be apparent to those of ordinary skill in the art after perusing the Detailed Description and Drawing, wherein:

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 illustrates the overall structure of the invention; it includes the principal components of each of the mechanisms in the embodiment;

FIG. 2 illustrates the substructures of the two information-storing components of the system (the description system knowledge base and the information system database) in the preferred embodiment;

FIG. 3 illustrates a concrete example of the language forms used within the description system as well the form of statements of information in the information system schema and database;

FIG. 4 shows the processing necessary to take composite descriptions in the description language and produce queries in the query language; this illustrates one of the primary mechanisms of the present invention (Algorithm 1);

FIG. 5 gives examples of the inputs and outputs of the various components in FIG. 4;

FIGS. 6 and 7 present the pseudo-code for Algorithm 1;

4

FIG. 8 shows the processing to be applied to tables returned from the information system and converted into the descriptions of individual objects in the description language (Algorithm 2);

FIG. 9 gives pseudo-code and an example of the operation of Algorithm 2;

FIG. 10 shows Algorithm 3, which takes the individual descriptions provided by Algorithm 2 and installs them in the description system's knowledge base, and also gives the pseudo-code for Algorithm 3.

## DETAILED DESCRIPTION

The following Detailed Description begins with an overview of the invention and then proceeds to a detailed description of a preferred embodiment thereof.

### Overview of the Invention: FIG. 1

FIG. 1 shows an artificial intelligence system 101, which involves a database of facts and which is implemented using the present invention. The major components are the following:

Description Language (DL) 103 is the set of syntactic rules for forming descriptions that the user will use to describe classes of interest in the data;

Knowledge Base Management System (KBMS) 105 accepts descriptions in Language 103 and organizes those descriptions and stores them in an organized structure in a knowledge base, 107; KBMS 105 also answers the user's queries when posed in DL 103;

Database Management System (DBMS) 109 allows a user access to dam stored in a potentially large database 111;

Query translator 113 translates a user's description in DL 103 into the query language (QL) 115, accepted by DBMS 109; and

Data translator 117 translates data returned from DBMS 109 into DL 103, and presents that transformed data either to the user or to KBMS 105.

The operation of system 101 is as follows: The user presents a query to be answered 119. This query is created by means of description language 103, which specifies the syntactic conventions by which the query should be constructed. The query formulated in DL 103 (121) is passed to query translator 113, which translates it into QL 115, which is accepted by the database management system 109. DBMS 109 processes the query with respect to the data in its stored database 111, and returns the answer in the form of tables 123 to the user.

It is also possible for the user to receive the result of the query expressed in DL 103, by having the result of the query passed through data translator 117. This yields DL 103 descriptions of the appropriate individuals in the database (125/126).

The results 126 of the query in the form produced by translator 117 can also be passed directly to the KBMS 105 and stored for future reference (using KBMS integration process 127). Finally, the user can add a new description 129 expressed in DL 103 directly to the knowledge base 107. Once expressed in DL 103, this new description 129 can be added to the organized descriptions resident in knowledge base 107 by means of incremental description integration process 131. The added effect of this integration is that all individual objects previously introduced into knowledge base 107 are automatically tested to see if they satisfy the new description, and any that succeed are classified as belonging to that new description 129.

5,418,943

**5**

At any point, KB MS 105 can accept a user description (131) as a query to be answered directly by the KBMS, based on the information that has been stored in knowledge base 107. The answer to such a query 133 thus takes into account any previous descriptions entered into the KB 107 as well as all data entered there from the database 111 via translator 117.

### Detailed Description of the Structure and Operation of the Invention

In a preferred embodiment, the initial "raw" data is held in a conventional database (111), managed by a conventional database management system (109). This embodiment uses a relational database manager, which, as exemplified in FIG. 2, contains at least a database schema 201 and the data 203 in the form of relational tables. Relational DB managers of this sort are widespread and well-known (for an introduction to database technology, see Navathe, supra. The tables are simply sets of records or "rows", each row in a given table having the same structure as all other rows in the table (this is specified by the schema for that table). In FIG. 3, for example, we see a sample record from the table "PEOPLE" 303. The schema for this table 301 dictates the form of the rows, in particular stating that each row in the PEOPLE table must have a name field, and age, sex, mother, and father fields (the "domains", or set of permissible values, can also be specified in the schema; e.g., age might be restricted to an integer, whereas sex must be a member of the set {M,F}). In the example, a person whose name is 'Chuck' is described as having years=41, sex='M', mother='Liz' and father='Phil'.

In a preferred embodiment, data 203 in the database 111 is accessed via a query language 115. The most common example is SQL, which allows the user to select various columns (technically a projection) from sets of tables, where the selection of rows is constrained by various clauses, including those that "join" together two tables based on the value of an attribute (e.g., joining two tables based on social security number would yield a row with combined information about the same individual). The form of SQL queries is relatively simple:

    select <field names>
    from <table names>
    where <constraints that rows must satisfy>.

Such a select statement can also be followed by a "group by" clause that allows the aggregation of properties by collecting together all rows that have the same field values, as dictated by the group by clause. For example, if a table CHILD_TABLE was capturing the set of relationships between a person and his/her children by having one row per parent/child pair, the number of children for each person could be obtained by this query:

    select parent,count(*)
    from CHILD_TABLE
    group by parent.

In the preferred embodiment, the knowledge base management system 105 is based on a class of formalisms called "description logics" (often referred to as "terminological logics"). These are a well-known class of artificial intelligence representation languages that owe their origin in large part to a well-known system called KL-One (R. J. Brachman & J. G. Schmolze, "An Overview of the KL-One Knowledge Representation System", Cognitive Science, Vol. 9, No. 2, April-June, 1985, pp. 171–216). The key ingredient of such descrip-

**6**

tion logics is a description language (DL 103) that allows the user to express complex descriptions (the rough equivalent of English noun phrases) in a compositional way; that is, the language allows the expression of fully defined concepts that are built in a compositional manner from previously defined concepts. A concept like "CAT" would not be fully defined in a DL, since it is virtually impossible to find a full necessary and sufficient specification of the properties of cats. This would make the formal description CAT be what is called a "primitive" description or concept. However, the concept of a "CAT with blue eyes" could be built compositionally from the concept CAT and the attribute EYE-COLOR. Thus, CAT-WITH-BLUE-EYES (the formal description or concept) would be considered a compositional or "defined" description or concept.

DL-based KBMS systems take the user's description of terms like. CAT-WITH-BLUE-EYES and "classify" them—find their relationships to all previously specified terms. This classification procedure relies on the ability to find a generalization (or "subsumption") relationship between any pair of terms expressed in the DL. The classification process finds all previously-specified descriptions that are more general (i.e., that subsume) the new one, and all previously-specified descriptions that are more specific (i.e., that are subsumed by) the new one. They can find which of the more general ones are most specific, and which of the more specific ones that are most general, and place the new one in between those. This yields a generalization ordering amongst the concepts—a partial ordering based on the subsumption relationship. This is usually drawn as a hierarchy of some sort, although most DL's permit any description to have multiple parent (more general) descriptions, and thus do not yield a strictly hierarchical ordering.

In a preferred embodiment, the DL of choice is the language, CLASSIC (L. A. Resnick, "The CLASSIC User's Manual", AT&T Bell Laboratories Technical Report, 1991; R. J. Brachman, A. Borgida, D. L. McGuinness, P. F. Patel-Schneider, and L. A. Resnick, "Living with Classic: How and When to Use a KL-One-like Language", in J. Sowa, ed., Principles of Semantic Networks: Explorations in the Representation of Knowledge, Morgan Kaufmann, 1991, pp. 401–456). CLASSIC has a number of description-forming constructs representative of the family of description languages mentioned above. A CLASSIC knowledge base 107 has three main pans (see FIG. 2): (1) a set of concept definitions 205; these are the named descriptions that are stored and organized by the CLASSIC KBMS. As mentioned above, they can be either primitive (207) or compositional ("defined"—209); (2) a set of binary relation definitions 211; in CLASSIC these can be "roles" 213, which can have more than one value (e.g., child), or "attributes" 215, which can have only a single filler (e.g., age, mother); and (3) a set of individual object descriptions 217, which characterize individual objects in the world in terms of the concept definitions 205 and which are related together by means of the role definitions 211.

Examples of the DL 103 constructs are given in FIG. 3. The PERSON primitive concept definition 305 says that a person is, among other things (the qualification is the meaning of the "PRIMITIVE" construct), something with at most two parents, exactly 1 gender and exactly 1 age. The MOTHER compositional concept definition 307 equates the term MOTHER with the phrase "a person whose gender is exactly 'female' and

5,418,943

7

who has at least one child". In the object portion of the knowledge base we have assertions that individuals satisfy named concepts 309, i.e., LIZ satisfies the previously defined concept, MOTHER; and we also have assertions of the relationships between individuals 311 in terms of roles such as age (not shown, since they have no structure in this embodiment), such as LIZ has age=65.

Algorithms supported by the KBMS 105 include (1) the classification of descriptions 135, as discussed above; this provides the ability to take class or individual descriptions 129 from the user and to add them to the knowledge base 107 in the correct place in the generalization ordering; (2) an algorithm 137 that directly answers users' queries 131 from the knowledge base 107; (3) an incremental classification algorithm for new descriptions 131 that takes a new description 129 and adds them to the generalization ordering as well as classifies all individuals currently in the object base 217 with respect to the new description; this algorithm can be a variant or algorithm 135; (4) a special set of KBMS integrator functions 127 that allow the integration of individuals coming from the database without invoking the classification functions 135. This is a "back-door" way to create individual objects in the knowledge base 107 without invoking very complex, time-consuming classification machinery. The individuals must be integrated in a way that preserves consistency and integrity in the knowledge base. Such integration is one of the key aspects of the present system. The assurance that the integration is properly done is given by the proper construction of queries to the database manager 109 by the translator 113.

The Query Translator

As related above, a user forms descriptions and/or queries in the description language 103. These are presented to the system and an appropriate place in a generalization ordering of other descriptions is found by algorithm 135. The user-generated description may possibly be named and stored permanently in the generalization ordering in knowledge base 107. In the case where the user's description is fully compositional and uses only terms already known to the system, a query in the query language 115 of the database is algorithmically generated by query translator 113 and issued to the database. If the database query processing has been optimized, this query is composed to take advantage of that optimization. In any case, the query is structured so that when a result is returned to the description language system, the basic classification algorithm for individual objects does not have to be ran. This is one key advantage of the present invention: since databases like 111 tend to be huge compared to the typical use of KBMS systems like 105, and SQL query processors are highly optimized and the databases are highly indexed, the amount of time it takes a DB query processor (109) to compute an answer and then install it in the knowledge base without classification is normally be significantly less than the time it takes to add one individual object at a time from the database and use the normal classification algorithm 135 to find the eight parent descriptions for all (potentially tens of thousands) of the new individuals.

Classification algorithm 135 is normal machinery for DL-based systems like CLASSIC and many others, see William A. Woods and James G. Schmolze, "The KL-ONE Family," to appear in Computers and Mathe-

8

matics with Applications, Special Issue on Semantic Networks in Artificial Intelligence, but query translator 113 is not. FIG. 4 shows more detail on the present invention with respect to the translator. The heart of the translator is Algorithm 1, which takes as input a compositional concept description 401 expressed in DL 103, and two sets of view definitions, 403 and 405. The view definitions are query language 115 (SQL) expressions for the primitive concepts and roles defined in the knowledge base 107.

View definitions 403 are for primitive concepts; they are constructed such that when executed by the query language interpreter 109 they return tables with one row each for each object that satisfies the primitive concept description. For example, as shown in FIG. 5, a primitive concept like PERSON can be defined by a view 503 (PERSON_VIEW), which retrieves one row per person in the database; this view derives such a table from the database table PEOPLE. Note that the rows returned must also have filled in values from the database for each attribute; in this example, the PERSON view 503 derives the value of the gender attribute from the sex field of the database record, and derives the value of its age attribute from the years field of the database record. Note also that each row produced must have a key, so that each individual can be given a unique name in the knowledge base based on the key. In example 503, the key is taken from the name field of the PEOPLE table. This is a particularly simple view, since it maps a single database field onto a single knowledge base attribute, but the mappings can be and typically are substantially more complex.

View definitions 405 are similar. They correspond to roles in the knowledge base 107. A role view definition must return a table from the database that has two fields in each row, one for the individual from whom the role will emanate in the knowledge base 107, and one for the value of that role. View definition 505 gives an example. It defines the view for determining fillers of the child role from the database. Note that CHILDREN_VIEW will return a table with rows with two fields, the first calculated by fetching either the father or mother field of the PEOPLE relation, the second calculated by fetching the name of the person. Thus, our example above will return this table given view definition 505 (the UNION operator in SQL produces a table that is the union of two tables):

| col1 | col2 |
|------|------|
| Phil | Chuck |
| Liz | Chuck |

The intent here is that when passed appropriately back to the knowledge base, Phil and Liz will each be given Chuck as a filler of their children roles. In other words, each will independently be asserted to have Chuck as a child. Note that this transformation from the database is not as obvious as the prior one—we are translating from a single table with separate fields for mother and father to separate assertions of the child relation for Liz and Phil. In a sense this inverts the direction of the relationship in the translation.

Views such as 503 and 505 are taken as input by Algorithm 1, and used to translate input concept descriptions 401 to the database query language. For example, if the user inputs the description 501, which means "a person whose children include Chuck", Algorithm 1 will uti-

5,418,943

**9**

lize the view definitions 503 for PERSON and 505 for children (which are both used in description 501 ), and create the SQL query 507. Query 507 joins the PERSON\_VIEW and children\_VIEW tables, asking to return any rows from the PERSON\_VIEW table whose name is the same as the "from" field in the children\_VIEW able (this is the join; to make sure that both tables are talking about the same individual, the key field generated by view 503 is used here), and where the person in question is in the "from" field of a row in the children\_VIEW table where the database name (DBName) of Chuck is in the "to" field of the same row. In the case mentioned above, this will return the rows for Liz and Phil that presumably exist in the PEOPLE table (not shown).

Algorithm 1 for constructing such queries 407/507 is depicted in FIG. 6. The preprocessing step 601 transforms the query 401 to a form more convenient for processing. Preprocessing involves at least, for every description in the stored generalization ordering, (1) separation of restrictions involving attributes from those involving roles; (2) separation of restrictions of the form (ALL p (ONE-OF . . . )) and (ALL p (TEST-H . . . )) from general ALL restrictions of the form (ALL p C); (3) combination of (AT-MOST n p) restrictions with (AT-LEAST m p) restrictions into single restrictions, (NUM-BDS p mn). This phase makes mapping into effective SQL queries easier (e.g., attributes can be gathered with individuals, as illustrated in FIG. 5, but roles must be expressed in separate rows in a role-view table).

Function GetSQL 603 actually computes the query. It uses subsidiary function Translate 605, which is described in FIG. 7. Basically, GetSQL first creates an empty SQL query Q 607. Assuming that the DL description C (401 ) is the conjunction of a named concept NamedC and set of constructors D1, D2, etc., GetSQL then calls Translate on the D1, and passes it a reference to the key of the view defined for NamedC. Translate 605 returns two sets of clauses, which are then concatenated to the from clause of Q607 and the where clause of Q607. This in essence produces the query corresponding to the conjunction of NamedC and D1. The process is repeated for D2, etc., until all constructors are translated. The result is the final query to be passed to the DBMS 109.

Note that if the initial description 401 has more than one named concept in it, one table for each additional named concept is added to the from clause, a new variable is assigned to that table, and a join specification is created in the where clause, e.g., if the two concepts NamedC and NamedC2 are conjoined, the resulting query would be:

    select x.key
    from NamedC\_VIEW x, NamedC2\_VIEW y
    where x.key=y.key

GetSQL 603 then proceeds as before.

Details of Translate 605 are illustrated in FIG. 7. The variables fm and wh are initialized to be null strings. The constructor type (FILLS, ONE-OF, etc.) of D is matched against the patterns 701, and whichever pattern is matched triggers the assignment of fm and wh, which are then returned.

### The Data Translator: FIG. 8

FIG. 8 illustrates Algorithm 2, which is the heart of data translator 117. This algorithm takes as input tables resulting from a database query, and translates the rows

**10**

of the tables into descriptions of individual objects (125/126) in the description language 103. It assumes that one row of a table generated by a concept query (either 801 or 803) will correspond to one individual object to be created; one row of a role table 805 (a table created by a role query 405/505) will result in the assertion of a single relationship between two objects. Algorithm 2 also takes as input a set of name mappings 807 and a set of role closure specifications 809. The mappings 807 allow for the fact that the same individual can be indicated one way in a database and a completely different way in a knowledge base (for example, the DB may use social security numbers to identify individuals, and the knowledge base may use first and last name pairs). The closure specifications 809 indicate whether or not the data in the database is considered complete for a given role (see below).

FIG. 9 provides some pseudo-code for Algorithm 2, and an example of its output, generated by a query for PERSONs and their children (this would be issued for, example, when trying to initially populate the knowledge base 107 with complete descriptions of all people described in the database 111). An individual object that is indicated by a row of a concept table from the database has three relevant parts: (1) the parent concept in the knowledge base 107 that was used to find the individual; in the example 901, this would be PERSON; (2) values for the attributes in the knowledge base for the object; in the example 901, these would be the values for gender and age; (3) values for any relevant roles in the knowledge base; in the example, the values for children would be computed by the role view definition 505. In order to convert these rows to descriptions in DL 103, the three simple steps in Algorithm 2 are used. Note that attributes of objects appear in the rows of the tables returned from concept queries (along with the key to the individual object). An individual is created for each row in the concept table; its name is generated from the key specified in that row. That name can be just the key (e.g., Liz), a combination of the concept name and the key (e.g., Person#Liz), or some mapping from the key to an identifier, as specified by the user (e.g., Elizabeth-Jones). Each value of each attribute is described in DL 103 based on a mapping (807) specified by the user (e.g., the number (65) for the age is just mapped into a number in DL 103; it could just has well have been mapped into a discrete value like "SeniorCitizen"). In Step 2 of Algorithm 2, the role values (children in the example) are added to the description. In the CLASSIC language, the user has the option to state whether the role should be "closed" when the data from the database is filled in (in the preferred embodiment, this is done with role closure specifications 809). This would mean that the data in the database is complete, and no further fillers of the role can be claimed. If the database has complete information about people's children, then we would have Algorithm 2 close the children role. In the event that the database is incomplete, and Liz might have other, unspecified children, we would not close the role. The example 901 shows no role closure operations. Finally, when completely populating the knowledge base 107 from the database 111 (but not when simply asking a query), the complete list of parent concepts that describe the individual object can be determined. In the example, Liz would not only be found by the PERSON view definition, but also by one for MOTHER, since she is Female and has at least one

5,418,943

**11**

child. The parent concepts can be consolidated in a list, as in the example **901**.

### Integration with the Knowledge Base

The final piece of the preferred embodiment is the mechanism for taking the output of the data translator **117** and integrate the descriptions of individuals into the knowledge base **107**. The integration mechanism **127** is illustrated in FIG. 10. The first step is to take descriptions **126** issued from the data translator **117** and enter these into the database **107** without invoking the normal individual classification functions **135**. These result in direct assertions of concept membership for the individuals, direct assertions of the attributes for the individuals, and direct assertion of role relationships, all without integrity checking, inheritance of properties, or classification. Once the initial assertions are made (which will typically be substantially faster than if the normal classification functions had been used), it is important to check directly for inconsistencies (in case the data in the database does not match the schema requirements of the knowledge base). This is done in Step 2 of Algorithm 3, which issues queries to the database with the negations of any necessary properties of the relevant primitive concepts in the knowledge base, and with checking of disjoint primitive views for overlaps. For example, if it were required in the knowledge base that every PERSON must also be an EMPLOYEE, this step would issue a query looking for persons who were not employees; if any were found, the user would be warned of such a violation. Under normal use of a KBMS like CLASSIC, these requirements would be checked as soon as an update is made; since integrator **127** does not invoke the normal classification apparatus, it must make these checks for consistency, even if it avoids classification.

Additionally, description languages like CLASSIC may have facilities for computing inferences that are not duplicable with SQL queries; these include (1) forward-chaining rules; (2) "test-functions" that invoke user code written using CLASSIC objects and functions, rather than functions over base (or "host") values; the latter (but not the former) would allow their invocation directly as pan of the SQL query execution (e.g., as C programs); and (3) forms of inferential propagation that depend on the state of the knowledge base and not just on the schema for a concept or role. Once again, since the normal data entry mechanism has been circumvented for efficiency reasons in the present invention, these inferences must specifically be invoked after the direct assertions are made to the knowledge base. The substeps of Step 3 of Algorithm 3 indicate what must be done in the case of a CLASSIC knowledge base **107**. Inferential propagations that need additional queries are invoked, and the normal KBMS **105** inference mechanisms are invoked when the original SQL is insufficient. Rules indicate further descriptions to be added to individuals when they are found to satisfy certain descriptions; rule invocation must be facilitated by issuing queries that find all objects to which a rule is applicable but for which the consequent of the rule does not hold; these would be found by the means already described, which determines the instances satisfying named descriptions. The normal CLASSIC mechanisms could then be used to apply the rules that need application. Further, in CLASSIC, rules can be "filtered", meaning that only members of a subset of the instances of a named concept should have the rule ap-

**12**

plied to them. Queries must be formed and evaluated that correspond to the filters. Finally, while test functions that apply to "host values"—values such as numbers and strings, which are represented directly in the implementation language—can be evaluated directly against the database in the view definitions, test functions that apply to knowledge base objects ("CLASSIC individuals") must be applied in this post-processing phase. These may eliminate some candidates from some descriptions that they otherwise appear to satisfy, given only the view definitions.

### CONCLUSION

The foregoing Detailed Description has disclosed to those skilled in the arts to which the invention pertains how one may make and use a system for evaluating queries expressed in a formal description language against a database with a conventional query language interface. Other techniques than those disclosed herein for practicing the invention and other areas in which the invention may be applied will be apparent to those skilled in the arts concerned after reading the foregoing disclosure. For example, the invention applies to any database or information system mechanism, including all those that honor SQL queries, or others (e.g., object-oriented databases) that do not, as long as they have a formal query interface. This could even include a knowledge base management system in place of the database system in the presented embodiment. In place of the CLASSIC system in this embodiment, any system that supports a description language with compositional descriptions can be used. This would include all systems considered to be "terminological logics" such as LOOM, BACK, etc., as well as others that support compound descriptions, such as OMEGA. While the CLASSIC system performs its inference in what is known as a "forward-chaining" manner—that is, all inferences are performed in a forward direction as soon as updates are made—the present invention applies equally well to systems that use different regimes for inference, including backward-chaining and hybrid reasoning strategies.

Because of the wealth of possible embodiments of the invention, the foregoing Detailed Description is to be understood as being in every respect illustrative and exemplary, but not restrictive, and the scope of the invention disclosed herein is not to be determined from the Detailed Specification, but rather from the claims as interpreted in light of the Detailed Description and in accordance with the doctrine of equivalences.

What is claimed is:

1. Apparatus for locating entities comprising:

   means for making a compositional description built from a previously-defined concept which defines a collection to which one or more of the entities potentially belongs;

   means for translating the compositional description into a query;

   a data base for storing the entities; and

   a data base management system for responding to the query by locating the entities belonging to the collection in the data base.

2. The apparatus set forth in claim **1** wherein:

   the data base management system further responds to the query by providing a table of the located entities.

3. The apparatus set forth in claim **1** wherein:

5,418,943

**13**

the means for translating further receives the located entities and produces a compositional descriptions defining the located entities.

4. The apparatus set forth in claim 3 further comprising:

a knowledge base and a knowledge base management system in which the compositional description defining the located entities is usable, the knowledge base management system responding to the compositional description defining the located entities by adding the located entities to the knowledge base.

5. The apparatus set forth in claim 4 wherein:

the knowledge base management system responds to the compositional description defining the located entities by adding the located entities as a collection to the knowledge base.

6. The apparatus set forth in claim 5 wherein:

the knowledge base management system includes means for providing a compositional description which checks for a first possible inconsistency between one or more of the located entities in the collection and the knowledge base;

the translating means receives the compositional description which checks for the possible inconsistency, translates the received compositional description into a query, and returns the results of the query to the knowledge base management system; and

the knowledge base management system responds to results which indicate a possible inconsistency by issuing a warning concerning the collection.

7. The apparatus set forth in claim 6 wherein:

the means for providing a compositional description provides another compositional description which checks for a second possible inconsistency between the located entities and the knowledge base to the knowledge base; and

the knowledge base management system responds to results from the knowledge base which indicate the second possible inconsistency by issuing the warning.

8. The apparatus set forth in claim 4 wherein:

the knowledge base management system further responds to the compositional description defining the collection by adding the compositional description to the knowledge base.

9. The apparatus set forth in any of claims 2, 4, 6, or 8 wherein:

when the knowledge base management system responds to a compositional description, the knowledge base management system reorders the knowledge base as required for the compositional description.

10. Apparatus for operating, on entities comprising:

a knowledge system for performing operations based on compositional descriptions of the entities which are built from previously-defined concepts;

a data base system for performing at least the operation of answering data base queries concerning the entities; and

translation means for receiving one of the compositional descriptions, making at least one data base query therefrom, receiving an answer to the data base query from the data base system, and providing a compositional description for the answer to the knowledge system for use in an operation of the knowledge system.

**14**

11. The apparatus set forth in claim 10 wherein:

the operation of the knowledge system which is performed using the provided compositional description is adding any entities in the provided compositional description to the knowledge system.

12. The apparatus set forth in claim 11 wherein:

the operation of adding any entities includes the operation of using the provided compositional description to determine whether there is an inconsistency between the entities being added and the knowledge base prior to adding the entities.

13. The apparatus set forth in claim 12 wherein:

the operation of using the provided compositional description to determine inconsistencies includes the operations of providing a compositional description derived from the provided compositional description to the translation means and determining from the answer to the data base query made by the translation means in response to the derived compositional description whether there is an inconsistency.

14. A method employed in an information system including a data base system of obtaining a collection of entities from the data base system comprising the steps of:

receiving a first compositional description built from a previously-defined concept in the information system which defines the collection of entities;

automatically translating the first compositional description into a first query for the data base system; and

employing the first query to locate the collection of entities in the data base system.

15. The method set forth in claim 14 further comprising the steps of:

automatically providing a second compositional description which describes the entities in the located collection; and

using the second compositional description in a knowledge system to add the entities in the located collection to the knowledge base.

16. The method set forth in claim 15 further comprising the steps of:

automatically deriving a third compositional description from the second compositional description;

automatically translating the third compositional description into a second query for the data base system; and

employing the second query to obtain a result from which an inconsistency between an entity in the located collection and the knowledge base may be determined.

17. The method set forth in claim 16 wherein:

the steps added in claim 16 are performed before the entities in the located collection are added to the knowledge base.

18. The apparatus set forth in claim 1 wherein:

an element of the compositional description defines one or more of the entities; and

the query includes an expression by means of which the defined entities are located in the data base.

19. The apparatus set forth in claim 18 wherein:

the element is a primitive; and

the expression serves to locate one or more entities defined by the primitive.

20. The apparatus set forth in claim 18 or claim 19 wherein:

the element is a role; and

5,418,943

| 15 | 16 |

the expression serves to locate one or more entities which fill the role.

21. The method set forth in claim 14 wherein:

an element of the compositional description defines one or more of the entities; and

the step of automatically translating the first compositional description includes the step of including an expression by means of which the defined entities are located in the data base.

22. The method set forth in claim 21 wherein:

the element is a primitive; and

the expression serves to locate one or more entities defined by the primitive.

23. The method set forth in claim 21 or claim 22 wherein:

the element is a role; and

the expression serves to locate one or more entities which fill the role.

24. Apparatus for operating on entities comprising:

a knowledge base system for performing operations based on compositional descriptions of the entities which are built from previously-defined concepts;

a data base system for performing at least the operation of answering data base queries concerning the entities;

translation means for receiving one of the compositional descriptions, making at least one data base query therefrom, receiving a result of to the data base query from the data base system, and providing compositional descriptions of any entities in the result; and

integration means for receiving the compositional descriptions for the entities and integrating the compositional descriptions for the entities into the knowledge base system without classifying the compositional description for each entity individually.

25. The apparatus set forth in claim 24 wherein:

the integration means further uses the compositional descriptions for the entities to determine whether there is an inconsistency between the entities being integrated into the knowledge base system and the knowledge base system prior to their integration.

26. The apparatus set forth in claim 25 wherein:

the integration means determines whether there is an inconsistency by providing a compositional description derived from the compositional descriptions of the entities to the translation means and determining from the answer to the data base query made by the translation means in response to the derived compositional description whether there is an inconsistency.

27. A method employed in a knowledge base system of adding a collection of entities obtained from a data base system to the knowledge base system comprising the steps of:

translating a query used to obtain the collection of entities from the data base system into compositional descriptions of the entities; and

integrating the compositional descriptions for the entities into the knowledge base system without classifying the compositional description for each entity individually.

28. The method set forth in claim 27 wherein the step of integrating further comprises the step of:

determining from the compositional descriptions for the entities whether there is an inconsistency between the entities being integrated into the knowledge base system and the knowledge base system prior to their integration.

29. The method set forth in claim 28 wherein the step of determining further comprises the steps of:

deriving a compositional description from the compositional descriptions of the entities;

translating the derived compositional description into a data base query; and

determining from the answer to the data base query whether there is an inconsistency.

* * * * *

# Exhibit H



(12) **United States Patent**
Lieuwen et al.

(10) Patent No.: **US 6,272,502 B1**
(45) Date of Patent: **Aug. 7, 2001**

(54) **REFRESHING MATERIALIZED VIEWS OF A DATABASE TO MAINTAIN CONSISTENCY WITH UNDERLYING DATA**

(75) Inventors: **Daniel Francis Lieuwen**, Plainfield, NJ (US); **Akira Kawaguchi**, New York, NY (US); **Latha Sankar Colby**, Los Altos, CA (US); **Kenneth A. Ross**, New York, NY (US)

(73) Assignee: **Lucent Technologies Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/075,728**

(22) Filed: **May 11, 1998**

(51) Int. Cl.$^7$ ..................................... **G06F 17/30**
(52) U.S. Cl. ...................... **707/203**; 707/8; 707/201
(58) Field of Search ................................ 707/201, 203, 707/8, 100

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,627,019 | * 12/1986 | Ng | 707/8 |
| 5,276,870 | * 1/1994 | Shan et al. | 395/600 |
| 5,287,496 | * 2/1994 | Chen et al. | 707/203 |
| 5,317,731 | * 5/1994 | Dias et al. | 707/8 |
| 5,403,639 | * 4/1995 | Belsan et al. | 707/204 |
| 5,581,753 | * 12/1996 | Terry et al. | 395/617 |
| 5,829,001 | * 10/1998 | Li et al. | 707/201 |

| | | | |
|---|---|---|---|
| 5,873,098 | * 2/1999 | Bamford et al. | 707/203 |
| 5,884,325 | * 3/1999 | Bauer et al. | 707/201 |
| 5,913,029 | * 6/1999 | Shostak | 707/201 |
| 5,924,103 | * 7/1999 | Ahmed et al. | 707/201 |
| 5,926,816 | * 7/1999 | Bauer et al. | 707/8 |
| 5,956,713 | * 9/1999 | Bamford et al. | 707/8 |
| 5,956,731 | * 9/1999 | Bamford et al. | 707/201 |
| 5,963,959 | * 10/1999 | Sun et al. | 707/200 |

OTHER PUBLICATIONS

"Deriving Production Rules for Incremental View Maintenance," by Ceri & Widom. Sep. 1991.
"Incremental Maintenance of Views with Duplicates," by Griffin & Libkin. May 1995.

(List continued on next page.)

*Primary Examiner*—Jean R. Homere

(57) **ABSTRACT**

In a database, a database manager can generate a view, which can be considered as a subset of the database, and which is placed outside the database for use without disturbing the database. However, if the database changes, the views will not reflect those changes, because the views are separate from the database. To solve this problem, a process called "refreshing" keeps the views consistent with the data within the database. But different refreshing approaches are used: some views require immediate refreshing when the database changes, other types can be refreshed at later times, and still other types can be refreshed at different times and intervals. The invention presents a system which keeps data consistent among the views and the database, despite the different times of refreshing undertaken.

**13 Claims, 13 Drawing Sheets**



## OTHER PUBLICATIONS

"Principles and Techniques in the Design of ADMS," by Roussopoulos and Kang. Dec. 1986.

"Data Integration using Self–Maintainable Views," by Gupta, Jagadish, and Mumick. unknown date.

"Maintenance of Materialized Views: Problems, Techniques, and Applications," by Gupta & Mumick. Unknown Date.

"The Rejuvenation of Materialized Views," by Mumick. Unknown Date.

"Incremental Recomputation of Active Relational Expressions," by Qian & Widerhold.

"View Maintenance in a Warehousing Environment," by Zhuge, Garcia–Molina, Hammer, and Widom. Unknown Date.

"Currency–Based Updates to Distributed Materialized Views," Segev & Fang. Feb. 1990.

"Updating Distributed Materialized Views," by Segev & Park. 1999.

"Efficiently Updating Materialized Views," by Blakely, Larson, and Tompa. Unknown Date.

"Maintaining Views Incrementally," by Gupta, Mumick, and Subrahmanian. Unknown Date.

"Incremental Maintenance of Views with Duplicates," by Griffin & Libkin. Unknown Date.

"View Maintenance Issues for the Chronicle Data Model," by Jagadish, Mumick, and Silberschatz. Unknown Date.

"Algorithms for Deferred View Maintenance," by Colby, Griffin, Libkin, Mumick, and Trickey. 1996.

"Concurrency Control Theory for Deferred Materialized Views," by Kawaguchi, Lieuwen, Mumick, Quass, and Ross. Unknown Date.

"An Algebraic Approach to Supporting Multiple Deferred Views," by Colby and Griffin. Unknown Date.

"A Performance Analysis of View Materialization Strategies," by Hanson. Dec. 1987.

"Aggregate–Query Processing in Data Warehousing Environments," by Gupta, Harinarayan, and Quass. unknown date.

"Using Object–Oriented Principles to Optimize Update Propagation to Materialized Views," by Kuno and Rundensteiner. Unknown Date.

"The Multiview OODB View System: Design and implementation," by Kuno and Rundensteiner. Unknown Date.

"Incorporating Computed Relations in Relational Databases," by Maier and Warren. Unknown Date.

"Maintenance of Views," by Shmueli and Hari. Unknown Date.

"The ADMS project: Views "R" Us," by Roussopoulos, Chen, Kelley, Delis, and Papakonstaninou. Unknown Date.

"Transformational Framework for the Automatic Control of Derived Data," by Koenig and Paige. Unknown Date.

"An Incremental Access Method for ViewCache: Concept, Algorithms, and Cost Analysis," by Roussopoulos. Sep. 1991.

* cited by examiner



U.S. Patent     Aug. 7, 2001     Sheet 2 of 13     US 6,272,502 B1

FIG 2



U.S. Patent    Aug. 7, 2001    Sheet 3 of 13    US 6,272,502 B1

FIG 3A



FIG 3C





FIG 3B

REFRESH EACH SNAPSHOT
VIEW NEEDING REFRESH
AT THIS TIME — 5

DATABASE MODIFIED ? — 10

YES → REFRESH IMMEDIATE
VIEWS AFFECTED
BY MODIFICATION — 15

NO

3

DEFERRED VIEW
QUERIED ? — 20

YES → REFRESH DEFERRED VIEW
AND OTHERS IF NECESSARY — 25

NO

VIEW ADDED ? — 30

NO

YES → RUN ADD VIEW
PROCESS — 35

U.S. Patent

Aug. 7, 2001

Sheet 4 of 13

US 6,272,502 B1



FIG 4



FIG 5

3000
D = SET OF ANCESTORS OF V

3010
REFRESH SET(D)

FIG 6

2000
START

2010
$D_1$ = ALL SNAPSHOT VIEWS IN VG

2020
REFRESH SET(D)

U.S. Patent

Aug. 7, 2001

Sheet 7 of 13

US 6,272,502 B1



FIG 7A

U.S. Patent    Aug. 7, 2001    Sheet 8 of 13    US 6,272,502 B1

FIG 7B



5200 — IS ANY PARENT OF V IN A DIFFERENT VIEW GROUP THAN V ?

YES

NO

TO 5030

5120 — REFRESH GROUP(VIEW GROUP(V))

TO 5030



U.S. Patent

Aug. 7, 2001

Sheet 9 of 13

US 6,272,502 B1

FIG 7C



FIG 8A



FIG 8B

U.S. Patent    Aug. 7, 2001    Sheet 12 of 13    US 6,272,502 B1



FIG 8C



1

# REFRESHING MATERIALIZED VIEWS OF A DATABASE TO MAINTAIN CONSISTENCY WITH UNDERLYING DATA

The invention concerns a database system which provides multiple views of the database, which views are refreshed in response to different events, and thus refreshed at different times. The system maintains data consistency within groups of the views, despite the different refreshing approaches taken for the different views.

## BACKGROUND OF THE INVENTION

FIG. **1** illustrates a database DB, which contains data units **3**, which, for simplicity, are shown organized into rows R**1**, R**2**, . . . RN and columns C**1**, C**2**, . . . CM. Users can query the database, by commanding a database management system to retrieve a specified collection of the data units.

For example, assume that the database is a nationwide telephone directory. A user may issue a query requesting retrieval of all telephone numbers assigned to parties named Miller, who live on Main Street. The management system will return these telephone numbers to the user.

In many situations, it is convenient for users of the database DB to deal with a subset of the database, rather than with the database itself. These subsets are termed "views." Continuing the example given above, one view may contain all telephone data within the state of New Jersey. If the user issues the same query identified above, but to this view instead of to the database as-a-whole, only telephone numbers in New Jersey would be retrieved.

Two types of view are commonly used. In one type, queries examine the data contained within the database, and computes the query on-the-fly. In the example given above, only New Jersey data would be examined.

In this type of view, the query software involved is somewhat more complicated, and if the view is defined in terms of a particular type of operation, termed a "join," then queries will run more slowly against this type of view than they would if the data were structured as in the view tuple. However, this disadvantage is offset by the fact that the query command is simpler for the user to formulate. Also, this type of view facilitates storing data in a normalized fashion, thereby removing update anomalies.

In using this type of view, the user specifies the view to be queried, and formulates a query. The user need not be concerned with the details of where the New Jersey data is located, or how it is represented, within the database DB. The query software deals with the location and representation.

The other type of view is termed a materialization of the view. In this type of view, the reformulated data corresponding to the view is actually copied into another storage location, which may be another location within the database, or a location outside the database. Users can query this materialization, independent of other users who query the database itself. Views V**1**–V**3** represent materialized views. The hatched data items are copied into the storage locations, as indicated by the arrows.

However, the use of materialized views can create its own problem. If changes occur to the data items **3** within the database, then the copies of these data items contained in the views V**1**–V**3** will not necessarily correspond to the hatched original data items. Consequently, a user of a view may read data which is not current, and if the user reads multiple data items, the items may be mutually inconsistent.

2

One solution to this problem is to update the views whenever a change occurs in a data item **3**. However, this solution imposes undesired overhead upon the system, and slows data retrieval by users. Consequently, it will often be desirable to defer view updates until a later time.

## SUMMARY OF THE INVENTION

In one form of the invention, a database system supports more than one class of view, and the classes are refreshed at different times. The invention maintains data consistency within selected groups of the views, despite the different refreshing rates. This is accomplished by properly coordinating the refreshing operations.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a generic illustration of a database, and views of the database.

FIG. **2** illustrates a dependency graph used by the invention.

FIG. **3A** is a flow chart illustrating logic undertaken by a refresh operation for a single view.

FIG. **3B** is a flow chart illustrating overall operation of the invention.

FIG. **3C** illustrates a system implementing one form of the invention.

FIG. **4** is a flow chart illustrating logic undertaken by a refresh operation for a set of views.

FIG. **5** is a flow chart illustrating logic undertaken by a refresh operation for deferred view.

FIG. **6** is a flow chart illustrating logic undertaken by a refresh operation for snapshot view.

FIGS. **7A** and **7B** show a flow chart illustrating logic undertaken by a an operation in which a view is added.

FIG. **7C** illustrates FIGS. **7A** and **7B** on a single sheet, for reference.

FIGS. **8A** and **8B** show a flow chart illustrating logic undertaken by a Makesafe operation, which is called in FIG. **3A**.

FIG. **8C** illustrates FIGS. **8A** and **8B** on a single sheet, for reference.

FIG. **9** illustrates one form of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

### Preliminary Matters

The invention allows views to be derived not only from the database, but also from raw data which is stored in the database. FIG. **2** provides an example of derivation of a view from another view, and represents a dependency graph used by the invention. Items B**1**–B**5** represent the raw data in the database, and will be called base tables herein. View V**1** is derived from base table B**1**. However, view V**13** is derived from two sources (1) view V**12**, which itself is derived from view V**1**, and (2) base table B**1**.

The invention provides three types of views: immediate, deferred, and snapshot. The three types of views are refreshed differently.

Immediate views are refreshed immediately, whenever a change occurs in the subset of the base tables corresponding to the immediate view.

Snapshot views are refreshed at intervals specified by the creator of the view, such as once daily, or when refresh is

3

requested by an authorized user. Thus, snapshot views may temporarily contain copies of old data.

Deferred views are refreshed only when they are sued, as when a user issues a query upon a deferred view.

In FIG. 2, each view is labeled with an "I," meaning immediate, "S," meaning snapshot, or "D," meaning deferred.

The dashed lines labeled VG1–VG5 and VGBase indicate view groups. A significant feature of the invention is that the data within view groups is kept internally consistent, so that a user can freely consult any number of views within a view group, while seeing data that is mutually consistent. That is, for example, in a given transaction, the user will not read values of two data items which are valid only during non-overlapping time intervals.

The arrows point from a parent, or ancestor, of a view to a child, or descendant. Descendants are said to be dependent on parents. For example, view V7 depends from base table B4. View V8 depends from both view V7 and base table B3.

Views must obey the following rules:

1. Each view is allowed to be assigned to exactly one view group.
2. Immediate views and deferred views must belong to the same viewgroup as their parents.
3. if any snapshot view in a viewgroup VG is updated in a transaction T, then all snapshot views in VG must be updated in T. Consequently, all snapshot views will be updated with the same periodicity, when updated.
4. Snapshot views cannot occur in the same view group as the base tables.
5. A view group can be derived from at most one other viewgroup.
6. Deferred views cannot have children in other view-groups.
7. An immediate view cannot have a deferred view or a snapshot view as a parent.
8 A snapshot view cannot have a deferred view as a parent.
9. All the base tables must be included in a single view group which will be called VGBase.

When a user creates a view, the user specifies the parents of the view, and thus determines the position of the view within the dependency graph of FIG. 2. The user is responsible for following the rules stated above in the creation process. Alternately, software can be designed which implements the rules, and allows the user to assign any properties whatsoever to the created views. If the properties violate the rules, the software so informs the user.

Once the views comply with the rules stated above, the views are maintained by computer programs which follow the logic given in the flowcharts shown in FIGS. 3A and 3–3C. It should be emphasized that the term "maintain" is a term-of-art. It does not merely mean "to keep" or "to store," as some dictionary definitions state. Rather, it includes the concept of actively monitoring, and retaining data consistency. Thus, it refers generally to processes such as those described in the flowcharts just identified.

### FIG. 3B

FIG. 3B is an overview of the operation of the invention. In effect, the invention continually cycles through loop 3. When block 5 is reached, the invention inquires, for each snapshot view, whether refreshing is required at that time. The user who created each snapshot view specifies the refreshing period, and block 5 refreshes each snapshot view accordingly.

4

Decision block 10 inquires whether the database has been modified. Whenever a modification occurs, the immediate views which are affected are refreshed, as indicated by block 15.

Decision block 20 inquires whether a query has been issued for a deferred view. Whenever a deferred view is queried, that view, together with selected other views, as explained later, are refreshed, before the query is evaluated, as indicated by block 25.

Decision block 30 inquires whether a view has been added. If so, a particular process, termed the add view process, is run, as indicated by block 35. The logic then returns to block 5, and repeats.

### FIG. 3C

FIG. 3C illustrates a system which implements one form of the invention. The processes described herein are indicated by block 45, which runs on a computer 40, which is equipped with database 50.

### FIG. 3A

FIG. 3A illustrates refreshing of a view. In general, logs are kept of changes which have been made to the database, or base tables B in FIG. 2. Such logs are known in the art. Similarly, logs are maintained for each view Vi in FIG. 2 such that Vi is the parent of at least one snapshot or deferred view.

The refreshing process consults the logs to determine the relevant changes made since the last refreshing, and alters the view's materialization accordingly. In addition, some other steps may need to be taken, with respect to other views. For example, if an immediate view depends from the view being refreshed, that view must be also refreshed, because, by stipulation, immediate views are refreshed whenever their parents change. Such additional steps are performed in block 1120 which call the function MAKESAFE(U), which is shown in FIG. 8C.

Block 1100 represents consultation of the logs of the database. In addition, if the view to be refreshed is an immediate view, a specific type of log is consulted, which exists only for the duration of the transaction undertaken. This log is resident in main memory.

In block 1110, an update command U is generated. This command contains the necessary data for refreshing the view. Block 1120 calls a routine called Makesafe, and passes the command U to it. The logic of Makesafe is described in other Figures. Block 1130 terminates the refresh.

The logic of FIG. 3A is invoked by other logic, such as block 3030 in FIG. 5, block 5150 in FIG. 7C, block 5210 in FIG. 7B, and block 310 in FIG. 8B.

### FIG. 4

FIG. 3A illustrated logic used for refreshing a single view. FIG. 4 illustrates the logic used for refreshing a set of views, such as group VG1 in FIG. 2. As will be seen, the refresh logic of FIG. 3A is called in block 1060. The set D may not match the total contents of a view group. Further, this set is a transient data structure that is produced in the transaction asking for the set to be refreshed. This set is emptied in the course of the transaction, but this emptying has no impact on the structures, such as view groups, predating the transaction.

The logic, in effect, starts the refreshing process at the highest level of parents within set D, which would be view V12, and then proceeds to the lowest level of children, which would be view V14.

5

In FIG. 4, the logic begins at block **1000**, and then proceeds to block **1010**, wherein index j is initialized. In decision block **1020**, inquiry is made whether the current value of j exceeds the number of views presently remaining in the set D. As will be seen, views are conceptually removed from the set D as they are refreshed, so that the number of views standing in the set D changes during the refresh process.

If no further views need refreshing, block **1095** is reached, indicating that the refresh process is finished. If views do remain, then block **1030** is reached, wherein a variable JD is defined as indicating the J-th view in the group. Decision block **1040** inquires whether JD has any parents in the set D. If so, then the index J is incremented by unit in block **1050**, and the logic returns to decision block **1020**. This incrementation prevents the present view, JD, from being refreshed at this time, because a parent of JD has not been refreshed and so is still present in the set D. Because of the operation of the logic, this view will be refreshed after all its parents are refreshed.

If no parents exist in set D, the logic reaches block **1060**, which refreshes the view JD. The view JD is conceptually removed from the set D, in block **1070**, and the logic returns to block **1010**. The view JD is not removed from dependency graph, nor is the view group containing it altered. The "removal" occurring in block **1070** is performed on a transient data structure, and is done for accounting purposes within the logic.

### FIG. 5

FIG. 5 illustrates the refreshing of a deferred view. The logic, in effect, identifies all ancestors of the deferred view, and refreshes them if required. After this refreshing, the deferred view is materialized.

The logic begins with block **3000** which identifies the ancestors of V and stores them in the set D. It does this identification with a recursive traversal of the view dependency graph using a standard algorithm like depth-first, or breadth-first search. Such algorithms are well known in the art. It then calls Refresh-Set, which is shown in FIG. 4, and passes D to it as a parameter in block **3010**.

### FIG. 6

FIG. 6 illustrates logic which refreshes a group of snapshot views. The logic starts in block **2000**. Block **2010** identifies the set D of the snapshot views contained in the view group, and block **2020** refreshes all views in the view group. FIG. 4 illustrates refreshing generically.

### FIGS. 7A AND 7B

FIG. 7A and **7B** illustrate logic which allows a user to add a new view. FIG. 7C illustrates the logic flow of these two Figures together. The user specifies data which indicates the position of the new view within the dependency graph of FIG. 2.

The new view is specified in terms of a name, V, and a query, Q, which define V. V and Q are passes as parameters to the routine described below. The logic begins with block **5000**, and proceeds to block **5010**, which updates the view dependency graph, one of which is shown in FIG. 2. Decision block **5020** inquires whether the new view is an immediate view. If so, block **5030** causes materialization of the new view. That is, data is computed and then copied into the view from the appropriate sources. Block **5040** indicates that the creation procedure for the new view terminates.

If the new view is not an immediate view, decision block **5050** inquires whether the new view is a deferred view. If so,

6

the logic jumps to block **5100**. This block, and subsequent blocks through block **5160**, inquire whether any parents of the new view are deferred views and, if so, whether they require refreshing. If refreshing is required, it is done, and then the view is materialized.

Explaining this process in more detail, block **5100** identifies variable P, later used, as representing the set of parents of the new view. The identities of the parents were stored in the view dependency graph and computed using a standard graph traversal algorithm. Block **5110** initializes an index i. Decision block **5120** inquires whether the current value of the index i exceeds the present number of elements in the set P. If so, then no more parents exist who need refreshing, and the logic proceeds to block **5030**, where the new view is materialized.

If parents do exist which need refreshing, then the logic proceeds to block **5130**, which designates the i-th parent as variable W. Block **5140** inquires whether the parent W is a deferred view, which needs refreshing. If so, refreshing occurs in block **5150**, and the logic proceeds to block **5160**. If not, the logic reaches block **5160**, wherein the index i is incremented by one. Upon incrementing, the logic returns to block **5120**, as indicated.

If, in decision block **5050**, it was determined that the new view is not a deferred view, the logic reaches block **5060**, which inquires whether the new view is a snapshot view. If not, an error has occurred, and the logic reaches block **5040**, which terminates the process.

If the view is a snapshot view, then the logic reaches decision block **5200**, which inquires whether any parent of the new view exists outside the new view's viewgroup. If not, the logic proceeds to block **5030**, which materializes the new view. If an outside parent does exist, then the logic reaches block **5220** which refreshes the group containing the new view. Then the logic proceeds to block **5030**, which materializes the new view.

### FIGS. 8A AND 8B

FIGS. 8A and 8B illustrate the Makesafe operation. FIG. 8C illustrates the logic flow of these two Figures together. Steps **100** through **190** illustrate updating a single view V. These steps will only be reached by calling Makesafe from FIG. 3A. The instructions of command U are executed, which updates view V. If view V has children, the logs of view V are updated, for their benefit. Makesafe is called either for a single view update command, or for a collection of updates to base tables.

In steps **200–300**, if base tables are being updated, then, in addition to the updating of the base tables, the immediate dependents of the views are refreshed. This refreshing is not required for updates to immediate views in Makesafe because by rule 7, above, all the parents of an immediate view are either immediate views or base tables. Consequently, only the update to a base table could start the process that causes Makesafe to be called for V. However, then blocks **300** and **310** in Makesafe, which apply to the base table updates, ensure that V's children are maintained.

An update command, U, is generated, as indicated in block **1110** in FIG. 3A. Decision block **100** in FIG. 8 inquires whether the command U requires updating of these base tables. If not, the logic proceeds to block **110**, wherein variable V is defined as the view to be updated.

In block **120**, the update is performed. In decision block **130**, inquiry is made as to whether the view V has children which are either deferred or snapshot type. If so, the logs of view V are updated in block **140**, and the logic terminates in block **190**. If not, the logic terminates in block **190**.

7

If, in block **100**, updating of base tables is required, the logic jumps to **200**. An empty set B is created Set B will contain a collection of tables. In block **220**, an index i is initialized to unity. Decision block **230** inquires whether the present value of index i exceeds the number of operations in command U. Command U is generated in block **1110** in FIG. **3**A. If not, the logic reaches block **240** in FIG. **8**, which defines variable T as the base tables to be updated by the i-th operation of command U. If so, the logic reaches block **300**.

Block **250** updates table T as specified by the i-th operation of command U. Decision block **260** inquires whether table T has children which are deferred or snapshot type. If so block **270** updates the logs of the table T, and the logic reaches decision block **290**. If not, decision block **290** is reached directly.

Base table T is then added to set B, by the union operation of block **290**. Index i is incremented by unity in block **295**, and the logic returns to block **230**.

If, in decision block **230**, it was determined that index i exceeds the number of operations in command U, then block **300** is reached, wherein a set D is defined as the set of immediate views which are descendants of elements of set B. Block **310** refreshes those views, and the logic terminates in block **190**.

FIG. **9** illustrates a system for implementing the invention. A computer COMP contains component C, which represents software, firmware, hardware, or any combination of these, which execute the logic described above. The computer COMP has access to the database D.

Numerous substitutions and modifications can be undertaken without departing from the true spirit and scope of the invention. What is desired to be secured by Letters Patent is the invention as defined in the following claims.

What is claimed is:

**1**. A method of operating a system which contains a database, comprising the following steps:

refreshing a first class of views of the database in response to the occurrence of one of a first class of events;

refreshing a second class of views of the database in response to the occurrence of one of a second class of events; and

in predetermined groups of views, maintaining mutual consistency in the data within each group.

**2**. A system, comprising:

a database, containing data which changes over time;

means for providing

immediate views of the database, which are refreshed whenever changes occur to the database;

deferred views of the database, which are refreshed whenever a query is made upon the deferred view; and

snapshot views of the database, which are refreshed at intervals;

means responsive to user input for collecting selected immediate views, deferred views, and snapshot views into respective view groups; and

means for maintaining mutual consistency of all views within every view group.

**3**. A method of operating a system which contains a database, comprising the following steps:

maintaining views, at least one of which are views of other views, and at least one of which of which are views of the database;

maintaining a view dependency graph of dependency relations of the views; and

8

in predetermined groups of views, maintaining mutual consistency in the data within each view group.

**4**. A system, comprising:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view; and

means for maintaining data which represents dependency relationships of the views,

wherein all views exhibit the following characteristics:

a) each view is assigned to exactly one view group;

b) all immediate views and deferred views belong to the same viewgroup as their parents;

c) if any snapshot view in a viewgroup VG is updated in a transaction T, then all snapshot views in VG are updated in T;

d) no snapshot view occurs in the same view group as base tables;

e) every view group is derived from at most one other viewgroup;

f) deferred views have no children in any other view-groups;

g) no immediate view has a deferred view or a snapshot view as a parent;

h) no snapshot view has a deferred view as a parent; and

i) all the base tables are included in a single view group (VGBase).

**5**. A system, comprising:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view; and means for maintaining data which represents dependency relationships of the views,

wherein each view is assigned to exactly one view group, and all views exhibit at least one of the following characteristics:

a) all immediate views and deferred views belong to the same viewgroup as their parents;

b) if any snapshot view in a viewgroup VG is updated in a transaction T, then all snapshot views in VG are updated in T;

c) no snapshot view occurs in the same view group as base tables;

d) every view group is derived from at most one other viewgroup;

e) deferred views have no children in any other view-groups;

f) no immediate view has a deferred view or a snapshot view as a parent; and

g) no snapshot view has a deferred view as a parent.

**6**. In a system containing:

a database;

means for generating views based on he database, in which at least one view depends on at least one other view; and

means for maintaining data which represents dependency relationships of the views,

the improvement comprising the following steps:

a) eliminating snapshot views from view groups containing base tables; and

b) if any snapshot view in a viewgroup VG is updated in a transaction T, then updating all snapshot views in VG.

9

**7**. In a system containing:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view;

means for generating views based on the database, in which some views depend on other views; and

means for maintaining data which represents dependency relationships of the views,

wherein each view is assigned to exactly one view group, the improvement comprising the following steps:

a) keeping no snapshot views in view groups containing base tables; and

b) if any snapshot view in a viewgroup VG is updated in a transaction T, then updating all snapshot views in VG.

**8**. A system, comprising:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view; and

means for maintaining data which represents dependency relationships of the views,

wherein views exhibit the following characteristics:

a) each view is assigned to exactly one view group;

b) every view group is derived from at most one other viewgroup; and

c) all base tables are included in a single view group (VGBase).

**9**. A system, comprising:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view;

means for generating views based on the database, in which some views depend on other views; and

means for maintaining data which represents dependency relationships of the views,

wherein each view is assigned to exactly one view group, the improvement comprising the following steps:

a) each view is assigned to exactly one view group;

b) every view group is derived from at most one other view group; and

c) all base tables are included in a single view group (VGBase).

10

**10**. A system, comprising:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view; and

means for maintaining data which represents dependency relationships of the views,

wherein respective views exhibit the following characteristics:

a) all immediate views and deferred views belong to the same viewgroup as their parents;

b) if any snapshot view in a viewgroup VG is updated in a transaction T, then all snapshot views in VG are updated in T;

c) no snapshot view occurs in the same view group as base tables;

d) deferred views have no children in any other viewgroups;

e) no immediate view has a deferred view or a snapshot view as a parent; and

f) no snapshot view has a deferred view as a parent.

**11**. A system, comprising:

a database;

means for generating views based on the database, in which at least one view depends on at least one other view;

means for generating views based on the database, in which some views depend on other views; and

means for maintaining data which represents dependency relationships of the views,

wherein each view is assigned to exactly one view group, and respective views exhibit the following characteristics:

a) if any snapshot view in a viewgroup; VG is updated in a transaction T, then all snapshot views in VG are updated in T;

b) no snapshot view occurs in the same view group as base tables;

c) deferred views have no children in any other viewgroups;

d) no immediate view has a deferred view or a snapshot view as a parent; and

e) no snapshot view has a deferred view as a parent.

**12**. System according to claim **6**, wherein no snapshot view has a deferred view as a parent.

**13**. System according to claim **8**, wherein no snapshot view has a deferred view as a parent.

\*   \*   \*   \*   \*

# Exhibit I

(12) **United States Patent**
Rastogi et al.

(10) Patent No.: **US 6,205,449 B1**
(45) Date of Patent: **Mar. 20, 2001**

(54) **SYSTEM AND METHOD FOR PROVIDING HOT SPARE REDUNDANCY AND RECOVERY FOR A VERY LARGE DATABASE MANAGEMENT SYSTEM**

(75) Inventors: **Rajeev Rastogi**, New Providence; **Abraham Silberschatz**, Summit, both of NJ (US)

(73) Assignee: **Lucent Technologies, Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/045,601**

(22) Filed: **Mar. 20, 1998**

(51) **Int. Cl.[7]** ................................................. **G06F 17/30**
(52) **U.S. Cl.** ........................................... **707/202**; 707/204
(58) **Field of Search** ................................. 707/202, 204

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,140,685 | * | 8/1992 | Sipple et al. ........................ 711/164 |
| 5,212,789 | * | 5/1993 | Rago ..................................... 714/16 |
| 5,257,367 | * | 10/1993 | Goodlander et al. ............... 707/204 |
| 5,388,256 | * | 2/1995 | Herbert ................................. 707/8 |
| 5,499,337 | * | 3/1996 | Gordon ................................. 714/6 |
| 5,504,879 | * | 4/1996 | Eisenberg et al. .................. 707/100 |
| 5,555,404 | * | 9/1996 | Torbjornsen et al. .............. 707/202 |
| 5,651,133 | * | 7/1997 | Burkes et al. ....................... 711/114 |
| 5,720,027 | * | 2/1998 | Sarkozy et al. ...................... 714/6 |
| 5,924,094 | * | 7/1999 | Sutter ................................... 707/10 |
| 5,933,839 | * | 8/1999 | Hasegawa et al. .................. 707/204 |
| 5,963,634 | * | 10/1999 | Kantola et al. ...................... 379/279 |
| 5,991,804 | * | 11/1999 | Bolosky et al. ...................... 709/221 |

* cited by examiner

*Primary Examiner*—Wayne Amsbury

(57) **ABSTRACT**

For use with a primary database residing on a primary computer, the primary computer being couplable to a secondary computer having a secondary database, a system for, and method of, allowing the secondary computer to operate as a hot spare for the primary computer and a database management system employing the system or the method. In one embodiment, the system includes: (1) a transaction logger, associated with the primary database, that maintains log records of transactions involving persistent data in the primary database, (2) a transaction processor, associated with the primary database, that transmits at least a portion of the log records to the secondary computer to allow the secondary computer to commit the at least the portion of the log records to the secondary database and (3) parameters, associated with the primary and secondary databases, that designate a state of the primary and secondary computers and indicate relative synchronization of the primary and secondary databases.

**19 Claims, 2 Drawing Sheets**







FIG. 1



FIG. 2

1

# SYSTEM AND METHOD FOR PROVIDING HOT SPARE REDUNDANCY AND RECOVERY FOR A VERY LARGE DATABASE MANAGEMENT SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present invention is related to those disclosed in U.S. Pat. No. 5,864,849 issued to Bohannon, el al., and entitled "System and Method for Restoring a Multiple Checkpointed Database in View Of Loss Of Volatile Memory" and U.S. Pat. No. 5,845,272 issued to Bohannon, el al., and entitled "System and Method for Restoring a Distributed Checkpointed Database." Both patents are commonly assigned with the present invention and incorporated herein by reference for all purposes.

## TECHNICAL FIELD OF THE INVENTION

The present invention is directed, in general, to computer systems and, more specifically, to a system and method for providing hot spare redundancy and recovery f or a very large database management system.

## BACKGROUND OF THE INVENTION

A database is a collection of data organized usefully and fundamental to some software application (e.g., an information management system). The database is associated with a database manager ("DBM"), which itself is software-based and performs a range of tasks on the database, usually for the software application, the range of tasks varying largely upon the intended use of the database and the sophistication of the DBM.

Traditionally, databases have been stored in non-volatile (disk) memory, while DBMs and software applications have resided, at least in pertinent part, in volatile (main) memory. DBMs have been distinguished by the manner in which they process and manipulate the data with which they are charged. For example, some DBMs only manipulate one data file at a time (flat-file DBMs), others process multiple data files at one time, associating data from several different data files (relational DBMs).

Fundamental DBM operations include storing data, creating indexes that allow retrieval of data, linking data from different files (relational DBMs), etc. Two of the most important operations, and hence most sophisticated, performed by DBMs are data integrity and database recovery.

Data integrity, very simply, insures that one software application cannot modify a particular data file while another software application is relying upon the contents of the same. Database recovery, on the other hand, involves rebuilding the database after part or all of its data is corrupted—data corruption may be caused by a power outage, a program failure or the like that causes the DBM to suspect that at least part of the data stored therein has been lost or damaged.

Today, many software applications require high performance access to data with response time requirements on the order of a few to tens of milliseconds. Traditional non-volatile (disk) memory DBMs have been largely incapable of meeting the high performance needs of such applications (often due to the latency of accessing data that is non-volatile memory-resident).

In an effort to improve performance, the entire database is mapped directly into volatile (main) memory. The data may be accessed either directly by virtual memory pointers, or

2

indirectly via location independent database offsets that quickly translate into memory addresses. Data access using a main memory database is much faster than disk-based storage managers—pages need not be written to disk during normal processing to make space for other pages.

A significant danger exists however if a portion or all of the main memory database becomes corrupted then, unlike non-volatile (disk) memory databases, the entire database may need to be recovered. One recovery approach uses undo log records that are used to track the progress of transactions that have modified the database in some manner. Traditional recovery schemes implement write-ahead logging ("WAL"), whereby all undo logs for updates on a page are "flushed" to disk before the page is flushed to disk. To guarantee trueness, the WAL property and, hence, the recovery method, a latch is held on the page (or possibly on some system log) while the page is copied to disk, and, thus, reintroducing disk memory processing costs as such latching tends to significantly increase access costs to non-volatile memory, increase programming complexity, and interfere with normal processing.

## SUMMARY OF THE INVENTION

To address the above-discussed deficiencies of the prior art, the present invention provides, for use with a primary database residing on a primary computer, the primary computer being couplable to a secondary computer having a secondary database, a system for, and method of, allowing the secondary computer to operate as a hot spare for the primary computer and a database management system employing the system or the method. In one embodiment, the system includes a transaction logger, associated with the primary database, that maintains log records of transactions involving persistent data in the primary database. The system further includes a transaction processor, associated with the primary database, that transmits at least a portion of the log records to the secondary computer. Transmission of the portion of the log allows the secondary computer to commit at least a portion of the log records to the secondary database and thereby provide at least partial data redundancy. The system may still further include parameters, associated with the primary and secondary databases, that designate a state of the primary and secondary computers and indicate relative synchronization of the primary and secondary databases. These parameters, if present, can aid in substitution of databases and recovery in the event of system failure.

The present invention therefore introduces the broad concept of employing a database log to synchronize primary and secondary (hot spare) databases. The mechanisms in the log ensure that transmitted transactions contained in the log are applied to both the primary and secondary databases.

The foregoing has outlined, rather broadly, preferred and alternative features of the present invention so that those skilled in the art may better understand the detailed description of the invention that follows. Additional features of the invention will be described hereinafter that form the subject of the claims of the invention. Those skilled in the art should appreciate that they can readily use the disclosed conception and specific embodiment as a basis for designing or modifying other structures for carrying out the same purposes of the present invention. Those skilled in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the invention in its broadest form.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawings, in which:

3

FIG. **1** illustrates a block diagram of an exemplary embodiment of a system with hot spare support, according to the principles of the present invention; and

FIG. **2** illustrates an exemplary architecture of the data structures used for recovery purposes.

## DETAILED DESCRIPTION

Referring initially to FIG. **1**, illustrated is a block diagram of an exemplary embodiment of a system **100** with hot spare support, according to the principles of the present invention. As used herein, a "hot spare" is a secondary system **120** which is run in parallel with a primary system **110**. Both the primary system **110** and the secondary system **120** are separate and independent machines. Each of the primary system **110** and secondary system **120** has its own central processing unit ("CPU") **111**, **121**, random access memory ("RAM") **112**, **122**, and disk storage **113**, **123**. Neither system, however, has direct access to the other system's RAM or disk storage. The primary and secondary systems are connected via a network **130**, which may be a local area network ("LAN") or a wide area network ("WAN").

In the embodiment illustrated in FIG. **1**, the primary system **110** includes a transaction logger that maintains log records of transactions involving persistent data in a primary database. The transaction logger may be a process executable by CPU **111** or dedicated hardware and/or software. The primary system **110** further includes a transaction processor that transmits at least a portion of the log records to the secondary system, or computer, **120**. The transaction processor may be a process executable in the CPU **111** or dedicated hardware and/or software. Transmission of a portion of the log allows the secondary system **120** to commit at least a portion of the log records to the secondary database and thereby provide at least partial data redundancy.

The secondary system **120** is synchronized with the primary system **110**, for example, via log records communicated through the network **130** from the primary system **110** to the secondary system **120**, and is thus available to take over processing immediately (automatically redesignate to function in a primary database mode) if the primary system **110** fails or is disconnected (one type of failure). Thus, the availability of a hot spare improves the overall availability of a system and reduces down time. Without a hot spare, processing would need to be suspended until the primary system could be recovered or brought back online (resolves the failure).

The basic idea is to keep the secondary system **120** in continuous synchronization with the primary system **110**. According to the principles of the present invention, the primary system **110** and the secondary system **120** maintain system logs to ensure synchronization. In one embodiment, all updates to persistent data are captured by log records in the system log. Every time the system log is flushed to disk on the primary system **110**, it is also communicated to the secondary system **120**. The secondary system **120** then applies the log records to its own version of the database. In one embodiment, the actions performed by the secondary system **120** for each log record are identical to those performed when log records are applied during recovery from system failures. For a more detailed discussion of recovery following a system failure, see U.S. Pat. No. 5,864,849 issued to Bohannon, el al. "System and Method for Restoring a Multiple Checkpointed Database in View of Loss Of Volatile Memory" and U.S. Pat. No. 5,845,272 issued to Bohannon, el al. and entitled "System and Method for Restoring a Distributed Checkpointed Database." Both

4

of these patents are commonly assigned with the present invention and are incorporated herein by reference.

According to the principles of the present invention, commit processing can be handled at the primary system **110** in one of two exemplary ways. The exemplary ways are referred to herein as "1-safe" and "2-safe" approaches. Using the 1-safe approach, the primary system **110** commits a transaction locally without waiting for an acknowledgement from the secondary system **120** that the secondary has committed the transaction at its site. As a result, it is possible for a transaction to be committed at the primary system **110** but not at the secondary system **120**. Thus, if it becomes necessary for the secondary system **120** to take over from the primary system **110**, certain committed transactions may have to be rolled back. Using the 2-safe approach, the primary system **110** commits a transaction locally only after an acknowledgement is received from the secondary system **120** that it has committed the transaction. As a result, it is possible for certain transactions to be committed at the secondary system **120** but not at the primary system **110**. Thus, certain transactions that may be aborted at the primary system **110** may still get committed at the secondary system **120**.

Those skilled in the art will note that, in using the 1-safe approach, a system user could experience a situation in which a transaction that had been committed by the system is later rolled back. As a result, the "durability" property may not hold with the 1-safe approach. With the 2-safe approach, however, the durability property always holds, since the system does not return a committed indication to a user until a transaction has been committed at both the primary and secondary systems **110**, **120**. The 2-safe approach does, however, incur additional overhead, since a response to a commit to the user is delayed until the commit records have hit stable storage at both the primary and secondary systems **110**, **120**.

The fact that a transaction can be committed at one of the primary system **110** or the secondary system **120** and not at the other introduces some serious problems in keeping both the primary and secondary systems **110**, **120** synchronized, as illustrated by two scenarios using the 1-safe and 2-safe approaches. In a first scenario, using the 1-safe approach, the primary system **110** commits a transaction T and fails before the secondary system **120** receives the log records. As a result, the secondary system **120** takes over without the transaction T being committed. When the primary system **110** is brought back online (having resolved its failure), it automatically redesignates to function in a secondary database mode and attempts to attach as a secondary. It is then necessary to undo T's effect to maintain synchronization between the two systems. In a second scenario, using the 2-safe approach, a transaction T commits at the secondary system **120** but not at the primary system **110** and, before T can commit at the primary system **110**, both the primary system **110** and the secondary system **120** fail. In this situation, it is necessary to be careful that when the primary and secondary systems **110**, **120** are both brought back online, T's effects are erased form the log of the secondary system **120**.

In the description that follows, detailed protocols are disclosed for (1) the attaching of a secondary system to a primary system, (2) a secondary system to take over from a primary system and (3) the recovery of both primary and secondary systems from system failures. The protocols described herein are quite general and permit the primary system to be recovered as a secondary system, or vice versa. Thus, if a primary system is unavailable following a failure

5

of both the primary and the secondary systems, then the secondary system can be recovered as a primary system and the primary system, when it becomes available, can be recovered as a secondary system. The only constraint imposed by the protocols described hereinafter is that a user must be careful not to start off both systems in primary mode or secondary mode, e.g., if a system is already running in primary mode, a user should not start up the other system in primary mode also.

In one embodiment, the following three variables are stored persistently on both systems: state, sec_syncd, and eol_before_sync. The state variable stores the most current state of a system. The state of a system can be either "primary," "secondary" or "none." The sec_syncd variable is used to keep track of whether or not the secondary system **120** has synchronized with the primary system **110**. The sec_syncd variable has a value of "0" if the secondary system **120** is not yet synchronized with the primary system **110** or a value of "1" if the secondary system **120** is synchronized with the primary system **110**. The eol_before_sync variable is used to keep track of the end of a "stable log" at the primary system **110**. The end of the stable log corresponds in time to the earliest time at which the primary system **110** assumed control, such that after that time the secondary system **120** has not synchronized with it. The sec_syncd variable is only meaningful when the state of a system is "primary," and the eol_before_sync variable is only meaningful when sec_syncd is "0" and the state of the system is "primary."

In one embodiment, if the primary system **110** fails, and the secondary system **120** detects the failure, the secondary system **120** can simply perform actions that it would normally perform during the final phase of recovery processing, e.g., rolling back active transactions and executing post commit actions for committed transactions. The secondary system **120** then registers itself as the primary system by automatically changing its state variable to "primary," setting sec_syncd to "0" and eol_before_sync to the location of the end of the last log record (in its stable log) that it received from the primary system **110** before taking over. In an alternate embodiment, instead of writing the variables atomically, it may suffice to write them in the order: (1) eol_before_sync, (2) sec_syncd and (3) state. The secondary system **120** can then begin normal processing.

At system startup, an optional parameter can specify whether a system is to be initially configured as "primary" or "secondary." If no parameter is specified, the mode for a system is advantageously established to be the same as that when the system last failed. The last state can be obtained from the state variable that is stored persistently with the system. In a related embodiment, a system whose state is "none" cannot be started up as a primary system. It can only be started up as a secondary system.

If the system is started up in a primary mode, it is determined whether any of the following conditions are true:

1. whether the state of the system is "secondary;" i.e., the system was last in "secondary" mode,

2. whether the state of the system is "primary" and sec_syncd is "1."

If either of the foregoing conditions is true, then, persistently and atomically, state is set to "primary," sec_syncd is set to "0" and eol_before_sync is set to the location of the end of the stable log at the site before the system recovers the database. The above updates are advantageously performed after the database at the site has been recovered.

Whereas either system **110**, **120** may be configured as a primary or secondary system, the systems may be referred to

6

generally as $s_1$ and $s_2$, respectively. If the system $s_2$ is started up in secondary mode and its state is "none," then it is simply "reinitialized" as described hereinafter. Otherwise, the system connects to the primary system (e.g., system $s_1$) to obtain min_eol$_i$, where min_eol$_i$ is defined as follows:

1. If state is "primary" and sec_syncd$_i$ is "0," then min_eol$_i$ is eol_before sync$_i$; else,

2. min_eol$_i$ is simply eol$_i$ (i.e., the end of the stable log at site i),

where the subscript notation is used to denote the site that contains the variables. System $s_2$ then sets trunc_eol to min(min_eol$_1$, min_eol$_2$), and synchronizes its stable log with the primary system's stable log. To synchronize the stable log of system $s_2$ with the primary's stable log, the following operations are performed:

1. If trunc_eol is less than $s_2$'s eol, and the portion of the stable log following trunc_eol cannot be truncated, then $s_2$'s state variable is changed to "none" and $s_2$ is "re-initialized," as described hereinafter. The portion of the log following trunc_eol can be deleted/truncated at $s_2$ if the eol recorded after the active transaction table ("ATT," described hereinafter) checkpointed is less than or equal to trunc_eol. If it is determined that the portion of the log following trunc_eol can be deleted, then $s_2$ truncates its log and ships trunc_eol to $s_1$ (i.e., the primary system).

2. The primary system then checks to see if no portion of the log following trunc_eol has been truncated at its site. If this is true, then the primary system simply starts shipping log records to the secondary system $s_2$ from trunc_eol onwards. It also sets sec_syncd to "1" persistently. The secondary system, in turn, recovers the databases by applying log records in its stable log until trunc_eol and then begins applying the log records that it receives from the primary system. It also persistently notes its state as "secondary."

3. If, however, certain log records following trunc_eol, at the primary system $s_1$ have been truncated, then the secondary system is re-initialized after setting its state to "none." To re-initialize the secondary system, the primary system preferably transmits the entire database to the secondary system, which can be obtained by performing a conventional archive operation, and only log records following start_eol, which is the minimum needed log start point for recovering from the archive. The secondary system restores its entire database, including ATT, from the archive and then begins applying log records shipped to it by the primary system. The log records are appended to the secondary system's stable log beginning from start_eol. Re-initialization is completed at the secondary system once all log records between start_eol and the eol stored with the ATT have been transferred to stable storage at the secondary system. Once re-initialization is complete, the secondary system sets its state to "secondary" and the primary system sets sec_syncd to "1."

From the foregoing, several simple observations can be made that hold true at every point during the execution of the system.

1. For at least one of the two systems, state is "primary."

2. It is never the case that state is "primary" and sec_syncd is "1" for both systems.

3. If neither of the systems has state set to "none," then the portion of the log at both systems is identical with min (min_eol$_1$, min_eol$_2$)

For the 2-safe approach, the conditions that need to hold so that no committed transactions need to be rolled back can be identified as follows:

1. Of the two systems, the system with state equal to "primary" and sec_syncd equal to "0" is always the one that is started up in "primary" mode.

US 6,205,449 B1

7

2. A system with state set to "primary" and sec_syncd equal to "1" can be started up in "primary" mode only if either the state of the other system is "secondary," or the state of the other system is not "primary" with sec_syncd equal to "0."

The foregoing conditions ensure that two sites in the "primary" state with sec_syncd equal to "0" can never exist.

For purposes of completeness, the following provides a description of multi-level recovery concepts and a single-site main memory recovery scheme. The centralized scheme described hereinafter is an overview of the scheme presented in the above-cited U.S. Pat. No. 5,845,272 issued to Bohannon, el al. That scheme also addresses multi-level recovery and a fuzzy checkpointing method in which only dirty pages are written.

Using the multi-level recovery scheme, data is logically organized into "regions." A region can be a tuple, an object or an arbitrary data structure like a list or a tree. Each region has a single associated lock with exclusive ("X") and shared ("S") modes, referred to as a "region lock," that guards accesses and updates to the region.

Multi-level recovery provides recovery support for enhanced concurrency based on the semantics of operations. Specifically, multi-level recovery permits the use of weaker "operation" locks in place of stronger shared/exclusive region locks. A common example of the use of region locks is index management, where holding physical locks until transaction commit leads to unacceptably low levels of concurrency. If undo logging has been done physically, e.g., recording exactly which bytes were modified to insert a key into the index, then the transaction management system must ensure that the physical undo descriptions are valid until transaction commit. Since the descriptions refer to specific updates at specific positions, this typically implies that the region locks on the updated index nodes be held to ensure correct recovery, in addition to considerations for concurrent access to the index.

The multi-level recovery approach is to replace low-level physical undo log records with higher level logical undo log records containing undo descriptions at the operation level. Thus, for an insert operation, physical undo records would be replaced by a logical undo record indicating that the inserted key must be deleted. Once this replacement is made, the region locks may be released and only the less restrictive operation locks are retained. For example, region locks on the particular nodes involved in an insert can be released, while an operation lock on the newly inserted key that prevents the key from being accessed or deleted is held.

Turning now to FIG. 2, illustrated is an exemplary architecture of the data structures used for recovery purposes. The database 210, which may be a sequence of fixed size pages, is mapped into the address space of each process and is located in main memory 201, with two checkpoint images Ckpt_A and Ckpt_B located on disk 202. Also stored on disk 202 are cur_ckpt, an "anchor" pointing to the most recent valid checkpoint image for the database, and a single system log, containing redo information, having a stable system log portion 205 on disk 202 and a tail 220 in main memory 201. The variable end_of_stable_log 230 stores a pointer into the system log such that all records prior to the pointer are known to have been flushed to the stable system log 205.

A single ATT 240 stores a redo log 250 and undo log 255 for active transactions. A dirty page table ("dpt") 260, maintained in main memory 201, records the pages that have been updated since the last checkpoint. The ATT, with undo logs, and the dirty page table are also stored with each

8

checkpoint. The dirty page table in a checkpoint is referred to as ckpt_dpt.

"Transactions," in the model described herein, consist of a sequence of operations. It is assumed that each operation has a level $L_i$ associated with it. An operation at level $L_i$ can consist of a sequence of operations at level $L_{i-1}$. Transactions, which are assumed to be at level $L_n$, call operations at level $L_{n-1}$. Physical updates to regions are level $L_0$ operations. Transactions can be distinguished as "pre-commit," e.g., when the commit record enters the system log in memory establishing a point in the serialization-order, and "commit," e.g., when the commit record hits the stable log. The same terminology can be used for operations, where only the pre-commit point is meaningful, though this can also be referred to as an "operation commit."

Each transaction obtains an "operation" lock before an operation executes (the lock is granted to the operation if it commutes with other operation locks held by active transactions), and $L_0$ operations must obtain region locks. The locks on the region are released once the $L_1$ operation pre-commits. An operation lock at level $L_i$, however, is held until the transaction or the containing operation (at level $L_{i+1}$) pre-commits. Thus, all the locks acquired by a transaction are released once it pre-commits.

The recovery algorithm maintains a separate undo log 255 and redo log 250 in main memory 201 for each transaction. In one embodiment, the logs are stored as a linked list off an entry for the transaction in the ATT 240. Each update (to a part of a region) generates physical undo and redo log records that are appended to the transaction's undo and redo logs, respectively. When a transaction/operation pre-commits, all the redo log records for the transaction in its redo log are appended to the system log, and the logical undo description for the operation is included in the operation commit log record in the system log. Thus, with the exception of logical undo descriptors, only redo records are written to the system log during normal processing.

In addition, when an operation pre-commits, the undo log records for its suboperations/updates are deleted from the transaction's undo log and a logical undo log record containing the undo description for the operation is appended. In-memory undo logs of transactions that have pre-committed are deleted since they are not required again. Locks acquired by an operation/transaction are released once the operation/transaction pre-commits.

The system log is flushed to disk when a transaction commits. Pages updated by every redo log record written to disk are marked dirty in the dirty page table 260 by the flushing procedure. In the recovery scheme described herein, update actions do not obtain latches on pages. Instead, region locks ensure that updates do not interfere with each other. In cases when region sizes change, certain additional region locks on storage allocation structures may need to be obtained. For example, in a page based system, if an update causes the size of a tuple to change, then in addition to a region lock on the tuple, an X mode region lock on the storage allocation structures on the page must be obtained. In addition, actions that are normally taken on page latching, such as setting of dirty bits for the page, are now performed based on log records written to the redo log 250. The redo log 250 is used as a single unifying resource to coordinate the applications interaction with the recovery system.

Consistent with the terminology in main memory databases, the term "checkpoint" is defined to mean a copy of main memory 201, stored on disk 202, and "checkpointing" refers to the action of creating a checkpoint.

Many conventional recovery schemes implement write-ahead logging ("WAL"), whereby all undo logs for updates

9

on a page are flushed to disk before the page is flushed to disk. To guarantee the WAL property, a latch on the page (or possibly on the system log) is held while copying the page to disk. In the novel recovery scheme described herein, latches are eliminated on pages during updates, since latching can significantly increase access costs in main memory. Latching can also interfere with normal processing, in addition to significantly increasing programming complexity. As a result, however, it is not possible to enforce the write-ahead logging policy, since pages may be updated even as they are being written out.

For correctness, in the absence of write-ahead logging, two copies of the database images are stored on disk, and alternate checkpoints write dirty pages to alternate copies. This strategy, called "ping-pong checkpointing," permits a checkpoint that is being created to be temporarily inconsistent, i.e., updates may have been written out without corresponding undo records having been written. After writing out dirty pages, however, sufficient redo and undo log information is advantageously written out to bring the checkpoint to a consistent state. Thus, even if a failure occurs while creating one checkpoint, the other checkpoint is still consistent and can be used for recovery.

Those skilled in the art will recognize that keeping two copies of a main memory database on disk for ping-pong checkpointing does not have a very high space penalty, since disk space is much cheaper than main memory. As described hereinafter, however, there is an input/output ("I/O") penalty because dirty pages have to be written out to both checkpoints even if there was only one update on the page. This penalty, however, is small for hot pages, and the benefits outweigh the I/O cost for typical main memory database applications.

Before writing any dirty data to disk, the checkpoint notes the current end of the stable log in the variable end_of_stable_log (which is stored with the checkpoint). This is the start point for scanning the system log when recovering from a failure using this checkpoint. Next, the contents of the (in-memory) Ckpt_dpt are set to those of the dpt and the dpt is zeroed. The noting of end_of_stable_log and zeroing of dpt are done atomically with respect to flushing. The pages written out are the pages that were either dirty in the ckpt_dpt of the last completed checkpoint, dirty in the current (in-memory) ckpt_dpt or dirty in both. In other words, all pages that were modified since the current checkpoint image was last written, namely, pages that were dirtied since the last-but-one checkpoint, are written out. This is necessary to ensure that updates described by log records preceding the current checkpoint's end_of_stable_log have made it into the database image in the current checkpoint.

Checkpoints write out dirty pages without obtaining any latches and thus without interfering with normal operations. This "fuzzy" checkpointing is possible since physical redo log records are generated by all updates. These are used during restart recovery and their effects are idempotent. For any uncommitted update whose effects have made it to the checkpoint image, undo log records are written out to disk after the database image has been written. This is performed by checkpointing the ATT after checkpointing the data. The checkpoint of the ATT writes out undo log records, as well as other status information.

At the end of checkpointing, a log flush must be done before declaring the checkpoint completed (and consistent) by toggling cur_ckcp to point to the new checkpoint. This is because undo logs are deleted on transaction/operation pre-commit, which may happen before the checkpoint of the

10

ATT. If the checkpoint completes, and the system then fails before a log flush, then the checkpoint may contain uncommitted updates for which there is no undo information. The log flush ensures that the transaction/operation has committed, and so the updates will not have to be undone (except perhaps by a compensating operation, for which undo information will be present in the log).

When a transaction aborts, i.e., fails to complete execution successfully, updates/operations described by log records in the transaction's undo log are undone by traversing the undo log sequentially from the end. Transaction abort is carried out by executing, in reverse order, every undo record as if the execution were part of the transaction.

Following a philosophy of "repeating history," new physical redo log records are advantageously created for each physical undo record encountered during an abort. Similarly, for each logical undo record encountered, a new "compensation" or "proxy" operation is executed based on the undo description. Log records for updates performed by the operation are generated the same as log records during normal processing. Furthermore, when a proxy operation commits, all its undo log records are deleted along with the logical undo record for the operation that was undone. The commit record for a proxy operation serves a purpose that may be described by the term "compensation log record" ("CLR"), e.g., when the commit record is encountered during restart recovery, the logical undo log record for the operation that was undone is deleted from the transaction's undo log, thus preventing the operation from being undone again.

The last issue to be addressed herein is recovery. In a restart recovery, after initializing the ATT and transaction undo logs with the ATT and undo logs stored in the most recent checkpoint, the database image is loaded and dpt is set to zero. As part of the checkpoint operation, the end of the system log on disk is noted before the database image is checkpointed, and becomes the "begin-recovery-point" for this checkpoint once the checkpoint has completed. All updates described by log records preceding this point are guaranteed to be reflected in the checkpointed database image. Thus, during restart recovery, only redo log records following the begin-recovery-point for the last completed checkpoint of the database are applied, with appropriate pages in dpt being set to dirty for each log record. During the application of redo log records, necessary actions are taken to keep the checkpointed image of the ATT consistent with the log as it is applied. These actions mirror the actions taken during normal processing. For example, when an operation commit log record is encountered, lower level log records in the transaction's undo log for the operation are replaced by a higher level undo description.

Once all the redo log records have been applied, the active transactions are rolled back. To do this, all completed operations that have been invoked directly by the transaction, or have been directly invoked by an incomplete operation have to be rolled back. The order in which operations of different transactions are rolled back, however, is very important, so that an undo at level $L_i$ sees data structures that are consistent. First, all operations, across all transactions, at $L_0$ that must be rolled back are rolled back, followed by all operations at level $L_1$, then $L_2$, etc.

Those skilled in the art will recognize that for certain uncommitted updates present in the redo log, undo log records may not have been recorded during the checkpoint. This could happen, for instance, when an operation executes and commits after the checkpoint, and the containing transaction has not committed. This is not a problem, however,

11

since the undo description for the operation would have been found earlier during recovery in operation commit log records during the forward pass over the system log. Any redo log records for updates performed by an operation whose commit log record is not found in the system log are ignored, since the records must be due to a failure during flush and are at the tail of the system log.

Although the present invention has been described in detail, those skilled in the art should understand that they can make various changes, substitutions and alterations herein without departing from the spirit and scope of the invention in its broadest form.

What is claimed is:

1. For use with a primary database residing on a primary computer, said primary computer being couplable to a secondary computer having a secondary database, a system for allowing said secondary computer to operate as a hot spare for said primary computer, comprising:

a transaction logger, associated with said primary database, that maintains log records of transactions involving persistent data in said primary database; and

a transaction processor, associated with said primary database, that transmits a portion of said log records to said secondary computer to allow said secondary computer to commit said portion of said log records to said secondary database, said secondary database being able to, upon failure of said primary database, automatically redesignate to function in a primary database mode, said primary database being able to, upon resolution of said failure, automatically redesignate to function in a secondary database mode.

2. The system as recited in claim 1 wherein said transaction processor transmits all of said log records to said secondary computer to allow said secondary computer to commit said all of said log records to said secondary database, said secondary database thereby mirroring said primary database.

3. The system as recited in claim 1 wherein said transaction processor commits one of said log records without waiting until said secondary computer has acknowledged having committed said one of said log records.

4. The system as recited in claim 1 wherein said transaction processor waits to commit one of said log records until said secondary computer has acknowledged having committed said one of said log records.

5. The system as recited in claim 1 wherein said transaction logger maintains said log records in a primary stable log, said secondary computer capable of synchronizing to said primary stable log.

6. The system as recited in claim 1 wherein a computer network couples said primary and secondary computers.

7. For use with a primary database residing on a primary computer, said primary computer being couplable to a secondary computer having a secondary database, a method of allowing said secondary computer to operate as a hot spare for said primary computer, comprising the steps of:

maintaining log records of transactions involving persistent data in said primary database;

transmitting a portion of said log records to said secondary computer to allow said secondary computer to commit said portion of said log records to said secondary database;

designating a state of said primary and secondary computers with a first parameter associated with said primary and secondary databases;

automatically redesignating said secondary database to function in a primary database mode upon failure of said primary database; and

12

automatically redesignating said primary database to function in a secondary database mode upon resolution of said failure.

8. The method as recited in claim 7 wherein said step of transmitting comprises the step of transmitting all of said log records to said secondary computer to allow said secondary computer to commit said all of said log records to said secondary database, said secondary database thereby mirroring said primary database.

9. The method as recited in claim 7 further comprising the step of committing one of said log records without waiting until said secondary computer has acknowledged having committed said one of said log records.

10. The method as recited in claim 7 further comprising the step of waiting to commit one of said log records until said secondary computer has acknowledged having committed said one of said log records.

11. The method as recited in claim 7 further comprising the step of automatically redesignating said primary database to function in a secondary database mode upon resolution of said failure.

12. The method as recited in claim 7 further comprising the step of maintaining said log records in a primary stable log, said secondary computer capable of synchronizing to said primary stable log.

13. The method as recited in claim 7 wherein said step of transmitting is carried out over a computer network coupling said primary and secondary computers.

14. A database management system (DBMS), comprising:

a primary database residing on a primary computer;

a secondary database residing on a secondary computer coupled to said primary computer; and

a system that allows said secondary database to mirror said primary database, including:

a transaction logger, associated with said primary database, that maintains log records of transactions involving persistent data in said primary database, and

a transaction processor, associated with said primary database, that transmits a portion of said log records to said secondary computer to allow said secondary computer to commit said portion of said log records to said secondary database, said secondary database thereby mirroring said primary database, said secondary database being able to, upon failure of said primary database, automatically redesignate to function in a primary database mode, said primary database being able to, upon resolution of said failure, automatically redesignate to function in a secondary database mode.

15. The DBMS as recited in claim 14 wherein said transaction processor commits one of said log records without waiting until said secondary computer has acknowledged having committed said one of said log records.

16. The DBMS as recited in claim 14 wherein said transaction processor waits to commit one of said log records until said secondary computer has acknowledged having committed said one of said log records.

17. The DBMS as recited in claim 14 wherein said transaction logger maintains said log records in a primary stable log, said secondary computer capable of synchronizing to said primary stable log.

18. The DBMS as recited in claim 14 wherein a computer network couples said primary and secondary computers.

19. The DBMS as recited in claim 14 wherein said transaction processor transmits all of said log records to said secondary computer to allow said secondary computer to commit said all of said log records to said secondary database, said secondary database thereby mirroring said primary database.

* * * * *

# Exhibit J



(12) **United States Patent**
Baulier et al.

(10) Patent No.: **US 6,502,133 B1**
(45) Date of Patent: **Dec. 31, 2002**

(54) **REAL-TIME EVENT PROCESSING SYSTEM WITH ANALYSIS ENGINE USING RECOVERY INFORMATION**

(75) Inventors: **Gerald D. Baulier**, Stanhope, NJ (US); **Stephen M. Blott**, Gillette, NJ (US); **Philip L. Bohannon**, Mt. Tabor, NJ (US); **Benson L. Branch**, Reynoldsburg, OH (US); **Thomas M. Cliff, Jr.**, Granville, OH (US)

(73) Assignee: **Lucent Technologies Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/276,221**

(22) Filed: **Mar. 25, 1999**

(51) **Int. Cl.$^7$** ............................................. **G06F 13/00**
(52) **U.S. Cl.** ...................................................... **709/224**
(58) **Field of Search** ................................. 709/200, 223, 709/224; 714/100, 1, 2, 15, 16, 17, 18, 19, 20, 21, 37, 38, 48, 43

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,751,798 A    5/1998 Mumick et al.
5,828,845 A   10/1998 Jagadish et al.

OTHER PUBLICATIONS

G.D. Baulier et al., "Sunrise: A Real–Time Event–Processing System," Bell Labs Technical Journal, pp. 3–18, Jan.–Mar., 1998.
J. Baulier et al., "A Database System for Real–Time Event Aggregation in Telecommunication," Proceedings of the 24th VLDB Conference, New York, USA, 3 pages, 1998.
H.V. Jagadish et al., "View Maintenance Issues for the Chronicle Data Model," Proc. ACM SIGACT–SIGMOD–SIGART Symp. on Principles of Database Systems (PODS), San Jose, Calif., pp. 113–124, May 1995.

N.H. Gehani et al., "Event Specification in an Active Object–Oriented Database," AT&T Bell Labs Technical Journal, pp. 81–90, 1992.

X. Qian et al., "Incremental Recomputation of Active Relational Expressions," IEEE Transactions on Knowledge and Date Engineering, vol. 3, No. 3, pp. 337–341, Sep. 1991.

(List continued on next page.)

Primary Examiner—Robert B. Harrell
(74) Attorney, Agent, or Firm—Ryan, Mason & Lewis, LLP

(57) **ABSTRACT**

A real-time event processing system (EPS) for processing a sequence of events generated by one or more applications. In an illustrative embodiment, the EPS includes a set of real-time analysis engines (RAEs) operating in parallel, e.g., a set of clusters each including one or more RAEs, and one or more mappers for mapping a given input event to a particular one of the clusters. A main-memory database system is coupled to the RAEs, and the RAEs process events associated with input streams from one or more data sources and deliver output streams to one or more data sinks. The data source and data sinks may be, e.g., network elements, clients, databases, etc. The events are processed in accordance with services implemented in the RAEs, and utilize data stored in a memory portion of the main-memory database system accessible to the RAEs. The data may include, e.g., a subscription table storing subscription information indicating the service or services that should be executed for a given event. The services are generated in a service authoring environment (SAE) in the EPS, using a declarative language. The SAE generates the services in the form of object code components, e.g., dynamically linked libraries, which may be dynamically linked into the RAEs without interrupting event processing. Recovery information regarding a recovery point for a given RAE or set of RAEs in the EPS may be stored in a memory portion of the main-memory database system, and utilized to implement a roll-back of the RAE to the recovery point.

**21 Claims, 13 Drawing Sheets**

```
SL  ::=   NOTHING

      | serviceId

      | SL_1; SL_2

      | DELEGATE subscriberId

      | IF serviceId SL_1 [ ELSE SL_2 ]

      | serviceId* EXCLUDE SL

      | serviceId* PREREQUISITE SL

      | FIRST eventName+ SL*

      | MAXIMUM eventName expression SL*

      | MIMIMUM eventName expression SL*
```

OTHER PUBLICATIONS

P.L. Bohannon et al., "The Architecture of the Dalí Main Memory Storage Manager," Bell Labs Tech. J., vol. 2, No. 1, pp. 1–36, 1997.

H.V. Jagadish et al., "Dalí: A High Performance Main Memory Storage Manager," Proc. Intl. Conf. on Very Large Databases (VLDB), Santiago, Chile, pp. 1–12, Sep. 1994.

D. DeWitt et al., "Implementation Techniques for Main–Memory Database Systems," Proc. ACM SIGMOD Intl. Conf. on Management of Data, Boston, Mass., pp. 1–8, Jun. 1984.

T.J. Lehman and M.J. Carey, "A Study of Index Structures for Main–Memory Database Management Systems," Proc. Intl. Conf. on Very Large Databases (VLDB), Kyoto, Japan, Aug. pp. 294–303, 1986.

T.J. Lehman et al., "An Evaluation of Starburst's Memo-ry–Resident Storage Component," IEEE Transactions on Knowledge and Data Engineering, vol. 4, No. 6, pp. 555–556, Dec. 1992.

K. Salem et al., "System M: A Transaction Processing Testbed for Memory Resident Data," IEEE Transactions on Knowledge and Data Engineering, vol. 2, No. 1, pp. 161–172, Mar. 1990.



*FIG. 1*



*FIG. 2*



FIG. 3



FIG. 4

*FIG. 5A*

```
declare
  concrete record type    custBalance
  custBalanceType {
    idType        custId;
    moneyType     balance;
    durationType  totalMinutes;
  };
create
  base table              custBalance
  of custBalanceType;
```

*FIG. 5B*

```
declare
  concrete record type
  CDRNormalType {
    idType          custId;
    phoneNumType    destNumber;
    timesStampType  callTStamp;
    durationType    duration;
    moneyType       rate;
    moneyType       charge;
  };
create
  chronicle CDROutput
  of CDRNormalType;
```

*FIG. 5C*

```
declare
  concrete record type
  custChargeType {
    idType        custID;
    moneyType     balance;
  };
create
  view totalCustCharge
  as select
    custID,
    SUM (charge) as balance
    from CDROutput,
    group by custId;
```

*FIG. 6*

```
create service steppedPrice {
    declare
        concrete record type rateTableType {
            durationType lowVol;
            durationType highVol;
            rateType     rate;
        };

        declare base table rateTable
          of rateTableType;

        handle callSetup {
            .
            .
            .
        };
    };
```

```
    handle callCompletion {
        durationType useg;
        rateType     rate;
        set useg = pick from
                    select  totalMinutes
                    from    custBalance
                    where   custId = cdr.custId;
        set rate = pick from
                    select  rate
                    from    rateTable
                    where   lowVol < useg
                            and useg <= highVol;
        set cdr.charge  = cdr.charge +
                            rate * cdr.duration;
        set cdr.rate    = cdr.rate * rate;
    };
};
```

*FIG. 7*



*FIG. 8A*

*FIG.  8B*

| subscriberId | startTimeStamp | endTimeStamp | subscription |
|---|---|---|---|
| Frank | 1/1/97 | 3/31/97 | – a – |
| Frank | 4/1/97 | 12/31/97 | – b – |
| Steve | 6/30/97 | 6/30/98 | – c – |
| preprocessingSub | 1/1/97 | 12/31/98 | – d – |
| postProcessingSub | 1/1/97 | 12/31/98 | – e – |

*FIG.  9*

```
SL    ::=    NOTHING

      | serviceId

      | SL_1; SL_2

      | DELEGATE subscriberId

      | IF serviceId SL_1 [ ELSE SL_2 ]

      | serviceId* EXCLUDE SL

      | serviceId* PREREQUISITE SL

      | FIRST eventName+ SL*

      | MAXIMUM eventName expression SL*

      | MIMIMUM eventName expression SL*
```

## FIG. 10A

```
declare concrete record type            declare
  exampleCDRType1  {                      concrete record type CDRNormalType  {
    intType         format;                   idType            custId;
    idType          custId;                    phoneNumberType   destinationNumber;
    phoneNumberType destinationNumber;        timestampType     callTimestamp;
    durationType    duration;                 durationType      duration;
    dateType        calldate;                 dollarCentType    rate;
    timeType        callTime;                 dollarCentType    charge;
    idType          sensor;                };
} with key format == 0x0001;
                                        create normalization of exampleCDRType1
declare concrete record type              as CDRNormalType with  {
  exampleCDRType2  {                          callTimestamp     = mkTS (callDate,callTime);
    intType         format;             };
    idType          custId;
    dateType        callDate;           create normalization of exampleCDRType2
    timeType        callTime;              as CDRNormalType  {
    intType         hours;                  duration          = minutes + 60 * hours
    intType         minutes;                callTimestamp     = mkTS (callDate,callTime);
    phoneNumberType destinationNumber;  };
} with key format == 0x0002;
```

## FIG. 10B

```
declare concrete record type
  CDRNormalBaseType  {
      dollarCentType rate;
      dollarCentType charge;
  } ;
declare abstract record type CDRNormalType
  under CDRNormalBaseType  {
      idType custId;
      phoneNumberType destinationNumber;
      timeStampType callTimestamp;
      durationType duration;
  } ;
```



*FIG. 11*



FIG. 12



FIG. 13



*FIG. 14*



FIG. 15

1

# REAL-TIME EVENT PROCESSING SYSTEM WITH ANALYSIS ENGINE USING RECOVERY INFORMATION

## RELATED APPLICATIONS

The present application is related to U.S. patent application Ser. No. 09/276,339 filed Mar. 25, 1999, entitled "Real-Time Event Processing System for Telecommunications and Other Applications," U.S. patent application Ser. No. 09/276,340 filed Mar. 25, 1999, entitled "Real-Time Event Processing System with Subscription Model," and U.S. patent application Ser. No. 09/276,218 filed Mar. 25, 1999, entitled "Real-Time Event Processing System with Service Authoring Environment," all filed concurrently herewith.

## FIELD OF THE INVENTION

The present invention relates generally to real-time event processing, and more particularly to methods, apparatus and systems for processing real-time events in applications such as telecommunications and computer networks.

## BACKGROUND OF THE INVENTION

Many event-processing systems have real-time performance requirements that cannot be met by conventional general-purpose database management systems. In telecommunications applications, for example, a variety of adjunct switching services such as debit-based billing, number mapping, call forwarding, and local-number portability involve event processing during the critical call-connection phase of a telephone call. To meet the real-time requirements of the network, the service time for such events generally must not exceed a few milliseconds. However, with conventional database technology, the costs of invoking a structured query language (SQL) operation over a client-server interface, or the costs associated with a single access to secondary storage, can account for hundreds of milliseconds. As a consequence, performance goals on the order of a few milliseconds may already be unattainable even before the costs of the event processing logic are taken into account.

These limitations have led to the use of custom database systems for many high-performance real-time event processing applications. Custom systems are typically tightly coupled to their particular applications, and are tuned to the specific requirements of those applications. These solutions generally work well in practice, and can provide close to optimal performance. However, they also have a number of serious disadvantages. For example, the cost of developing and maintaining custom systems can be high, and generally cannot be amortized across a number of different applications. Moreover, custom systems are frequently inflexible. It can become difficult or even impossible to adapt a custom system to unforeseen or evolving requirements.

A need therefore exists for an improved real-time event processing system which provides the performance benefits of custom database systems, without sacrificing the flexibility and maintainability typically associated with conventional general-purpose database systems.

## SUMMARY OF THE INVENTION

The invention provides a general-purpose real-time event processing system (EPS) which avoids the problems associated with custom systems. The EPS in an illustrative embodiment meets real-time performance goals through the use of one or more real-time analysis engines (RAEs) operating in conjunction with a main-memory storage manager as its underlying database system. The main-memory storage manager offers transactional access to persistent data, but at the speed of a main-memory system. The EPS also incorporates a recovery model which stores recovery information in order to facilitate roll-back to a recovery point after an RAE failure.

In accordance with the invention, recovery information regarding a recovery point for a given RAE or set of RAEs in an EPS is stored in a memory portion of the main-memory database system of the EPS. Serial tags are assigned to the events, e.g., in a monotonically increasing sequence, in accordance with an arrival order of the events, and the tags and the corresponding events are stored in an event log of the EPS. The recovery information stored in the memory of the main-memory database system includes the serial tag for each event for which processing in the real-time analysis engine has reached a commit operation. After an event is processed and the results of the processing stored in an external database storage element, e.g., a data warehouse or enterprise store, the serial tag of the event is stored in a serial tag log associated with that storage element. In the event of a failure of the given RAE, the serial tags stored in the memory portion of the main-memory database system and the serial tags stored in the serial tag log of the external database storage element are utilized, in conjunction with stored event information from the event log, to implement a roll-back of the RAE to the recovery point.

A real-time EPS in accordance with the invention provides a critical path for event processing that is specifically designed for high performance, while also retaining many desirable features of conventional database systems, including high-level, declarative programming interfaces, and the well-known transactional correctness properties of atomicity, consistency, isolation and durability (ACID). These features of the invention enhance the reliability, robustness, usability and maintainability of the real-time EPS and the applications built thereon.

The invention can be used in conjunction with any event processing application, including, for example, telecommunications, electronic commerce, and Internet service provisioning applications. For example, in a telecommunications application, the invention can be configured to provide a basis for features such as enhanced billing systems, fraud detection and prevention, local-number portability, settlements among service providers and real-time traffic analysis.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an illustrative embodiment of the invention including a real-time event processing system.

FIG. 2 shows a more detailed view of the real-time event processing system of FIG. 1.

FIG. 3 illustrates parallel processing which may be implemented in the real-time event processing system of FIG. 1.

FIG. 4 illustrates the interaction between a service authoring environment (SAE) and a real-time analysis engine (RAE) in the real-time event processing system of FIG. 2.

FIGS. 5A, 5B and 5C show table-definition examples for use in the SAE of FIG. 4.

FIG. 6 shows an example of a service that may be implemented using the SAE of FIG. 4.

FIG. 7 shows a sample service/handler matrix that may be utilized in the SAE of FIG. 4.

US 6,502,133 B1

3

FIG. 8A illustrates the relationship between verbose and compact subscription tables in a subscription model.

FIG. 8B shows an example of a compact subscription table suitable for use in a real-time event processing system.

FIG. 9 shows the syntax of an illustrative subscription language.

FIGS. 10A and 10B illustrate input stream authoring a simplified call detail record (CDR) stream with two different record formats.

FIG. 11 shows another illustrative embodiment of the invention, based on scalable clusters of RAEs.

FIGS. 12, 13, 14, and 15 illustrate exemplary event processing, recovery point establishment, cluster recovery and cluster process recovery procedures, respectively, which may be implemented in a real-time event processing system.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows an illustrative embodiment of an information processing system 10 in accordance with the invention. The system 10 includes a real-time event processing system (EPS) 12, a data warehouse/enterprise store (DW/ES) 14 including archive data and disk-resident database system 15, a real-time component 16, and one or more applications 18, e.g., billing, fraud detection/prevention, etc. The real-time EPS 12 includes a main-memory database system 20, which may be, e.g., a DataBlitz™ system to be described in more detail below. The real-time EPS 12 processes events on behalf of the real-time component 16, which may be, e.g., a network switch, a service control point (SCP) or other element of a communication system or network, and maintains summary and aggregation data over those events.

In order to meet real-time performance goals, the data necessary for event processing is stored in the main-memory database system 20 of EPS 12. Due to space limitations in the main-memory database system 12, individual processed-event records are typically sent to the DW/ES 14 for archiving. Archived data may be used later for non-real-time tasks, such as auditing, data mining, and reprocessing (e.g., if all processing cannot be performed when the event occurs). The DW/ES 14 may be, e.g., a commercially available relational database management system (DBMS), and may comprise either a data warehouse, an enterprise store, or both, as well as other arrangements of conventional data storage elements. The term "event" as used herein is intended to include any type of transaction involving contents of a database system, such as, for example, a group of read, update, delete and/or modify operations.

The real-time EPS 12 in the illustrative embodiment requires space complexity to be bounded over any sequence of events, regardless of the number of events in the sequence. Although this assumption limits the class of processing that can be supported in the illustrative embodiment, other embodiments need not be subject to this assumption, i.e., the assumption is not a requirement of the invention. It should be noted that certain existing telecommunication pricing plans cannot be wholly realized within the illustrative embodiment of EPS 12 because they have unbounded space complexity. For example, a pricing plan that awards a discount for the phone number a customer calls the most in a particular billing cycle has unbounded space complexity, because determining which number is called the most requires maintaining statistical information that grows with each new number called.

In general, the EPS 12 in the illustrative embodiment stores configuration data, summary data and aggregation

4

data. Configuration data is read-only data that supports event processing, and may include, e.g., rating tables, customer information or routing information. Summary data provides condensed information about processed events, such as histograms, or counts of events satisfying some property. Aggregation data combines information such as counts, averages, minimums, maximums and totals over all processed events. Typically, summary data and aggregation data are updated as events are processed, but configuration data is not.

The real-time component 16 may be coupled to the EPS 12 via a local area network, a metropolitan area network, a wide area network, a global data communications network such as the Internet, a private "intranet" or "extranet" network or any other suitable data communication medium. As noted previously, the real-time component 16 may be a switch or other element of such a network. Other examples of real-time components which may interact with the EPS 12 include automatic teller machines or desktop personal computers, portable computers, personal digital assistants (PDAs) or other mobile computing devices, or any other type of digital data processors. The EPS 12 itself may be implemented in whole or in part using a computer or other type of digital data processor. For example, the EPS 12 may be implemented as one or more personal, micro or mainframe computers, workstations, microprocessors, central processing units (CPUs), application-specific integrated circuits (ASICs) or other digital data processors, as well as various portions or combinations thereof. The EPS 12 may utilize electronic, magnetic or optical storage media, or various combinations thereof.

FIG. 2 shows a more detailed view of the real-time EPS 12 of FIG. 1. The EPS 12 in this embodiment includes a real-time analysis engine (RAE) 22 and a service authoring environment (SAE) 24. Each of these elements will be described in detail below.

### Real-Time Analysis Engine (RAE)

The RAE 22 in the illustrative embodiment is a single-site database system kernel adapted to meet the needs of high-throughput, real-time systems, and serves as the real-time event processing and aggregation engine of the EPS 12. High throughput may be achieved by allowing several RAEs to run in parallel, as will be illustrated in conjunction with FIG. 3. Real-time responsiveness is achieved by storing configuration, summary and aggregation data in a main-memory store, which provides transactional access to persistent data at main-memory speeds.

The RAE 22 interacts with one or more application-specific front ends 25 associated with the applications 18 of FIG. 1, receives input streams from a data source 26, and delivers output streams to a data sink 28. The data source may represent, e.g., a switch, SCP or other network element of the real-time component 16, a client associated with application(s) 18, or the DW/ES 14. The RAE 22 processes using a set of application-specific services 30, which are authored using the SAE 24. The RAE 22 includes a memory store 32 which stores a subscription table 34, as well as the above-described configuration data 36 and summary data 38. The set of services invoked for event processing in this embodiment is subscription based, and makes use of the subscription table 34 and a subscription model, which will be described in greater detail below. The side effects of event processing are updates to the aggregation and summary data. Outputs of the RAE 22 are delivered to the data sink 28, which may represent, e.g., a switch, SCP or other network

5

element of the real-time component **16**, a client associated with application(s) **18**, or DW/ES **14**. Other examples of data sources or data sinks include the examples of the real-time component **16** and EPS **12** given previously, e.g., computers or other types of digital data processors.

Memory Store

The memory store **32** in RAE **22** of FIG. **2** will now be described in greater detail. In this embodiment, the memory store **32** is shown as within the RAE, and is part of the main-memory database system **20** of FIG. **1**. The other portions of the main-memory database system **20** of FIG. **1** are designated as main-memory database system **20'** in FIG. **2**. The memory store **32** is persistent, and offers all the atomicity, consistency isolation and durability (ACID) guarantees of a conventional database system. It is used to store the configuration, summary and aggregation data which supports event processing. As such, the performance of the memory store is critical to the performance of RAE as a whole.

In order to meet real-time performance requirements, the memory store **32** may be based on a single-site, main-memory storage manager offering transactional access to persistent data at main-memory speeds, such as the above-noted DataBlitz™ main-memory database system. Certain aspects of main-memory database systems are described in greater detail in, e.g., P. L. Bohannon et al., "The Architecture of the Dalí Main Memory Storage Manager," Bell Labs Tech. J., Vol. 2, No. 1, pp. 36–47, Winter 1997, and H. V. Jagadish et al., "Dalí: A high performance main memory storage manager," Proc. Intl. Conf. on Very Large Databases (VLDB), Santiago, Chile, September 1994, pp. 48–59, both of which are incorporated by reference herein. Additional details regarding the DataBlitz™ system may be found in "DataBlitz™ Storage Manager Administration and Operations Guide," Issue 1.1, Lucent Technologies Inc., January 1998, which is incorporated by reference herein.

In conventional disk-resident database systems, only a small part of a database is buffered in memory at any point in time. The rest is accessed on secondary storage when and if it is required. A single disk access can account for from tens to hundreds of milliseconds, making real-time performance very difficult to achieve. The DataBlitz™ system, on the other hand, has been designed under the assumption that the entire database resides in main memory. This assumption is becoming attractive for many applications as memory prices fall and machines with gigabytes of main memory become increasingly affordable. Moreover, the data structures, algorithms and architecture of DataBlitz™ system are designed under the assumption of main-memory residency, which provides additional performance improvements.

The DataBlitz™ system also incorporates several special features for on-line event processing. For example, a technique known as "ping-pong checkpointing" allows a consistent database state to be recorded in non-volatile storage without interrupting regular event processing. The DataBlitz™ system supports so-called "hot spares," which provide availability, even in the presence of single-site failures. A hot spare is run in parallel to and up-to-date with a primary site. Should the primary site fail, the spare is available to take over its workload more-or-less immediately. Although this helps to shield applications from many of the effects of single-site failures, such failures may nonetheless have real-time implications and an impact at the application level.

6

Additional details regarding main-memory database systems suitable for use with the EPS **12** of FIG. **1** can be found in. e.g., D. DeWitt et al., "Implementation techniques for main-memory database systems," Proc. ACM SIGMOD Intl. Conf. on Management of Data, Boston, Mass., pp. 1–8, June 1984, T. J. Lehman and M. J. Carey, "A study of index structures for main-memory database management systems," Proc. Intl. Conf. on Very Large Databases (VLDB), Kyoto, Japan, August 1986, pp. 294–303, and T. J. Lehman et al., "An evaluation of Starburst's memory-resident storage component," IEEE Transactions on Knowledge and Data Engineering, Vol. 4, No. 6, pp. 555–566, December 1992, all of which are incorporated by reference herein.

Embedded Services

In client-server databases, part of an event's work is performed at the database client, and part at the database server. Although satisfactory for many applications, this partitioning of a task into two parts introduces considerable overhead. For example, invoking a database operation is a costly procedure. Even if the client and server are on the same system, there are still overhead costs associated with marshaling arguments and results across the server interface and with context switching between the two processes. For ad hoc queries, the server must also parse the query, generate execution plans, and select the best execution plan, all before the query itself is actually executed. With a secondary-memory database, these overheads are usually considered acceptable since performance is normally dominated by input/output (I/O) costs. In the illustrative embodiment of EPS **12**, however, in which database operations are processed at main-memory speeds, these overheads generally should not be neglected.

The EPS **12** in the illustrative embodiment is unlike a conventional client-server system in that, e.g., application-specific services and the RAE execute within the same process address space. Moreover, the EPS **12** does not admit ad hoc queries, so all the costs of selecting a query plan are incurred once, statically. This embedded approach reduces costs by eliminating communication costs and shortening path lengths. If an event first accesses data in the memory store, then performs some application-specific processing, and finally performs an update again within the memory store, then it does so wholly within the context of a single process or thread.

Although embedding services in this way improves performance, it also introduces a number of potential problems, one of which is safety. If service code were to raise any kind of unforeseeable error condition, such as a memory leak, a segmentation violation, or an infinite loop, then the integrity of the RAE itself could be compromised. In its mildest form, this might lead to resource leakage. More important is the possibility that the RAE might crash and become unavailable for a period of time, or that the memory store might even become inconsistent (due to, e.g., corrupted or lost data, or incorrect events). The EPS **12** addresses these potential safety concerns through the use of the SAE. The SAE provides high-level, declarative programming tools that can validate event handlers statically, and compile services in a way that either avoids or handles the error conditions noted above. This mitigates many of the safety risks associated with embedding application-specific code within the RAE itself.

Another potential problem concerns availability. A conventional static approach to linking would require RAE to be

7

taken off-line briefly for re-linking whenever new services are installed. Taking RAE off-line in this way could interrupt regular event processing. This potential difficulty can be overcome by, for example, compiling services defined within the service-creation platform to object code, and then dynamically linking object-code modules into the RAE, without interrupting event processing. This approach supports availability, even as processing requirements evolve over time.

### Distribution and Parallelism

The two key resources governing the performance of the RAE 22 are main memory and central processing unit (CPU) cycles. Both of these can, if over-stretched, become a bottleneck. The available memory limits the number of customers whose summary and aggregation data can be placed in the memory store. The available CPU resources bound the throughput of the RAE. Moreover, if queues are allowed to develop under heavy workloads, then responsiveness can also be degraded. However, even if the CPU is not a problem, the available memory can also become a bottleneck. Frequently, some entity (such as a customer) accounts for both memory and CPU usage. If memory resources are limited such that no new entities (customers) can be assigned to the RAE, then utilization of the CPU can be low. Thus, a balance must be struck between the CPU and the memory resources of a system. In the case that a single RAE has insufficient resources for a particular workload, the EPS 12 of FIG. 2 can be configured such that multiple RAEs work in parallel.

FIG. 3 illustrates an embodiment of the EPS 12 which includes n RAEs operating in parallel, using a "shared-nothing" approach. The RAEs are designated RAE-1,RAE-2, . . . RAE-n. The EPS 12 includes two mapping units 50-1 and 50-2, each of which includes a mapper 60-i, a CPU 62-i, a memory 64-i, and a recovery log 66-i, i=1, 2. The EPS 12 also includes n RAE sites 52-j, j=1, 2, . . . n, each of which includes a RAE designated RAE-j, a CPU 70-j, a memory 72-j, and a recovery log 74-j. Each memory-store table is either replicated across all of the n RAE sites, or partitioned across all sites. Generally, replication is used for configuration data such as rate tables, whereas partitioning is used for summary and aggregation data. This shared-nothing approach to parallelism harnesses the aggregated memory and CPU resources of several systems. Shared-nothing parallelism is well-suited to real-time, "rifle-shot" event processing, and throughput scale-up can be close to linear. As such, doubling the number of processors can double the throughput while still maintaining the same average response time.

The mappers 60-i assign events to the RAE site 52-j on which they are processed, as illustrated in FIG. 3. A given mapper maintains a mapping table, which may be implemented as a hash table. When the data for an event arrives on an input stream, it may be assumed that a so-called "subscriber" can be identified for the event. Defining the subscriber for different classes of events is an authoring issue which is addressed by the SAE, as will be described below. One of two rules is then used for mapping an event to an individual RAE site for processing. If there is an entry in the mapping table for the event's subscriber, then that entry identifies the RAE to which the event is assigned. If there is no entry in the mapping table, then a default hash function is used to select the RAE to which the event is assigned. The use of an explicit mapping table has the advantage that subscribers can be re-located if there is a load imbalance between RAEs, or if one subscriber must be

8

co-located with another, e.g., to support customer hierarchies. However, the memory overhead of maintaining an explicit mapping can be avoided for cases in which the default hash-function mapping suffices. For events whose processing spans several RAEs, distribution may be managed automatically by the EPS 12 in a manner which is transparent to applications.

A potential difficulty with the parallel RAE architecture as shown in FIG. 3 is that a single mapper can represent a single point of failure on which the whole system depends. In addition, as the workload increases, the mapper itself can become a bottleneck. One possible alternative architecture allows several nodes to work together to implement the mapping function, and achieves high availability by allowing one mapper to take over the workload of another in the event of failure. Moreover, distribution and parallelization are transparent to the authors of services. Generally, most events are serviced by a single RAE. Nevertheless, it may be necessary for some events to be serviced by several RAEs. This situation arises, for example, whenever an event accesses data which has been partitioned across several sites. However, such distributed event processing can be handled automatically by the EPS 12. This is made possible by the largely-declarative nature of the authoring process at the SAL level, as will be described below.

### Service Authoring Environment (SAE)

The SAE 24 is a tool for authoring the application-specific services, and embedding those services within the RAE 22. These services define: (1) the event-processing logic of a system; (2) the configuration, summary and aggregation information which is maintained to support event processing; (3) canned queries that can be invoked within a system; and (4) the input and output streams which interface the EPS 12 to existing data sources or sinks. Authoring is a high-level procedure based on a set of graphical user interfaces (GUIs) and a service authoring language (SAL). The services authored using the SAE 24 allow the EPS 12 to be applicable in a wide range of areas, including, e.g., billing systems, intelligent networks, Internet services, and network management. Possible specific applications in the telecommunications area include debit-based billing, fraud detection and prevention, call centers, hot billing, and adjunct switching services such as local-number portability and toll-free number mapping.

An example of a service which may be implemented in the EPS 12 is a debit-based billing system for telephone calls, where each customer has a pre-deposited balance. A callConnection event occurs whenever a call is placed. The goal of processing callConnection events is to establish a pre-approved duration for a call based on the customer's current balance. If sufficient funds are available, then a maximum pre-approved duration is determined. If insufficient funds are available, then a pre-approved duration of zero is assigned, and the call is effectively blocked. Upon call completion, a callCompletion event occurs, at which point the actual charges for a call are calculated, and debited from the customer's balance.

This type of debit-based billing system is closely coupled to the provisioning information and switching elements within a network, and must be highly available. Since callConnection events are processed during the critical connection phase of a telephone call, they must meet the real-time performance requirements of the network. These typically dictate that the response time for event processing must be on the order of only a few milliseconds.

9

The need for high throughput is also clear. Many network elements handle peak rates of many hundreds of calls placed every second. However, performance is not the only issue raised by this example. From a functionality perspective, computing the charges for a call is non-trivial, and generally depends upon the set of discount plans subscribed to by a customer. In practice, the specific plans offered by carriers are subject to frequent change, and individual customers subscribe to not one, but several plans. For example, different charges may apply to local, long-distance and international calls. Moreover, the charge may depend upon the day, the time of day, the length of the call, and/or the volume or value of calls generated by the customer at hand. Almost all calls are also subject to taxation. Some plans, such as those based on a customer's volume or value, depend on aggregation data, which must be maintained as events are processed. Over time, both the algorithms for computing charges, and the configuration, summary and aggregation data on which those algorithms are based, such as rate tables and customer summaries, evolve. As such, a debit-based billing system must offer both performance and flexibility.

Another example of a service which may be implemented in the EPS 12 is a fraud detection and prevention system. Such a system may maintain, for each customer, summary information in the form of a "fraud signature" that describes the regular calling pattern for that customer. For example, one customer may make frequent international calls, while another seldom places calls outside their state, or even their local exchange. Similarly, one customer may generally place calls on weekday mornings, while another is more active on the weekend. Fraud signatures describing these usage patterns are stored for each customer. The signatures are then used to detect irregular patterns, with similarity to known fraudulent patterns, when and if these occur.

This type of system requires a processing model similar to that of the debit-based billing system of the previous example, but the summary information and event-processing algorithms may be very different. In particular, fraud signatures are highly dependent upon the class of fraud being targeted. International fraud may require signatures describing patterns in call destinations, whereas patterns in call sources may be more relevant for mobile fraud. As such, the algorithms for maintaining and comparing fraud signatures are non-trivial. Moreover, fraud patterns themselves change over time, and fraud signatures and their associated algorithms must evolve to reflect those changes.

As noted above, the SAE 24 makes use of a largely-declarative language referred to herein as service authoring language (SAL). Data management features of SAL in the illustrative embodiment are derived from the structured query language (SQL), a de facto industry standard language for manipulating persistent, tabular data, supported by nearly all commercial relational database systems. SQL is described in, e.g., A. Silberschatz, H. F. Korth and S. Sudarshan, "Database System Concepts," Third Edition, McGraw-Hill, New York, 1997, which is incorporated by reference herein. While a general-purpose language, such as C++, Perl, or Java, may also be used to implement service creation, there are a number of practical advantages to using a richer but more restrictive, declarative approach. With respect to performance, declarative languages are generally more amenable to automatic optimization, parallelization, and complexity analysis. For example, if several RAEs are run in parallel as shown in FIG. 3, then the processing of a single event may span several RAE sites. The declarative approach allows such issues of distribution to be transparent to authors. Other advantages include simplicity, and safety of authored services.

10

FIG. 4 illustrates the interaction between the SAE 24 and a parallel implementation of n RAEs designated RAE-1, RAE-2, . . . RAE-n, showing the authoring, compilation and installation procedure for SAL scripts. The SAE 24 includes a GUI-based authoring procedure 80, a service creation interface (SCI) authoring procedure 82. Services can be authored using the GUI interfaces provided in the GUI-based procedure 80, or can be authored in SAL directly using the SCI authoring procedure 82. In either case, the result is a set of authored services, as described by SAL scripts. When these scripts are submitted, a static sanity checking procedure 84 is performed in order to ensure the correctness of the scripts. For example, SAL is statically typed, allowing a broad class of programming errors to be detected at compile time. Static type-checking also eliminates the overhead of maintaining and checking type information at runtime. Once a service has been validated, it is translated into C++ and compiled to native shared-object code, using a translation and compilation block 86. The resulting object code is then dynamically linked into one or more of the RAEs RAE-1, RAE-2, . . . RAE-n, as indicated by installation block 90, at which point the scripts are on-line. Once on-line, the scripts are ready for use in event processing block 92 in responding to events 94.

Performance tests were conducted on the above-described illustrative embodiment for a simple, update-intensive rating and discounting application. The illustrative embodiment as described in conjunction with FIGS. 1 to 4 was implemented using a SUN Microsystems workstation with a single UltraSPARC processor, and a conventional data warehousing system running on the same processor. The performance tests indicated a throughput on the order of 600 events per second. These results clearly demonstrate the performance capabilities of a general-purpose real-time EPS such as EPS 12.

Safety and Complexity Issues

In addition to type checking, two other static sanity checks are made possible by the declarative nature of SAL. These checks, also performed prior to translation, compilation and installation, address issues of safety and complexity, both of which have important performance implications.

With regard to safety, since service creation is a high-level, largely-declarative procedure, the safety of authored services can be guaranteed statically by the checking and translation process itself. For example, it is generally not possible to author services with errors such as infinite loops, memory leaks, erroneous updates through misdirected pointers, or segmentation violations. These features improve performance by relieving RAE of the burden of addressing safety issues at runtime. Given the inherent correctness of the checking, translation and compilation process, only a limited, well-defined and manageable set of error conditions (such as division-by-zero) can occur at runtime. As a result, authored code can be compiled and executed safely directly within the process space of the RAE itself. If these guarantees cannot be given, then dynamic mechanisms may be necessary for dealing with runtime errors. For example, authored services might be executed in a separate address space, as is done within client-server systems. This latter alternative, however, introduces considerable initialization, context-switching and data-marshaling overheads, all of which can be avoided here. Note, however, that ensuring the safety of authored code in this way does not in itself also ensure the correctness of that code. In particular, none of the features described here eliminates the need for conventional testing and debugging.

US 6,502,133 B1

11

12

With regard to complexity, SAL provides a primitive set of programming constructs, and a small but rich set of declarative data-management constructs. This combination is attractive for real-time systems since the complexity of authored services can be analyzed statically. In many cases, SAL can give complexity guarantees and generate warnings if an authored service is potentially inappropriate for real-time event processing.

One key performance metric for real-time systems is predictability. The declarative nature of SAL makes it possible to distinguish code with constant or logarithmic complexity, from code whose complexity is proportional to the size of the database. Since this latter case may compromise predictability and real-time performance, it is flagged with a warning message, but not rejected. This gives an author the opportunity to reconsider the design of a service from a real-time perspective, eliminating a potential performance problem before it is introduced. Nevertheless, complex event processing can on occasion be unavoidable or appropriate. This might be the case, for example, if an event occurs only infrequently, or if the system's dynamics ensure that performance will in fact be satisfactory in practice (e.g., a scan of a table may be reasonable if the table has only a few entries), or if the task at hand is simply inherently complex. In these cases, an author might in fact validate code which, on the face of it, appears inappropriate for real-time processing. For these reasons, event-processing code generated using SAL need never be rejected automatically on the grounds of complexity alone.

Authoring Tables

FIGS. 5A, 5B and 5C show examples of three different types of SAL tables: base tables, chronicles, and views, respectively. The table is the primitive data structure provided by SAL. A base table is a regular, full-function table. The update operators for base tables are insert, update and delete, and the query operator is select. A view is a table whose contents are derived from the contents of other tables. Views have no update operators, only the query operator select. Chronicles are not stored within the EPS itself; instead an insertion into a chronicle results in an output from the system being generated. The only update operator for chronicles is insert, and the query operator select may appear over chronicles only in view definitions.

The examples shown in FIGS. 5A, 5B and 5C are loosely based on the above-described debit-based billing example. The base table custBalance in FIG. 5A may contain each customer's balance and usage. The chronicle CDROutput in FIG. 5B chronicles all the events processed by the system. The view totalCustCharge in FIG. 5C maintains aggregation information over CDROutput. It records the total charges assigned to each customer, and is maintained automatically as outputs are generated.

Authored services explicitly maintain the contents of base tables. For example, event processing may insert a record into a base table, delete a record from a base table, or update a record within a base table. Generally, base tables store either configuration data or summary data which cannot be maintained automatically as a view. As noted above, a view is a table for which no update operators are permitted; instead, the contents of a view are derived from the contents of other tables (frequently from the contents of chronicles). For performance reasons, views are always stored explicitly in the above-described memory store of the EPS. Their contents are updated automatically as a side-effect of events' updates to base tables and chronicles. Whenever possible

(and always for views over chronicles), efficient algorithms for incremental view maintenance are used. Examples of such algorithms are described in H. V. Jagadish et al., "View maintenance issues for the chronicle data model," Proc. ACM SIGACT-SIGMOD-SIGART Symp. on Principles of Database Systems (PODS), San Jose, Calif., pp. 113–124, May 1995, and T. Griffin and L. Libkin, "Incremental maintenance of views with duplicates," Proc. ACM SIGMOD Intl. Conf. on Management of Data," San Jose, Calif., pp. 328–339, May 1995, both of which are incorporated by reference herein.

Both base tables and views are stored explicitly in the memory store of the EPS. Chronicles, on the other hand, are not stored within EPS. A chronicle models a stream of processed-event records. An insert into an chronicle is synonymous with a record being generated on an output stream. A view over an output stream aggregates summary information over all the events processed by the system. Frequently, chronicles represent either query results, or processed-event records that are delivered to a data warehouse for archiving. With respect to complexity, since an entire chronicle is not available for view maintenance, it is essential that views over chronicles be maintained incrementally, one record at a time. Also, views over chronicles generally must incorporate a group-by clause which bounds the space required for the view's materialization.

Authoring Event-Processing Logic

The above-noted SAL in the illustrative embodiment includes a set of primitive procedural programming constructs, and a set of declarative data-management constructs. The primitive procedural programming constructs include assignment, sequencing, and conditional execution, but not loops. The data-management constructs are restricted versions of the four table operators of SQL (insert, delete, update, and select), and a deprecated foreach operator. In particular, each operator accesses exactly one table in its from clause, and table names and table expressions may not occur elsewhere. With these restrictions, operations frequently correspond to rifle-shot dips into the memory store, which, with index support, can be executed in constant or logarithmic time. As such, these operators are well-suited to real-time processing.

FIG. 6 shows an example of a callCompletion event handler for a simplified stepped pricing plan whose rates vary depending on the current volume of usage a customer has generated. First, the customer summary information is accessed to determine the customer's usage, and then, based on that usage, a rate table is accessed to determine the rate for a call. Finally, the rate is applied to the call detail record (CDR) at hand. In general, the result of a select operation is a set of records. The "pick from" operator extracts a single member from that set (in this case it must be a singleton set). As this example illustrates, although restrictions are imposed on the data-management operators, relatively sophisticated functionality can be achieved by combining these simple operations. In the example, processing which could be expressed equivalently in terms of a join of the custBalance and rateTable tables, is instead expressed in terms of two rifle-shot select operations. This latter form is more appropriate to real-time event processing.

The above-noted foreach operator is a deprecated feature. While the insert, delete, update, and select operators above provide a powerful language for accessing and manipulating persistent data, their expressiveness is deliberately restricted

**13**

in this illustrative embodiment. As a consequence, certain computations cannot be expressed in terms of these operators alone. For such cases, the foreach operator provides the ability to iterate over the results of a select expression, and, for each record in those results, a block of statements is executed. This is a compromise solution. It allows SAL to retain the "relational completeness" property of conventional relational systems, but at the same time encourages the authoring of event handlers which are appropriate to real-time event processing.

The authoring model used in the SAE is based on the above-noted concept of service. As noted previously, a service provides a coherent set of event handlers which together implement some unit of functionality. For instance, in the above-described debit-based billing example, event handlers for callConnection and callCompletion events generally work together in pairs, and each such pair is grouped into a single service. FIG. **7** shows a sample service/handler matrix for this example. An "O" in this matrix indicates that the service on the x-axis provides a handler for the corresponding event on they-axis. An "X" in this matrix indicates that no handler is provided. For instance, the steppedPrice service provides handlers only for callConnection and callCompletion (as illustrated in FIG. **6**), whereas the volumeDiscount service (which maintains per-subscriber summary information) also provides handlers for subscribeCustomer and unsubscribeCustomer.

SAL in the illustrative embodiment provides a set of features for defining services, events and event handlers. Event handlers themselves may be coded using the features described previously. Examples of a service and an event-handler definition were given in FIG. **6**. In addition, associated with each event is a method for determining the subscriber for the event, and the time at which the event takes place (if that time is not simply "now"). This information is utilized by the subscription model described below. Also, a new service can inherit behavior from an existing service, redefining only those handlers whose functionality differs from that of the existing service.

Component Management

Components are packages that implement input handlers and services in the EPS. An "input handler" is a type of event handler. Components are generated by a translator/compiler that converts SAL code into dynamic linked libraries (DLLs) with some particular qualities that make them components and therefore usable by dynamic execution model (DEM) processes to be described in conjunction with FIG. **11** below. Components are linked into running processes and implement interfaces that describe the services provided.

A number of terms will be introduced, and then the component management aspects of the EPS will be described. An "interface" may be viewed as a contract between a process that needs a service and a component/dynamic element/dynamic library that provides the service. An interface includes a collection of messages/methods to which a service can respond. A message includes a name, arguments (data values passed into the service for that message) and a return value. A component is a packaging of a dynamic library into a resource that can be dynamically loaded, unloaded, reloaded, and tracked by a running process under internal or external (to the process) control. In the EPS, a component can support multiple interfaces, and maps directly into an input handler or service. An input handler describes how an input stream is broken into events, and describes the format, e.g., fields, arguments, etc., of each

**14**

event. A service describes a collection of actions that are to be taken when any of a set of triggering events is seen. The EPS in the illustrative embodiment assumes that components maintain no state that can be relied upon between method invocations, thus enabling reliable dynamic reloading of components/services.

The following SAL extensions have been implemented to augment SAL capabilities for practical use within the EPS framework:

1. Implicit arguments semantics are supported that enable passing non-event, SAL-visible data into services from the invoking EPS processes.
2. EPS triggered events for component/service installation, uninstallation, and initialization.
3. EPS events triggered on low-level, e.g. DataBlitz™, errors.

Component management features of the EPS will now be described in greater detail.

Operating systems typically provide a small set of system calls that allow dynamic libraries to be opened and used by a running process. For example, in Sun Solaris and Open Group's UNIX 98 standard, dlopen( ) opens a dynamic library (when provided a library name) and dlsym( ) (when provided a symbol name) returns a pointer/reference to a symbol/variable/data object defined in that dynamic library. Because dynamic library symbols are typically named according to C semantics only, C++ type safe names may be "mangled" and therefore not easily parsed by humans. In addition, support is generally not provided for tracking open dynamic libraries.

The following describes the implementation of components in accordance with the illustrative embodiment:

1. Each component implements a single ITABLE symbol that is extracted via dlsym( ).
2. An ITABLE symbol is a pointer to an array of interface name/VTABLE pointer pairs. The entries in this table represent the interfaces that the component supports.
3. A VTABLE consists of an array of pointers to functions. Each function implements a message/method of the associated interface.

The following describes one possible implementation of an interface:

1. An interface is implemented as a C++ class. All interfaces inherit from a base interface class. This base class provides a method for initializing the interface based on the name of a component. When an interface is successfully initialized, method calls on the interface are redirected to method implementations in the component.
2. The specified interface, as derived from the base interface class, provides a set of methods that the interface supports.
3. A generated interface contains a VTABLE pointer that is initialized to point to a VTABLE within a component when the interface itself is initialized to use a named component.
4. A method in the interface indexes a pointer in the associated VTABLE, and calls the function pointed to. The ordering of the method within the interface determines the index used, e.g., the ith method uses the ith pointer.

An exemplary technique for enforcing the contract between an interface and a component in the illustrative embodiment is as follows:

1. An interface is specified in an Interface Definition Language (IDL). The IDL provisions a name and set of

US 6,502,133 B1

15

method (message) signatures comprising the interface. Method signatures include method name, returned data type, and an ordered list of argument data types. Data types are any valid C++ types. Non-integral type definitions are provided through "include" syntax in IDL.

2. A tool is provided to generate an interface C++ class based on the IDL specification, and a "skeleton" component that consists of an ITABLE, a VTABLE for each interface supported, and "stubbed out," i.e., empty, functions that are intended to implement the defined methods. The SAL translator replaces the second tool and not only creates the ITABLE and VTABLES, but fills in the logic for the methods based on the authored SAL input handler services. In this case, the contract is enforced within the translator, and may be based on a number of design decisions derived from architecture/ design sessions between developers, who, over time, refine the basic interfaces. The number of different interfaces used is small, supporting input handlers, services, and the subscription model.

3. Because interfaces define hard contracts between running processes and components, they are compiled into the process code.

An exemplary component management structure will now be described. The description uses certain object-oriented design concepts, as described in, e.g., E. Gamma et al., "Design Patterns: Elements of Reusable Object-Oriented Software," Addison-Wesley, 1995. The component management participants and activities in the illustrative embodiment are as follows:

1. The Component Manager is a singleton (one per process) object that tracks the pool of loaded components on behalf of a process. This object responds to requests to load, unload, and reload components.

2. The Component Proxy represents a loaded component (there is a one-to-one relationship between loaded components and Component Proxies). The Component Manager has information about loaded components via loaded Component Proxy objects. The Component Manager object delegates the loading, unloading and reloading of a component to a corresponding Component Proxy object.

3. An interface object registers with the Component Manager its interest in using a named component. The Component Manager looks up the named component; if it exists, the registration is delegated to the Component Proxy. Otherwise, a new Component Proxy is created, the component is loaded, and then the registration is delegated.

4. Registration with a Component Proxy causes the proxy to track a reference to the interface, and to set the VTABLE pointer within the interface to the appropriate VTABLE within the component. Method calls on the interface (and thus into the component) are now possible.

5. Requests to unload or reload a component are directed to the Component Manager, and are in turn delegated to the appropriate Component Proxy. A Component Proxy will not permit an unload if an interface is using the component. Reloads are allowed at all times, subject to certain restrictions (reloads cannot occur if a thread of execution is currently within a component subject to reloading).

6. A reload of a component conventionally invalidates any VTABLE pointers in interfaces using the component. Because a Component Proxy tracks these interfaces,

16

the proxy walks through the set of registered interfaces and updates the VTABLE pointer in each to point to the new instance.

A service introduction implementation suitable for use in the EPS is as follows:

1. An authored input handler/service is translated into a component (a dynamic library with the properties described above).

2. Components are placed in a repository where they are eligible for loading into the EPS.

3. An operator decides to load a component into the EPS and sends the message to a master process, e.g., an Operations, Administration and Maintenance (OAM) master process. This process is responsible for coordinating dynamic service introduction throughout the EPS.

4. The master coordinates what amounts to a standard two-phase commit approach for introducing the component into the EPS. Basically, all appropriate EPS processes are advised to prepare to load (or unload or reload, as appropriate) the new component. If all parties vote that preparations are successful, the go-ahead to enact the operation is given. If any vote the action down, all parties are notified to cease the operation attempt.

5. The component manager tracks loaded components and the associated interfaces using the components.

The basic flow of an event through the EPS is illustrated in the following:

1. Event sources in this example are typically TCP/IP socket connections, but they can also be files, programs, or functions.

2. A data collection and mapping element, referred to herein as a data collection interface (DCI), sets up an event channel for each loaded input handler. A watcher thread of execution waits for connections (if TCP/IP based) on the channel, and spawns a thread to handle each connection.

3. The spawned thread opens the channel, and calls through an interface to the appropriate input handler component. The input handler reads bytes off of the channel until an event is identified. The identified event is passed back to DCI. The thread places the event on a queue.

4. A mapping thread pulls events off of the queue. Serialization and logging, relevant for the recovery process to be described below, occurs here. The event is demultiplexed/routed to the appropriate downstream handling process in the appropriate cluster (see FIG. 11). High throughput events are directed to the RAE process. Maintenance events, i.e., events with no particular performance requirements, are directed to a daily maintenance process. End-of-cycle (EOC) and other cyclic/periodic events are directed to an EOC RAE process. Queries and events with low latency requirements are directed to a query manager process.

5. A downstream process, e.g., RAE, daily maintenance, EOC RAE, query manager, etc., receives an event. Subscribed events, i.e., events described in SAL as having a subscriber ID, may be directed to a hand-authored (non-SAL) subscription component through a specialized interface for that component. The subscription component looks up the subscriber, looks up the appropriate subscription string(s) (per global preprocessing, postprocessing, and per-subscriber),

17                                                                              18

which may be derived from subscription language (SL) statements and based on the subscriber, event date and effectivity dates associated with the subscription string. The SL identifies the service and event handler (mapping into the appropriate component) that must be called for the event. The subscription component calls the services in sequence through cached (for performance reasons) service interfaces, causing unloaded services to be loaded as required.

6. Services may write to SAL-defined chronicles, which are write-only streams whose sinks are processes, TCP/IP sockets connections, files, and functions. The DW/ES and querying client are two special cases of these chronicles.

7. Note that all events pass through a single method in the service interface into a service component. Generated component code handles demultiplexing the events.

### Subscription Model

Generally, conventional database systems support two classes of queries: ad hoc queries and canned queries. Ad hoc queries are flexible, but incur considerable overheads due to parsing and optimizing costs at runtime. Canned queries, on the other hand, eliminate the overhead of ad hoc queries, but at the expense of flexibility. The EPS in the illustrative embodiment strikes a balance between these two extremes by using a subscription model, which minimizes the overhead of event processing, while retaining much of the flexibility of ad hoc query-processing systems.

Subscriptions are the linkages between an entity-based event that enters the EPS framework and the actions, i.e., services, that should be executed for that event. For example, in a telecommunications billing application, when a call complete event arrives, the billing plans in which the given customer is enrolled should be invoked appropriately. Not all events that enter the EPS framework are subscribed events, so it is important to appreciate the distinction between mapped events, i.e., mapped by customer to the appropriate cluster (see FIG. 11), and subscribed events. For example, priming data for a customer summary is a mapped event, because it must be routed to the appropriate cluster based on the customer ID, but the subscription logic is not relevant, so it is not a subscribed event.

The details of this approach will be illustrated in terms of an example based on the debit-based billing system discussed previously. In this case, the set of events might be those on the y-axis of the service/handler matrix of FIG. 7, while the services are on the x-axis. In this example, the distanceRate service provides handlers for four events, whereas the volumeDiscount service provides handlers for all events except addCustomer, removeCustomer and customerDeposit. Two classes of events are supported: non-subscribed events and subscribed events. All events in the example are non-subscribed except callConnection and callCompletion.

When a non-subscribed event occurs, the corresponding handler of each service which provides a handler for that event is invoked. For example, when an addCustomer event occurs, only the handler from the debitMonitorPre service is invoked. When a subscribed event occurs, the services to invoke, and their ordering, are determined by looking up the subscription table. In the case of the callConnection and callCompletion events, the subscriber is the customer to whom the charges for a call should be allocated. Based on that customer's identifier, the subscription table is accessed to determine the services to which the customer subscribes.

For example, one customer may subscribe to the services internationalRate and flatRateRate, while another may subscribe to flatRateRate and volumeDiscount, etc. Only the handlers for subscribed services are invoked. In this way, event processing for subscribed events involves the invocation of a set of canned handlers. However, the way events are handled depends upon the subscriber, and the corresponding entry in the subscription table at the time an event occurs. This approach retains much of the flexibility of ad hoc systems, but without the performance overhead of ad hoc query processing.

Subscription tables may be implemented using a number of different approaches, including a verbose approach and a compact approach. Under the verbose approach, information about individual dependencies is recorded in different entries, perhaps scattered across a set of subscription tables. As such, a considerable amount of effort must be expended at event-processing time to collate and interpret the subscription information relevant for a particular event. Moreover, this effort must be repeated for every event processed. The compact approach eliminates this repeated effort by encoding subscription information in a single, compact entry in a single table. Thus, only a single entry must be accessed to determine all the subscription information necessary to process an event. Entries in the compact subscription table are encoded in a minimal subscription language which, although sufficiently rich to encode complex dependencies mentioned above between subscriptions, is compact, and can be interpreted with very-low overhead at event-processing time.

FIG. 8A illustrates that the above-described verbose and compact subscription representations can be complementary. For example, verbose subscription tables may be maintained for applications such as auditing and customer care, whereas a compact subscription table representing essentially the same information may be used for real-time event-processing. Updates to entries in the verbose tables are propagated automatically to the compact table whenever updates take place. In the example of FIG. 8A, a set of subscription tables 95 are maintained for a customer care application 18A. The set of subscription tables 95 include a verbose subscription table 95A, an exclusion table 95B, and a prerequisite table 95C. The set of subscription tables 95 is subject to automatic translation and automatic propagation of updates to generate a corresponding compact subscription table 97. The compact subscription table 97 is used in EPS 12 for real-time event processing.

The operation of the subscription model will now be described in greater detail, with reference to an illustrative compact subscription table as shown in FIG. 8B. Given an event with subscriber sub and time stamp ts, this table contains a unique entry S such that:

S.subscriberId==sub and

S.startTimeStamp<=ts and

ts<S.endTimeStamp

The explicit subscription term for an event is then given by S.subscription. With appropriate index support, this term can be accessed in constant time. Two special identifiers, preProcessingSub and postProcessingSub, also have entries in this table. These entries represent implicit subscription terms to which, in addition to their explicit subscription terms, all subscribers subscribe.

The complete subscription term for an event is derived by concatenating the pre-processing subscription term, the explicit subscription term, and the post-processing subscription term, in that order. Moreover, the pre- and post-

19

processing terms can be cached between events, so they do not in fact require a lookup operation. For example, if an event for "Frank" occurs during August 1997, then the complete subscription term for the event would (schematically illustrated) be:

- - - d - - - ; - - - b - - - ; - - - e - - -

This term then defines the services whose handlers are used to process the event. The key advantage of this approach is that a single table lookup accesses all the subscription information for an event. Subscriptions themselves are encoded in a small but flexible subscription language. For example,

flatRateRate;

volumeDiscount;

indicates that the handler of the flatRateRate service should be invoked first, followed by the handler of the volumeDiscount service. Terms in this language are then compiled to a very compact form (such as represented here schematically as - - - a - - - ). This compact form is ideally suited to efficient run-time interpretation with minimal CPU and memory space overheads. The compact approach can be contrasted with existing subscription-based systems in which subscription information spans several tables, or even several entries within each table. The compact approach avoids almost all of the overhead associated with run-time data-access and interpretation for each event.

The above-noted flexible subscription language is designed such that it can be compiled to the compact form, which can be interpreted by a simple and efficient interpreter. The complete syntax of an illustrative subscription language is shown in FIG. 9. Each term in the syntax captures two semantic notions: first, whether a particular service is enabled for an event, and second, the order in which the services are enabled for an event. As previously noted, only the handlers of enabled services are invoked, and they are invoked in the order in which they are enabled. The term "serviceId" is assumed in this example to incorporate a service name, together with an instance identifier for the service. It should be noted that the concept of instances is useful for services such as stepped or tiered pricing plans, where instance-specific step and tier information is stored in provisioning tables.

The term "NOTHING" in the syntax of FIG. 9 indicates that no services are enabled for the event, and a term of the form "serviceId" indicates that the named service is enabled. The term "$SL_1$; $SL_2$" captures ordering of subscription terms. All services enabled by $SL_1$ are enabled, and all those enabled by $SL_2$ are enabled, in that order. For example, a term:

internationalRate; volumeDiscount

enables internationalRate and volumeDiscount, in that order. Whenever, e.g., a callCompletion event occurs, first the callCompletion handler of the internationalRate service is invoked, then the callCompletion handler of the volumeDiscount service is invoked.

Delegation allows the explicit subscription term of another subscriber to be invoked. When encountered,the compact subscription table is accessed, and the explicit subscription term for the named subscriber is retrieved. This is then invoked in place of the delegation term itself. Pre- and post-processing terms are not invoked. This feature has at least two uses. It can be used to implement customer hierarchies where, e.g., the subscription for a parent must be invoked for a child, and it can also be used to introduce structure and modularity into subscriptions, at the cost of additional table accesses.

The form "IF serviceId $SL_1$ [ ELSE $SL_2$ ]" in the FIG. 9 syntax captures conditional invocation and qualification.

20

The ELSE branch is optional. Either those services enabled by $SL_1$ will be enabled, or those enabled by $SL_2$ will be enabled. These cases are distinguished as follows. Assume some event eventName occurs. If the service serviceId has a handler for eventName, then that handler is invoked. The result is required to be a boolean value. If the result is true, then the handlers enabled by $SL_1$ are enabled, otherwise those enabled by $SL_2$ are enabled (if $SL_2$ is present). If serviceId does not provide a handler for eventName, then the services of both $SL_1$ and $SL_2$ are enabled.

Mutually-exclusive services and prerequisite services are captured by terms of the form:

serviceId* EXCLUDE SL

serviceId* PREREQUISITE SL

For exclusion, the services enabled in SL are enabled only if all of those named in the exclusion list have not already been enabled. For prerequisites, the services enabled in SL are enabled only if at least one of those named in the prerequisite list is already enabled. These semantics allow an exclusion requiring none of a set of services to have been enabled to be expressed as a sequence of exclusions, or a prerequisite requiring all of a set of services to be enabled to be expressed as a sequence of prerequisites. For example, if the internationalRate and the distanceRate services are mutually exclusive, then the term:

internationalRate EXCLUDE distanceRate

ensures distanceRate will be enabled only if internationalRate is not enabled. If, in addition, the volumeDiscount service is only applicable for distanceRate calls, then the extended term:

internationalRate EXCLUDE distanceRate; (distanceRate PREREQUISITE volumeDiscount)

ensures that volumeDiscount is enabled only if distanceRate is enabled. Note that both the forms above assume "or" semantics between the services listed. The alternative "and" semantics can be achieved by sequences of EXCLUDE or PREREQUISITE terns.

The form "FIRST eventName+ SL*" in the FIG. 9 syntax ensures that only one of a number of possible subscription terms is enabled. When one of the named events occurs, the subscription term to be enabled is the first one in the list SL* for which at least one service would be enabled. When any other event occurs, all the services which are enabled in at least one of the sub-terms are enabled.

Another possibility is that of having several subscription terms, of which a particular "best" one applies. This situation is captured by the FIG. 9 syntax as follows. The event handlers of each of the given subscription terms are invoked, but only provisionally, and the best is selected from these candidates in accordance with some predetermined criteria. The available forms are:

MAXIMUM eventName expression SL*

MINIMUM eventName expression SL*

The "expression" selects either one of the eventName's intType arguments, or an intType field of one of eventName's record arguments. Whenever an event eventName occurs, each term in SL* is evaluated provisionally, and the expression is evaluated. The term with the maximum is selected, and only the services enabled by this term are then deemed to be enabled. The results of all other provisional invocations are discarded. For events other than the named event, the services of all of SL* are enabled.

The illustrative subscription language described above is sufficiently expressive to handle a variety of non-trivial subscription issues. However, the language also has the advantage of simplicity. In particular, the language is suffi-

21

ciently simple that it is possible to encode any term of the subscription language in a prefix form which is ideally suited to real-time interpretation. This is illustrated for some of the examples above as follows, although it should be understood the compiled versions will be in a machine-readable encoding of this prefix form.

; internationalRate volumeDiscount

EXCLUDE 1 internationalrate distanceRate

; EXCLUDE 1 internationalRate distanceRate PREREQ-
UISITE 1 distanceRate volumeDiscount

A very simple interpreter for this form can be implemented in a straightforward manner as a simple switch statement with a case for each of the ten forms described above.

In practice, the subscription process itself can be complex. For example, services may be active only for a particular time period, there may be ordering dependencies between subscriptions, some services, e.g., those implementing taxation, may be subscribed to implicitly by all subscribers, an event may need to "qualify" for a service, or there may be "preclusion" or "prerequisite" dependencies between services. The subscription language of the illustrative embodiment, as shown in FIG. 9, is sufficiently rich to capture these and a variety of other classes of dependency between services and between subscriptions.

It should be noted that the subscription model may include a number of more advanced features. For example, services can be organized into an inheritance hierarchy, whereby a new service inherits all the handlers of an existing service. By redefining one or some of a parent's handlers, an existing service can be adapted to new requirements. Also, certain services can be designated as "pre-processing" or "post-processing" services, thereby ensuring that their handlers are always the first or the last to be invoked for an event. This would be the case for the debitMonitorPre and the debitMonitorPost services in the example. Typically, the event handlers of pre-processing services perform initialization tasks for other handlers, and the event handlers of post-processing services perform final computations, update summary information which is not owned by any individual service, and generate outputs. Other features that may be included in the subscription model are implicit subscription, conditional subscription (or "qualification"), mutual exclusion, and optimization.

Authoring Input and Output Streams

Many of the target applications for the EPS 12 are implemented as adjunct services to embedded systems, such as network switches. To support data exchange with such embedded systems, the EPS supports stream-based external interfaces, as illustrated in FIG. 2. As previously noted, an input or an output stream may be, e.g., a sequence of records, transmitted over a TCP/IP connection or other suitable connection. The authoring of input and output streams involves describing the physical record formats which can occur on a stream, identifying key features embedded within those records, such as format descriptors and length indicators, and defining mappings between record formats.

When the EPS interfaces with existing systems, a number of complications may arise. For example, stream formats generally conform to existing standards, and the EPS must be capable of interfacing with systems which use those standards. As another example, streams are frequently nonhomogeneous, with a single stream comprising a variety of different record formats. The above-described SAL provides several features for addressing these issues. One

22

feature is the ability to perform normalization over multi-format input streams. Under this approach, even if there are several input formats on a stream, these are transformed into a single internal format on arrival, and only this uniform internal format is processed within the EPS.

For instance, consider the previously-described fraud detection/prevention example, which is based on processing streams of call detail records (CDRs). About fifty different CDR formats arise in practice, and the authoring process can be simplified if it is made independent of these individual formats. This may be achieved in three stages: by authoring each physical record format, superimposing a normalized record format over the physical record format, and providing a normalization for each CDR format.

FIG. 10A illustrates this normalization process for two CDR formats, exampleCDRType1 and exampleCDRType2. Services are authored not in terms of either of these specific formats directly, but rather in terms of the third, normalized format, CDRNormalType. A normalization is declared for both of the CDR formats, and these normalizations are used to map CDRs to the normalized form for processing.

Unfortunately, although this approach simplifies authoring, normalization is "lossy." For instance, in the FIG. 10A example the sensor field of exampleCDRType1 does not occur in the normalized form, and is therefore discarded by the normalization process. As a consequence, this approach is satisfactory only if down-stream processing does not rely upon a record's specific input formats. To overcome this difficulty, a second form of normalization, referred to as abstract normalization, is provided. Abstract normalization is based on the concept of an abstract record type. Abstract record types are similar to concrete record types, but they define an interface to a group of record formats rather than a physical record format. In this case, mappings between these concrete and abstract record types allow a single interface to be used to process records that have a variety of different underlying physical formats, without requiring normalization to be performed.

FIG. 10B shows the abstract normalization which results if the declaration of the type CDRNormalType in the FIG. 10A example were given not as a concrete type, but rather as an abstract type. In this case, if the underlying record is of type exampleCDRType1, then any reference to an abstract field duration is replaced transparently with a reference to the underlying concrete field duration. If the underlying record is of type exampleCDRType2, it is replaced with the expression "minutes +60*hours." By defining events in terms of abstract records, multi-format inputs are mapped to multi-format outputs, without loss of information. A limitation of abstract normalization, however, is that updates are restricted. In particular, an abstract field may be updated only if, for every normalization, its mapping is defined as a simple arithmetic mapping of a single field in the underlying concrete record type. In the FIG. 10B example, for instance, neither the duration nor the callTimestamp field may be updated.

Alternative Embodiment Based on Dynamic
Execution Model

FIG. 11 shows an alternative embodiment of the real-time EPS 12 of FIG. 1. The EPS 12 in this embodiment includes the SAE 24 as previously described, and a set of k clusters of RAEs configured in the form of a dynamic execution model (DEM) 100. The DEM 100 receives input streams, generates output streams, and processes queries, in a manner similar to that described in conjunction with FIG. 2. The

23

DEM 100 interfaces with data warehouse/enterprise store (DW/ES) 14, application(s) 18 and SAE 24 via a bus 101. The DEM 100 includes a set of global services 102 and the set of k clusters 104-*i*, *i*=1, 2, . . . k. Each of the clusters 104-*i* may include a set of n RAEs arranged as shown in the FIG. 3 embodiment. The global services 102 includes a data collection and mapping element 110, a cluster management element 112, a recovery management element 114, and a query services element 116. The global services 102 further includes an event log 120, a recovery log 122, a mapping store 124 and a component store 126. Each of the clusters 104-*i* includes a daily maintenance element 130-*i*, a query management element 132-*i*, and a set of one or more RAEs 134-*i*. Each cluster 104-*i* further includes a component store 140-*i*, a working store (WS) 142-*i*, and an enterprise offline store 144-*i*.

The DEM 100 allows authorable components as well as priming and updating objects to be dynamically loaded at runtime, as needed. It is used by any EPS process that needs to access the methods of a service or authorable component. All knowledge about a service or authorable component is encapsulated within these dynamically loaded objects. Each authorable component contains information about its event type and state. A dynamic service is then triggered according to the event type and performs some processing according to the authorable component's state. The EPS is thereby insulated from specific knowledge about the authorable component, such as the tables kept in the WS and the methods used during "trigger-based" processing. A task such as end-of-cycle (EOC) processing becomes an instance of a trigger-based processing and is handled by a RAE. The introduction of new services is also simplified. Since new services can be defined and dynamically loaded at runtime, the system does not have to brought down and rebuilt. Thus, any process that utilizes the methods of a service can access newly loaded objects without having to be recompiled and restarted.

The DEM 100 may be implemented using dynamically linked libraries (DLLs). In this approach, a translator parses the authorable component's definition file (generated by the SAE 24) and produces a C++ class that can be compiled into a DLL. The authorable component is introduced into the DEM 100 through a given daily maintenance element 130-*i*, which stores information about the name and location of the DLL in the corresponding WS 142-*i*. As an example, at runtime, when a RAE needs the service to process some data object such as a call detail record (CDR) or when the daily maintenance element 130-*i* needs to subscribe a customer to a service, the DLL is loaded as it becomes available and the methods within the DLL can be accessed. Reloading of the DLL occurs if an update to the DLL comes in.

The functional interface between a process and the DLLs is defined by the basic component type, an abstract base class. In this embodiment, all authorable components must inherit from a basic type. The basic component type contains a set of virtual methods that a process invokes to perform an authorable component-specific action. An authored component can override these virtual methods to provide its own specific functionality.

As shown in FIG. 11, the DEM 100 may include k clusters 104-*i*. Each of the k clusters 104-*i* resides on its own processor and includes its own WS. Events are mapped to the correct DEM cluster 104-*i* by the data collection and mapping element 110. Query events are mapped to the correct DEM cluster 104-*i* by the query services element 116. The DEM 100 is transparent to its clients since requests are handled by specific mappers.

24

The EPS in the distributed configuration of FIG. 11 must adjust to changes in the number of clusters 104-*i* and the number of customers. The number of clusters may change as a result of, e.g., adding or deleting processors from the system. When the number of clusters changes, the EPS 12 may migrate some customers from one or more clusters in the old configuration to a new cluster. Migrating customers involves moving the customer profile and summary tables from a source cluster to a target cluster. An important observation is that hierarchically-treated customers generally must be kept in the same cluster in order to maintain accurate summary information and hence accurately process the events. An example of a mapping method which takes into account hierarchically-related customers, and possibly other exceptional cases, requires that the data collection and mapping element 110 have access to a database instance for the purpose of mapping. This database instance may be, e.g., a DataBlitz™ database instance.

Another issue in the embodiment of FIG. 11 is how initial segmentation of the customer set occurs. One possible strategy is to first subdivide the customer set into simple customers and exceptional customers. Exceptional customers are hierarchically-related customers and customers that have constraints on them that force location in a particular cluster. For the simple customers, a functional mapping may be used. An example of a functional mapping is to assign a simple customer to cluster i, where i=X mod k, where X is the customer ID and k is the number of clusters. Though the cluster mapping for these simple customers can be computed easily, it may still be desirable to maintain their mapping in the mapping store 124 for symmetry as well as migration management.

For the exceptional customers, an administrator may be used to determine what clusters they will be assigned to, and a mapping of customer ID to cluster number is maintained. The type of exception condition may also be maintained to help guide migrations. The cluster management element 112 implements a process to create and maintain this mapping. As an event enters the data collection and mapping element 110, that element in conjunction with the cluster management element 112 determines the correct cluster either from a mapping table in the mapping store 124 or the above-described functional mapping.

Migration in the FIG. 11 embodiment may be viewed as an administrative task that occurs off-line, and may include the following steps:

1. Select the customers to be migrated and the target cluster. Alternatively, all of the simple customers may be redistributed via the functional algorithm.

2. Applications may at this point wish to add to the migrating customer set any hierarchically-related customers not explicitly designated.

3. Simple customers may be migrated individually. All customers in a given hierarchy must be in the same subset, and customers in the same subset will be migrated together.

4. Change the mapping table in mapping store 124 so that the migrated customers are now mapped to the target cluster.

5. Copy all customer profile data and summaries from the source cluster to the target cluster.

6. Delete the customer profile data and summaries on the source cluster.

7. Update processed transactions for the migrated customers to refer to the target cluster. Plan summaries will

25

generally not be affected, e.g., in terms of a delta being applied, as a result of customers being migrated. Though the plan summary in a given cluster may not accurately reflect the actual customer participation within that cluster after migration, the aggregate of that plan's summaries across all clusters will accurately show the participation of all customers for that plan. There does not appear to be any need to maintain plan summaries reflecting cluster participation, since clusters are a feature of the system architecture rather than logical service concepts.

### Fault Tolerance and Recovery

Fault tolerance and recovery features of the EPS **12** will be illustrated below using the embodiment of FIG. **11**. In order to be self-sufficient in its ability to recover from software failures, the EPS in this embodiment keeps local copies of all inputs coming into it from external sources. This process may be implemented in the data collection and mapping element **110**, and is responsible for knowing what external inputs are coming into the EPS, knowing how to receive each external input, knowing how to map an input to the proper EPS cluster or clusters, and knowing how to convert each input into an appropriate file. The process also attaches a serial tag to every data input coming into the EPS. This tag is used to identify records in a stream and for recovery purposes.

The EPS in this embodiment needs to be able to recover on a per cluster basis. In order to accomplish this, the input files created by the data collection and mapping element **110** are organized on a per cluster basis. The input types coming into the EPS, and their corresponding handlers and mappers, are shown in the following table.

| Input Type | Handler | Mapper |
|---|---|---|
| Queries | Query Services 116 | Query Services 116 |
| Events | RAE 134-i | Data Collection/Mapping 110 |
| Maintenance | Daily Maintenance 130-i | Data Collection/Mapping 110 |
| Triggers | RAE 134-i | Data Collection/Mapping 110 |
| Service Plans | Daily Maintenance 130-i | Data Collection/Mapping 110 |

Queries are generally read-only and do not need to be recovered. This means that if the cluster goes down prior to servicing a query, the application will need to detect and handle this. This policy will need to be declared. Hence, queries generally do not need to be buffered to a file. It should be noted, however, that based on application needs, it may be possible to identify certain classes of updateable queries that require buffering in global services, e.g., in a prepay billing application, locking an account while a call is in progress. Due to overlap between queries and other events, it may be desirable to merge the functions of the data collection and mapping element **110** and the query services element **116**.

As will be described in greater detail below in conjunction with FIGS. **12** through **15**, the EPS **12** implements a strategy of establishing recovery points at predetermined intervals and, when necessary, recovering to the first recovery point just prior to the last transaction committed by the DW/ES **14** for the cluster. In order to manage synchronization between a RAE **134-i** handling events, triggers, etc. and the daily maintenance element **130-i** handling maintenance inputs, all maintenance activities are performed immediately after establishing a recovery point but before starting event processing. It should be noted that delays imposed on daily

26

maintenance processing as a result of deferring daily maintenance events until after establishing a recovery point may be undesirable in some applications. Other techniques may therefore be used to coordinate the timing for recovery point establishment, and daily maintenance events may be processed as they are received, subject to factors such as system load, etc.

A similar concern arises for service plans. This concern is addressed by establishing a policy that service plan changes (new or modified) will only be introduced after each recovery point and before any other processing (maintenance inputs, transactions, events/triggers). Daily maintenance will need to be able to back out service plan changes from a given recovery point. The WS effects may be automatically backed out by DataBlitz™ recovery, but the file system changes, e.g., DLLs, will need to be handled, by perhaps keeping previous versions only when changes are introduced. So essentially the daily maintenance element will be responsible for establishing recovery points only for service plan impacts to a flat file store. Other service plan changes to the DW/ES **14** will not be rolled back. This will require the DW/ES **14** to filter these duplicate requests in recovery, similar to what it needs to do for processed transactions.

Recovery on a per cluster basis in the FIG. **11** embodiment requires all inputs to be mapped to the cluster prior to being stored to disk for recovery. The data collection and mapping element **110** takes input streams or files and maps them to the appropriate file in the recovery log **122**, and is also responsible for reading the recovery log **122** and delivering inputs to the appropriate cluster process. The data collection and mapping element **110** includes readers for obtaining input streams, mappers for mapping input streams to cluster recovery files, and senders for delivering data from recovery files to the appropriate clusters. Readers, mappers and senders are implemented by the same process.

Although DataBlitz™ can recover to the last transaction, the DW/ES may lag during recovery due to volume aggregation issues. This issue may be addressed by rolling the WS and flat file store back to the last recovery point just prior to the last committed DW/ES transaction for that cluster. Customer migration adds another level of complexity to recovery. In the FIG. **11** embodiment, this issue may be addressed by requiring all customer migration to occur in non-service periods, e.g., scheduled maintenance periods, for the EPS. Other embodiments may be configured which allow the customer migration to occur during service periods.

FIGS. **12** through **15** illustrate a detailed example of recovery management which may be implemented in the EPS **12**. The recovery management in this example ensures that events (e.g., CDRs, priming data, etc.) are reliably processed by the EPS **12**, even if one or more system elements, such as the DCI, a cluster process (e.g., RAE, dmserv, etc.) or the memory store crash or otherwise fail. An aspect of this reliability is the assurance of the consistency between events processed by a given cluster **104-i** and processed events (e.g., events with EPS-added data) received by the DW/ES **14**.

A well-known conventional solution for ensuring data synchronization between multiple data stores is to employ a "two-phase" commit approach in which a Transaction Processing (TP) monitor or other overseeing entity coordinates transaction commits between all data stores participating in a transaction. In this approach, all participating data stores are queried for preparedness to commit. All data stores vote, and if all vote in the affirmative, each is instructed by the

27                                                    28

overseeing entity to go ahead and commit. A single negative vote causes the transaction to be "rolled back," i.e., all data store entities, tables, rows, etc. are returned to a state prior to the start of the transaction. A problem with this approach with respect to the EPS 12 is that the slowest data store, i.e., the DW/ES 14, determines the throughput rate for the entire EPS, and the overhead of constant resynchronizations, with each commit involving multiple communications between clusters and the DW/ES 14, would severely impede the overall throughput.

The above-described conventional two-phase commit approach can be considered a "pessimistic" data synchronization approach because, at every commit time, all data stores are known to be consistent with one another. In contrast, the approach illustrated in FIGS. 12 through 15 ensures a high level of throughput by employing an "optimistic" data synchronization approach. In this approach, the memory store and the DW/ES are only known to be synchronized when a given cluster, or an individual process within it, is started. This approach avoids the need for constant resynchronization at every commit, such that the memory store can be allowed to perform more or less at its maximum capacity.

The recovery management as illustrated in conjunction with FIGS. 12 through 15 makes use of a DataBlitz™ feature known as recovery points, or time stamp recovery. Recovery points may be viewed as "markers" that are inserted, on demand, e.g., by the EPS 12, into stable DataBlitz™ redo logs. A recovery point represents a transactionally consistent state of the database that can be reverted to as long as the logs are available. The logs are typically archived or deleted after a database checkpoint so that the disk space consumed can be freed. This feature enables optimistic data synchronization by providing points in the past at which the synchronization of the memory store and the DW/ES is known and to which the state of the EPS can be returned in case of failure.

In the example of FIGS. 12–15, event serialization and logging enables event acceptance and recovery. By tagging each event with a serial number as it comes into the EPS, logging the event at the front end (e.g., a DCI) and persistently storing the last serial number processed in each database transaction (in the memory store and DW/ES), in nearly all cases it is possible to recover to the last successfully processed event, and to replay accepted events from that point forward. Without such a mechanism, exceptional events such as the failure of a RAE will generally always require a more expensive recovery (in terms of lost cycles that could be spent processing new events) to a recovery point. Furthermore, if event serial numbers are associated with the incoming stream and event sequence number on that stream, it is possible to provide an event supplier with sufficient information to be able to replay an event stream without losing events (e.g., if the EPS could not recover) or duplicating events.

Recovery requirements dictate that a return to a previously established recovery point should be avoided where possible, and that a process that has failed and restarted should avoid recovery modes wherever possible (e.g., RAE was idle, with no uncommitted or queued work when it failed, and so there is therefore nothing to recover), because these are considered "expensive" propositions in terms of lost cycles that could otherwise be devoted to processing new events.

FIG. 12 illustrates the event processing procedure for a given event arriving in the EPS 12. It is assumed that the

EPS 12 and DW/ES 14 are up and available for handling events. The steps in the event processing procedure are as follows:

1. The given event enters the EPS 12.
2. The event is received by a DCI 150 implemented in the global services portion 102 of EPS 12. The DCI 150 includes a mapper thread 152 which is responsible for event serialization and logging. The incoming event is serialized, e.g., assigned one of a series of monotonically increasing serial numbers, by DCI 150 as soon as the event is accepted into the EPS. The serial number remains associated with the event as the event passes through the EPS, and uniquely identifies that event within global services 102, the cluster 104-i, and the DW/ES 14. Serialized events are then logged by the DCI 150 in event log 120 so that the events can be recovered and replayed to the cluster 104-i in case the cluster (or a process in the cluster) fails, or in case the DCI 150 itself fails.
3. The serialized and logged event is sent to the appropriate cluster process 160.
4. Before each transaction commit, the cluster process 160 records in memory store 162 the serial number of the last event processed and that of the last event sent to the DW/ES 14. The memory store 162 corresponds generally to the memory store 32 of FIG. 2, and a designated portion of the memory store 162 may be associated with each of the RAEs in the cluster 104-i.
5. The DW/ES 14 utilizes one or more enterprise store server processes 165 to record in a serial number log 170 the last serial number received for each cluster process.

FIG. 13 illustrates a recovery point establishment procedure which includes the following steps:

1. In accordance with a period determined by a tunable parameter, a timer event 172 in DCI 150 generates an establish recovery point event and transmits it to a dmserv process 174 in the cluster 104-i.
2. The dmserv process 174 passes the event to a recovery component 176. The recovery component 176 encapsulates functions for handling establish recovery point events and for invoking the memory store 162 to rollback to a previous recover point.
3. The recovery component 176 performs the following operations:
   a. Commits the current open dmserv transaction and opens a new one.
   b. Reads from the memory store 162 the last serial numbers processed by the cluster 104-i as well as last sent to the DW/ES.
   c. Establishes a recovery point in the memory store 162. A handle to the recovery point is obtained, and the handle identifies the location, e.g., in the above-noted redo logs, where the recovery point was placed, and the date and time at which the recovery point was taken.
   d. Writes the recovery point handle and last serial numbers processed data to the recovery logs 178. Information associated with established recovery points is persisted in the recovery logs 178, enabling the selection of an appropriate recovery point when an out-of-synchronization condition is detected. The recovery logs 178 in this embodiment are outside the memory store 162 (e.g., in flat files) so that they are available even if the memory store 162 itself is not. The recovery logs 178 may comprise a set of recov-

29

ery logs **40** as shown in the FIG. **2** embodiment, with each of the logs **40** in the set associated with a corresponding RAE in the cluster **104-i**. As another example, the recovery logs **178** may comprise a set of recovery logs including recovery logs **66-1**, **66-2** and **74-n** as shown in the FIG. **3** embodiment.

4. When the memory store server processes are first started, and right before they are cleanly shut down, a memory store front-end process msfront **180** calls the recovery component **176** to establish a recovery point so that there is always an appropriate memory store state to return to when the cluster is started. The msfront process **180** is associated with the cluster **104-i**, and coordinates starting, stopping, and recovering the cluster.

FIG. **14** shows a cluster recovery procedure. It is assumed that the memory store **162** and one or more cluster processes **160** have failed, such that the cluster **104-i** requires restarting. The cluster recovery procedure includes the following steps:

1. The msfront process **180** queries the DW/ES **14** for the last serial number received from each cluster process.

2. The msfront process **180** calls the recovery component **176** to do a recovery/rollback to a recovery point, passing it the serial numbers collected in the previous step.

3. The recovery component **176** searches the recovery logs **178** for a recovery point handle for which each associated serial number is less than or equal to the corresponding last serial number received by the DW/ES for that cluster process.

4. The recovery component **176** calls the memory store **162** in order to roll back to the recovery point identified by the recovery point handle obtained from the recovery logs **178**.

5. When the rollback is completed, the msfront process **180** restarts all the cluster processes **160**.

FIG. **15** shows a cluster process recovery procedure. It is assumed that a cluster process has failed and been restarted. The goal is to determine if any events were lost, and if so, to request a recovery.

1. The cluster process **160** invokes the recovery component **176** to do a startup check.

2. The recovery component **176** queries the DW/ES **14** to obtain the last serial number that the DW/ES received from that cluster process.

3. The recovery component **176** queries the memory store **162** to obtain the last serial number it processed and the last serial number that was sent to the DW/ES **14**.

4. If the last serial number sent to the DW/ES is greater than the last serial number processed by the DW/ES for that process, the recovery component **176** sends a needs recovery message to the msfront process **180**. In this case, the msfront process **180** shuts down the cluster and memory store server processes, and commences the previously-described cluster recovery procedure.

5. If the last serial number sent to the DW/ES is less than or equal to the last serial number processed by the DW/ES for that process, a ready to go message containing the last serial number processed by that cluster process is sent to the DCI **150**. The DCI **150** begins sending events starting immediately after that serial number, retrieving events from its event log **120** as necessary.

A number of other examples of recovery point establishment and recovery procedures will be described below. The

30

following is another example of a set of recovery point establishment and recovery procedures also suitable for use in the FIG. **11** embodiment:

1. Recovery point frequency is configured per cluster by an administrator.

2. For each recovery point, the following recovery point establishment operations occur:

   a. Recovery management element **114** sends a notification to DCIsender, a process implemented by the data collection and mapping element **110**, to establish a recovery point for cluster i. It provides a unique identifier for this recovery point.

   b. DCIsender places a recoveryPoint message on the processing stream for that cluster behind all currently queued inputs and stops sending additional inputs down that steam.

   c. Cluster i RAE **134-i** receives the recoveryPoint message and marks the WS **142-i** with the unique identifier passed on from recovery management element **114**. Once the recovery point is established, RAE **134-i** notifies recovery management element **114** of the recoveryPoint identifier and last transaction number processed. The recovery management element **114** persistently stores this recovery point and last transaction number information for cluster i.

   d. Recovery management element **114** notifies cluster i daily maintenance element **130-i** to establish a recovery point using the same unique identifier for the flat file store. The daily maintenance element **130-i** notifies recovery management element **114** when complete (this could happen in parallel with step c).

   e. Recovery management element **114** notifies DCIsender to start processing for cluster i. DCIsender starts processing in the appropriate order (service plans, maintenance inputs, then transactions and events/triggers), ensuring that these are uniquely sequentially tagged. When daily maintenance element **130-i** is handling service plan inputs it should have sufficient information to be able to back out flat file store changes for these inputs in case of recovery to an earlier recovery point.

   f. DCIsender sends service plan inputs followed by maintenance inputs to daily maintenance element **130-i**. Daily maintenance element **130-i** notifies DCIsender when complete.

   g. DCIsender sends transactions and events/triggers to RAE **134-i** until the next recovery point notification.

3. The recovery process includes the following operations:

   a. Recovery management element **114** detects cluster i failure, halts DCIsender for that cluster's inputs and restarts the cluster's process group.

   b. Recovery management element **114** queries the DW/ES **14** for the last committed transaction identifier for cluster i.

   c. Recovery management element **114** determines the appropriate recovery point for cluster i, e.g., the recovery point's last committed transaction <=last committed transaction for cluster i, and signals cluster i's DataBlitz™ server to restore to the appropriate recovery point. Cluster i's DataBlitz™ server notifies recovery management element **114** when complete.

   d. Recovery management element **114** notifies daily maintenance element **130-i** to recover the flat file store to the given recovery point. Daily maintenance element **130-i** notifies recovery management element **114** when complete (this can be in parallel with step c).

31

e. Recovery management element **114** notifies DCIsender to start cluster i's inputs after that recovery point's last committed transaction identifier.

f. The DW/ES **14** filters records it had already committed between the recovery point and the need for recovery. A possible alternative is to filter this inside the EPS at both RAE **134-i** and daily maintenance element **130-i**.

An example of a time stamp recovery process, which may be implemented in the embodiment of FIG. **11**, will now be described. It is assumed for purposes of the example that there are three sites involved in event processing for a given application. In parallel, a front-end site passes a data stream to two back-end sites. For example, in the EPS **12** of FIG. **11**, the front-end site may be an element of the global services **102**, e.g., the data collection and mapping element **110**, and the back-end sites may be clusters **104-i**. Each of the two back-end sites does some processing on the data stream and updates their local data store or database. One of the back-end sites is assumed to be running the DataBlitz™ storage manager, and it further assumed that the other back-end site, which is not running DataBlitz™ storage manager, is always behind on processing the data stream. The SenderMgr is a process running on the front-end site, which passes a data stream to the back-end sites. The RcvrMgr is a process running on each back-end site, which receives the data streams from the front-end site. The RecoveryMgr is a process that coordinates the recovery activity for all of the participating sites.

In the event of a crash or other system failure, the application uses time stamp recovery at the DataBlitz™ storage manager site in order to recover back in time to a transactionally consistent point that is equivalent to the other back-end site's transactionally consistent state. The following are a set of recovery point establishment and recovery operations:

1. The frequency of the recovery points is determined in this example by an administrator. The administrator sets the DataBlitz™ storage manager site's system configuration parameter MAX_RECOVER_POINTS accordingly. Within the application, a recovery point consists of a unique identifier, last processed message identifier, and a BlzRecoverPoint.

2. For each recovery point, the following recovery point establishment operations occur:

a. RecoveryMgr sends a notification to the SenderMgr running on the front-end site to establish a recover point.

b. SenderMgr places the recover point message on the data streams for its two back-end sites behind all currently-queued inputs.

c. Once the RcvrMgr on the DataBlitz™ storage manager site receives the recover point message, it calls a process BlzSys::setRecoverPoint. Once the recover point is established, the RcvrMgr notifies the RecoveryMgr passing back the established BlzRecoverPoint. The RecoveryMgr persistently stores the BlzRecoverPoint with the recover point information at the non-DataBlitz™ storage manager site.

d. In parallel, the same input stream is being processed by the other non-DataBlitz™ storage manager site. The RcvrMgr at this site commits its updates upon receipt of the recovery point message. It too notifies the RecoveryMgr that it has committed updates up to the specified recover point (commits on this site must go after commits on the DataBlitz™ storage manager site).

32

3. The recovery process includes the following operations:

a. RecoveryMgr detects a failure at one of the sites.

b. RecoveryMgr halts the SenderMgr if necessary, and then restarts the failed site.

c. RecoveryMgr queries the RecvMgr at the non-DataBlitz™ storage manager site to obtain the last committed recover point.

d. RecoveryMgr instructs the RcvrMgr at the DataBlitz™ storage manager site to stop its database server. The RcvrMgr calls BlzSys::stop, and then calls BlzSys::recover specifying the recover point to use. Once the DataBlitz™ storage manager has recovered, the RcvrMgr notifies the RecoveryMgr about recovery completion.

e. RecoveryMgr notifies the SenderMgr to start passing the data streams again, starting from the recover point's last processed message.

The above-described embodiments of the invention are intended to be illustrative only. Numerous alternative embodiments may be devised by those skilled in the art without departing from the scope of the following claims.

What is claimed is:

1. An apparatus for processing events generated by at least one system application, the apparatus comprising:

a processor for executing code to implement at least a portion of at least one real-time analysis engine, wherein the real-time analysis engine processes the events, and wherein associated with the real-time analysis engine in a main-memory database system is recovery information regarding a recovery point for the real-time analysis engine.

2. The apparatus of claim 1 wherein serial tags are assigned to each of the events in accordance with an arrival order of the events.

3. The apparatus of claim 2 wherein the serial tags are assigned in a monotonically increasing sequence in accordance with the arrival order of the events.

4. The apparatus of claim 3 wherein the tags and the corresponding events are stored in an event log.

5. The apparatus of claim 2 wherein the recovery information includes the serial tag for each event for which processing in the real-time analysis engine has reached a commit operation.

6. The apparatus of claim 5 wherein the serial tags for each event for which processing in the real-time analysis engine has reached a commit operation are stored in a memory portion of the main-memory database system accessible to the real-time analysis engine.

7. The apparatus of claim 6 wherein after an event is processed and the results of the processing stored in an external database storage element, the serial tag of the event is stored in a serial tag log associated with that storage element.

8. The apparatus of claim 7 wherein the serial tags stored in the memory portion of the main-memory database system and the serial tags stored in the serial tag log are utilized to implement a roll-back of the real-time analysis engine to the recovery point.

9. The apparatus of claim 1 wherein the real-time analysis engine receives the events in the form of one or more input streams from at least one data source, and delivers information representative of processed events in one or more output streams to at least one data sink.

10. The apparatus of claim 9 wherein at least one of the data source and the data sink comprises at least one of a network element of the system, a client associated with the application, and a database element.

**33**

**11**. The apparatus of claim **1** further including a plurality of processors for executing code to implement the at least one real-time analysis engine.

**12**. The apparatus of claim **1** wherein the processor executes code to implement at least a portion of the main-memory database system.

**13**. A method of processing events generated by at least one system application, the method comprising the steps of:

processing the events in at least one real-time analysis engine; and

storing in a main-memory database system associated with the real-time analysis engine recovery information regarding a recovery point for the real-time analysis engine.

**14**. The method of claim **13** further including the step of assigning serial tags to each of the events in accordance with an arrival order of the events.

**15**. The method of claim **14** wherein the recovery information includes the serial tag for each event for which processing in the real-time analysis engine has reached a commit operation.

**16**. The method of claim **15** further including the step of storing the serial tags for each event for which processing in the real-time analysis engine has reached a commit operation in a memory portion of the main-memory database system accessible to the real-time analysis engine.

**34**

**17**. The method of claim **16** further including the step of, after an event is processed and the results of the processing stored in an external database storage element, storing the serial tag of the event in a serial tag log associated with that storage element.

**18**. The method of claim **17** further including the step of utilizing the serial tags stored in the memory portion of the main-memory database system and the serial tags stored in the serial tag log to implement a roll-back of the real-time analysis engine to a recovery point.

**19**. The method of claim **14** wherein the assigning step includes assigning the serial tags in a monotonically increasing sequence in accordance with the arrival order of the events.

**20**. The method of claim **14** further including storing the tags and the corresponding events in an event log.

**21**. An article of manufacture comprising a machine-readable medium for storing one or more programs for processing events generated by at least one system application, wherein the programs when executed by a processor implement the steps of: (i) processing the events in at least one real-time analysis engine; and (ii) storing in a main-memory database system associated with the real-time analysis engine recovery information regarding a recovery point for the real-time analysis engine.

*    *    *    *    *

# Exhibit K

# United States Patent [19]

**Levy et al.**

[11] **Patent Number:** 5,659,725

[45] **Date of Patent:** Aug. 19, 1997

[54] **QUERY OPTIMIZATION BY PREDICATE MOVE-AROUND**

[75] Inventors: **Alon Yitzchak Levy**, New Providence; **Inderpal Singh Mumick**, Berkeley Heights, both of N.J.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **254,215**

[22] Filed: **Jun. 6, 1994**

[51] Int. Cl.$^6$ .................................................. **G06F 17/30**

[52] U.S. Cl. .......................... **395/600**; 364/DIG. 1; 364/282.1; 395/504; 395/605

[58] **Field of Search** ...................... 395/600, 700, 395/66

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,307,445 | 4/1994 | Dalal et al. | 395/66 |
| 5,367,675 | 11/1994 | Cheng et al. | 395/600 |
| 5,412,804 | 5/1995 | Krishna | 395/600 |

OTHER PUBLICATIONS

Hwee Hwa Pang et al., "An Efficient Semantic Query Optimization Afgorithm," 7th Int'l Conf. on Data Engineering, 1991 pp. 326–335.

A. Y. Levy, I. S. Mumic, Y. Sagiv, O. Shmueli, "Equivalence, Query–Reachability, and Satisfiability in Datalog Extensions", ACM SIGACT–SIGMOD–SIGART *Symposium on Principles of Database Systems*, 1993.

S. Sudarshan, R. Ramakrishnan, "Aggregation and Relevance in Deductive Databases", *International Conference on Very Large Data Bases*, 1991.

A. Levy, Y. Sagiv, "Constraints and Redundancy in Datalog", ACM SIGACT–SIGMOD–SIGART *Symposium on Principles of Database Systems*, 1992.

J. D. Ullman, *Principles of Database and Knowledge–Base Systems, vol. 2, Computer Science Press*, 1989.

I. S. Mumick, H. Pirahesh, "Implementation of Magic–sets in a Relational Database System", 1994 ACM SIGMOD *International Conference on Management of Data*, Minneapolis, MN, USA, Jun. 1994, vol. 23, No. 2, ISSN 0163–5808, pp. 103–114.

J. M. Hellerstein, "Practical Predicate Placement", 1994 ACM SIGMOD *International Conference on Management of Data, Minneapolis*, MN, USA, Jun. 1994, vol. 23, No. 2, ISSN 0163–5808, pp. 325–335.

S. Talbot, "An Investigation into Logical Optimization of Relational Query Languages", *The Computer Journal*, vol. 27, No. 4, 1984, pp. 301–309.

X. Wang, B. Shi, "Query Optimization in a Knowledge Base System", *Future Databases'92, Proceedings of the Second Far–East Workshop on Future Database Systems*, Kyoto, Japan, 26–28 Apr. 1992, pp. 327–330.

*Primary Examiner*—Paul V. Kulik

[57] **ABSTRACT**

Query optimization which is done by making a graph of the query and moving predicates around in the graph so that they will be applied early in the optimized query generated from the graph. Predicates are first propagated up from child nodes of the graph to parent nodes and then down into different child nodes. After the predicates have been moved, redundant predicates are detected and removed. Predicates are moved through aggregation operations and new predicates are deduced from aggregation operations and from functional dependencies. The optimization is not dependent on join order and works where nodes of the graph cannot be merged.

**17 Claims, 5 Drawing Sheets**



FIG. 1

```
calls(FromAC, FromTel, ToAC, ToTel, AccessCode, StartTime, Length)
customers(AC, Tel, OwnerName, Type, MemLevel)                          ⎫
users(AC, Tel, UserName, AccessCode)                                   ⎬ 701
secret(AC, Tel)                                                        ⎭
promotion(AC, SponsorName, StartingDate, EndingDate)
```

```
(E1):   CREATE VIEW fgAccounts(AC, Tel, UserName) AS          111
            SELECT DISTINCT c.AC, c.Tel, u.UserName
            FROM customers c, users u                            109
            WHERE c.AC = u.AC AND
                  c.Tel = u.Tel AND
                  c.Type = "Govt" AND                                 103
                  c.AC = "011" AND
                  NOT EXISTS (SELECT * FROM secret s
                             WHERE s.AC = c.AC AND s.Tel = c.Tel)
```

```
(F1):   CREATE VIEW ptCustomers (AC, Tel, OwnerName, ToAC, MaxLen) AS
            SELECT c.AC, c.Tel, c.OwnerName, t.ToAC, MAX (t.Length)
            FROM customers c, calls t
            WHERE t.Length > 2 AND
                  t.FromAC <> t.ToAC AND
                  c.AC = t.FromAC AND          111         109        105
                  c.Tel = t.FromTel AND
                  c.MemLevel = "Silver"
            GROUPBY c.AC, c.Tel, c.OwnerName, t.ToAC
```

```
                                                       109
(Q1):   SELECT ptc.AC, ptc.Tel, fg.UserName, p.SponsorName
            FROM ptCustomers ptc, fgAccounts fg, promotion p
            WHERE ptc.AC = fg.AC AND
                  ptc.Tel = fg.Tel AND                             107
                  ptc.MaxLen > 50 AND
                  p.AC = ptc.ToAC
```

/* <> is the SQL symbol for *not equal* */

101

FIG. 2

$(E1_o)$:    CREATE VIEW fgAccounts$_o$(AC, Tel, UserName) AS
            SELECT DISTINCT c.AC, c.Tel, u.UserName
            FROM customers c, users u
            WHERE c.AC = u.AC AND
                  c.Tel = u.Tel AND
                  c.Type = "Govt" AND
                  c.MemLevel = "Silver" AND
                  c.AC = "011" AND
                  NOT EXISTS (SELECT ⋆ FROM secret s
                              WHERE s.AC = c.AC AND s.Tel = c.Tel)          } 203

$(F1_o)$:    CREATE VIEW ptCustomers$_o$ (AC, Tel, OwnerName, ToAC, MaxLen) AS
            SELECT c.AC, c.Tel, c.OwnerName, t.ToAC, MAX (t.Length)
            FROM customers c, calls t
            WHERE t.Length > 50 AND
                  t.ToAC <> "011" AND
                  t.FromAC = "011" AND
                  c.Tel = t.FromTel AND
                  c.MemLevel = "Silver" AND
                  c.Type = "Govt" AND
                  c.AC = "011" AND
                  NOT EXISTS (SELECT ⋆ FROM secret s
                              WHERE s.AC = c.AC AND s.Tel = c.Tel)
            GROUPBY c.AC, c.Tel, c.OwnerName, t.ToAC          } 205

$(Q1_o)$:    SELECT ptc.AC, ptc.Tel, fg.UserName, p.SponsorName
            FROM ptCustomers$_o$ ptc, fgAccounts$_o$ fg, promotion p
            WHERE ptc.AC = fg.AC AND
                  ptc.Tel = fg.Tel AND
                  p.AC = ptc.ToAC          } 207

201

## FIG. 3



```
CREATE VIEW V (A1, ..., Al)

   SELECT r.B, s.C, Max(r.D)

   FROM R r, S s

   WHERE   r.B ≤ r.C

           s.C=r.A

   GROUPBY r.A

   HAVING ...
```

$n_3$    HAVING ...    — 307

$n_2$    Max(r.D)
         GROUPBY r.A    — 305

$n_1$    r.B ≤ r.C
         s.C=r.A    — 303

Figure 3: GROUPBY node triplets.

301

## FIG. 5



FIG. 4

```
CREATE VIEW V (A1, ..., Al)

        SELECT ...
        FROM ...
        WHERE ...                           401

        UNION
        :
        UNION

        SELECT ...            403
        FROM ...
        WHERE ...      ┌─────────┐
                       │  UNION  │
                       └─────────┘
```



FIG. 7

calls(FromAC, FromTel, ToAC, ToTel, AccessCode, 703
     StartTime, Length)
customers(AC, Tel, OwnerName, Type, MemLevel) 705
users(AC, Tel, UserName, AccessCode) 707
secret(AC, Tel) 709
promotion(AC, SponsorName, StartingDate, EndingDate) 711

701

FIG. 6



| 1 | 2 |

# QUERY OPTIMIZATION BY PREDICATE MOVE-AROUND

## 1 BACKGROUND OF THE INVENTION +ps 1.1
### Field of the Invention

The invention concerns techniques for constraint propagation generally and more particularly concerns techniques for optimizing queries by moving constraints so that they are applied as early as possible in a computation.
### 1.2 Description of the Prior Art

Data base systems have long been used to store and access large quantities of data. The data in the data base is organized in some fashion and queries made by users of the data base system take advantage of the organization of the data base to return portions of the data which are useful to the user. Many modern data base systems are relational data base systems. In such systems, the data is organized into a set of relations. Each relation is a table which has columns and rows. The columns define classes of data (for example, employee name, employee department, and pay), while the rows contain related values of the data. Thus, a us_employee relation might have a row for each employee in the U.S. and columns for employee name, employee department, and employee pay. The specific values in a row for employee department and employee pay are the ones for the employee specified by the employee name. There are two kinds of relations in the data base system: base relations in which the data values are actually stored in the data base system, and views, that is, relations which are not stored, but which are constructed on the fly from data in the base relations.

The queries in relational data base systems define the data they wish to return in terms of relations and constraints on the relations which limit what data the query returns from the relation. For example, a query on the us_employee relation might request a list of the names of all U.S. employees whose pay was greater than $100,000 per year. The requirement that the employees on the list be paid more than $100,000 is of course a constraint.

Most relational data base systems use a language called SQL for their queries. A query in SQL for the above example would look like this:

SELECT name, pay
FROM us_employees
WHERE pay>100,000.

In such a query, the field names of a relation are termed attributes of the relation. Thus, in the above example, the relation us_employees has the attributes name, pay, and dept. A constraint which applies to an attribute, for example, the constraint that us_employees.pay>100,000 is termed a predicate which is applicable to the attribute, in this case, the attribute pay.

Since many data bases are very large, efficiency is an important aspect of the design of data base systems. One aspect of efficiency is query optimization, which puts the computations needed to execute a query into a form which minimizes the amount of time and/or memory resources required. An important part of query optimization is optimizing the application of constraints. Two techniques for optimizing constraints are minimizing the number of constraints and applying them as early as possible.

For instance, if we expand the previous example to include another relation, world_employees, in which the rows have the same attributes as the rows in us_employees and apply our query to both relations, we get:

SELECT name, pay
FROM us_employees, world_employees

WHERE pay>100,000

There are two ways of computing this query: one way is to assemble all of the rows from both relations and then apply, the predicate pay>100,000; the other is to apply the predicate in each relation and only assemble the rows from each relation which satisfy the predicate. Clearly, the second way saves the time required to copy the rows which do not satisfy the predicate and the space required to store all of the rows from both relations, and is consequently more efficient. The second way is thus an optimization. In this case, the optimization is achieved by applying the predicate in each relation, so that it is applied as early as possible in the computation.

A number of techniques are known for applying predicates as early as possible. These techniques are commonly termed predicate pushdown techniques. The techniques are applied to a query graph, a data structure which represents the query during optimization. In the query graph for a query, each of the query's subqueries and views forms a block of the graph: One of the techniques is merging query blocks, as explained in H. Pirahesh, J. Hellerstein, and W. Hasan, "Extensible/rule based query rewrite optimization in starburst", in SIGMOD 1992, pp. 39–48. This technique is limited by the fact that query blocks often cannot be merged. Another of the techniques is pushing predicates down the query graph, into query blocks that are computed earlier during evaluation. This technique works only on hierarchical queries, that is, queries which are nonrecursive and do not have common subexpressions. See J. Ullman, *Principles of Database and Knowledgebase Systems*, vol. 1 and 2, Computer Science Press, 1989. A third technique is based on the magic set transformation, explained in the Ullman text. The third technique permits a predicate to be moved up from a relation and down into another relation when the other relation appears later in the join order, as explained in detail in I. Mumick, S. Finkelstein, H. Pirahesh, and R. Ramakrishnan, "Magic Conditions", in PODS 1990.

What is needed, and what is provided by the present invention, is an optimization technique which permits predicates generally to be moved around a query tree to the node where their application is most efficient and applying them in that node.

## 2 SUMMARY OF THE INVENTION

The optimization technique is a generalization of the predicate-pushdown technique, called predicate move-around, which first moves predicates into other nodes of the query graph and then reduces the number of the propagated predicates. As a result, each predicate is applied at an advantageous point in the computation of the query. In a preferred embodiment, the predicates are moved by propagating them up the query graph and then down the query graph and the reduction removes redundant predicates. At the end of the reduction, the remaining predicates are applied as early as possible in the computation.

Predicate move-around can be applied even if, some blocks have aggregates and even if duplicates are retained in some blocks and eliminated in others. Our algorithm for predicate move-around is extensible in the sense that (1) a variety of predicates can be moved around; for example, comparison and inequality predicates, EXISTS and NOT EXISTS predicates, negated base relations (the EXCEPT clause), arithmetic predicates (e.g., X=Y+Z), the LIKE predicate, functional dependencies and more, and (2) Predicates can be moved through new operators like outer-join. The predicate move-around results in applying a larger number of predicates to base and intermediate relations and

5,659,725

3

doing so as early as possible; hence, the evaluation becomes much more efficient. Unlike the magic-set transformation, predicate move-around does not need auxiliary relations (such as the magic and supplementary relations) and does not depend upon the order of doing joins. Our move-around algorithm applies to nonrecursive SQL queries, including SQL queries with correlations. It can also be generalized to recursive SQL queries.

Our technique includes the following novel features:

Moving predicates up, down and sideways in the query graph, across query blocks that cannot be merged.

Moving predicates through aggregation; in the process, new predicates are deduced from aggregation.

Using functional dependencies to deduce and move predicates.

Moving EXISTS and NOT EXISTS predicates. The EXCEPT clause can also lead to a NOT EXISTS predicates that can then be moved.

Removing redundant predicates. This is important, since redundant predicates can lead to incorrect selectivity estimates that may result in access paths and join methods that are far from optimal. Moreover, redundant predicates represent wasted computation. Our technique can be easily combined with existing query optimizers, since it works by rewriting the original queries and views.

Other objects and advantages of the apparatus and methods disclosed herein will be apparent to those of ordinary skill in the art upon perusal of the following Drawing and Detailed Description, wherein:

3 BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a set of example relations and views;

FIG. 2 is an optimized version of the relations and views of FIG. 1;

FIG. 3 shows subnodes in a GROUPBY node;

FIG. 4 shows the structure of a UNION or INTERSECTION node;

FIG. 5 is an example of a query tree during optimization;

FIG. 6 is the query tree of FIG. 5 after optimization; and

FIG. 7 shows the base relations used in the example.

Reference numbers in the Drawing have two parts: the two least-significant digits are the number of an item in a figure; the remaining digits are the number of the figure in which the item first appears. Thus, an item with the reference number 201 first appears in FIG. 2.

4 DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

The Detailed Description is organized as follows. Section 4.1 illustrates the savings achieved by predicate move-around via a detailed example. Section 4.2 describes the SQL syntax and the query-tree representation on which the algorithm operates. The query tree is a straightforward parse tree representation of a query, close to what is used in several systems (e.g., H. Pirahesh, J. Hellerstein, and W. Hasan. "Extensible/rule based query rewrite optimization in starburst", in SIGMOD 1992, pages 39–48). The predicate move-around algorithm is detailed in Section 5. We describe the general algorithm, and illustrate each step of the algorithm on the example of Section 4.1.

4.1 ILLUSTRATIVE EXAMPLE

We consider a detailed example that illustrates the benefits of the predicate move-around optimization. In

4

particular, this example illustrates how predicates can be moved across query blocks, through aggregation and using knowledge about functional dependencies.

This example is representative of the complexities to be found in real world decision-support queries. Further, it illustrates our alogorithm's increased ability to deal with complex queries. The example uses the base relations from a telephone database shown in FIG. 7. calls relation 703 has a tuple (row) for every call made. A telephone number is represented by the area code (AC) and the local telephone number (Tel). Foreign numbers are given the area code "011." A call tuple contains the telephone number from which the call is placed, the telephone number to which the call is placed, and the access code used to place the call (0 if an access code is not used). The starting time of the call, with a granularity of 1 minute, and the length of the call, again with 1 minute granularity, are included. Due to the time granularity and multiple lines having the same phone number, duplicates are permitted in this relation. In particular, there can be several calls of 1 minute each starting within the same 1 minute, and there can be multiple calls running concurrently between two given numbers.

customers relation 705 gives information about the owner of each telephone number. The information about owners consists of the owner's name, his account type (Government, Business, or Personal), and his membership level (Basic, Silver, or Gold). The key (i.e., the attribute values used to access the row) of the customers relation is {AC, Tel} and, so, the following functional dependency holds:

$$\{AC, Tel\} \rightarrow \{OwnerName, Type, MereLevel\}.$$

That is, given AC and Tel, the system can retrieve the values of the other attributes.

A telephone number can have one or more users that are listed in users relation 707. Each user of a telephone number may have an access code. One user may have multiple access codes, and one access code may be given to multiple people. There are no duplicates in the users relation.

A few telephone numbers have been declared secret, as given by secret relation 709.

promotion relation 711 has, for each planned marketing promotion, the name of the sponsoring organization, the area codes to which calls are being promoted, and the starting and ending dates of the promotion. Note that there may be several tuples with the same area code and same sponsor, but with different dates.

Example 4.1 In the following, a query Q1 will be optimized by moving predicates around. FIG. 1 shows query Q1 107 and the relations which define it. The base relations 701 are those of FIG. 7. Those relations are then used to define two views. View fgAccounts 103, denoted as E1, lists all foreign accounts (i.e., Area-Code="011") of type "Govt" that are not secret accounts. View 103 includes telephone numbers and names of users of those numbers.

The second view ptCustomers 107 (i.e., potential customers), denoted as F1, first selects calls longer than 2 minutes and then finds, for each customer with a silver level membership, the maximum length amongst all his calls to each area code other than the customer's own area code.

Query Q1 107 is then defined in terms of fgAccounts 103 and ptCustomers 107. Query 107 has been posed by a marketing agency looking for potential customers among foreign governments that make calls longer than 50 minutes to area codes in which some promotion is planned. The query lists the phone number of each relevant foreign

| 5 | 6 |

government, the names of all users of that phone and the names of the sponsors of the relevant promotions. Note that duplicates are retained, since sponsors may have one or more promotions in one or more area codes.

Ordinary query optimizers cannot deal effectively with query Q1 107 because neither view E1 103 nor view F1 107 can be merged into the query block of Q1 107. One reason for this is that view ptCustomers 105 does aggregation, that is, it provides one or more results whose computation involves more than one tuple of the relation. In ptCustomers, the aggregation operation, is specified by GROUPBY. Another reason why the views cannot be merged is that the view fgAccounts 103 generates and eliminates duplicates (while Q1 107 retains duplicates).

Since no merger is possible, an ordinary optimizer is forced to optimize and evaluate each view separately and then optimize and evaluate the query. In particular, such an optimizer cannot push the predicate MaxLen >50 of Q1 107 from the definition of Q1 into the definition of the view ptCustomers 105 (since that predicate is over a field that is aggregated in ptCustomers). Thus, when evaluating the view ptCustomers 105, we can only use the predicate Length>2; later, when evaluating query Q1 105, we can use the predicate MaxLen>50 to discard those ptCustomers tuples that do not satisfy this selection.

Our optimization algorithm, in comparison, will do much better, since it is capable of the following:

Taking the predicate c.AC="011" of the view fgAccounts 103 and moving it into the view ptCustomers 105. As a result, the join predicate c.AC=t.FromAC is replaced with t.FromAC="011" and t.ToAC<>t.FromAC is replaced with t.FromAC<>"011".

Taking the predicate c.Type="Govt" from the view fgAccounts 103 and moving it into the view ptCustomers 105, where it is applied to customers relation 705. Note that determining the soundness of this move requires that we reason with knowledge about functional dependencies (explained in detail later). Specifically, in query Q1 107, the views fgAccounts 103 and ptCustomers 105 are joined on a key of the customers relation and, therefore, the predicate c.Type="Govt" can be moved from fgAccounts into the definition of ptCustomers.

Taking the predicate

---

NOT EXISTS (SELECT * FROM secret s
    WHERE s.AC = c.FromAC AND
    s.Tel = c.FromTel)

---

from the view fgAccounts and moving it into the view ptCustomers. This leads to a more efficient evaluation of the view ptCustomers, since the customers relation can be restricted before taking the join with calls and before the grouping operation.

Taking the predicate c.MemLevel="Silver" from the view ptCustomers and moving it into the view fgAccounts. Again, functional dependencies are used for this move.

Taking the predicate MaxLen>50 from the query and inferring that t.Length>50 can be introduced in the WHERE clause of ptCustomers.

As a result, the predicate t.Length>2 can be eliminated from the definition of ptCustomers and the predicate t.Length>50 can be deleted from the query. Note that this optimization amounts to pushing a selection through aggregation, a novel feature of our algorithm.

The optimized views and query are denoted in FIG. 2 as, E1$_o$ 203, F1$_o$ 205, and Q1$_o$ 207. Section 5 explains the behavior of the move-around algorithm on this example in detail.

4.2 Preliminaries: SQL Notation and the Query-Tree Representation

The predicate move-around algorithm works on a query-tree representation of the SQL query. A query tree is essentially a parse tree of the query. The query tree for the example of FIG. 5 is shown in FIG. 5 and will be discussed in detail later. In this section we briefly describe the SQL syntax and explain how to build the query tree.

4.3 SQL Syntax

An SQL query can be viewed as a sequence of view definitions, one of which is designated as the query view. A view definition can be a single SELECT statement, of the form

(V): CREATE VIEW...AS
SELECT...
FROM...
WHERE...
GROUPBY...
HAVING...

where the GROUPBY and HAVING clauses are optional. Alternatively, a view may be defined as a UNION, INTERSECTION, and EXCEPT of multiple SELECT statements.

4.3.1 The Query Tree

Each node of a query tree corresponds to a step in the evaluation of an SQL query. A step is the computation of either a SELECT block (i.e., a SELECT-FROM-WHERE clause), a GROUPBY block (i.e., a SELECT block combined with GROUPBY and HAVING clauses). The root of the tree is the query view. The children of a node n are the views (i.e., non-base relation) referenced in the computation of n. For example, a node for a SELECT block has a child for every view referenced in the FROM clause of that block.

Local and Exported Attributes: Each computation step has some operands and a result. The local attributes of a node are those appearing in the operands; in example 101, local attributes are given the reference number 109. The exported attributes are those appearing in the result; in example 101, they have the reference number 111. Note that the exported attributes of a node n are some of the local attributes of the parent of n. Also note that root 503 of tree 501 (i.e., the node for the query view) does not have exported attributes.

Labels: In tree 501, each node n has an associated label 511 that eventually contains all the predicates 513 applicable to local and exported attributes of n. Due to functional dependencies, labels may also contain functional terms. An example of such a functional term in label 511 of FIG. 5 is c.Type=f_1(c.Ac,c.Tel), where the value of c.Type is returned by the functional term f_1(c.Ac,c.Tel).

4.4 Kinds of Nodes in a Query Tree

The query tree 501 of a preferred embodiment may be up of four kinds of nodes: SELECT nodes, GROUPBY nodes, UNION nodes, and INTERSECTION nodes.

SELECT Nodes

When a view definition consists of a single SELECT block (i.e., a SELECT-FROM-WHERE clause) of the form CREATE VIEW V(A$_1$, . . . ,A$_1$)AS

SELECT r$_1$.B$_1$, . . . r$_1$.B$_1$
FROM Rel$_1$r$_1$, . . . , Rel$_m$ r$_m$
WHERE . . .

we create a SELECT node n. In query tree 501, there are three SELECT nodes: 507, 517, and 503. The local attributes of a SELECT node n are all the attributes used in its computation, i.e., terms of the form r$_i$.B, where $1 \leq i \leq m$ and B is an attribute of Rel$_i$. For example, in SELECT node 507, the local attributes are c.AC, C.Tel, C.Type, u.AC, and u.Tel.

5,659,725

7

The exported attributes are $V.A_1, \ldots, V.A_1$, or in the case of node 507, AC, Tel, UserName. Note that the exported attributes are just aliases of the local attributes listed in the SELECT clause. If $Rel_i$ is also a view, then n has a child node for the definition of $Rel_i$. A SELECT DISTINCT block is treated in exactly the same way as a SELECT block. (The difference between SELECT and SELECT DISTINCT is that in SELECT DISTINCT, duplicates are not selected.)

GROUPBY Triplets and Nodes

A view definition consisting of a GROUPBY block may be dealt with in the present discussion as if it were separated into three nodes. GROUPBY triplet 301 is shown in FIG. 3. The bottom node, $n_1$ 303, is a SELECT node for the SELECT-FROM-WHERE part of the view definition (it may have children as described above for SELECT nodes). The middle node, $n_2$ 305, is a GROUPBY node and it stands for the GROUPBY clause and the associated aggregations. The top node, $n_3$ 307, is a HAVING node and it stands for the predicates in the HAVING clause.

Let L denote the set of local attributes in $n_1$ 303 (defined as for an ordinary SELECT node) and let A denote the set of aggregate terms (e.g., Max(r.D)) from the SELECT clause. In both $n_1$ 303 and $n_2$ 307, L is the set of local attributes, while L∪A is the set of local attributes in $n_3$. The set of exported attributes in $n_1$ 305 is L, in $n_2$ it is L∪A and in $n_3$ it is $\{V.A_1, \ldots, V.A_1\}$. Thus, in FIG. 5, where node 505 consists of a SELECT node 517 and a GROUPBY node 515, the local and exported attributes of node 517 and the local attributes of node $n_2$ are t.Length, t.ToAC, t.FromAc, tc.Tel, c.MemLevel, c.Type, c.AC, s.Tel, and s.AC. The exported attributes of node 515 are c.AC, c.Tel, c.ownerName, t.ToAC, and MAX (t.length).

A view definition may have aggregation in the SELECT clause even without having GROUPBY and HAVING clauses. In this case, it should be considered as having an empty GROUPBY clause. Also note that if there is only a GROUPBY clause (and no HAVING clause), then we can omit the top node $n_3$ 307, as in query tree 501, and let $V.A_1, \ldots, V.A_l$ be the exported attributes of $n_2$ 805; in this case, the attributes of A are considered local in $n_2$ 305.

UNION and INTERSECTION Nodes

If a view definition includes UNION (or INTERSECTION), we create a node n 403 for this operation as shown in FIG. 4. Node n has a SELECT child 405(i) for every SELECT block in the view definition. For the $i^{th}$ SELECT child 405, the local attributes are defined as usual and the exported attributes are $V_i.A_1, \ldots, V_i.A_k$, where $V_i$ is a newly created name. The local attributes of (UNION or INTERSECTION) node n 403 are the exported attributes from all its children. The exported attributes of node n 403 are $V.A_1, \ldots, V.A_l$. Note that some of the SELECT blocks of the view definitions may contain GROUPBY blocks, and therefore, some children of n may be triplets 801, as described above.

DAG Queries

If some view V is referenced in two different views (i.e., the node representing V may have more than one parent, the query graph is a directed acyclic graph, or DAG. In that case, the DAG must be converted to a tree by duplicating V (and its children) in the query tree. After completing the two phases of the algorithm, we can combine the two occurrences of V into a common subexpression. However, if the two occurrences end up with two distinct labels, we may not want to combine them, as discussed in Section 5.6.

Example 4.2 FIG. 5 shows query tree 501 for query Q1 107 of FIG. 1 The view ptCustomers 105 is represented on the left by a SELECT node 517 and a GROUPBY node

8

which are combined in the doublet 505. The view fgAccounts 103 is represented on the right by a single SELECT node 507. Query view Q1 10 itself is represented by a single SELECT node 503 at the top. The arcs 519 and 521 from ptCustomers node 505 and fgAccounts node 507 respectively into query node 503 arise from the usage of the views in defining the query. Query tree 501 also shows the labels which have been added to the nodes after completion of the initialization and pullup phases of predicate move-around. The predicates in normal font were added to the labels during initialization (for example, the predicates at 511 in FIG. 5). The predicates in bold font were added to the labels in the pullup phase (for example, the predicates at 509).

5 THE MOVE-AROUND ALGORITHM

We give an overview of the main steps of the predicate move-around algorithm, followed by a detailed description of each step.

5.1 The Main Steps of the Algorithm

1. Label initialization: Initial labels are created from the predicates in the WHERE and HAVING clauses and from functional dependencies. (Initial labels refer only to local attributes.)

2. Predicate pullup: The tree is traversed bottom-up. At each node, we infer predicates on the exported attributes from predicates on the local attributes and push the inferred predicates to the parent node.

3. Predicate pushdown: The tree is traversed top-down. At each node, we infer predicates on the local attributes from predicates on the exported attributes and push the inferred predicates to the children of that node.

4. Label minimization: A predicate can be removed from a node if it is already applied at a descendant of that node.

5. (Optional:) Convert the query tree into SQL code (the plan optimizer may also work directly with the tree representation of the query).

As a result of the above algorithm, the predicates are propagated to every node of the query tree where they can be applied and duplicates are removed so that there are fewer predicates in the tree and those remaining are located at an advantageous position in the query tree for the computation of the query. In a preferred embodiment, the advantageous position is as low in the query tree as possible; however, in other embodiments, other techniques for determining advantageous positions may be applied as well.

The algorithm is extensible in the sense that it can be extended to new types of predicates (e.g., LIKE) and to new types of nodes (e.g., outer-join). Next, we explain each step in detail.

5.2 Label Initialization

SELECT Nodes: The initial label of a SELECT node consists of the predicates appearing in the WHERE clause. For example, in FIG. 5, the first five predicates 523 in fgAccounts node 507 come from the WHERE clause. Note that (NOT secret(c.AC, c.Tel)) is simply a shorthand for the NOT EXISTS subquery.

GROUPBY Triplets: In a view triplet 301 for a GROUPBY block (see FIG. 3), the initial labels of the bottom node 303 and top node 307 are the predicates from the WHERE and HAVING clauses, respectively. The initial label of middle node $n_2$ 305 includes predicates stating that the grouping attributes functionally determine the aggregated values. For example, in the view ptCustomers 105, the predicate

MaxLen=f_3(c.AC, c.Tel, c.OwnerName, t.ToAC)

appears in GROUPBY node 515.

**9**

UNION and INTERSECTION nodes: The initial label of a UNION or an INTERSECTION node n 403 is empty.

Functional Dependencies: Suppose that the following functional dependency holds in a base relation R.

$$fd: \{A_1, \ldots, A_k\} \rightarrow \{B_1, \ldots, B_p\}$$

If a WHERE or a HAVING clause refers to R, then the predicates $f_{fdi}(r.A_1, \ldots, r.A_k)=B_i(1 \le i \le p)$ are added to the label created for that clause. For example, the functional dependency

$$\{AC, Tel\} \rightarrow \{OwnerName, Type, MemLevel\}$$

holds in customers relation 705; hence, the predicate

$$c.Type=f\_1(c.AC, c.Tel)$$

is added to SELECT nodes 507 and 517, since both reference customers relation 705.

Equality Predicates: If, in node n, two exported attributes, $V.A_i$ and $V.A_j$, are aliases of the same local attribute, then add the equality $V.A_i=V.A_j$ to the label of n.

Example 5.1 The initial labels for query tree 501 are shown in typewriter font.

5.3 Predicate Pullup

In the predicate-pullup phase, we traverse the tree bottom up, starting from the leaves. At each node, we infer predicates on the exported attributes from predicates on the local attributes. The inferred predicates are added to the labels of both the given node and its parent. The particular method for inferring additional predicates depends on the type of node under consideration and the types of predicates in the label of that node.

5.3.1 Predicate pullup through SELECT nodes

To pull up predicates through a SELECT node n, having a label L(n), we proceed as follows.

Add to L(n) new predicates that are implied by those already in L(n). For example, if both $r_1.A<r_2.B$ and $r_2.B<r_3.C$ are in L(n), then $r_1.A<r_3.C$ is added to L(n). Ideally, we would like to compute the closure of L(n) under logical implications, since that would maximize the effect of moving predicates around. However, the move-around algorithm remains sound even if we are not able to compute the full closure. Note that when predicates consists only of conjunctions of comparisons (i.e., $<$, $\le$, $<>$ and $=$) among constants and ordinary attributes (i.e., no aggregate terms), then the closure can be computed in polynomial time. See the Ullman reference above.

Infer predicates with exported attributes as follows. If $\alpha$ is in L(n), then add $\tau(\alpha)$ to L(n), where $\tau$ substitutes the exported attributes for the local attributes. For example, in fgAccounts node 507, the predicate fgAccounts.AC="011" on the exported attributes is inferred from the predicate c.AC="011" on the local attributes.

If a predicate in L(n) refers only to exported attributes or constants, then add that predicate to the label of the parent of n. In FIG. 5, for example, the predicate fg.AC="011" is added to the label of the root.

Example 5.2 In FIG. 5, the labels generated by the pullup phase are shown in bold font, for example, at 509. For clarity, the label of the GROUPBY node does not show the predicates pulled up from its child. Also, we do not show all the predicates in the closures of labels.

5.3.2 Predicate pullup through GROUPBY triplets

In principle, it is enough to perform the three steps of the previous section at each node of a GROUPBY triplets (starting with the bottom node). Note that the middle step is redundant in the bottom and middle nodes, since all local

**10**

attributes in these two nodes are also exported attributes. In practice, however, we need some rules for inferring predicates involving aggregate terms. Following is a (sound but not complete) set of such rules; these rules should be applied to the label, $L(n_2)$, of the middle node (in all these rules, $\le$ can be replaced with $<$).

1. If Min(B) is an attribute of $n_2$ (i.e., Min(B) appears in the SELECT clause), then add $Min(B) \le B$ to $L(n_2)$ (in words, the minimum value of B is less than or equal to every value in column B). Furthermore, if $(B \ge c) \epsilon L(n_2)$, where c is a constant, then add $Min(B) \ge c$ to $L(n_2)$ (in words, if c is less than or equal to every value in column B, then c is also less than or equal to the minimum value of B).

2. If Max(B) is an attribute of $n_2$, then add $Max(B) \ge B$ to $L(n_2)$. Furthermore, if $(B \le c) \epsilon L(n_2)$, where c is a constant, then add $Max(B) \le c$ to $L(n_2)$. For example, consider GROUPBY node 515 in FIG. 5. First, we infer Max (t.Length) $\ge$ t.Length. Since t.Length>2 is pulled up from node 517, we infer Max(t.Length)>2 (by transitivity).

Now, MaxLen>2 is inferred, since MaxLen is an exported attribute that is an alias of Max(t.Length). For clarity, only MaxLen>2 is shown in the figure.

3. Consider the following three predicates: $Max(B) \ge Min(B)$, $Avg(B) \ge Min(B)$ and $Max(B) \ge AvE(B)$. Each of these predicates is added to $L(n_2)$ if its aggregate terms are attributes of $n_2$.

4. If Avg(B) is an attribute of $n_2$ and $(B \le c) \epsilon L(n_2)$, where c is a constant, then add $Avg(B) \le c$ to $L(n_2)$. If $(B \ge c) \epsilon L(n_2)$, then add $(Avg(B) \ge c)$ to $L(n_2)$.

5.3.3 Predicate pullup through UNION and INTERSECTION nodes

Consider a UNION (or INTERSECTION) node n, as shown in FIG. 4. Recall that the exported attributes of node n are $V.A_1, \ldots, V.A_1$, while the exported attributes of the $i^{th}$ SELECT child are $V_i.A_1, \ldots, V_i.A_1$, where $V_i$ is a newly created name.

Suppose that $\overline{D_i}$ is a conjunction of predicates that have been pulled up into node n from its $i^{th}$ SELECT child, and let $D_i$ be obtained from $\overline{D_i}$ by substituting $V.A_j$ for $V_i.A_j$ $(1 \le j \le l)$. If n is a UNION node, we add $D_1 \vee \ldots \vee D_m$ to the labels of both n and its parent. If n is an INTERSECTION node, we add $D_1 \wedge \ldots \wedge D_m$ to the labels of both n and its parent.

5.4 Predicate Pushdown

This phase of the algorithm is a generalization of predicate-pushdown techniques. The combination of pullup and pushdown effectively enables us to move predicates from one part of the tree to other parts. In this phase, we traverse the query tree top down, starting from the root. At each node, we infer new predicates on the local attributes from predicates on the exported attributes and push the inferred predicates down into the children nodes. As earlier, the pushdown process depends on the type of the node. The result of the push-down process in the query tree for FIG. 1 is shown in query tree 601 of FIG. 6.

5.4.1 Predicate pushdown through SELECT nodes

In a SELECT node n, with label L(n), we do as follows. Infer new predicates over the local attributes as follows. For each predicate $\alpha$ in L(n), add $\tau^{-1}(\alpha)$ to L(n) (if it is not already there), where $\tau^{-1}$ substitutes local variables for the exported variables.

Add to L(n) new predicates that are implied by those already in L(n).

For each child of add to all predicates of having only exported attributes of $n_1$ or constants.

Example 5.3 In query tree 601, the predicate ptc.Max-Len>50 is pushed from root node 603 into GROUPBY node

5,659,725

11

613; predicates added during the pushdown phase are shown in italic in query tree 601. For clarity, we do not show the full closure at each node.

5.4.2 Predicate pushdown through GROUPBY triplets

The three steps set forth for SELECT nodes should also be performed at the nodes of a GROUPBY triplet 301. However, we also need rules for inferring new predicates from predicates with aggregate terms. Following is a set of such rules; the rules should be applied to the label, L($n_2$), of middle node 305 (in all these rules, $\leq$ can be replaced with <).

Suppose that Max(B)$\geq$c is in L($n_2$), where c is a constant. If Max(B) is the only aggregate term in $n_2$, then we can add B$\geq$c to L($n_2$). Obviously, looking just at tuples satisfying B$\geq$c is sufficient for computing Max(B), given that Max(B) should satisfy Max(B)$\geq$c. Generally, however, we cannot look just at tuples satisfying B$\geq$c in order to compute other aggregates. For that reason we require that Max(B) be the only aggregate term in $n_2$. Consider, for example, GROUPBY node 613 in FIG. 6. The predicate MaxLen>50 is pushed into node 613 from root node 603. By translation into local attributes, we get Max(t.length)>50. Since Max (t.length) is the only aggregate term in GROUPBY node 613, we can infer the predicate t.length>50. Note that by pushing t.length>50 down, we discover that we only need tuples satisfying t.length>50 in view ptCustomers 705, because the maximum of t.length should be greater than 50.

If Min(B)$\leq$c is in where c is a constant, and Min(B) is the only aggregate term in $n_2$, then we can add B$\leq$c to L($n_2$).

5.4.3 Predicate pushdown through UNION and INTERSECTION nodes

Consider a UNION (or INTERSECTION) node n 403, as shown in FIG. 4. Let denote the substitution of the exported attributes of the $i^{th}$ SELECT child 405 of n 403 for the exported attributes of n; that is, $\tau_i$ substitutes $V_i.A_1, \ldots, V_i.A_1$ for V.A$_1$, . . . , V.A$_1$.

The pushdown of predicates from n into its children is done as follows. If $\alpha$ is in L(n) and all attributes in $\alpha$ are exported attributes of n, then add $\tau_i(\alpha)$ to the label of the $i^{th}$ SELECT child 405 of n 403 (note that there is no need to add $\tau_i(\alpha)$ to the label of n, even if it is not there).

Example 5.4 In FIG. 6, the labels generated by the push-down phase of the algorithm are shown in italic font, indicated by 609.

5.5 Label Minimization

At the end of the top-down phase, the same predicates may be repeated in many nodes of the tree. As a result, we can apply predicates earlier than was possible in the original tree. In fact, even an evaluation of the original tree could result in redundant applications of predicates; this may happen, for example, when the original query is formulated using predefined views and the user is oblivious to the exact predicates that are used in those views (and, hence, he may redundantly repeat the same predicates in the query). In the move-around algorithm, redundancies are introduced in two ways.

As a result of translation from local to exported attributes (or vice versa) and the associated pullup (or pushdown), the same predicate appears in some node and in the parent of that node (and, possibly, also in some other ancestors of that node). There is no need, however, to apply a predicate at a node if it has already been applied at a descendant of that node.

Removing redundancies is important for two reasons. First, it saves time, since fewer tests are applied during the evaluation of the query. Secondly, redundant predicates might mislead the plan optimizer due to incorrect selectivity estimates.

Redundancies of the first kind are removed as follows. Suppose that predicate $\alpha$ appears in node n and all attributes of $\alpha$ are local to n, but also have aliases among the exported

12

attributes of n. Then a predicate $\beta$ in the parent of n is redundant if $\beta$ is logically implied by $\tau(\alpha)$, where $\tau$ substitutes the exported attributes of n for the local ones.

Redundancies of the second kind are removed by the known technique of transitive reduction; that is, we repeatedly remove a predicate from a label if it is implied by the rest of the predicates. We get a nonredundant label when no more predicates can be removed.

Finally, we can completely remove labels of GROUPBY, UNION and INTERSECTION nodes. Moreover, predicates containing functional terms (that were generated from functional dependencies and aggregations) are also dropped from all nodes. In FIG. 6, the predicates annotated with a star 611 remain after minimization and form the final labels in our example.

5.6 Translating the Query Tree to SQL

The query tree may be used directly for further rewrite and cost-based optimizations as well as evaluation of the query. In fact, the query tree is similar to the internal representations of queries used by some existing query processors. If desired, however, we can easily translate the query tree back into SQL as follows. SELECT, UNION and INTERSECTION nodes, and GROUPBY triplets are translated into the appropriate SQL statements; the WHERE and HAVING clauses consist of the minimal labels of the corresponding nodes. In our example, the optimized SQL query and views 201 of FIG. 2 are the result of applying the above translation to query tree 601 of FIG. 6.

5.6.1 Translating DAG Queries

When a query tree is created from a DAG query, several subtrees of the tree may correspond to the same view. These subtrees are identical at the beginning of the move-around algorithm, but may become different at the end of the algorithm. Consider two subtree, $T_1$ and $T_2$, generated from the same view V. If, at the end of the algorithm, $T_1$ and $T_2$ are equivalent, then it is sufficient to evaluate just one of $T_1$ and $T_2$. If $T_1$ is contained in $T_2$ (i.e., each label of $T_1$ logically implies the label of the corresponding node of $T_2$), then the view for $T_2$ can be computed from the view for $T_1$ by applying the appropriate selection If neither one is contained in the other, it may still be possible to compute one view from which the two views can be obtained by additional selections.

6 CONCLUSION

The foregoing "Detailed Description" has disclosed to those skilled in the art of optimizing queries how to perform optimizations in which predicates are first propagated in query graphs so that they occupy positions which are advantageous for computing the query and then reduced.

In a preferred embodiment, the predicates are pulled up.i.e. propagated into ancestor nodes of the nodes originally containing the predicates and then pushed down, i.e. propagated into descendent nodes which are different from the nodes which originally contained the predicates. The number of the propagated and unpropagated predicates is then reduced so that there are fewer predicates and each predicate is in a location in the query tree which is advantageous for the computation. One such location is as far down the query graph as possible.

The disclosed techniques may be used in situations where optimization by merging blocks or by means of magic sets transformations are not possible, and may also be combined with these and other query optimization techniques. Portions of the disclosed techniques, including propagating the predicates first up and then down the query graph, moving predicates through aggregation, using functional dependencies to deduce and move predicates, moving EXISTS and NOT EXISTS predicates, and removing redundant predicates, may be employed independently of the predicate move-around techniques.

13

While the embodiment of the "Detailed Description" employs a relational database accessed by SQL queries, the technique can be used in any system in which a query is applied to data and the query can be parsed to produce a directed acyclic graph. Techniques other than those disclosed herein may be used to move predicates around the query graph and to reduce the predicates. For example, in some cases, it is more efficient to apply a predicate later in the computation, and other embodiments of the invention can incorporate tests for such predicates in their predicate reduction phase. What algorithms are in fact used to move predicates and reduce them may of course depend on the kind of system being optimized.

All of the above being the case, the foregoing Detailed Description is to be understood as being in every respect illustrative and exemplary, but not restrictive, and the scope of the invention disclosed herein is not to be determined from the Detailed Description, but rather from the claims as interpreted according to the full breadth permitted by the law.

What is claimed is:

1. A method of operation of a data base system for optimizing a query having predicates applicable to attributes involved in the query, the method comprising the steps of:

making a query graph data structure for the query by creating a label with at least one predicate applicable to the attributes mentioned in at least one node;

in a parent node of the query graph data structure, inferring a first at least one new predicate in the parent node's label from a predicate in a label belonging to any child node of the parent, and propagating the inferred first at least one new predicate to the parent node;

in a child node of the query graph data structure, inferring a second at least one new predicate in the child node's label from a predicate in a label belonging to any parent of the node and propagating the inferred second at least one new predicate to children of the parent node; and

generating an optimized query from the query graph data structure by removing from the query graph data structure any redundant predicates.

2. The method set forth in claim 1 further comprising the step of:

reducing the number of the predicates in the query graph data structure.

3. The method set forth in claim 2 wherein:

the step of reducing the number of the predicates reduces the predicates such that no predicate is applied more than once.

4. The method set forth in claim 2 wherein the step of reducing comprises the step of:

removing any predicate from a given node's label which is applied at a descendant of the given node.

5. The method set forth in either claim 2 or claim 4 wherein the step of reducing comprises the step of:

removing any predicate in a label which is implied by another predicate in the label.

6. The method set forth in either claim 1 or claim 2 wherein:

the step of inferring a first at least one new predicate in the parent node's label is repeatedly performed beginning with a child node which is a leaf node and ending when the parent node has no parent; and

the step of inferring a second at least one new predicate in the child node's label is repeatedly performed begin-

14

ning with a parent node which has no parent and ending when the child node is a leaf node.

7. The method set forth in either claim 1 or claim 2 wherein:

each node of the query graph data structure represents a computation in the query;

the predicate used to infer the first at least one new predicate is a predicate on an exported attribute, the exported attribute appearing in the result of the computation represented by the child node; and

the predicate used to infer the second at least one new predicate is a predicate on an exported attribute.

8. The method set forth in claim 7 wherein the step of inferring the first at least one new predicate from the predicate on the exported attribute comprises:

applying the predicate on the exported attribute to a local attribute local to the node which corresponds to the exported attribute.

9. The method set forth in claim 7 wherein the step of inferring the second at least one new predicate from the predicate on the exported attribute comprises:

applying the predicate on the exported attribute to a local attribute local to the node which corresponds to the exported attribute.

10. The method set forth in claim 1 or claim 2 wherein:

in the step of inferring a first at least one new predicate, the predicate on the label belonging to the child node includes an aggregation operation.

11. The method set forth in claim 10 wherein the step of inferring a first at least one new predicate comprises the step of:

inferring the first at least one new predicate such that the first at least one new predicate limits the result of the aggregation operation.

12. The method set forth in claim 1 or claim 2 wherein:

in the step of inferring a second at least one new predicate, the predicate on the label belonging to the parent of the node includes an aggregation operation.

13. The method set forth in claim 10 wherein the step of inferring a second at least one new predicate comprises the step of:

inferring the second at least one new predicate such that the second at least one new predicate limits the result of the aggregation operation.

14. The method set forth in claim 1 or claim 2 further comprising the step performed in the parent node of:

adding a third at least one new predicate which is implied by predicates in the label.

15. The method set forth in either claim 1 or claim 2 wherein the step making a query graph data structure further comprises the step of:

inferring a predicate from a function on an attribute of a base relation.

16. The method set forth in claim 1 or claim 2 further comprising the step performed in the child node of:

adding a fourth at least one new predicate which is implied by predicates in the label.

17. The method set forth in either claim 1 or 2 wherein the step of removing the predicates:

reduces the number of predicates to an equivalent smaller number thereof.

*   *   *   *   *

# Exhibit L

US005649068A

# United States Patent [19]

## Boser et al.

[11] **Patent Number:** 5,649,068

[45] **Date of Patent:** Jul. 15, 1997

[54] **PATTERN RECOGNITION SYSTEM USING SUPPORT VECTORS**

[75] Inventors: **Bernard Boser; Isabelle Guyon**, both of Berkeley, Calif.; **Vladimir Vapnik**, Middletown, N.J.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **648,641**

[22] Filed: **May 16, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 97,785, Jul. 27, 1993, abandoned.

[51] Int. Cl.$^6$ ............................. **G06E 1/00**; G06E 3/00; G06F 15/16

[52] U.S. Cl. ............................... **395/23**; 395/20; 382/159

[58] Field of Search ................................. 395/20–25, 27, 395/51, 61, 76; 382/155–159

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,067,164 | 11/1991 | Denker et al. | 382/158 |
| 5,263,124 | 11/1993 | Weaver et al. | 382/159 |
| 5,276,771 | 1/1994 | Manukian et al. | 395/24 |
| 5,293,454 | 3/1994 | Kamiya | 395/23 |
| 5,299,284 | 3/1994 | Roy | 395/22 |
| 5,371,809 | 12/1994 | Desieno | 382/159 |
| 5,371,834 | 12/1994 | Tawel | 395/23 |
| 5,384,895 | 1/1995 | Rogers et al. | 395/23 |
| 5,384,896 | 1/1995 | Sakaue et al. | 395/24 |
| 5,440,651 | 8/1995 | Martin | 382/156 |

OTHER PUBLICATIONS

Sankar et al, "Growing and pruning neural tree networks"; IEEE Transactions on Computers, vol. 42, No. 3, Mar. 1993, pp. 291–299.

Kelly et al, "An adaptive algoritm for modifying hyperel-lipsoidal decision trees"; IJCNN, pp. 196–201 vol. 4, 7–11 Jun. 1992.

Leonard et al, "Radial basis function networks for classify-ing process faults"; IEEE Control Systems Magazine, vol. 11, iss. 3, pp.31–38, Apr. 1991.

Kleeman et al, "A computer integrated system for autono-mous management of production"; Proceedings of Rensse-laer's Second International Conference on Computer Inte-grated Manufacturing, pp. 324–330, 1990.

Eggers, et al, "Neural network data fusion concepts and application"; IJCNN International Joint Conference on Neu-ral Networks, pp. 7–16 vol. 2, 17–21 Jun. 1990.

Lin et al, "Neural–Network–based fuzzy logic control and decision system"; IEEE Transactions on computers, pp. 1320–1336, vol. 40 iss. 12, Dec. 1991.

*Primary Examiner*—Tariq R. Hafiz

[57] **ABSTRACT**

A method is described wherein the dual representation mathematical principle is used for the design of decision systems. This principle permits some decision functions that are weighted sums of predefined functions to be represented as memory-based decision function. Using this principle a memory-based decision system with optimum margin is designed wherein weights and prototypes of training pat-terns of a memory-based decision function are determined such that the corresponding dual decision function satisfies the criterion of margin optimality.

**10 Claims, 4 Drawing Sheets**



SELECT A TYPE OF LEARNING MACHINE — 501

↓

RECEIVE INPUT PATTERNS — 502

↓

RETRIEVE TRAINING PATTERNS — 503

↓

504

DERIVE WEIGHTED SUM OF ONE OR MORE SELECTED ASSOCIATIONS BETWEEN THE INPUT PATTERNS AND THE TRAINING PATTERNS

↓

505

DETERMINE DECISION FUNCTION BY IDENTIFYING WEIGHING PARAMETERS FOR WEIGHTED SUM

↓

CLASSIFY THE INPUT PATTERNS — 506

*PRIOR ART*

# FIG.1



# FIG.2



## FIG.3



*FIG.4*



*FIG.5*



5,649,068

1

## PATTERN RECOGNITION SYSTEM USING SUPPORT VECTORS

This application is a continuation of application Ser. No. 08/097,785, filed on Jul. 27, 1993, now abandoned.

### TECHNICAL FIELD

This invention relates to learning machines.

### BACKGROUND

The main objective of a learning machine is to learn to recognize as well as possible an unknown pattern, given a set of training examples. Of particular importance in the learning process for a learning machine is the method of deriving a decision function based on the training examples, in order to distinguish representatives of one class from representatives of another class. The derived decision function can be used to recognize unknown patterns.

The ability of a decision system to perform well a particular task depends on several factors such as, the number of examples in the training set, the number of errors in the training set and the complexity of the classifier. Prior art decision systems are predicated on two major approaches, each one with particular limitations and drawbacks.

In an approach called the optimal margin approach, a learning machine determines a decision function which is a weighted sum of the components of the input patterns or a weighted sum of arbitrary predefined functions of the input patterns (e.g. Perceptrons and polynomial classifiers). The weights are determined such that a) the number of training patterns that are misclassified by an optimal margin decision system is minimized, and b) the margin between the correctly classified training patterns and the decision boundary is maximized. The margin is defined as the distance of the closest training patterns to the decision boundary. The weights that optimize the margin are a function of only a subset of all training patterns, called the "supporting patterns". The latter are patterns that are closest to the decision boundary.

The capacity of a decision system using the optimal margin approach or, more specifically, the ability of such a system to solve complex problems is restricted by the number of predefined functions. Accordingly, the number of predefined functions had to be limited for computational reasons, hence, limiting the range of applications of decision systems using the optimal margin approach.

In another approach called "memory-based decision approach" prior art decision systems were designed to allow decision functions (e.g. Radial Basis functions, Potential functions) to be represented by a weighted sum of kernel functions, each kernel function being itself a function of two patterns, namely, an input pattern and a memorized pattern (also called "memory" or "prototype"). In this approach, however, prototype patterns and weights are determined in a suboptimal way, thereby limiting the ability of the decision system to perform complex tasks.

### SUMMARY

The present invention is directed to a method which a) takes advantage of the dual representation mathematical principle which permits some decision functions that are weighted sums of arbitrary predefined functions to be represented as memory-based decision function and vice versa, and b) allows design of memory-based decision systems

2

with optimum margin in which weights and prototypes of training patterns of a memory-based decision function are determined such that the corresponding dual decision function satisfies the criterion of margin optimality.

In an embodiment of the principles of the invention, input data that may be represented, for example, by a set of vectors in n-dimensional space, are classified with decision rules that may be graphically represented by non-linear decision surfaces. In accordance with the invention, the classification is facilitated by transforming the input patterns to a new space using, for example, convolution of dot products, for linear separation by at least one optimal hyperplane represented by a decision function in the transformed space. According to one aspect of the invention, during the training process, training patterns or dot-product-transformed training patterns that are unused to determine the decision function, are identified and removed to allow the training process to be restarted with the remaining training patterns.

In a specific example implementing the principles of the invention, a processor, such as a UNIX workstation includes a memory which stores training patterns data which may be for example, bit-mapped pixel images data, and a classification program which is designed to associate input data (received by the workstation) with a specific class. This association is achieved by automatically attributing to the same class all the patterns that are on the same side of the optimal hyperplane (or hyperplanes) in the transformed space.

According to one of the aspects of the invention optimal decision hyperplane(s) is identified by simultaneously a) identifying support vectors from the training patterns data, and b) assigning weights to the support vectors through the mapping of the training patterns data into high dimension feature space. The steps described in a) and b) are performed jointly by a computer program in a manner that achieves correct classification of the training patterns while leaving the largest possible margin between the training patterns and the decision hyperplane in the feature space. Thus, input data received by the workstation from a source are classified in that workstation to allow the resulting classified data to be delivered to an output device. As a result, training patterns are assigned to the correct side of the decision hyperplane and as far as possible from the decision hyperplane in the feature space. It is mathematically provable that an automatic classification system built according to that principle has high probability to perform better than other systems on any particular classification task (such as speech or handwriting recognition).

Advantageously, our invention permits to build rapidly such an automatic classification system on a computer, given training patterns and regardless of the high dimension of selected feature space.

Advantageously, decision systems that are equivalent to linear classifiers in large multidimensional space, ($10^{12}$, $10^{16}$ dimensions), can be derived using a small amount of supporting patterns. Thus, decision systems of arbitrary capacity with both good speed and classification accuracy can be obtained. For example, polynomial decision functions of any order can be optimally selected. Furthermore, the number of computations required to classify patterns is only proportional to the number of supporting patterns and the number of inputs to the system when the kernel functions are properly selected.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 illustrates a prior art decision system in which two classes in a training set are linearly separated by a decision boundary;

5,649,068

3

FIGS. 2 and 3 show examples of non-linear decision boundaries obtained by using the maximum margin memory-based method;

FIG. 4 shows some hardware components that may be used to implement the classification system of the invention; and

FIG. 5 is a flow diagram of programmed instructions executed by the processor of FIG. 4 to implement the principles of the invention.

DETAILED DESCRIPTION

FIG. 1 shows a decision system in which two classes in a training set are linearly separated by a decision boundary. FIG. 1 graphically illustrates a training set and a linear decision boundary which yields the best generalization performance. FIG. 1 is presented in this example to facilitate a better understanding of the optimal margin technique that is used in the decision system of the invention. Shown in FIG. 1 is a training set extracted from two classes A and B. The training examples from class A are illustrated in small rectangular blocks while the training examples from class B are represented by small circles. The area 103 that is delimited by KLMNOP represents the largest possible margin between the decision boundary QR and the training patterns on either side. That margin provides the best generalization performance for a classifier trained with the training set of FIG. 1, as proved mathematically in further detail below. Graphically, this statement appears intuitively justifiable since a new example from class A is likely to fall within or near the convex envelope 101 of the examples of class A (and similarly for class B). By providing the largest possible "safety" margin, the chances are minimized that examples from class A and B cross the border to the wrong side.

An important property of the maximum margin solution is that it is only dependent upon a restricted number of training examples, called supporting patterns (or informative patterns). In FIG. 1, the supporting patterns are represented by those examples that lie on the margin and, therefore, are closest to the decision boundary. The number m of linearly independent supporting patterns satisfies the inequality: $m \leq \min(N+1,p)$. In this equation, (N+1) is the number of adjustable parameters and equals the well-known Vapnik-Chervonenkis dimension (VC-dimension), and p is the number of training examples. The generalization error is bounded by m/p and, therefore, m is a measure of the complexity of the learning problem. Because m is bounded by p and is generally a lot smaller than p, the maximum margin solution obtains good generalization even when the problem is grossly underdetermined, i.e. the number of training patterns p is much smaller than the number of adjustable parameters, N+1. As described in further detail below, the existence of supporting patterns is advantageous for computational reasons as well.

FIGS. 2 and 3 show examples of decision boundaries obtained by using the memory-based maximum margin technique. The decision boundaries shown in FIGS. 2 and 3 are derived (as explained in further detail below) by mapping the examples in set A and B to another space. FIG. 2 is an illustration of a second order polynomial decision boundary while FIG. 3 is an illustration of a Radial Basis Function decision boundary. The rainbow-shaped area 201 shown in FIG. 2 and the criss-crossed area of FIG. 3 represent the margin area 301 projected into the input space. The method of deriving the decision functions that yield the optimal margins in FIGS. 1, 2, and 3 are explained immediately below.

4

An optimal margin decision system designed in accordance with the invention, finds a decision function for pattern vectors x of dimension n belonging to either of two classes A and B. The input to the decision system is a set of p examples $x_i$ with labels $y_i$

$$(x_1,y_1),(x_2,y_2),(x_3,Y_3), \ldots . (x_p,y_p)$$

where

$y_i=1$ if $x_i \epsilon$ class A

$y_i=1$ if $x_i \epsilon$ class B     (1)

From these training examples the decision system finds the parameters of the decision function D (x) during a learning phase. After training, the classification of unknown patterns is predicted according to the following rule:

$x \epsilon A$ if $D(x)>0$

$x \epsilon B$ otherwise.     (2)

The equation $D(x)=0$ determines the decision boundary. The decision functions must be linear in their parameters but are not restricted to linear dependencies of x. These functions can be expressed either in direct, or in dual space. The direct space notation is identical to the Perceptron decision function:

$$D(x)=\sum_{i=1}^{N} w_i \phi_i(x) + b.     (3)$$

In this equation the $\phi_i$ are predefined functions of x, and the $w_i$ and b are the adjustable parameters of the decision function. Polynomial classifiers are a special case of Perceptrons for which $\phi_i(x)$ are products of components of x. In the dual space, the decision functions are of the form

$$D(x)=\sum_{k=1}^{p} \alpha_k K(x_k,x) + b.     (4)$$

The coefficients $\alpha_k$ are the parameters to be adjusted and the $x_k$ are the training patterns. The function K is a predefined kernel which can be, for example, a potential function or any Radial Basis Function Under certain conditions, symmetric kernels possess finite or infinite series expansions of the form

$$K(x,x')=\sum_i \phi_i(x)\phi_i(x').     (5)$$

In particular, the kernel $K(x, x')=(x \cdot x'+1)^q$ corresponds to a polynomial expansion $\phi(x)$ of order q. Other examples of kernel functions include

$K(x,x')=\tanh(\gamma x \cdot x')$

$K(x,x')=\exp(\gamma x \cdot x')-1$

$K(x,x')=\exp(-||x-x'||^2/\gamma)$

$K(x,x')=\exp(-||x-x'||/\gamma)$

$K(x,x')=(x-x'+1)^q \exp(-||x-x'||/\gamma)$

Of particular importance in these examples is the fact that those kernel functions can be evaluated with a number of computations proportional to the number n of inputs that is the dimension of vector x.

5,649,068

5

Provided that the expansion stated in Equation (5) exists, Equations (3) and (4) are dual representations of the same decision function and

$$w_i = \sum_{k=1}^{p} \alpha_k \phi_i(x_k). \qquad (6)$$

The parameters $w_i$ are called direct parameters, and the $\alpha_k$ are referred to as dual parameters.

In this embodiment, this decision system is extended to train classifiers linear in their parameters. First, the margin between the class boundary and the training patterns is formulated in the direct space. This problem description is then transformed into the dual space by means of the Lagrangian. The resulting problem is that of maximizing a quadratic form with constraints and is amenable to efficient numeric optimization decision system.

In order to maximize the margin in the direct space, the decision function is expressed as:

$$D(x) = w \cdot \phi(x) + b \qquad (7)$$

where w and $\phi(x)$ are N dimensional vectors and b is a bias. That decision function defines a separating hyperplane in $\phi$-space. The distance between the hyperplane and pattern x is $D(x)/\|w\|$. Assuming that a separation of the training set with margin M between the class boundary and the training patterns exists, all training patterns fulfill the following inequality:

$$\frac{y_k D(x_k)}{\|w\|} \geq M. \qquad (8)$$

The objective of the decision system is to find the parameter vector w that maximizes M:

$$M^* = \max_{w, \|w\|=1} M \qquad (9)$$

subject to: $y_k D(x_k) \geq M$, k=1,2, . . . , p.

The bound $M^*$ is attained for those patterns satisfying

$$\min_{k} y_k D(x_k) = M^*. \qquad (10)$$

These patterns are called the supporting patterns of the decision boundary.

The problem of finding a hyperplane in $\phi$-space with maximum margin is therefore a minimax problem of the form:

$$\max_{w, \|w\|=1} \min_{k} y_k D(x_k). \qquad (11)$$

The norm of the parameter vector in equations 9 and 11 is fixed to pick one of an infinite number of solutions that differ only in scaling. Instead of fixing the norm of w to take care of the scaling problem, the product of the margin M and the norm of a weight vector w can be fixed.

$$M \|w\| = 1. \qquad (12)$$

Thus, maximizing the margin M is equivalent to minimizing the norm $\|w\|$. If the training data are not linearly separable, the maximum margin may be negative. In this case, $M\|w\| = -1$ is imposed. Maximizing the margin is then equivalent to maximizing $\|w\|$. If the training data are linearly separable, the problem of finding a maximum margin separating hyperplane $w^*$ stated in Equation (9) reduces to solving the following quadratic problem:

6

$$\min_{w} \|w\|^2 \qquad (13)$$

under conditions $y_k D(x_k) \geq 1$, k=1,2, . . . , p.

The maximum margin is $M^* = 1/\|w\|$.

In principle the problem stated in Equation 13 can be solved directly with numerical techniques. However, this approach is impractical when the dimensionality of the $\phi$-space is large or infinite. Moreover, no information is gained about the supporting patterns.

The problem of Equation (13) can be transformed into the dual space by means of the Lagrangian

$$L(w,b,\alpha) = \frac{1}{2} \|w\|^2 - \sum_{k=1}^{p} \alpha_k[y_k D(x_k) - 1] \qquad (14)$$

subject to $\alpha_k \geq 0$, k=1, 2, . . ., p.

The factors $\alpha_k$ are called Lagrange multipliers or Kuhn-Tucker coefficients and satisfy the conditions

$$\alpha_k(y_k D(x_k) - 1) = 0, \ k=1,2, . . ., p. \qquad (15)$$

The factor one half has been included for cosmetic reasons; it does not change the solution.

The optimization problem of Equation 13 is equivalent to searching a saddle point of the function L (w, b, $\alpha$). This saddle point is the minimum of L (w, b, $\alpha$) with respect to w, and a maximum with respect to $\alpha(\alpha_k \geq 0)$. At the solution, the following necessary condition is met:

$$\frac{\partial L}{\partial w} = w^* - \sum_{k=1}^{p} \alpha_k y_k = 0, \qquad (16)$$

hence

$$w^* = \sum_{k=1}^{p} \alpha_k y_k \phi_k.$$

The patterns which satisfy $y_k D(x_k) = 1$ are the supporting patterns. According to equation 16 the vector $w^*$ that specifies the hyperplane with maximum margin is a linear combination of only the supporting patterns, which are those patterns for which $\alpha_k^* \neq 0$. Usually the number of supporting patterns is much smaller than the number p of patterns in the training set.

The dependence of the Lagrangian L(w, b, $\alpha$) on the weight vector w is removed by substituting the expansion of $w^*$ given by Equation 16 for w. Further transformations result in a Lagrangian which is a function of the parameters $\alpha$ and the bias b only:

$$J(\alpha, b) = \sum_{k=1}^{p} \alpha_k(1 - b y_k) - \frac{1}{2} \ \alpha \cdot H \cdot \alpha \qquad (17)$$

subject to $\alpha_k \geq 0$, k=1, 2 . . ., p.

Here H is a square matrix of size p×p with elements $H_{kl} y_k y_l K(x_k x_l)$

In order for a unique solution to exist, H must be positive definite. For fixed bias b, the solution $\alpha^*$ is obtained by maximizing J($\alpha$, b) under the conditions $\alpha_k \geq 0$. Based on equations 7 and 16, the resulting decision function is of the form

$$D(x) = w^* \cdot \phi(x) + b = \sum_{k} y_k \alpha_k^* K(x_k x) + b \cdot \alpha_k^* \geq 0, \qquad (18)$$

where only the supporting patterns appear in the sum with nonzero weight.

The choice of the bias b gives rise to several variants of the decision system. Two variants are considered in this

5,649,068

7

embodiment. In the first variant, the bias can be fixed a priori and not subjected to training. In the second variant, the function represented by Equation 17 can be optimized with respect to w and b. This approach gives the largest possible margin M*.

In both cases the solution is found with standard nonlinear optimization decision system for quadratic forms with linear constraints. The second approach gives the largest possible margin. There is no guarantee, however, that the second solution exhibits also the best generalization performance.

One possible strategy to optimize the margin with respect to both w and b allows Equation 17 to be solved for differences of pattern vectors to obtain $\alpha^*$ independent of the bias, which is computed subsequently. The margin in $\phi$-space is maximized when the decision boundary is halfway between the two classes. Hence the bias b* is obtained by applying Equation 18 to two arbitrary supporting patterns $x_A \in$ class A and $x_B \in$ class B and taking into account that $D(x_A)=1$ and $D(x_B)=-1$.

$$b^* = -\frac{1}{2} (w^* \cdot \phi(x_A) + (w^* \cdot \phi(x_B)) \qquad (19)$$
$$= -\frac{1}{2} \sum_{k=1}^{p} y_k\alpha_k^*[K(x_A,x_k) + K(x_B,x_k)].$$

The dimension of problem 17 equals the size of the training set, p. To avoid the need to solve a dual problem of exceedingly large dimensionality, the training data is divided into chunks that are processed iteratively. The maximum margin hypersurface is constructed for the first chunk and a new training set is formed consisting of the supporting patterns from the solution and those patterns $x_k$ in the second chunk of the training set for which $y_k D(x_k)<1-\epsilon$. A new classifier is trained and used to construct a training set consisting of supporting patterns and examples from the first three chunks which satisfy $y_k D(x_k)<1-\epsilon$. This process is repeated until the entire training set is separated. In an actual implementation of the principles of the invention, training data are received in the optimal margin classification via input device 401 of FIG. 4 which forwards the training data to processor 402. Input device 401 may be for example, a data reading device, such as a magnetic disk arranged to transfer training data stored therein to processor 402. The latter includes a memory 403 that stores the programmed instructions for the classification system that are illustratively shown in Appendices 1 and 2. Processor 402 may be implemented using, for example a workstation which runs under the UNIX® operating system to execute the programmed instructions in memory 403, using the processing power of Central Processing Unit (CPU) 404 in order to define decision rules for the classification of input data. Upon assigning input data to a particular class, processor 402 forwards the classified data to output device 405 which may be, for example, a display monitor or a processor capable of executing instructions of specialized graphics software to represent a multidimensional hyperplane.

FIG. 5 shows a flow diagram of instructions executed by processor 402 to classify input data. Upon command from a user via input device 401, processor 402, initiates the process contemplated by the invention by selecting a type of learning machine for the classification system, as indicated in step 501. The type of learning machine selected depends on the kernel function picked (high order polynomial or radial basis function, to name a few), and may be, for example, a neural network. Thus, when processor 402 receives in step 502, a set of input patterns from input device 401, processor 402 in step 503, retrieves a set of training patterns contained in memory 403. Thereafter, processor 402

8

in step 504, derives a weighted sum of one or more selected associations between the input patterns and the training patterns. This association may take the form of the kernel functions described above. In step 505, processor 402 determines the decision function for the classification task by identifying weighting parameters for the weighted sum. These weighting parameters permit processor 402 to identify supporting patterns that are used in the determination of the decision surface. Armed with the identified supporting patterns and the associated wighting parameters, processor 402 then, in step 506, uses the decision function to classify input data received from input device 401.

FIG. 5 shows a flow diagram of instructions executed by processor 402 to classify input data. Upon command from a user via input device 401, processor 402, initiates the process contemplated by the invention by selecting a type of learning machine for the classification system, as indicated in step 501. The type of learning machine selected depends on the kernel function picked (high order polynomial or radial basis function, to name a few), and may be, for example, a neural network. Thus, when processor 402 receives in step 502, a set of input patterns from input device 401, processor 402 in step 503, retrieves a set of training patterns contained in memory 403. Thereafter, processor 402 in step 504, derives a weighted sum of one or more selected associations between the input patterns and the training patterns. This association may take the form of the kernel functions described above. In step 505, processor 402 determines the decision function for the classification task by identifying weighting parameters for the weighted sum. These weighting parameters permit processor 402 to identify supporting patterns that are used in the determination of the decision surface. Armed with the identified supporting patterns and the associated wighting parameters, processor 402 then, in step 506, uses the decision function to classify input data received from input device 401.

A decision system designed according to the principles of the invention exhibit some interesting properties. Some of these properties are described below.

Since maximizing the margin between the decision boundary and the training patterns is equivalent to maximizing a quadratic form in the positive quadrant, there are no local minima and the solution is always unique if H has full rank. At the optimum

$$J(\alpha^*) = \frac{1}{2} \|w^*\|^2 = \frac{1}{2(M^*)^2} = \frac{1}{2} \sum_{k=1}^{p} \alpha_k^*. \qquad (20)$$

The uniqueness of the solution is a consequence of the maximum margin cost function and represents an important advantage over other decision systems for which the solution depends on the initial conditions or other parameters that are difficult to control.

Another benefit of the maximum margin objective is its insensitivity to small changes of the parameters w or $\alpha$. Since the decision function $D(x)$ is a linear function of w in the direct space, and of $\alpha$ in the dual space, the probability of misclassifications due to parameter variations of the components of these vectors is minimized for maximum margin. The robustness of the solution--and potentially its generalization performance--can be increased further by omitting some supporting patterns from the solution. Preferably, a selected subset of supporting patterns can be removed from the training set and the solution recomputed with this newly redefined training set. Equation 20 indicates that the largest increase in the maximum margin M* occurs when the supporting patterns with largest $\alpha_k^*$ are eliminated. The elimination can be performed automatically or

9

with assistance from a supervisor. To facilitate the elimination procedure, patterns can be ranked according to the value of the coefficient $\alpha_k^*$. This feature gives rise to other important uses of the optimum margin decision system in database cleaning applications.

Another property of the decision system of the invention is that the optimum margin decision system performs automatic capacity tuning of the decision function to achieve good generalization. An estimate for an upper bound of the generalization error is obtained with the "leave-one-out" method: A pattern $x_k$ is removed from the training set. A classifier is then trained on the remaining patterns and tested on $x_k$. This process is repeated for all p training patterns. The generalization error is estimated by the ratio of misclassified patterns over p. For a maximum margin classifier, two cases arise. In the first case if $x_k$ is not a supporting pattern, the decision boundary is unchanged and $x_k$ will be classified correctly. In the second case, if $x_k$ is a supporting pattern, two possibilities exist. In the first possibility, the pattern $x_k$ is linearly dependent on the other supporting patterns. In this case it will be classified correctly. In the second possibility, $x_k$ is linearly independent from the other supporting patterns. In this case the outcome is uncertain. In the worst case m' linearly independent supporting patterns are misclassified when they are omitted from the training data.

Hence the frequency of errors obtained by this method is at most m'/p, and has no direct relationship with the number of adjustable parameters. The number of linearly independent supporting patterns m' itself is bounded by min(N,p). This suggests that the number of supporting patterns is

10

related to an effective capacity of the classifier that is usually much smaller than the VC-dimension, N+1.

In polynomial classifiers, for example, $N \approx n^q$, where n is the dimension of x-space and q is the order of the polynomial. In practice, $m \leqq p << N$, i.e. the number of supporting patterns is much smaller than the dimension of the φ-space. The capacity tuning realized by the maximum margin decision system is essential to get generalization with high-order polynomial classifiers. In addition, further capacity tuning can be achieved by adjusting certain parameters of the kernel functions. For example, the order q in the polynomial classifier or the parameter γ in the Radial Basis Function can be tuned in order to achieve better classification performance.

Appendices 1 and 2 are computer program listings representing an illustrative implementation of a decision system designed in accordance with the invention. The program in Appendix 1 is written in the generally known C computer language and is used to derive an optimal margin decision function. The program in Appendix 2 is written in LISP and is the user interface for input and output operations. The program in Appendix 1 can be compiled and executed on Sun Microsystems workstations running the well-known UNIX operating system. The LISP program in Appendix 2 requires a learning machine LISP interpreter to be executed. These computer programs are copyrighted programs owned by the American Telephone and Telegraph Co. (Copyright 1993 American Telephone and Telegraph Co.) and are not to be copied except in connection with making paper copies of this patent.

5,649,068

11                                              12

**Appendix 1**

```
// Block2D.h

#ifndef BLOCK2DH
#define BLOCK2DH


typedef double T;

// template
class Block2D {
    unsigned sz1, sz2;
    T **data;
public:
    Block2D();
    Block2D(unsigned, unsigned);
    ~Block2D();
    int size1() const { return sz1; }      // # vectors
    int size2() const { return sz2; }      // # elements per vector
    int size(unsigned, unsigned);          // # vectors, elements per vector
    int reserve(unsigned, unsigned);       // # vectors, elements per vector
    T& operator()(unsigned i, unsigned j) { return data[i][j]; }
    T* operator[](int i) { return data[i]; }
    operator T**() { return data; }
}; // Block2D

#endif
// Hash.h

#ifndef HASHH
#define HASHH

#include "SPool.h"

// define type here (until templates are available)
struct Key { int id1, id2; };
typedef double Value;


typedef int(*hash)(const Key);
typedef int(*hequal)(const Key, const Key);

// template
class Hash {
    struct elem {
```

1 4

```
     Key key;  Value value;  elem *next;
     elem(Key k, Value v, elem *n) { key = k;  value = v;  next = n; }
     ~elem() { if (next) delete next; }
     void* operator new(size_t sz) { return alloc(sz); }
     void operator delete(void *p, size_t sz) { free(p, sz); }
  }; // elem
  unsigned m;                 // table size
  elem **tab;                 // hash table tab[m]
  hash hash_func;             // compute hash value from Key
  hequal equal_func;          // compare two Keys for equality
public:
  Hash(hash, hequal, unsigned m = 211); // primes work better
  ~Hash();                    // remove all allocated space
  void set(Key, Value);       // set/alter entry
  Value *get(const Key);      // get entry (0 if not defined)
  double uniformity(int &n, int &m, int &depth) const;
    // uniformity of usage (1 is best), number entries, size of table
}; // Hash

#endif
// Hyper.h
// B. Boser  1/10/92

#ifndef HYPERH
#define HYPERH

#include "Hash.h"
#include <Block.h>

typedef double Flt;
Blockdeclare(Flt);
typedef Block(Flt) FltVec;
Blockdeclare(int);
typedef Block(int) IntVec;

typedef Flt (*sm)(int, int);          // similarity measure function

class SimilarityMeasure {             // calls sm and caches result
  Hash *hash;
  sm k;
public:
  SimilarityMeasure(sm k, unsigned hash_size = 8097);
  ~SimilarityMeasure();
  Flt K(int id1, int id2);
  void hash_statistics(double &uniformity, int &n, int &m, int &d) const;
    // uniformity of usage (1 is best), number entries, size of hash table
```

5,649,068

15                                  16

```
}; // SimilarityMeasure

class Hyper {
    SimilarityMeasure *sm;          // similarity function K(xi, xj)
    int lA, lB;                     // size of training data sets
    IntVec patA, patB;              // indices of training data
    int na,nb;                      // number of supporting patterns
    IntVec supA;                    // indices of supporting patterns
    IntVec supB;
    FltVec alphaA;                  // weights for supporting patterns
    FltVec alphaB;                  // weights for supporting patterns
    Flt W, norm_psi;                // computed by HyperStep
    int debug;                      // 0: no msg, 1: some, 2: verbose
protected:
    void AddA(int id, Flt alpha = 0.001); // add to supA
    void AddB(int id, Flt alpha = 0.001); // add to supB
    void Eliminate(int id);         // eliminate from patA, patB, sup
    int AddSupport(Flt eps);        // add supporting pattern if needed
    int Remove0();                  // remove sup with alpha = 0
    Flt OrderDb(int *id, int n, int ascending = 1); // order acc. psi * x
public:
    Hyper(SimilarityMeasure *sm, int debug = 0);
    int Classifier(Flt eps = 0.1);  // make classifier from pat and sup
    Flt Classify(int idx);          // (psi * x) / norm_psi
    Flt Psi_x(int idx);             // psi times x
    void SetDataBase(int *pA, int lA, int *pB, int lB);
    void SetSupport(int nA, int nB, const int *supA, const int *supB,
            const Flt *alphaA = 0, const Flt *alphaB = 0);
    void GetSupport(int &nA, int &nB, const int *& supA, const int *& supB,
            const Flt *& alphaA, const Flt *& alphaB);
    void HyperStep(Flt eps);        // find weights for supA, supB
    Flt *GetAlphaA(int &nA) { nA = na; return alphaA; }
    Flt *GetAlphaB(int &nB) { nB = nb; return alphaB; }
    Flt RohOpt() const;             // sqrt(1/2W)
}; // Hyper

#endif
// Sort.h
// B. Boser  1/10/92

#ifndef SORTH
#define SORTH

// 1st argument: number of items to be sorted
// 2nd argument: order ascending (1), descending (0)
// 3rd argument: sort key (sorted inplace)
```

*16*

5,649,068

17                                                    18

// 4th and further arguments: sorted inplace according to key

void sort(int n, int ascending, double*, int*);

#endif
// Vector.h
// B. Boser  1/10/92

#ifndef VECTORH
#define VECTORH

typedef double flt;

```
flt dot(flt *x, flt *y, unsigned n);          // dot product
flt vmv(flt *v, flt **m, unsigned n);         // v[n] * m[n][n] * v[n]
flt tally(flt *v, unsigned n);                // sum of all elements in v
void init(flt *v, unsigned n, flt x = 0);     // initialize all elements
```

#endif

5,649,068

19                                    20

```
// Block2D.c

#include "Block2D.h"

int inline max(int i, int j) {
   return i > j ? i : j;
}; // max

Block2D::Block2D() {
   sz1 = sz2 = 0;  data = 0;
}; // Block2D

Block2D::Block2D(unsigned s1, unsigned s2) {
   sz1 = sz2 = 0;  data = 0;
   size(s1, s2);
}; // Block2D

Block2D::~Block2D() {
   for (int i=0;  i<sz1;  i++) delete[] data[i];
   sz1 = sz2 = 0;  data = 0;
}; // Block2D

int Block2D::reserve(unsigned s1, unsigned s2) {
   return (sz1 <= s1 || sz2 <= s2) ?
        size(max(20, s1+s1/2), max(20, s2+s2/2)) : 1;
}; // reserve

int Block2D::size(unsigned s1, unsigned s2) {
   typedef T *Tp;
   if (s1 > sz1) {                    // more vectors
      Tp *d = new Tp[s1];
         Tp *src = data, *dst = d;
         for (int i=0;  i<sz1;  i++) *dst++ = *src++;
         if (s2 > sz2) for (i=sz1;  i<s1;  i++) *dst++ = 0;
            else for (i=sz1;  i<s1;  i++) *dst++ = new T[sz2];
         if (data) delete[] data;  data = d;  sz1 = s1;
   }
   if (s2 > sz2) {                    // more elements per vector
         for (int i=0;  i<sz1;  i++) {
            T* v = data[i];
            if (v) {
                T *vv = new T[s2];
                T *dst = vv, *src = v;
                for (int j=0;  j<sz2;  j++) *dst++ = *src++;
                static T initial;
                for (j=sz2;  j<s2;  j++) *dst++ = initial;
```

18

```
            delete[] v;  data[i] = vv;
      } else {
            data[i] = new T[s2];
      }
   }; // for
   sz2 = s2;
}
return 1;
}; // size
// Hash.c
// B. Boser  1/10/92

#include "Hash.h"

Hash::Hash(hash h, hequal e, unsigned mm) {
   hash_func = h;  equal_func = e;  m = mm;
   typedef elem *elemp;
   tab = new elemp[m];
   elem **p = tab;
   for (int i=0;  i<m;  i++) *p++ = 0;
}; // Hash

Hash::~Hash() {
   for (int i=0;  i<m;  i++) if (tab[i]) delete tab[i];
   delete[] tab;  tab = 0;  m = 0;
}; // ~Hash

void Hash::set(Key k, Value v) {
   unsigned h = hash_func(k) % m;
   elem *p = tab[h];
   while (p) {
      if (equal_func(k, p->key)) {
         p->value = v;  return;
      }
      p = p->next;
   }; // while
   tab[h] = new elem(k, v, tab[h]);
}; // set

Value* Hash::get(const Key k) {
   elem *p = tab[hash_func(k) % m];
   while (p) {
      if (equal_func(k, p->key)) return &(p->value);
      p = p->next;
   }
   return 0;
```

5,649,068

23                                              24

```
}; // get

double Hash::uniformity(int &nn, int &mm, int &max_depth) const {
    nn = 0;  mm = m;  max_depth = 0;  int b = 0;
    for (int i=0;  i<m;  i++) {
        int depth = 0;
        elem *pp = tab[i];
        while (pp) { nn++;  depth++;  pp = pp->next; }
        b += depth * (depth + 1);
        if (depth > max_depth) max_depth = depth;
    }
    double x = m * b;
    double y = (nn + 2 * m - 1) * nn;
    return x / y;
}; // uniformity



//////////////////////////////////////////////////////////
/***
#include "Define.h"

static Hash *h = 0;
static CP h_func;

static int hash_func(const Key key) {
    CP form = NewConsCell(ref(h_func), NewConsCell(ref(key)));
    int r = (int)form->EvalReal();  unref(form);
    return r;
}; // hash_func

static int equal_func(const Key k1, const Key k2) {
    return equal(k1, k2);
}; // equal_func

static CP xhnew(CP param) {
    h_func = a_(param);
    unsigned m = 211;
    if (param != Nil) m = (unsigned)a_real(param);
    if (h) delete h;
    h = new Hash(hash_func, equal_func, m);
    return Nil;
}; // xhnew

static CP xhget(CP param) {
    CP key = a_(param);
```

20

5,649,068

25                                                                26

```
    CP *value = h->get(key);  unref(key);
    return value ? ref(*value) : Nil;
}; // xhget

static CP xhset(CP param) {
    CP key = a_(param);
    CP val = a_(param);
    h->set(key, val);
    return Nil;
}; // xhset

static CP xhunif(CP) {
    int n, m;
    return NewRealCell(h->uniformity(n, m));
}; // xhunif

static bool hnewS = DefineFunction("hnew", xhnew);
static bool hgetS = DefineFunction("hget", xhget);
static bool hsetS = DefineFunction("hset", xhset);
static bool hunifS = DefineFunction("hunif", xhunif);

***/
// Hyper.c
// B. Boser  1/10/92

#include "Hyper.h"
#include "Block2D.h"
#include "Sort.h"
#include "Vector.h"
#include "File.h"
#include "Error.h"
#include "Util.h"
#include <math.h>

extern "C" {
    int malloc_debug(int);
    int malloc_verify();
    void mallocmap();
}; // extern "C"

BlockImplement(int);
BlockImplement(Flt);

#define min(a,b) (((a)>(b)) ? (b) : (a))
#define max(a,b) (((a)>(b)) ? (a) : (b))
```

21

```
//////////////////////////////////////////////////////////////////
// SimilarityFunction

static int hashfun(const Key k) {
  return 65557 * k.id1 + k.id2;
}; // hashfun

static int equalfun(const Key k1, const Key k2) {
  return k1.id1 == k2.id1 && k1.id2 == k2.id2;
}; // equalfun

SimilarityMeasure::SimilarityMeasure(sm kk, unsigned m) {
  k = kk;  hash = new Hash(hashfun, equalfun, m);
}; // SimilarityMeasure

Flt SimilarityMeasure::K(int id1, int id2) {
  if (id2 < id1) { int t = id1;  id1 = id2;  id2 = t; }
  if (id1 < 0) return k(id1, id2);
  Key kk;  kk.id1 = id1;  kk.id2 = id2;
  Flt *val = hash->get(kk);
  if (val) return *val;
  Flt f = k(id1, id2);
  hash->set(kk, f);
  return f;
}; // K

void SimilarityMeasure::hash_statistics(double &uni, int &n, int &m, int &d)
const {
  uni = hash->uniformity(n, m, d);
}; // hast_statistics


//////////////////////////////////////////////////////////////////
// Hyper

Hyper::Hyper(SimilarityMeasure *s_m, int d) {
  sm = s_m;  lA = lB = na = nb = 0;  debug = d;
  W = 0;  norm_psi = 1;
}; // Hyper

void Hyper::HyperStep(Flt eps) {
  static Block2D Z(50, 50);
  static FltVec alpha(50);
  static FltVec alpha_dot_k1(50);
  static FltVec alpha_bar_k1(50);
  int n = na + nb;
```

22

5,649,068

29                                                30

```
Z.reserve(n, n);
alpha.reserve(n);
alpha_dot_k1.reserve(n);
alpha_bar_k1.reserve(n);

Flt norm_psi_squared;
Flt norm_alpha_dot_k1_squared;
Flt norm_alpha_dot_k_squared = 0.998 * n;
int k = 1;                      // iteration count
init(alpha_bar_k1, n);

// compute Z
for (int i=0;  i<n;  i++)
    for (int j=i;  j<n;  j++) {
        Flt f = sm->K((i < na) ? supA[i] : supB[i-na],
                      (j < na) ? supA[j] : supB[j-na]);
        if ((i >= na) && (j < na) ||
            (i <  na) && (j >= na)) f = -f;
        Z[i][j] = Z[j][i] = f;
    }
for (i=0;  i<na;  i++) alpha[i  ] = alphaA[i];
for (i=0;  i<nb;  i++) alpha[i+na] = alphaB[i];
if (debug >= 20) for (i=0;  i<n;  i++) {
    fprintf(Stderr, "0[%2d] =", i);
    for (j=0;  j<n;  j++)
        fprintf(Stderr, " %6g", Z[i][j]);
}

// maximize W
while (1) {
    if (debug >= 2)
        fprintf(Stderr, "102d. hyper-step ----------------------", k);
    // compute gradient alpha_dot_k1
    for (i=0;  i<n;  i++) {
        Flt u = dot(Z[i], alpha, n);
        alpha_dot_k1[i] = (alpha[i] != 0 || u < 1) ? 1-u : 0;
    }
    if (debug >= 2) {
        fprintf(Stderr, "0_dot =");
        for (i=0;  i<n;  i++) fprintf(Stderr, " %6g", alpha_dot_k1[i]);
    }

    // update conjugate gradient alpha_bar_k1
    norm_alpha_dot_k1_squared = dot(alpha_dot_k1, alpha_dot_k1, n);
    Flt step = norm_alpha_dot_k1_squared / norm_alpha_dot_k_squared;
    for (i=0;  i<n;  i++)
```

23

5,649,068

31                                                      32

```
    alpha_bar_k1[i] = step * alpha_bar_k1[i] + alpha_dot_k1[i];
norm_alpha_dot_k_squared = norm_alpha_dot_k1_squared;
if (debug >= 2) {
    fprintf(Stderr, "0-bar =");
    for (i=0;  i<n;  i++) fprintf(Stderr, " %6g", alpha_bar_k1[i]);
}

// update alpha
Flt norm_psi_bar_squared = vmv(alpha_bar_k1, Z, n);
step = norm_psi_bar_squared > 1e-12 ?
    norm_alpha_dot_k1_squared / norm_psi_bar_squared : 1e-12;
int zero = -1;
for (i=0;  i<n;  i++) {
    if (alpha_bar_k1[i] < 0) {
        Flt a_div_ab = - alpha[i] / alpha_bar_k1[i];
        if (a_div_ab < step) { step = a_div_ab;  zero = i; }
    }
}
if (debug >= 2) fprintf(Stderr, "0 = %f0, step);
for (i=0;  i<n;  i++) alpha[i] += step * alpha_bar_k1[i];
if (zero >= 0) {
    alpha[zero] = 0;  init(alpha_bar_k1, n);
}
if (debug >= 2) {
    fprintf(Stderr, "0lpha =");
    for (i=0;  i<n;  i++) fprintf(Stderr, " %6g", alpha[i]);
}

// compute norm_psi_squared and W
norm_psi_squared = vmv(alpha, Z, n);
W = tally(alpha, n) - 0.5 * norm_psi_squared;
if (debug >= 2) {
    fprintf(Stderr, "0-psi-sq = %f, ", norm_psi_squared);
    fprintf(Stderr, "n-psb-sq = %f, ", norm_psi_bar_squared);
    fprintf(Stderr, "W = %f, ", W);
    fprintf(Stderr, "roh-opt = %f0, 1.0/sqrt(2*W));
}

// done?
if (W > 1e9) break;
if (k > 5 * n) break;
i = 0;
while (i < n && abs(alpha_dot_k1[i]) < eps) i++;
if (debug >= 2 && i == n)
    fprintf(Stderr, "converged after %d iterations0, k);
if (i == n) break;
```

5,649,068

33                                                          34

```
        k++;
    }
    for (i=0;  i<na;  i++) alphaA[i] = alpha[i];
    for (i=0;  i<nb;  i++) alphaB[i] = alpha[i+na];
    norm_psi = sqrt(fabs(norm_psi_squared));
};  // HyperStep

void Hyper::SetDataBase(int *pA, int la, int *pB, int lb) {
    patA.reserve(la);  for (int i=0;  i<la;  i++) patA[i] = *pA++;  lA = la;
    patB.reserve(lb);  for (   i=0;  i<lb;  i++) patB[i] = *pB++;  lB = lb;
};  // SetDataBase

void Hyper::SetSupport(int nA, int nB, const int *sA, const int *sB,
                const Flt *aA, const Flt *aB) {
    na = nb = 0;
    for (int i=0;  i<nA;  i++) AddA(*sA++, aA ? *aA++ : 0.001);
    for (   i=0;  i<nB;  i++) AddB(*sB++, aB ? *aB++ : 0.001);
};  // SetSupport

void Hyper::GetSupport(int &nA, int &nB, const int *&sA,const int *&sB,
                const Flt *&aA, const Flt *&aB) {
    sort(na, 0, alphaA, supA);
    sort(nb, 0, alphaB, supB);
    nA = na;  nB = nb;  sA = supA;  sB = supB;  aA = alphaA;  aB = alphaB;
};  // GetSupport

Flt Hyper::Psi_x(int idx) {
    Flt r = 0;
    for (int i=0;  i<na;  i++) r+= alphaA[i] * sm->K(idx, supA[i]);
    for (   i=0;  i<nb;  i++) r-= alphaB[i] * sm->K(idx, supB[i]);
    return r;
};  // Psi_x

Flt Hyper::Classify(int idx) {
    return Psi_x(idx) / norm_psi;
};  // Classify

int Hyper::Classifier(Flt eps) {
    // return final number of iterations
    if (lA == 0 || lB == 0) return na+nb;
    for (int i=0;  i<min(10,lA);  i++) AddA(patA[i]);
    for (   i=0;  i<min(10,lB);  i++) AddB(patB[i]);
    int iter = 0;
    do {
        HyperStep(iter % 32 ? 0.4*eps : 1e-6);  Remove0();
        if (W > 1e9) break;
```

2 5

```
        iter++;
        if (debug >= 1) {
            fprintf(Stderr, "%3d. ", iter);
            fprintf(Stderr, "roh_opt = %f, ", RohOpt());
            fprintf(Stderr, "supp. A=%d, ", na);
            fprintf(Stderr, "B=%d0, nb);
        }
    } while (AddSupport(eps));
    HyperStep(1e-6);  Remove0();     // remove extraneous supporting patterns
    return W > 1e9 ? -1 : iter;
}; // Classifier

void Hyper::AddA(int id, Flt alph) {
    if (debug >= 2) {
        fprintf(Stderr, "    adding sup. pat. from class A: %4d, ", id);
        fprintf(Stderr, "total: %4d0, na);
    }
    supA.reserve(na);  alphaA.reserve(na);
    supA[na] = id;  alphaA[na] = alph;  na++;
}; // AddA

void Hyper::AddB(int id, Flt alph) {
    if (debug >= 2) {
        fprintf(Stderr, "    adding sup. pat. from class B: %4d, ", id);
        fprintf(Stderr, "total: %4d0, nb);
    }
    supB.reserve(nb);  alphaB.reserve(nb);
    supB[nb] = id;  alphaB[nb] = alph;  nb++;
}; // AddB

void Hyper::Eliminate(int) {
}; // Eliminate

Flt Hyper::OrderDb(int *id, int n, int ascending) {
    static FltVec px(100);
    px.reserve(n);
    for (int i=0;  i<n;  i++) px[i] = Psi_x(id[i]);
    sort(n, ascending, px, id);
    return px[0];
}; // OrderDb

int Hyper::AddSupport(Flt eps) {
    // return true if supporting (?) pattern was added
    Flt M = 1.0/norm_psi;
    if (debug >= 2) {
        Flt sum = 0;
```

26

5,649,068

37                                                           38

```
        for (int i=0;  i<na;  i++) sum += alphaA[i];
        for (   i=0;  i<nb;  i++) sum += alphaB[i];
        fprintf(Stderr, "    norm_w = %f, ", norm_psi);
        fprintf(Stderr, "sqrt(sum alpha) = %f, ", sqrt(sum));
        fprintf(Stderr, "M* = %f0, M);
    }
    int addA = 0, addB = 0;  M -= M*eps;
    for (int i=0;  i<lA && addA<5;  i++)
        if ( Psi_x(patA[i]) < M) {
            if (debug >= 2) {
                fprintf(Stderr, "    adding support A[%4d], ", i);
                fprintf(Stderr, "d = %f0, Psi_x(patA[i]));
            }
            AddA(patA[i]);  addA++;
        }
    for (   i=0;  i<lB && addB<5;  i++)
        if (-Psi_x(patB[i]) < M) {
            if (debug >= 2) {
                fprintf(Stderr, "    adding support B[%4d], ", i);
                fprintf(Stderr, "d = %f0, Psi_x(patB[i]));
            }
            AddB(patB[i]);  addB++;
        }
    return (addA > 0 || addB > 0);
}; // AddSupport

int Hyper::Remove0() {
    // return # pattern removed from supA, supB
    int x = 0;    // # patterns removed
    int i = 0;    // index into supA, supB
    while (i < na) {
        if (alphaA[i] == 0) {
            while (alphaA[na-1] == 0) { x++;  na--; } // chop at end
            if (na > i+1) {                 // anything left?
                na--;  x++;
                alphaA[i] = alphaA[na];  supA[i] = supA[na];
            } else break;
        }
        i++;
    }
    i = 0;
    while (i < nb) {
        if (alphaB[i] == 0) {
            while (alphaB[nb-1] == 0) { x++;  nb--; } // chop at end
            if (nb > i+1) {                 // anything left?
                nb--;  x++;
```

27

```
            alphaB[i] = alphaB[nb];  supB[i] = supB[nb];
        } else break;
      }
      i++;
  }
  if (x > 0 && debug >= -1)
      fprintf(stderr, "    removed %d non-supporting pattern(s)0, x);
  return x;
}; // Remove0

Flt Hyper::RohOpt() const {
  return sqrt(0.5/W);
}; // RohOpt


//////////////////////////////////////////////////////////////

#include "Cells.h"
#include "Define.h"

static CP s_func = 0;


//////////////////////////////////////////////////////////////
// SimilarityFunction

Flt sim_func(int id1, int id2) {
  CP form = NewConsCell(ref(s_func),
                    NewConsCell(NewRealCell(id1),
                            NewConsCell(NewRealCell(id2))));
  Flt f = form->EvalReal();  unref(form);
  return f;
}; // sim_func

static CP xnew_sm(CP param) {
  s_func = a_(param);
  unsigned m = 8097;
  if (param != Nil) m = (unsigned)a_real(param);
  return NewRealCell(Real(unsigned(new SimilarityMeasure(sim_func, m))));
}; // xnew_sm

static CP xsm(CP param) {
  unsigned i = (unsigned)a_real(param);
  SimilarityMeasure *sm = (SimilarityMeasure*)i;
  int id1 = (unsigned)a_real(param);
  int id2 = (unsigned)a_real(param);
```

5,649,068

41                                                    42

```
      return NewRealCell(sm->K(id1, id2));
}; // xsm

static CP xsm_statistics(CP param) {
   unsigned i = (unsigned)a_real(param);
   SimilarityMeasure *sm = (SimilarityMeasure*)i;
   double uni;  int n, m, d;
   sm->hash_statistics(uni, n, m, d);
   return NewConsCell(NewRealCell(uni),
                 NewConsCell(NewRealCell(n),
                        NewConsCell(NewRealCell(m),
                               NewConsCell(NewRealCell(d)))));

}; // xsm_statistics

static bool xnew_smS = DefineFunction("new-sm", xnew_sm);
static bool xsmS = DefineFunction("sm", xsm);
static bool xsm_statisticsS = DefineFunction("sm-statistics", xsm_statistics);


//////////////////////////////////////////////////////////////////
// similarity functions

static CP xgaussd(CP param) {
   Matrix m1 = a_matrix(param);
   Matrix m2 = a_matrix(param);
   Float gamma = a_real(param);
   int sz;
   if ((sz = m1.size()) != m2.size()) error('E', "vector sizes differ");
   Float *p1 = m1.matrix1D();
   Float *p2 = m2.matrix1D();
   Float s = 0;
   for (int i=0;  i<sz;  i++) { Float f = *p1++ - *p2++;  s += f * f; }
   return NewRealCell(exp(-sqrt(s)/gamma));
}; // xgaussd

static bool xgaussdS = DefineFunction("gaussd", xgaussd);


//////////////////////////////////////////////////////////////////
// Hyper

CP xnew_hyper(CP param) {
   unsigned s = (unsigned)a_real(param);
   SimilarityMeasure *sm = (SimilarityMeasure*)s;
   Hyper *hyper = new Hyper(sm, param == Nil ? 0 : (int)a_real(param));
   return NewRealCell(Real(unsigned(hyper)));
```

29

5,649,068

43                                    44

```
}; // xnew_hyper

CP xset_hyper_db(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    Matrix xa = a_matrix(param);  int la = xa.elements();
    Matrix xb = a_matrix(param);  int lb = xb.elements();
    IntVec pa(la),  pb(lb);
    for (int i=0;  i<la;  i++) pa[i] = (int)xa(i);
    for (  i=0;  i<lb;  i++) pb[i] = (int)xb(i);
    h->SetDataBase(pa, la, pb, lb);
    return Nil;
}; // xset_hyper_db

CP xset_hyper_support(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    Matrix xa = a_matrix(param);  int la = xa.size();
    Matrix xb = a_matrix(param);  int lb = xb.size();
    IntVec pa(la),  pb(lb);
    for (int i=0;  i<la;  i++) pa[i] = (int)xa(i);
    for (  i=0;  i<lb;  i++) pb[i] = (int)xb(i);
    if (param == Nil) { h->SetSupport(la, lb, pa, pb);  return Nil; }
    Matrix aa = a_matrix(param);
    Matrix ab = a_matrix(param);
    if (la != aa.size()) error('E', "class A: # alphas <> # supp. patterns");
    if (lb != ab.size()) error('E', "class B: # alphas <> # supp. patterns");
    FltVec aav(la),  abv(lb);
    for (i=0;  i<la;  i++) aav[i] = aa(i);
    for (i=0;  i<lb;  i++) abv[i] = ab(i);
    h->SetSupport(la, lb, pa, pb, aav, abv);
    return Nil;
}; // xset_hyper_support

CP xget_hyper_support(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    int *supA, *supB, na, nb;  Flt *alphaA, *alphaB;
    h->GetSupport(na, nb, supA, supB, alphaA, alphaB);
    Matrix sa = NewMatrix(na);
    Matrix sb = NewMatrix(nb);
    Matrix aa = NewMatrix(na);
    Matrix ab = NewMatrix(nb);
    for (int i=0;  i<na;  i++) { sa(i) = supA[i];  aa(i) = alphaA[i]; }
    for (  i=0;  i<nb;  i++) { sb(i) = supB[i];  ab(i) = alphaB[i]; }
    return
```

30

5,649,068

45                                                          46

```
            NewConsCell(NewMatrixCell(sa),
                    NewConsCell(NewMatrixCell(sb),
                            NewConsCell(NewMatrixCell(aa),
                                    NewConsCell(NewMatrixCell(ab))))));
}; // xget_hyper_support

CP xhyper_step(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    h->HyperStep(a_real(param));
    return NewRealCell(h->RohOpt());
}; // xhyper_step

CP xhyper_psi_x(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    return NewRealCell(h->Psi_x(int(a_real(param))));
}; // xhyper_psi_x

CP xhyper_classify(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    return NewRealCell(h->Classify(int(a_real(param))));
}; // xhyper_classify

CP xhyper_classifier(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    return NewRealCell(h->Classifier(param != Nil ? a_real(param) : 0.1));
}; // xhyper_classifier

CP xhyper_roh(CP param) {
    unsigned x = (unsigned)a_real(param);
    Hyper *h = (Hyper*)x;
    return NewRealCell(h->RohOpt());
}; // xhyper_roh

static bool new_hyperS = DefineFunction("new-hyper", xnew_hyper);
static bool hyper_dbS = DefineFunction("set-hyper-db", xset_hyper_db);
static bool hyper_cS = DefineFunction("hyper-classifier", xhyper_classifier);
static bool hy_suS = DefineFunction("set-hyper-support", xset_hyper_support);
static bool hy_geS = DefineFunction("get-hyper-support", xget_hyper_support);
static bool hyper_stepS = DefineFunction("hyper-step", xhyper_step);
static bool hyper_psi_xS = DefineFunction("hyper-psi-x", xhyper_psi_x);
static bool hyper_classifS = DefineFunction("hyper-classify", xhyper_classify);
static bool hyper_roh = DefineFunction("hyper-roh", xhyper_roh);
```

3 1

5,649,068

47                                    48

```
// Sort.h
// B. Boser  1/10/92

typedef double T1;
typedef int    T2;

// template
void sort(int n, int ascending, T1 *ra, T2 *rb) {
    ra--;  rb--;
        int l,j,ir,i;
        T1 rra;
        T2 rrb;

        if (n < 2) return;
        l=(n >> 1)+1;
        ir=n;
        for (;;) {
                if (l > 1) {
                        rra=ra[--l];
                        rrb=rb[l];
                } else {
                        rra=ra[ir];
                        rrb=rb[ir];
                        ra[ir]=ra[1];
                        rb[ir]=rb[1];
                        if (--ir == 1) {
                                ra[1]=rra;
                                rb[1]=rrb;
                                return;
                        }
                }
                i=l;
                j=l << 1;
                while (j <= ir) {
                        if (j < ir && (ascending ?
                                ra[j] < ra[j+1] : !(ra[j] < ra[j+1]))) ++j;
                        if (ascending ? rra < ra[j] : !(rra < ra[j])) {
                                ra[i]=ra[j];
                                rb[i]=rb[j];
                                j += (i=j);
                        }
                        else j=ir+1;
                }
                ra[i]=rra;
                rb[i]=rrb;
        }
}
```

32

5,649,068

49                                               50

```
}; // sort2
// Vector.c
// B. Boser  1/10/92

#include "Vector.h"

flt dot(flt *x, flt *y, unsigned n) {
   flt s = 0;
   for (int i=0;  i<n;  i++) s += *x++ * *y++;
   return s;
}; // dot

flt vmv(flt *v, flt **m, unsigned n) {
   flt s = 0;  flt *vp = v;
   for (int i=0;  i<n;  i++) s += *vp++ * dot(*m++, v, n);
   return s;
}; // vmv

flt tally(flt *v, unsigned n) {
   flt s = 0;
   for (int i=0;  i<n;  i++) s += *v++;
   return s;
}; // tally

void init(flt *v, unsigned n, flt x) {
   for (int i=0;  i<n;  i++) *v++ = x;
}; // init
```

33

5,649,068

51                                                    52

Appendix 2

```
; usage:
;  (classifier name
;          training-data-base
;          test-data-base
;          [ precision              ; default: .1
;            roh_min                ; default: 0
;            order                  ; default: 1
;          ]
;  )
;  Creates a an optimal hyper-plane classifier and saves all data
;  (report, maps, hyperplanes) under files called 'name' plus a
;  suitable extension. If classifier is called repeatedly, data
;  computed previously is reused if it exists (e.g. the hyper-planes
;  are not recomputed if they exist already). The data-bases must
;  be maps with the members "pattern" and "label" predefined. The
;  type of "pattern" must be matrix (1-D, all identical), but "label"
;  can be any type (the program figures out the number of classes
;  from examining the different labels). Once a classifier has been
;  generated, 'classifier' can be called again with identical
;  arguments but another "test-data-base" to get a report on the
;  performance.
;
;  (confusion-plot name lab1 lab2 db-train db-test)
;  The procedure "classifier" prints a confusion-matrix for the test
;  data. This function plots the separation of 2 classes (specified
;  by their labels lab1 and lab2) for a training and a test set.
;
;  (pair-classifier name
;          training-data-base
;          test-data-base
;          [ precision              ; default: .1
;            [ roh_min              ; default: 0
;              [ order ] ] ]        ; default: 1
;  )
;
; functions:
;  classifier:    create data-base and classifier (if non-existant),
;                 and perform test
;  make-maps:     create special views of data base
;  make-classifier: create and save an optimal hyperplane
;                 for each class
;  report:        print out properties about the classifier
;  performance:   check and report the performance of the classifier
;  confusion-plot: draw a confusion plot for two classes
```

3 4

5,649,068

53                                                    54

```
;
; globals:
;  hyper:      array of hyper planes (i.e. the classifier)
;  train:      maps, labels for training set
;  label-map:  mapping from index to labels (which may be e.g. strings)
;  freport:    report file

(de browse (name i)
   ; return map with removed patterns
   (let ((fin (fopen (+ name "-classifier.b") "r"))
         (hp  ())
         (simm (new-sm K (* (==> mapA size) (==> mapB size)))))
      (for (j 1 i) (==> hyper-plane load fin simm))
      (setq hp (==> hyper-plane load fin))
      (when hp
            (==> hp info stdout)
            (let ((mapA :hp:mapA)
                  (mapB :hp:mapB)
                  (supA :hp:supA)
                  (supB :hp:supB))
               (when ~db-browser (load "db-browser.l"))
               (==> mapA name "Class A Training Data")
               (==> mapB name "Class B Training Data")
               (==> supA name "Class A Supporting Patterns")
               (==> supB name "Class B Supporting Patterns")
               (list mapA (new db-browser mapA mapB supA supB))
            ); let
      ); when
   ); let
); browse

(de clean (name &optional support)
   ; return map with removed patterns
   (let ((fin (fopen (+ name "-classifier.b") "r"))
         (hp  ())
         (simm (new-sm K (* (==> mapA size) (==> mapB size))))
         (mm '(new db-browser)))
      (while (setq hp (==> hyper-plane load fin simm))
         (let ((m (if support :hp:supA :hp:mapA)))
            (when m
                  (==> m first)
                  (==> m name (sprintf "%s %s %1"
                                 (==> m name)
                                 (if support "support" "")
                                 (==> m get 'label)))
                  (setq mm (nconc1 mm m))
```

5,649,068

55                                                        56

```
        ); when
        ); let
        ); while
     (when ˜db-browser (load "db-browser.l"))
        (eval mm)
     ); let
); clean

(de display-info (name &optional f)
   (if f (setq f (fopen (+ name "-info.txt") "w"))
        (setq f stdout))
   (let ((fin (fopen (+ name
                       (if pair "-pair" "")
                       "-classifier.b") "r"))
         (hp ()))
     (when fin
         (while (setq hp (==> hyper-plane load fin))
            (==> hp info f)
            (when (= f stdout) (ask "continue? "))
         ); while
     ); when
   ); let
); display-info

(de classifier (name db-train db-test &optional (eps 0.1) (order 1))
   (setq hyper () train () label-map ())
   (setq freport (fopen (+ name "-report.txt") "a"))
   (printf "writing report to file '%s'0 (pname freport)) (fflush stdout)
   (writing freport
      (printf "0) (for (i 0 76) (printf "-"))
      (printf "0YPER-PLANE EXPERIMENT FOR DATA-BASE '%s'0 name)
      (printf "host: %l0 (read (fopen "| hostname" "r")))
      (when message (message))
      (fflush freport)
      (load-all name eps roh_min () order)
;     (rewind freport)
      (when db-train
            (report name db-train)
;           (printf "23erformance on Training set:0)
;           (performance db-train ())
      )
      (when db-test
            (printf "23erformance on Test set:0)
            (performance db-test ())
      )
   ); writing
```

3 6

```
    (fclose freport)
); classifier

(de pair-classifier (name db-train db-test &optional (eps .1) (order 1))
    (setq hyper () train () label-map ())
    (setq freport (fopen (+ name "-report.txt") "w"))
    (printf "writing report to file '%s'0 (pname freport))  (fflush stdout)
    (writing freport
        (printf "0)  (for (i 0 76) (printf "-"))
        (printf "0YPER-PLANE EXPERIMENT FOR DATA-BASE '%s'0 name)
        (when message (message))
        (fflush freport)
        (load-all name eps roh_min t order)
        (when db-train
            (report name db-train)
;           (printf "24erformance on Training set:0)
;           (performance db-train t)
        )
        (when db-test
            (printf "24erformance on Test set:0)
            (performance db-test t)
        )
        (comment
            (printf "0onstructing training and test sets for second stage0)
            (setq db-stage2-train (make-set (+ name "-train2.db") db-train))
            (setq db-stage2-test  (make-set (+ name "-test2.db" ) db-test))
            (setq hyper ()  train ())
            (classifier (+ name "-stage2")
                    (==> map new 'db-stage2-train)
                    (==> map new 'db-stage2-test)
                    eps roh_min t)
        )
    )
    ); writing
    (fclose freport)
); pair-classifier

(de make-set (name db)
    (when ~(classp class2)
        (dc class2 object pattern label)
    ); when
    (let ((vec (disk-array name 1024)))
      (for (i 0 (1- (==> db size)))
            (vec i (==> class2 new
                    (pattern (pair-classify (==> db get 'pattern)))
                    (label (==> db get 'label)) )
```

37

```
        )
          (==> db next)
      ); for i
      (vec 'fflush)
      (let ((dbnew (==> data-base new (==> db size))))
          (==> dbnew bind-class 'pattern 'pattern vec)
          (==> dbnew bind-class 'label  'label  vec)
          (==> dbnew bind 'record vec)
          dbnew
      ); let dbnew
  ); let vec
); make-set

(de pair-classify (pat)         ; return vector with n(n-1)/2 activations
    (let ((m (matrix ((lambda (x) (2/ (* x (1+ x)))) (bound hyper 1))))
          (k 0))
      (for (i 0 (bound hyper 1))
          (for (j (1+ i) (bound hyper 1))
              (m k (==> (hyper i j) classify pat))
              (incr k)
          ); for j
      ); for i
      m
    ); let m
); pair-classify

(de load-all (name eps roh_min &optional pair (order 1))
    (when (or ~train ~label-map) (let ((fin (fopen (+ name "-maps.b") "r")))
      (if fin (progn
              (setq train (read fin))
              (setq label-map (read fin))
              (fclose fin)
          )
          (make-maps name db-train)
      ); if
  )); when, let
  (when ~hyper
    (if pair
        (progn
          (let ((fin (fopen (+ name "-pair-classifier.b") "r"))
                (simm (new-sm K 9000017)))
              (setq hyper (array (1+ (bound train 1)) (1+ (bound train 1))))
              (when fin
                  (for (i 0 (bound train 1))
                      (for (j (1+ i) (bound train 1))
                          (hyper i j (==> hyper-plane load fin simm))
```

5,649,068

```
                    ); for j
                  ); for i
                ); when fin
              ); let fin
                (make-pair-classifier name eps roh_min)
            ); progn pair
            (progn
                (let ((fin (fopen (+ name "-classifier.b") "r"))
                      (simm (new-sm K 9000017)))
                  (setq hyper (array (1+ (bound train 1))))
                  (when fin
                      (for (i 0 (bound train 1))
                          (hyper i (==> hyper-plane load fin simm)))
                  ); for i
                ); when fin
              ); let fin
                (make-classifier name eps roh_min order)
            ); progn ˉpair
          ); if pair
        ); when
    ); load-all

    (de qualified (db)
      (or ˉ(==> db get 'quality)
          (= (==> db get 'quality) "good")
      ); or
    ); qualified

    (de make-maps (name db-train)
      (printf "0reating maps for training set0)
      (let ((db (array 1000))            ; no more than 1000 labels please
            (labels 0)                   ; number of labels found so far
            (i 0)                        ; scratch variable
            (omit 0)                     ; omitted patterns
          )
        (setq label-map (array 1000))
        (printf "training database: %d patterns0 (==> db-train size))
        (repeat (==> db-train size)
            (if (qualified db-train)
                (if (setq i (exists label-map labels (==> db-train get 'label)))
                    (==> (db i) append (==> db-train index))
                ; construct a new view
                    (let ((m (==> db-train empty)))
                      (==> m append (==> db-train index))
                      (db labels m)  (label-map labels (==> db-train get 'label))
                      (incr labels)
```

3 9

5,649,068

63                                                64

```
        (printf " %3d. label is %l0 labels (==> db-train get 'label))
        (fflush freport)
     ); let
   ); if
     (incr omit)
   ); if qualified
     (==> db-train next)
   ); repeat
   (setq db (db (list 0 (1- labels))))
   (setq label-map (label-map (list 0 (1- labels))))
   ; construct train, to global array of data-basees
   (setq train (array labels))
   (for (i 0 (bound db 1))
        (==> (db i) prune)
        (train i (list (db i) (all-but db i)))
        (printf " label %l (index %3d): %4d patterns, total %4d0
               (label-map i)  i  (==> (db i)  size)
               (+ (==> (db i) size) (==> (cadr (train i)) size)))
     )
        (fflush freport)
   ); for
   (printf " %d (bad) patterns omitted from test-data0 omit)
   (let ((fout (fopen (+ name "-maps.b") "w")))
      (write-binary fout train)
      (write-binary fout label-map)
      (fclose fout)
   ); let fout
 ); let db array
); make-maps

(de exists (arr len key)
   (let ((r ()))
   (for (i 0 (1- len))
        (when (= (arr i) key) (setq r i)))
   )
   r
   )
); exists

(de label2index (label)
   (let ((r ()))
   (for (i 0 (bound label-map 1))
        (when (= (label-map i) label) (setq r i)))
   )
   r
   )
```

4 0

```
); label2index

(de index2label (idx)
    (if idx (label-map idx) ())
); index2label

(de all-but (db i)
    (let ((base (==> (db 0) empty)))
        (for (j 0 (bound db 1))
            (when (<> i j) (setq base (map-join base (db j)))))
        )
        (==> base sort-index) (==> base prune) base
    )
); all-but

(de make-classifier (name eps roh_min order)
    (printf stdout "0inding hyper planes with optimal margin0")
    (when ~hyper (setq hyper (array (1+ (bound train 1)))))
    (let ((fout (fopen (+ name "-classifier.b") "w"))
            (simm (new-sm K (* 9000017))))
        (for (i 0 (bound hyper 1))
            (let (((c1 c2) (train i)))
                (when ~(hyper i)
                    (fprintf stdout "hyper-plane for class %1 vs. all others0"
                                (==> c1 get 'label))
                    (fprintf freport "hyper-plane for class %1 vs. all others0"
                                (==> c1 get 'label))
                    (fflush freport)
                    (hyper i (new hyper-plane c1 c2 simm
                                    order eps debug1))
                    (==> (hyper i) info stdout)
                    (==> (hyper i) info freport)
                )
                (==> (hyper i) save fout)
            )
        ); for
        (fclose fout)
    ); let
); make-classifier

(de make-pair-classifier (name eps roh_min)
    (printf
        "0inding hyper planes for pairwise separation with optimal margin0")
    (when ~hyper
        (setq hyper (array (1+ (bound train 1)) (1+ (bound train 1)))))
    )
```

```
(let ((fout (fopen (+ name "-pair-classifier.b") "w")))
  (for (i 0 (bound hyper 1))
      (for (j (1+ i) (bound hyper 1))
          (let (((c1 dummy) (train i))
                ((c2 dummy) (train j)))
              (when ~(hyper i j)
                  (fprintf stdout "hyperplane for %l vs %l0
                      (==> c1 get 'label) (==> c2 get 'label))
                  (fprintf freport "hyperplane for %l vs %l0
                      (==> c1 get 'label) (==> c2 get 'label))
                  (fflush freport)
                  (hyper i j (new hyper-plane c1 c2
                      order eps debug1 func))
                  (==> (hyper i j) info stdout)
              ); when ~hyper
                  (==> (hyper i j) save fout)
          ); let
      ); for j
  ); for i
  (fclose fout)
  ); let
); make-pair-classifier

(de report (name db-train)
  (printf "0yper plane classifier for %2d classes" (1+ (bound train 1)))
  (printf"0================================0)
(comment
  (when (or ~(==> (hyper 0) privatep 'Dmin)
            ~:(hyper 0):Dmin)
      (fprintf stdout "computing diameter of data-base0)
      (==> (hyper 0) diameter db-train)
      (let ((f (fopen (+ name "-classifier.b") "w")))
        (for (i 0 (bound hyper 1))
            (when (0<> i)
                (==> (hyper i) private 'D   :(hyper 0):D  )
                (==> (hyper i) private 'Dmin :(hyper 0):Dmin)
                (==> (hyper i) private 'Dmax :(hyper 0):Dmax)
            )
                (==> (hyper i) save f)
        ); for
          (fclose f)
          ); let
  ); when
)
    (mapmc (flambda (db h)
              (printf "hyper-plane for class %l vs. all others0
```

42

5,649,068

69                                                70

```
                    (==> (car db) get 'label) )
                    (==> h info freport)
(comment
            (let* ((supA :h:supA)
                   (supB :h:supB)
                   (eliB :h:eliB))
                   (eliB :h:eliB))
            (draw-map supA
             (sprintf "%s-support-classA-%d" name (==> supA get 'label)))
            (draw-map supB
             (sprintf "%s-support-classB-%d" name (==> supA get 'label)))
            (draw-map eliA (sprintf "%s-eliminated-classA-%d"
                                     name (==> supA get 'label)))
                   (draw-map eliB (sprintf "%s-eliminated-classB-%d"
                                     name (==> supA get 'label)))
            ); let*
)
        ); flambda
          train hyper
      ); mapmc
); report

(de draw-map (db name)
  ; db:    map to draw
  ; name:  name of ps file(s)
  ; xs:    scale factor in x-dimension
  ; ys:    scale factor in y-dimension
  (when (and db (0<> (==> db size)))
    (fprintf stdout "plotting %s0 name)
    (==> (window ()) clear)
    (let* ((page 1)
           (x0 130) (y0 650)     ; offset from lower left corner
           (xm 450) (ym 550)      ; page size
           (xx  0) (yy  0)      ; current position
           (p ()))
       (==> db first)
       (==> (window) text (- x0 60) (+ y0 120)
         (sprintf "%s      Page %d" name page)
         (font helvetica 18 bold)
    )
       (repeat (==> db size)
          (graphics-batch
             (setq p (==> (window) picture))
             (==> (==> db get 'record) draw p)
             (==> p scale (/ 100 (apply 'max (==> p size-points))))
             (==> p align (+ x0 xx) (- y0 yy) 7)
```

43

```
            )
              (incr xx 120)
              (when (> xx xm) (setq xx 0) (incr yy 120))
              (when (> yy ym)
                  (setq yy 0)
                  (==> (window) save (sprintf "%s-page-%d.ps" name page))
                  (incr page)
                  (==> (window) clear)
                  (==> (window) text x0 (+ y0 80)
                      (sprintf "%s        Page %d" name page)
                      (font helvetica 18 bold)
                  )
              ); when
              (==> db next)
        ); repeat
        (==> (window) save (sprintf "%s-page-%d.ps" name page))
    ); let*
  ); when
); draw-map

(de performance (db &optional pair)
  (let* ((dim (1+ (bound hyper 1)))
         (conf (matrix dim dim))
         (err 0)  (punt 0)  (punt-good 0)  (punt-bad 0)
         (good 0)  (total 0)
         (db-miss (==> db empty))
         (db-reje (==> db empty))))
    (fflush freport)
    (repeat (==> db size)
        (let* (((result-index dist-vec lab-vec)
                  ((if pair classify-pair classify) (==> db index)))
               (result-label (index2label result-index))
               (desired-label (==> db get 'label))
               (desired-index (label2index desired-label))
              )
            (if result-index
              (progn            ; accept
               (conf result-index desired-index
                    (1+ (conf result-index desired-index)))
               (if (= result-label desired-label)
                   (incr good)
                   (incr err)
                   (printf "ERROR: got label %l for pattern %l "
                         result-label desired-label)
                   (printf "(data-base index = %d)0 (==> db index))
                   (printf "  %m0 lab-vec)
```

4 4

```
                    (printf "  %m0 dist-vec)
                    (==> db-miss append (==> db index))
                    (fflush freport)
        ); if
      ); progn
          (progn            ; reject
            (incr punt)
            (setq result-label
                  (index2label (lab-vec (bound lab-vec 1))) )
            (if (= result-label desired-label)
                (progn (printf "REJECT GOOD: ") (incr punt-good))
                (progn (printf "REJECT BAD: ")  (incr punt-bad))
        )
            (printf "got label %l for pattern %l "
                    result-label desired-label)
            (printf "(data-base index = %d)0 (==> db index))
            (printf "  %m0 lab-vec)
            (printf "  %m0 dist-vec)
            (==> db-reje append (==> db index))
            (fflush freport)
      ); progn
    ); if result-index
  ); let*
      (==> db next)
    (incr total)  (fflush freport)
); repeat
(let ((lg (fopen "log" "a")))
    (fprintf lg "%d%6g0 err (* 100 (/ err total)))
    (fclose lg)
)
(printf "32d errors, %d rejected (%d were wrong), %d good, %d total0
        err punt punt-bad good total)
(printf "performance: %f percent errors, %f percent rejected0
        (* 100 (/ err total))  (* 100 (/ punt total)) )
(when (0<> err)
    (printf "0onfusion matrix:")
    (printf "  des label")
    (for (des 0 (1- dim))
        (printf "  %3s" (sprintf "%l" (index2label des)))
    )
    (print)
    (for (res 0 (1- dim))
        (printf "  got %3s [" (sprintf "%l" (index2label res)))
        (for (des 0 (1- dim)) (printf "  %3d" (conf res des)))
        (printf "  ]0)
    )
```

4-5

```
    ); when
    (fflush freport)
;    (draw-map db-miss (sprintf "%s-missed" name))
;    (draw-map db-reje (sprintf "%s-rejected" name))
    ); let* dim
); performance

(de classify (id)              ; no rejects
    (let* ((dim (1+ (bound hyper 1)))
           (r (matrix dim))
           (l (matrix dim)))
      (for (i 0 (bound hyper 1))
           (when (hyper i)
                 (r i (==> (hyper i) classify-id id))
                 (l i i)
           ); when
      ); for
      (nr-sort2 r l)
      (list (l (bound l 1)) r l)
    )
); classify

(de classify-pair (id)          ; no rejects
    (let* ((dim (1+ (bound hyper 1)))
           (r (matrix dim))
           (l (matrix dim)))
      (for (i 0 (bound hyper 1))
           (for (j (1+ i) (bound hyper 1))
                (let* ((x (==> (hyper i j) classify-id id)))
                  (if (>= x 0)  (r i (1+ (r i)))
                       (r j (1+ (r j))))
                )
           ); let* psi
           ); for j
      ); for i
      (l () (range 0 (1- dim)))
      (nr-sort2 r l)
      (list (l (bound l 1)) r l)
    ); let* r
); classify-pair

(de mean (a b)
    (* (+ a b) 0.5)
); mean

;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;;
```

5,649,068

77                                                                 78

```
; scatter plots

(de confusion-plot (name lab1 lab2 db-train db-test &optional (visible t))
    (load-all name 0.2 0)
    (setq w (window)) (==> w clear)
    (==> w fgcolor blue)
    (==> w font (font helvetica 18 bold))
    (==> w pattern no-pattern)
    (setq p1 (==> plot new w 140 100 300 300))
    (setq p2 (==> plot new w 140 450 300 300))
    (==> p1 xaxis -6 6 2 1 (sprintf "Class %l" lab1))
    (==> p1 yaxis -6 6 2 1 (sprintf "Class %l" lab1))
    (==> p2 xaxis -6 6 2 1 "")
    (==> p2 yaxis -6 6 2 1 (sprintf "Class %l" lab2))
    (==> w fgcolor red)
    (setq f1 (==> p1 frame -6 -6 6 6))
    (setq f2 (==> p2 frame -6 -6 6 6))
    (==> f1 text 7 5 "Training Set")
    (==> f2 text 7 5 "Test Set")
    (==> f1 line -6 -6 6 6 (brush 1 dashed))
    (==> f2 line -6 -6 6 6 (brush 1 dashed))
    (scatter p1 p2 lab1 lab2 db-train db-test)
    (==> w save (+ name "-"
                  (if (stringp lab1) lab1 (sprintf "%l" lab1))
                  "vs"
                  (if (stringp lab2) lab2 (sprintf "%l" lab2))
                  ".ps"
                )
    )
); confusion-plot

(de scatter (p1 p2 l1 l2 db-train db-test)
    (let* ((hp1 (hyper (label2index l1)))
           (hp2 (hyper (label2index l2))))
      (==> p1 mark 7 4.3 -1) (==> f1 text 7 4 (sprintf " class %l" l1))
      (==> p2 mark 7 4.3  1) (==> f2 text 7 4 (sprintf " class %l" l1))
      (==> p1 mark 7 3.3  2) (==> f1 text 7 3 (sprintf " class %l" l2))
      (==> p2 mark 7 3.3 -2) (==> f2 text 7 3 (sprintf " class %l" l2))
      (sc-plot p1 hp1 hp2 db-train l1 -1)
      (sc-plot p2 hp1 hp2 db-test  l1  1)
      (sc-plot p1 hp1 hp2 db-train l2  2)
      (sc-plot p2 hp1 hp2 db-test  l2 -2)
    )
); scatter

(de sc-plot (pt hp1 hp2 db label marker)
```

47

5,649,068

79                                                     80

```
(graphics-batch (repeat (==> db size)
        (when (= label (==> db get 'label))
            (let* ((x (==> hp1 classify (==> db get 'pattern)))
                   (y (==> hp2 classify (==> db get 'pattern))))
              (when (and (< (abs x) 6) (< (abs y) 6))
                  (==> pt mark x y marker))
            ); let*
        ); when
        (==> db next)
    ))
); sc-plot
```

4-8

81

We claim:

1. A method of classifying at a computer system input patterns received from an input device, the method comprising the steps of:

a) determining a decision surface for classifying said input patterns, said determination of said decision surface being performed by i) deriving at said computer system a weighted sum of one or more selected associations of one of said input patterns with a training pattern from a predetermined set of training patterns contained in a storage device of said computer system, said one or more associations being selected such that said decision surface belongs to a subset with a smallest possible Vapnik-Chervonenkis dimension and ii) identifying at said computer system a number of adjustable parameters for said weighted sum, said adjustable parameters being identified such that said computer system can complete correct classification of said training patterns by performing a number of operations that is proportional to the number of adjustable parameters and the number of input patterns while leaving an optimal margin between said training patterns and said decision surface; and

b) classifying each input pattern into one of two classes depending on which side of said determined decision surface said each input pattern falls.

2. The method of claim 1 further comprising the steps of:

removing a selected subset of training patterns from the predetermined set of training patterns; and

repeating steps a) and b) of claim 1 a finite number of times.

3. The method of claim 2 further comprising the step of:

ranking the training patterns based on said adjustable parameters to determine which training patterns to remove.

4. The method of claim 1 further comprising the step of:

removing from the training patterns all training patterns for which said adjustable parameters are equal to zero.

5. The method of claim 1 further comprising the step of:

removing from the training patterns all training patterns for which the adjustable parameters fall below a given threshold.

6. A computer system for training a learning machine to classify input data received from an input device, said computer system comprising:

means for determining a decision surface by i) deriving at said computer system a weighted sum of one or more selected associations of one of said input patterns with a training pattern from a predetermined set of training patterns contained in a storage device of said computer

82

system, said one or more associations being selected such that said decision surface belongs to a subset with a smallest possible Vapnik-Chervonenkis dimension and ii) identifying at said computer system adjustable parameters for said weighted sum, said adjustable weighting parameters being identified such that said computer system can complete correct classification of said training patterns by performing a number of operations that is proportional to the number of adjustable parameters and the number of input patterns while leaving an optimal margin between said training patterns and said decision surface; and

means for classifying each input pattern into one of two classes depending on which side of said determined decision surface said each input pattern falls.

7. The invention of claim 6 further comprising:

means for removing from the predetermined set of training patterns all patterns that are unused in the determination of the decision surface.

8. The invention of claim 7 further comprising:

means for further adjusting the adjustable parameters for the weighted sum in order to achieve better classification performance.

9. The invention of claim 6 wherein at least one of said associations is a kernel function which is selected from a group of kernel functions which includes a radial basis function, a high order polynomial function and an exponential function.

10. A method of classifying at a computer system input patterns received from an input device, the method comprising the steps of:

determining weights associated with said input patterns to derive vectors that are mapped into a high dimension feature space;

constructing an optimal hyperplane in said high dimension feature space to separate training patterns retrieved from said computer system, said separation being performed to ascertain particular locations of said training patterns with respect to said optimal hyperplane;

deriving adjustable parameters by identifying a number of specific training patterns which are substantially closest to a boundary of said optimal hyperplane, said number of specific training patterns being substantially equal to a Vapnik-Chervonenkis dimension for said optimal hyperplane; and

classifying said input patterns into one of two classes using said optimal hyperplane and said adjustable parameters.

*  *  *  *  *

# Exhibit M



(12) **United States Patent**
Miloslavsky

(10) Patent No.:     **US 6,732,156 B2**
(45) Date of Patent:     **\*May 4, 2004**

(54) **SYSTEM FOR ROUTING ELECTRONIC MAILS**

(75) Inventor: **Alec Miloslavsky**, San Carlos, CA (US)

(73) Assignee: **Genesys Telecommunications Laboratories, Inc.**, Daly City, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/234,616**

(22) Filed: **Sep. 3, 2002**

(65) **Prior Publication Data**

US 2003/0018729 A1   Jan. 23, 2003

**Related U.S. Application Data**

(62) Division of application No. 08/998,268, filed on Dec. 24, 1997, now Pat. No. 6,128,646, which is a division of application No. 08/795,680, filed on Feb. 6, 1997, now Pat. No. 5,765,033.

(51) Int. Cl.[7] ............................................. **G06F 15/16**
(52) U.S. Cl. ............................... **709/206;** 709/207
(58) Field of Search .............................. 709/205, 206, 709/207, 223, 226, 203, 305; 379/265

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,754,636  A   \*   5/1998   Bayless et al. .......... 379/142.1

| | | | | |
|---|---|---|---|---|
| 5,765,033 | A | | 6/1998 | Miloslavsky |
| 5,862,223 | A | \* | 1/1999 | Walker et al. ................. 705/50 |
| 5,884,032 | A | \* | 3/1999 | Bateman et al. ............ 709/204 |
| 5,958,014 | A | \* | 9/1999 | Cave ........................... 709/229 |
| 6,058,435 | A | \* | 5/2000 | Sassin et al. ............... 709/331 |
| 6,128,646 | A | \* | 10/2000 | Miloslavsky ............... 709/206 |
| 6,449,646 | B1 | \* | 9/2002 | Sikora et al. .............. 709/226 |
| 6,453,341 | B1 | \* | 9/2002 | Miloslavsky ............... 709/206 |
| 6,456,619 | B1 | \* | 9/2002 | Sassin et al. ............... 370/356 |
| 6,463,148 | B1 | \* | 10/2002 | Brady .................. 379/265.01 |
| 6,473,787 | B2 | \* | 10/2002 | Miloslavsky ............... 709/206 |

OTHER PUBLICATIONS

U.S. patent application Ser. No. 09/559,045, Miloslavsky.

\* cited by examiner

*Primary Examiner*—Glenton B. Burgess
*Assistant Examiner*—Kimberly D Flynn
(74) *Attorney, Agent, or Firm*—Donald R. Boys; Central Coast Patent Agency, Inc.

(57)     **ABSTRACT**

A system for routing electronic mails to one of a plurality of support persons in a processing center is disclosed. Each person has a skill set that is suitable for responding to a certain type of e-mails. The system comprises an e-mail server for receiving the e-mail from a sender, an information extractor for extracting relevant information from the e-mail, and a router for routing the e-mail. The system contains a database for storing information related to all persons who can answer e-mails. The system also contains a server for storing the history of all activities in the system. The router can make routing decisions and perform load-balancing and alert functions based on the information stored in the database and the server.

**48 Claims, 3 Drawing Sheets**



e-mail processing center 100



*Fig. 1*



Fig. 2



E-mail server receives an e-mail and fowards it it to the e-mail-to-CTI-server-adaptor

152

The adaptor extracts e-mail attributes in accordance with pre-configured rules and form requests to CTI-server with appropriate attributes

154

The CTI-server fowards the request and status information to a router and a stat-server

156

The router retrieves information from the stat-server and a database, and routes the e-mail based on skills and availability

158

The router directs the e-mail-server to rout the e-mail to a selected support person

160

The selected support person writes a reply, if needed

162

The e-mail-server sends the reply to the originator of the e-mail

164

*Fig. 3*

1

# SYSTEM FOR ROUTING ELECTRONIC MAILS

This is a continuation of application Ser. No. 09/599,045 filed Jun. 21, 2000 now U.S. Pat. No. 6,453,341.

## CROSS-REFERENCE TO RELATED DOCUMENTS

The present patent application is a divisional application of application Ser. No. 08/998,268, now U.S. Pat. No. 6,128,646 filed Dec. 24, 1997, which is a divisional of application of Ser. No. 08/795,680, now U.S. Pat. No. 5,765,033, filed Feb. 6, 1997. The prior applications are incorporated herein in their entirety by reference.

## FIELD OF THE INVENTION

The present invention relates to electronic mails, and more particularly to a system for routing electronic mails to the best qualified person who can answer the mail.

## BACKGROUND OF THE INVENTION

Electronic mail (e-mail) has recently become one of the most commonly used communication tool in business. As more and more homes are connected to the Internet, it could become an important communication tool for homes also.

In the simplest case, electronic mail is the delivery of text-based messages from a sending computer to one or more recipient computers. The sending and recipient computers are connected to a data network. Typically, the message is temporarily stored in a server of the data network. The recipient computers (users) can retrieve the stored messages at their convenience.

Many users find that sending e-mails is more convenient than sending letters. The user can type a few lines on a computer, enter a simple e-mail address, press a button, and the message is sent. There is no need to print out the message, put it in an envelope, write a long address, and deliver the letter to a mail-box. This is especially important when the user is traveling because he/she may not have access to printers, envelopes, stamps, and mail-boxes. Because of the convenience, people tend to write a lot of e-mails, which promote communication. The increased communication improves efficiency, which tends to have a positive effect on profitability of a company.

Although many companies recognize the benefits of e-mails, some of them have installed e-mail systems only recently. This is because e-mail systems in the past were proprietary systems. Messages can only be delivered in such systems if the senders and recipients use the same proprietary system. The proprietary nature of these e-mail systems means that each system can only be accessed by persons associated with the same organization (such as a company or an on-line service provider). It is very difficult to send messages to an intended recipient outside of the system. Thus, a message can only reach a relatively small number of computers (i.e., users). Unless the company has many employees, the costs of setting up an e-mail system may be much higher than the anticipated benefits.

More recently, many companies and homes have been connected to the Internet, which is a world-wide open data network connecting tens of millions of computers. One of the reasons for the Internet's popularity is that the cost of accessing the Internet is very low. Another reason is that the Internet offers many resources in addition to e-mails. Each user of the Internet is assigned an e-mail address that is

2

recognizable around the world. A computer connected to the Internet can send e-mails to any one of these e-mail addresses. As a result, it is possible to communicate electronically with many people at any time.

As a result of the popularity and convenience of e-mails, many companies allow their customers to send comments and request information and services using e-mails. Typically, these companies set up one or more specific e-mail addresses for these purposes. These mails are typically answered on a first come first serve basis.

It has been found that many of these mails are lost or unanswered. There are many reasons for this problem. One reason is that the person who is supposed to process an e-mail may not be familiar with the subject matter of the e-mail. Thus, this e-mail is left unanswered. One solution is for the person to forward the e-mail to another person who may be more familiar with the subject matter. This increases data traffic and work-load for everyone. Further, there is no guarantee that the intended recipient is available to reply to the e-mail. Consequently, there is a need to have a more efficient system to handle this problem.

## SUMMARY OF THE INVENTION

The present invention involves a system for routing an e-mail to one of a plurality of support persons in a processing center. Each support person has a skill set that is suitable for responding to a certain type of e-mails. Thus, it is more efficient to route the e-mail to an available person who is best qualified to answer the mail. The system comprises an e-mail server for receiving the e-mail from a sender, an information extractor for extracting relevant information from the e-mail, and a router for routing the e-mail. In one embodiment of the invention, the system contains a database for storing information related to all persons who can answer e-mails. The system also comprises a statistic server (also called stat-server) for storing the history of all activities in the system. The router can make routing decisions based on the information stored in the database and the stat-server.

These and other features of the present invention are disclosed in the following description of the invention together with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram showing an e-mail processing center of the present invention.

FIG. 2 is a block diagram of an e-mail to CTI server adapter used in the e-mail processing center of the present invention.

FIG. 3 is a flow chart showing operation of the server adapter used in the e-mail processing center of FIG. 1.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention comprises a novel routing system for electronic mails and related methods. The following description is presented to enable any person skilled in the art to make and use the invention. Description of specific applications is provided only as examples. Various modifications to the preferred embodiments will be readily apparent to those skilled in the art, and the general principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein.

3

FIG. 1 is a block diagram showing an e-mail processing center 100 of the present invention. Processing center 100 contains an e-mail server 102 which is connected to a data network 104. Data network 104 could be a local area network or a wide-area network (such as the Internet or an intranet). Other data processing devices, such as computers 106 and 108, are also connected to data network 104. All the data processing devices can send e-mails to each other. As a result, some of the e-mails are sent to e-mail server 102.

As an example, it is assumed that one of the addresses associated with e-mail server 102 is "support@abc-company.com". This is an address for customers of a company named "ABC" to send in questions regarding products and services provided by the company. It is anticipated that the subject matter of the e-mails are diverse and the number of mails is large. For example, the e-mails may relate to all aspects of the products and services offered by ABC. Some of the e-mails may contain technical questions of a product. Other e-mails may report a bug in software sold by ABC. A few e-mails may contain suggestions on improving the products and services. If support persons of ABC are assigned to answer some of the e-mails on a first come first served basis, it would be very difficult for them to do so because it is almost impossible for a single person to know everything about ABC.

One aspect of the present invention is a system for automatically routing the e-mails to the most qualified and available support persons. For example, a support person may be an expert in one product of ABC. All e-mails related to this product will be routed to this person automatically. Further, the system can distribute the load so that every support person receives approximately the same number of emails. As a result, the problems of the prior art systems can be solved.

Note that the criteria for determining whether a support person is available is not limited to e-mail activities. This is because the same support person may provide telephone and facsimile support to customer inquiries. Thus, the availability of a support person may involve a combination of activities involving telephone, facsimile, e-mail, data processing, etc.

Processing center 100 contains a server 112 that records all activity in the center. For example, it contains records of who are present in the center at a particular time and are available for service, as well as records of all e-mails that are pending and have been processed by center 100. Server 112 is called herein the "stat-server." It should be noted that many types of information can be recorded, and the choice of information is determined on a case-by-case basis.

Processing center 100 also contains a database 114 that contains detailed information on each support person, products, and customers. Information of support persons includes their skill set (e.g., product expertise, written language ability) and prior relationship with customers. Information on customers (based on the incoming e-mail address) includes the content of their previous e-mails, the products they bought, their physical addresses (obtained from product registration information), etc.

Processing center 100 also contains a router 116. This router selects the most qualified and available support person to respond to a particular e-mail based on one or more algorithms (or scripts). Various factors in a routing strategy will be described below.

In one embodiment of the present invention, database 114, router 116 and stat-server 112 could be a database, router and stat-server commonly used in telephony call centers.

4

The advantage of this embodiment is that database, router and stat-server software for telephony applications are well developed and widely available. The use of existing software (or slightly modified versions) could speed up product development time. In telephony applications, a server is used to provide computer telephony integration (CTI) by controlling an automatic call distributor (a telephony hardware device for controlling telephone communication between the public telephone networks and telephones inside a call center) and communicating with a database, router and stat-server. This server is called herein the CTI-server. One of the functions of the CTI server is allowing automatic call distributors of different vendors to be used with the same database, router and stat-server.

In this embodiment, a CTI-server 130 and an e-mail-to-CTI-server adapter 110 is preferably included. As explained above, CTI-server 130 provides a common interface for communicating with database 114, router 116 and stat-server 112 via a digital communication network 128. Because these software products are based on telephony applications, some of the attributes used therein may not be exactly the same as that used in e-mail applications. For example, the attribute of "telephone number" in telephony applications is not used in e-mail applications. Similarly, the e-mail attribute of "sender's e-mail address" may not be recognizable in telephony applications. These two attributes have similar characteristics, and can be used interchangeably provided that they are formatted and used properly. One of the functions of adapter 110 is to provide conversion between e-mail attributes and telephony attributes.

FIG. 2 is a block diagram of e-mail-to-CTI-server adapter 110. It includes an e-mail interface 202 for sending data to and receiving data from e-mail server 102. Adapter 110 also includes an information extractor 204 for extracting relevant information from e-mails. Extractor 204 contains a parser 206 for parsing the content of the e-mails obtained from e-mail server 102. Extractor 204 also contains a storage device for storing an algorithm 208 which directs parser 206 to extract appropriate information from the content of the e-mails in accordance with predetermined criteria. The extraction algorithm in extractor 204 is changeable because the coding in algorithm 208 could be changed. Examples of relevant information are:

(a) Addresses: Typically, an e-mail has a portion that contains the addresses of the sender and recipient. Extractor 204 directs parser 206 to extract these e-mail addresses.

(b) Time Stamp: Some e-mail contains the date and time an e-mail is sent. Extractor 204 could direct parser 206 to extract this information. This information may be more accurate than the time e-mail server 102 receives the e-mail because some e-mails may be delayed for more than a day due to network problems.

(c) Keyword: The Extractor may direct the parser to conduct a keyword search on the content of the e-mails. Examples of keywords are name of relevant products and services provided by the company, special words such as "bugs," "virus", "crash" (for software products), "overheat" and "electric shock" (for hardware products), and words of urgent nature (such as "urgent", "ASAP", and "fast").

Adapter 110 contains a formatter 210 for formatting the relevant information into attributes that can be understood by CTI-server 130. As an example, the sender's e-mail address could be formatted as a caller's telephone number (which is a telephony attribute). The formatted attribute is sent to a data communication interface 212 which communicates the attributes to CTI server 130 via communication network 128.

US 6,732,156 B2

5

Adapter **110** also contains a deformatter **214** that accepts data and commands from CTI-server **130** and translate them to a form understood by e-mail server **102**. As explained below, router **116** may send (via CTI-server **130**) commands to e-mail server **102**. Returning now to router **116**, some examples of support person selection criteria are:

(a) the product expertise of the support person;

(b) language ability of the support person;

(c) activities the support person (e.g., how many e-mails have this person processed and how many are pending);

(d) work load of other support persons in the center (for load balance among various support persons);

(e) the language of the incoming e-mail;

(f) the subject matter of the incoming e-mail;

(g) information about the sender;

(h) overall activities of the center (e.g. whether the support persons need to process jobs other than e-mails) and

(i) the urgency of the matter.

Processing center **100** contains a number of computer terminals, such as computers **122** and **124**, managed by support persons. When a support person starts **15** to work, he/she logs in so that stat-server **112** knows who is working in center **100** and how to reach the support person. Router **116** obtains information to make selection decisions from stat-server **112** and database **114**. Once a decision is made, router **116** sends a command to email server **102** to route the e-mail to the selected computer terminal. The support person responds to the e-mail and sends the reply to e-mail server **102**, which delivers the reply to the sender via data network **104**.

A flow chart **150** showing the operation of e-mail processing center **100** is shown in FIG. 3. In step **152**, e-mail server **102** receives an e-mail. The e-mail is forwarded to e-mail-to-CTI-server adapter **110**. In step **154**, adapter **110** extracts e-mail attributes in accordance with pre-configured rules (embodied in extraction algorithm **208**). It also sends status information and formulates requests to CTI server **130** using appropriate extracted attributes. In step **156**, CTI-server **130** forwards the request and status information to router **116** and stat-server **112**. In step **158**, router **116** retrieves information from stat-server **112** and database **114** so as to make routing decision. In step **160**, router **116** instructs e-mail server **102** to route the e-mail to the computer terminal used by a selected support person, such as computer **122**. Because the instructions from router **116** may be coded in telephony-related commands, these instructions may need to pass through CTI-router **130**, deformatter **210** and e-mail interface **202**. Upon receiving the e-mail, the support person processes the e-mail using computer **122**. If there is a need to send a reply, the support person writes the reply (step **162**), and directs e-mail server **102** to deliver the reply to a recipient connected to data network **104** (step **164**).

In addition to providing basic routing function, router **116** may also have a strategy to handle exception situations. For example, if an incoming mail is not answered by the selected support person within a predetermined time interval (e.g., three days), the mail is re-routed to another qualified and available support person. This strategy prevents mails from being dropped. As another example, there may be times when the number of incoming mails exceeds the available resource to answer these mails (i.e., overflow). Router **116** could store these mails in a queue and direct e-mail server **102** to alert senders that it may take a little longer to receive a reply. It should be noted that if router **116**, stat-server **112**

6

and database **114** are designed strictly for e-mail applications, there is no need to have CTI server **130**, formatter **210** and deformatter **214**. In this case, router **116**, stat-server **112** and database **114** can communicate with e-mail server **102** and information extractor **204** directly.

The invention has been described with reference to a specific exemplary embodiment thereof. Various modification and changes may be made thereunto without departing from the broad spirit and scope of the invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense; the invention is limited only by the provided claims.

What is claimed is:

**1**. A system for routing an electronic mail (e-mail), from an incoming queue, to one of a plurality of support persons in a processing center, each of said support persons having a specific skill set from a variety of possible skill sets, the system comprising:

an e-mail server adapted to receive said e-mail from a sender;

an information extractor for extracting information from said e-mail;

a router for placing incoming emails from the server in a queue; and

a database accessible to the router and storing skill sets of said support persons;

wherein said router selects said one of a plurality of support persons by matching stored information about said specific skill sets with portions of extracted information from said queued e-mail and routes said queued e-mail to one of the plurality of said support persons.

**2**. The system of claim **1** further comprising a statistics server (stat-server) recording activities of said processing center, and wherein said routing performed by said router further uses said recorded activity in said stat-server.

**3**. The system of claim **2** wherein routing of e-mails to selected support persons is load-balanced based on recorded activity stored in said stat-server.

**4**. The system of claim **1** wherein an overload threshold is set for number of e-mails to be routed, and senders of e-mails are notified of a possible delay when the threshold is exceeded.

**5**. The system of claim **1** wherein said database further stores information on senders of e-mails, and routing performed by said router further uses said stored information on senders of e-mails.

**6**. The system of claim **5** wherein said database stores information about prior relationships of support persons and e-mail senders, and said router uses said relationship information in routing decisions.

**7**. The system of claim **1** wherein a time limit for response to e-mails by said support persons is set, and wherein e-mails not answered within said time limit are rerouted to other support persons.

**8**. The system of claim **1** wherein said information extractor comprises plural and selectable extraction algorithms.

**9**. The system of claim **8** wherein one of the extraction algorithms includes a parser, and wherein said one of the extraction algorithms uses the parser to search for keywords in said e-mail.

**10**. A method for routing electronic mails (e-mails) in a processing center having a plurality of support persons, comprising steps of:

(a) receiving e-mails at an e-mail server in the processing center;

(b) placing said e-mails in a queue:

7

(c) extracting information from the e-mails;

(d) matching extracted information with skill sets of support persons;

(e) selecting specific support persons to receive said e-mails based on results of the matching step (c); and

(f) sending said e-mails to said selected support persons.

**11**. A system for routing and re-routing an electronic mail (e-mail) to a selected one of support persons from a queue in a processing center, comprising:

an e-mail server adapted to receive said e-mail from a sender; and

a router adapted to place emails in a queue, select the one of said support persons to receive said e-mail, said router imposing a predetermined time for response to the e-mail by the selected support person;

wherein said router sends said e-mail from the queue to a selected support person, and, in the event a response is not made in the predetermined time, sends the same e-mail to a different one of the support persons.

**12**. The system of claim **11** further comprising a statistics server (stat-server) recording activities of said processing center, and wherein said routing performed by said router further uses said recorded activity in said stat-server in selecting support persons to receive e-mails.

**13**. The system of claim **12** wherein routing of e-mails to selected support persons is load-balanced based on recorded activity stored in said stat-server.

**14**. The system of claim **11** wherein an overload threshold is set for number of e-mails to be routed, and senders of e-mails are notified of a possible delay when the threshold is exceeded.

**15**. The system of claim **11** further comprising a database adapted for storing information on senders of e-mails, and routing performed by said router further uses said stored information on senders of e-mails in selecting support persons to receive said e-mails.

**16**. The system of claim **15** wherein said database stores information about prior relationships of support persons and e-mail senders, and said router uses said relationship information in routing decisions.

**17**. The system of claim **15** wherein the database stores data relating to skill sets of support persons, further comprising an extractor adapted to extract information from e-mails, and wherein support persons are selected to receive e-mails based on matches between said stored data relating to skill sets of support persons and said information extracted from said e-mails.

**18**. The system of claim **17** wherein said information extractor comprises plural and selectable extraction algorithms.

**19**. The system of claim **18** wherein one of the extraction algorithms includes a parser, and wherein said one of the extraction algorithms uses the parser to search for keywords in said e-mail.

**20**. A method for routing electronic mails (e-mails) from an incoming queue in a processing center, having a plurality of support persons, comprising steps of:

(a) receiving e-mails at an e-mail server in the processing center;

(b) placing emails in a queue:

(c) selecting specific support persons by a router to receive said e-mails in the queue;

(d) monitoring time for response to said e-mails by said selected support persons against a preset time-for-response limit; and

8

(e) sending an e-mail for which a response is not made in the time-for-response limit to a different support person.

**21**. A system for routing electronic mails (e-mails) from an incoming queue to individual ones of a plurality of support persons in a processing center, comprising:

an e-mail server adapted to receive said e-mail from a sender;

a router for placing received emails in a queue and routing said email; and

a database accessible to the router;

wherein said database stores statistical information about the activities of the processing center, including numbers of e-mails routed to each support person from the queue in the processing center, and said router adjusts numbers of e-mails sent from the queue to said support persons according to a load-balancing algorithm.

**22**. The system of claim **21** wherein an overload threshold is set for number of e-mails to be routed, and senders of e-mails are notified of a possible delay when the threshold is exceeded.

**23**. The system of claim **21** further comprising a database storing data regarding skill sets of said support persons and a data extractor adapted to extract data from incoming e-mails, and the router is adapted to match skill-set data with extracted data and to use the results to select support persons to receive e-mails.

**24**. The system of claim **21** wherein said database stores information about e-mail senders and prior relationships of support persons and e-mail senders, and said router uses said relationship information in making routing decisions.

**25**. The system of claim **21** wherein a time limit for response to e-mails by said support persons is set, and wherein e-mails not answered within said time limit are rerouted to other support persons.

**26**. The system of claim **23** wherein said data extractor comprises plural and selectable extraction algorithms.

**27**. The system of claim **26** wherein one of the extraction algorithms includes a parser, and wherein said one of the extraction algorithms uses the parser to search for keywords in said e-mail.

**28**. A method for routing electronic mails (e-mails) from an incoming queue in a processing center, having a plurality of support persons, comprising steps of:

(a) receiving e-mails at an e-mail server in the processing center;

(b) placing emails in a queue;

(c) selecting support persons to receive e-mails from the queue;

(d) storing statistical information regarding numbers of e-mails routed to each support person; and

(e) using the statistical information in a balancing algorithm to adjust the number of e-mails sent to each support person.

**29**. A system for routing a electronic mails (e-mails) from an incoming queue to support persons in a processing center, comprising:

an e-mail server adapted to receive said e-mail from a sender; and a router adapted to queue the emails and select support persons to receive e-mails;

wherein the system notifies senders of a possible delay in processing e-mails if a preset load threshold is exceeded for the selected support persons.

**30**. The system of claim **29** further comprising a statistics server (stat-server) recording activities of said processing

**9**

center, and wherein said router is adapted to use said recorded data in selecting support persons to receive e-mails.

**31**. The system of claim **30** wherein routing of e-mails to selected support persons is load-balanced based on recorded activity stored in said stat-server.

**32**. The system of claim **29** further comprising a database wherein said database further stores information on senders of e-mails, and routing performed by said router further uses said stored information on senders of e-mails in selecting support persons to receive e-mails.

**33**. The system of claim **32** wherein said database stores information about prior relationships of support persons and e-mail senders, and said router uses said relationship information in routing decisions.

**34**. The system of claim **29** wherein a time limit for response to e-mails by said support persons is set, and wherein e-mails not answered by support persons within said time limit are rerouted to other support persons.

**35**. The system of claim **32** further comprising a data extractor adapted to extract data from e-mails received and wherein said database stores data regarding skill sets of support persons, and wherein said router matches skill set data with extracted data in selecting support persons to receive e-mails.

**36**. The system of claim **35** wherein said information extractor comprises plural and selectable extraction algorithms.

**37**. The system of claim **36** wherein one of the extraction algorithms includes a parser, and wherein said one of the extraction algorithms uses the parser to search for keywords in said e-mail.

**38**. A method for routing electronic mails (e-mails) in a processing center having a plurality of support persons, comprising steps of:

(a) receiving e-mails at an e-mail server in said processing center;

(b) placing the received emails in a queue;

(c) routing e-mails from the queue to selected ones of said support persons;

(d) tracking numbers of e-mails received and routed; and

(e) notifying senders of possible delays if preset load thresholds are exceeded.

**39**. A system for routing an electronic mail (e-mail) from an incoming queue to one of a plurality of support persons in a processing center, the system comprising:

an e-mail server adapted to receive said e-mail from a sender;

a queue;

a router; and

**10**

a database accessible to the router and storing data regarding availability of said support persons;

wherein said router queues incoming email, selects said one of said plurality of support persons by consulting the database for availability data and sends said e-mail to the selected support person.

**40**. The system of claim **39** further comprising a statistics server (stat-server) recording activities of said processing center, and wherein routing performed by said router further uses said recorded activity in said stat-server.

**41**. The system of claim **40** wherein routing of e-mails to selected support persons is load-balanced based on recorded activity stored in said stat-server.

**42**. The system of claim **39** wherein an overload threshold is set for number of e-mails to be routed, and senders of e-mails are notified of a possible delay when the threshold is exceeded.

**43**. The system of claim **39** wherein said database further stores information on senders of e-mails, and routing performed by said router further uses said stored information on senders of e-mails.

**44**. The system of claim **43** wherein said database stores information about prior relationships of support persons and e-mail senders, and said router uses said relationship information in routing decisions.

**45**. The system of claim **39** wherein a time limit for response to an e-mail by said support persons is set, and wherein e-mails not answered within said time limit are rerouted to other available support persons.

**46**. The system of claim **39** further comprising an information extractor adapted to extract information from said e-mail, and wherein said information extractor comprises plural and selectable extraction algorithms.

**47**. The system of claim **46** wherein one of the extraction algorithms includes a parser, and wherein said one of the extraction algorithms uses the parser to search for keywords in said e-mail.

**48**. A method for routing electronic mails (e-mails) in a processing center having a plurality of support persons, comprising steps of:

(a) receiving e-mails at an e-mail server in the processing center;

(b) placing the received emails in a queue

(c) checking a database for availability of support persons to which e-mails may be routed; and

(d) selecting a specific support person to receive a specific e-mail based on results of the checking step (c); and sending said e-mail to the specific support person selected.

* * * * *