1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@weil.com
4  THOMAS B. KING (Bar No. 241661)
   thomas.king@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
9  MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
10 ORACLE CORPORATION
   500 Oracle Parkway
11 Redwood City, CA 94065
   Telephone: (650) 506-5200
12 Facsimile: (650) 506-7114

13 Attorneys for Plaintiffs
   ORACLE CORPORATION, ORACLE USA, INC.,
14 ORACLE INTERNATIONAL CORPORATION,
   AND SIEBEL SYSTEMS, INC.

FILED
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., <br><br> Defendants. | Case No. 08 2363 <br><br> PLAINTIFFS ORACLE CORPORATION, ORACLE USA INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Case No.

PLAINTIFFS' CIVIL L.R. 3-16 CERTIFICATION

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
2 | the named parties, there is no such interest to report.

4 | Dated: May 7, 2008

WEIL, GOTSHAL & MANGES LLP

By: _____
Douglas E. Lumish
doug.lumish@weil.com

Attorneys for Plaintiffs
ORACLE CORPORATION,
ORACLE USA, INC., ORACLE
SYSTEMS CORPORATION,
ORACLE INTERNATIONAL
CORPORATION, AND SIEBEL
SYSTEMS, INC.

PLAINTIFFS' CIVIL L.R. 3-16 CERTIFICATION          1                    Case No.