| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
|   | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
|   | edward.reines@weil.com |
| 3 | DOUGLAS E. LUMISH (Bar No. 183863) |
|   | doug.lumish@weil.com |
| 4 | THOMAS B. KING (Bar No. 241661) |
|   | thomas.king@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 6 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 802-3000 |
| 7 | Facsimile: (650) 802-3100 |
| 8 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 9 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 10 | ORACLE CORPORATION |
|    | 500 Oracle Parkway |
| 11 | Redwood City, CA 94065 |
|    | Telephone: (650) 506-5200 |
| 12 | Facsimile: (650) 506-7114 |
| 13 | Attorneys for Plaintiffs |
|    | ORACLE CORPORATION, ORACLE USA, INC., |
| 14 | ORACLE INTERNATIONAL CORPORATION, |
|    | AND SIEBEL SYSTEMS, INC. |

FILED
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

| | | |
|---|---|---|
| 18 | ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., | 08 2363 |
| 19 | | Case No. |
| 20 | Plaintiffs, | PLAINTIFFS ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 STATEMENT |
| 21 | v. | |
| 22 | ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., | |
| 26 | Defendants. | |

Case No.

PLAINTIFFS' F.R.C.P. RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiffs Oracle Corporation hereby certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Counsel further certifies that Oracle USA Inc., Oracle International Corporation, and Siebel Systems, Inc. are each wholly owned subsidiaries of Oracle Corporation.

Dated: May 7, 2008

WEIL, GOTSHAL & MANGES LLP

By: _____
Douglas E. Lumish
doug.lumish@weil.com

Attorneys for Plaintiffs
ORACLE CORPORATION,
ORACLE USA, INC., ORACLE SYSTEMS CORPORATION,
ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.