AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

CV 08 2363

BZ

| See Attached List | )  |
|---|---|
| Plaintiff | )  |
| v. | ) Civil Action No. |
| See Attached List | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   See Attached List
       *(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Douglas E. Lumish
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   MAY 7 2008

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHED LIST

ORACLE CORPORATION, ORACLE USA INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.,

    Plaintiffs,

v.

ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.,

    Defendants.

TO:    ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.

| | |
|---|---|
| ORACLE CORP., ET AL | **Plaintiff** |
| vs. | |
| ALCATEL LUCENT, ET AL | **Defendant** |

_____ Court Of _____

_____ Venue

Docket Number: CV 08 2363

**Person to be served** (Name and Address):
ALCATEL LUCENT
C/O PRENTICE HALL  830 BEAR TAVERN RD.
W. TRENTON  NJ
**By serving**: CTC

**Attorney**: DOUGLAS E. LUMISH, ESQ.

**Papers Served**: SEE ATTACHED ADDENDUM

**Service Data**:   [X] Served Successfully   [ ] Not Served

**Date/Time**:   05/20/2008  02:49PM   _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:   Date/Time: _____
            Date/Time: _____
            Date/Time: _____

Name of Person Served and relationship/title:

SUSAN EUBANKS _____

AUTHORIZED AGENT _____

**Description of Person Accepting Service**:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved**:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

05·20·08

**Other**:
PRENTICE HALL IS REGISTERED AGENT NOT CORP. TRUST CO.

**Served Data**:
Subscribed and Sworn to me this

20 _____ day of May _____, 2008 _____
Notary Signature: _Janille_
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY Commission Expiration
My Commission Expires April 24, 2012

I, _Jane Nunn_,
was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Jane Nunn_   5/20/2008
Signature of Process Server   Date

TZ

Addendum

[1] Summons, Civil Cover Sheet, F.R.C.P. Rule 7.1 Statement, C.L.R. 3-16 Certification, Order Setting Case Management Conference and ADR Deadlines, Standing Orders, Contents of Joint Case Management Statement, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Drop Box Filing Procedures, Welcome to U.S. District Court, San Francisco, List of Judges, ECF Registration Information Handout, Complaint.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE                Plaintiff(s)<br>v.<br><br>ALCATEL LUCENT<br>                       Defendant(s) | **CASE NUMBER:**<br>CV 08 8363<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service tbr each person/party served)* |

1 - At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specif~ documents)*:
   a. ☒ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
                                                  ☐ second amended complaint

   ☐ other *(specify)*:

2) Person served:
   a. ☒ Defendant *(name)*: ALCATEL-LUCENT HOLDINGS, INC
   b. ☒ Other *(specij~ name and title or relationship to the party'business named)*:
        MARY DRUMMOND
   c. ☒ Address where papers were served: C/O CORPORATION SERVICE CO 2711   CENTERVILLE RD. WILMINGTON, DE

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on *(date)*: 5/16/08                    at *(time)*: 12:40 PM

   b. ☐ By **Substituted service.** By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ Papers were served on *(date)*:                    at *(lime)*:

      4. ☐ by mailing *(hyfirst-class mail, postage prepaid)* copies to the person served in Item 2(b) at tile place where the copies were left in Item 2(c).

      5. ☐ papers were mailed on (date):

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                        PAGE I

c. [ ] **Mail and acknowledgment** of service. By mailing (bY first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any otheragent authorized by appointmentorby law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepal d, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(byfirst-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

9. [ ] **Certified or registered mail service.** By mailing to an address outside California *(hyfirst-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [ ] **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 1 8 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   KEVIN S. DUNN
   302-475-2600

   Brandywine Process Servers
   P.O. Box 1360
   Wilmington, DE 19899-1360

   a. Fee for service: $
   b. [X] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [ ] Registered California process server

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/16/08

_____
*SIGNATURE)*

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                      PAGF 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE    Plaintiff(s) <br> v. <br> ALCATEL LUCENT    Defendant(s) | **CASE NUMBER:** CV 08 8363 <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> *(Use separate proofofservice tbr each person/party served)* |

I - At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specif~ documents)*:

   a. ☒ summons    ☐ complaint    ☐ alias summons    ☐ first amended complaint <br>
                                                                                                                                                                                     ☐ second amended complaint

   ☐ other *(specify)*:

2. Person served:

   a. ☒ Defendant *(name)*: ALCATEL USA, INC <br>
   b. ☒ Other *(specij~ name and title or relationship to the party'business named)*: <br>
           MARY DRUMMOND <br>
   c. ☒ Address where papers were served: C/O CORPORATION SERVICE CO 2711      CENTERVILLE RD. WILMINGTON, DE

3. Manner of Service in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure <br>
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☒ Papers were served on *(date)*: 5/16/08      at *(time)*: 12:40 PM

   b. ☐ By **Substituted service**. By leaving copies:

       1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ (business) or a person apparently in charge of the office of place of business, at least 1 8 years of age, who was informed of the general nature of the papers.

       3. ☐ Papers were served on *(date)*:      at *(lime)*:

       4. ☐ by mailing *(hyfirst-class mail, postage prepaid)* copies to the person served in Item 2(b) at tile place where the copies were left in Item 2(c).

       5. ☐ papers were mailed on (date):

       6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

c. [ ] **Mail and acknowledgment** of service. By mailing (bY first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any otheragent authorized by appointmentorby law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepal d, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(byfirst-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

9. [ ] **Certified or registered mail service.** By mailing to an address outside California *(hyfirst-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [ ] **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):* _____ at *(time):* _____

b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 1 8 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

KEVIN S. DUNN
302-475-2600
Brandywine Process Servers
P.O. Box 1360
Wilmington, DE 19899-1360

a. Fee for service: $
b. [X] Not a registered California process server
c. [ ] Exempt from registration under B&P 22350(b)
d. [ ] Registered California process server

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  5/16/08                             _____KSD_____
                                                  SIGNATURE)

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                    PAGF 2

| Attorney or Party without Attorney: <br> DOUGLAS E. LUMISH <br> WEIL GOTSHAL & MANGES LLP <br> 201 REDWOOD SHORES PARKWAY <br> REDWOOD SHORES, CA 94065 <br> Telephone No: 650-802-3000 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | |
| Plaintiff: ORACLE CORPORATION, et al. | | | | |
| Defendant: ALCATEL LUCENT, et al. | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 2363 BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Federal Rule Of Civil Procedure Rule 7.1 Statement; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Welcome To The U.S. District Court; Ecf Registration Information Handout; Complaint.

3. a. Party served: ALCATEL USA RESOURCES INC.
   b. Person served: BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 9:59AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALCATEL USA RESOURCES INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI
   
   First Legal Support Services℠
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111
   
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2007-37
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, May. 19, 2008

   (EDWARD J. PIERINI)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007
   
   PROOF OF SERVICE
   SUMMONS IN A CIVIL
   
   6419588.weigo.134404

| Attorney or Party without Attorney:<br>DOUGLAS E. LUMISH<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-802-3000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: ORACLE CORPORATION, et al. | | | | |
| Defendant: ALCATEL LUCENT, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2363 BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Federal Rule Of Civil Procedure Rule 7.1 Statement; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Welcome To The U.S. District Court; Ecf Registration Information Handout; Complaint.

3. a. Party served: ALCATEL USA MARKETING INC.
   b. Person served: BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 9:59AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALCATEL USA MARKETING INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI       d. The Fee for Service was:
   
   First Legal Support Services    e. I am: (3) registered California process server
   ATTORNEY SERVICES                   (i) Independent Contractor
   1814 "I" STREET                     (ii) Registration No.:    2007-37
   Sacramento, CA 95814                (iii) County:    Sacramento
   (916) 444-5111, FAX 443-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 19, 2008

   (EDWARD J. PIERINI)

Judicial Council Form POS-010            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                          6419589.weigo.134405

| *Attorney or Party without Attorney:*<br>DOUGLAS E. LUMISH<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES, CA 94065<br>*Telephone No:* 650-802-3000 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* ORACLE CORPORATION, et al. | | | | |
| *Defendant:* ALCATEL LUCENT, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2363 BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Federal Rule Of Civil Procedure Rule 7.1 Statement; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Welcome To The U.S. District Court; Ecf Registration Information Handout; Complaint.

3. a. *Party served:*      LUCENT TECHNOLOGIES INC.
   b. *Person served:*      BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*      2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 9:59AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LUCENT TECHNOLOGIES INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI
        d. **The Fee for Service was:**
        e. I am: (3) registered California process server
            (i) Independent Contractor
            (ii) Registration No.:    2007-37
            (iii) County:    Sacramento

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 19, 2008

            (EDWARD J. PIERINI)

   Judicial Council Form POS-010      PROOF OF SERVICE      6419590.weigo.134406
   Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL

| Attorney or Party without Attorney: <br> DOUGLAS E. LUMISH <br> WEIL GOTSHAL & MANGES LLP <br> 201 REDWOOD SHORES PARKWAY <br> REDWOOD SHORES, CA  94065 <br> Telephone No: 650-802-3000 <br><br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | |
| Plaintiff: ORACLE CORPORATION, et al. | | | | |
| Defendant: ALCATEL LUCENT, et al. | | | | |
| PROOF OF SERVICE <br> SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 2363 BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Federal Rule Of Civil Procedure Rule 7.1 Statement; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Welcome To The U.S. District Court; Ecf Registration Information Handout; Complaint.

3. a. Party served:       GENESYS TELECOMMUNICATIONS LABORATORIES INC.
   b. Person served:    BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
                                           SUITE 100
                                           SACRAMENTO, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 9:59AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GENESYS TELECOMMUNICATIONS LABORATORIES INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    2007-37
      (iii) County:              Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Mon, May. 19, 2008

                                                                    (EDWARD J. PIERINI)

Judicial Council Form POS-010            PROOF OF SERVICE                       64/9583.weigo.134402
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL

| *Attorney or Party without Attorney:*<br>DOUGLAS E. LUMISH<br>WEIL GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES, CA 94065<br>*Telephone No:* 650-802-3000 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | |
| *Plaintiff:* ORACLE CORPORATION, et al. | | |
| *Defendant:* ALCATEL LUCENT, et al. | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:*  *Time:*  *Dept/Div:* | *Case Number:*<br>CV 08 2363 BZ |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Federal Rule Of Civil Procedure Rule 7.1 Statement; Plaintiffs Oracle Corporation, Oracle Usa, Inc., Oracle International Corporation, And Siebel Systems, Inc.'s Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Welcome To The U.S. District Court; Ecf Registration Information Handout; Complaint.

3. a. Party served:  ALCATEL USA SOURCING INC.
   b. Person served:  BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:  2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA  95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 9:59AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  ALCATEL USA SOURCING INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI                d. *The Fee for Service was:*
                                       e. I am: (3) registered California process server
   **First Legal Support Services**          (i)   Independent Contractor
   ATTORNEY SERVICES                         (ii)  Registration No.:   2007-37
   1814 "I" STREET                           (iii) County:             Sacramento
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, May. 19, 2008

                                                                (EDWARD J. PIERINI)
   Judicial Council Form POS-010                PROOF OF SERVICE                    6419585.weigo.134403
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL