1  Marc N. Bernstein (SBN 145837)
   mbernstein@blgrp.com
2  The Bernstein Law Group, P.C.
   555 Montgomery Street, Suite 1650
3  San Francisco, CA 94111
   Telephone:   415-765-6634
4  Facsimile:   415-283-4804

5  Jan M. Conlin, (*pro hac vice* pending)
   JMConlin@rkmc.com
6  Thomas C. Mahlum, (*pro hac vice* pending)
   TCMahlum@rkmc.com
7  Robins, Kaplan, Miller & Ciresi L.L.P.
   2800 LaSalle Plaza
8  800 LaSalle Avenue
   Minneapolis, MN  55402-2015
9  Telephone:   612-349-8500
   Facsimile:   612-339-4181

10

11 Attorneys for Defendants and Counterclaimants
   ALCATEL LUCENT, ALCATEL-LUCENT
12 HOLDINGS INC., ALCATEL USA, INC.,
   ALCATEL USA MARKETING, INC., ALCATEL
13 USA RESOURCES, INC., ALCATEL USA
   SOURCING, INC., LUCENT TECHNOLOGIES
14 INC., AND GENESYS TELECOMMUNICATIONS
   LABORATORIES, INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., Plaintiffs, v. ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA, INC., ALCATEL USA MARKETING, INC., ALCATEL USA RESOURCES, INC., ALCATEL USA SOURCING, INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES, INC., Defendants and Counterclaimants. | Case No. C 08 - 2363 BZ<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

27

Pursuant to Civil L.R. 3-16, the undersigned counsel certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully Submitted,

DATED: June 5, 2008				**THE BERNSTEIN LAW GROUP, P.C.**


By:      /s/  Marc N. Bernstein
			Marc N. Bernstein

555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:	415-765-6634
Facsimile:	415-283-4804
E-mail:		mbernstein@blgrp.com


	and

Jan M. Conlin, (MN No. 192697)
Thomas C. Mahlum, (MN No. 0259391)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone: 612-349-8500
Facsimile:  612-339-4181
E-mail:		JMConlin@rkmc
			TCMahlum@rkmc

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS**