Marc N. Bernstein (SBN 145837)
mbernstein@blgrp.com
The Bernstein Law Group, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:    415-765-6634
Facsimile:     415-283-4804

Jan M. Conlin, (*pro hac vice* pending)
JMConlin@rkmc.com
Thomas C. Mahlum, (*pro hac vice* pending)
TCMahlum@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:    612-349-8500
Facsimile:     612-339-4181

Attorneys for Defendants and Counterclaimants
ALCATEL LUCENT, ALCATEL-LUCENT
HOLDINGS INC., ALCATEL USA, INC.,
ALCATEL USA MARKETING, INC., ALCATEL
USA RESOURCES, INC., ALCATEL USA
SOURCING, INC., LUCENT TECHNOLOGIES
INC., AND GENESYS  TELECOMMUNICATIONS
LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., <br>Plaintiffs, <br>v. <br>ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA, INC., ALCATEL USA MARKETING, INC., ALCATEL USA RESOURCES, INC., ALCATEL USA SOURCING, INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES, INC., <br>Defendants and Counterclaimants. | Case No. C 08 - 2363 BZ <br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant and Counterclaimant Alcatel Lucent hereby certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Counsel further certifies that Alcatel-Lucent Holdings Inc., Alcatel USA, Inc., Alcatel USA Marketing, Inc., Alcatel USA Resources, Inc., Alcatel USA Sourcing, Inc., Lucent Technologies Inc. and Genesys Telecommunications Laboratories, Inc. are or were indirect wholly-owned subsidiaries of Alcatel Lucent.

Respectfully Submitted,

DATED: June 5, 2008

**THE BERNSTEIN LAW GROUP, P.C.**

By: _____/s/ Marc N. Bernstein_____
          Marc N. Bernstein

555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:    415-765-6634
Facsimile:    415-283-4804
E-mail:       mbernstein@blgrp.com

and

Jan M. Conlin, (MN No. 192697)
Thomas C. Mahlum, (MN No. 0259391)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail:    JMConlin@rkmc
           TCMahlum@rkmc

**ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS**