# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 6, 2008

**To:**  Marc N. Bernstein           Douglas E. Lumish
       The Bernstein Law Group, P.C.  Edward R. Reins
       555 Montgomery St.           Matthew D. Powers
       Suite 1650                   Thomas B. King
       San Francisco, CA 94111      Weil Gotshal & Manges LLP
                                    Silicon Valley Office
                                    201 Redwood Shores Parkway

       Deborah Kay Miller           Redwood Shores Parkway
       Matthew M. Sarboraria        Redwood Shores, CA 94065
       Oracle Corporation
       500 Oracle Parkway
       Redwood City, CA 94065

Re: Oracle Corporation, et al. v. Alcatel Lucent, et al. - C08-2363 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for **August 18, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  /s/ Lashanda Scott
     Lashanda Scott
     Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd