Marc N. Bernstein (SBN 145837)
mbernstein@blgrp.com
The Bernstein Law Group, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:   415-765-6634
Facsimile:   415-283-4804

Jan M. Conlin (*pro hac vice* pending)
JMConlin@rkmc.com
Thomas C. Mahlum (*pro hac vice* pending)
TCMahlum@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:   612-349-8500
Facsimile:   612-339-4181

Attorneys for Defendants and Counterclaimants
ALCATEL LUCENT, ALCATEL-LUCENT
HOLDINGS INC., ALCATEL USA INC., ALCATEL
USA MARKETING INC., ALCATEL USA
RESOURCES INC., ALCATEL USA SOURCING
INC., LUCENT TECHNOLOGIES INC., AND
GENESYS TELECOMMUNICATIONS
LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., Plaintiffs/Counterdefendants, v. ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., Defendants/Counterclaimants. | Case No. C 08 - 2363 BZ  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to the United States District Judge.

Respectfully Submitted,

DATED: June 6, 2008

**THE BERNSTEIN LAW GROUP, P.C.**

By: _____/s/ Marc N. Bernstein_____
        Marc N. Bernstein

555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:    415-765-6634
Facsimile:    415-283-4804
E-mail:       mbernstein@blgrp.com

and

Jan M. Conlin (MN No. 192697)
Thomas C. Mahlum (MN No. 0259391)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail:    JMConlin@rkmc
           TCMahlum@rkmc

**ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS**