ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>ATTORNEYS AT LAW<br>MINNEAPOLIS

1  Marc N. Bernstein (SBN 145837)
   E-Mail: mbernstein@blgrp.com
2  **The Bernstein Law Group, P.C.**
   555 Montgomery Street, Suite 1650
3  San Francisco, CA 94111
   Telephone:    415-765-6634
4  Facsimile:    415-283-4804

5  Jan M. Conlin *(pro hac vice pending)*
   E-Mail: jmconlin@rkmc.com
6  Thomas C. Mahlum *(pro hac vice pending)*
   E-Mail: tcmahlum@rkmc.com
7  Brian A. Mayer *(pro hac vice pending)*
   E-Mail: bamayer@rkmc.com
8  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
9  800 LaSalle Avenue
   Minneapolis, MN 55402-2015
10 Telephone:    612-349-8500
   Facsimile:    612-339-4181
11
12 Attorneys for Defendants and Counterclaimants
   ALCATEL LUCENT, ALCATEL-LUCENT
13 HOLDINGS INC., ALCATEL USA INC.,
   ALCATEL USA MARKETING INC., ALCATEL
14 USA RESOURCES INC., ALCATEL USA
   SOURCING INC., LUCENT TECHNOLOGIES
15 INC., AND GENESYS
   TELECOMMUNICATIONS LABORATORIES
16 INC.

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., Plaintiffs, v. ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., Defendants and Counterclaimants. | Case No. 3:08CV02363 BZ<br><br>**[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION FOR JAN M. CONLIN** |

80111589.1

[PROPOSED] ORDER FOR PRO HAC VICE
ADMISSION OF JAN M. CONLIN
CASE NO. 3:08CV02363 BZ

1   Jan. M. Conlin, an active member in good standing of the bar of the State of Minnesota,
2   whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800
3   LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having
4   applied in the above-entitled action for admission to practice in the Northern District of California
5   on a *pro hac vice* basis, representing Defendants and Counterclaims.

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney much indicate appearance *pro hac*
9   *vice*. Service of papers upon and communication with co-counsel designated in the application
10  will constitute notice to the party. All future filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.

13  DATED: _____

    _____
    United States District Judge

80111589.1                             - 2 -        [PROPOSED] ORDER FOR PRO HAC VICE
                                                    ADMISSION OF JAN M. CONLIN
                                                    CASE NO. 3:08CV02363 BZ

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS