FILED

JUN 5 2008

RICHARD
CLERK, U.S.
...

**ORIGINAL**

1  Marc N. Bernstein (SBN 145837)
   E-Mail: mbernstein@blgrp.com
2  **The Bernstein Law Group, P.C.**
   555 Montgomery Street, Suite 1650
3  San Francisco, CA 94111
   Telephone:   415-765-6634
4  Facsimile:   415-283-4804

5  Jan M. Conlin *(pro hac vice pending)*
   E-Mail: jmconlin@rkmc.com
6  Thomas C. Mahlum *(pro hac vice pending)*
   E-Mail: tcmahlum@rkmc.com
7  Brian A. Mayer *(pro hac vice pending)*
   E-Mail: bamayer@rkmc.com
8  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
9  800 LaSalle Avenue
   Minneapolis, MN 55402-2015
10 Telephone:   612-349-8500
   Facsimile:   612-339-4181
11
   Attorneys for Defendants and Counterclaimants
12 ALCATEL LUCENT, ALCATEL-LUCENT
   HOLDINGS INC., ALCATEL USA INC.,
13 ALCATEL USA MARKETING INC., ALCATEL
   USA RESOURCES INC., ALCATEL USA
14 SOURCING INC., LUCENT TECHNOLOGIES
   INC., AND GENESYS
15 TELECOMMUNICATIONS LABORATORIES
   INC.
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 ORACLE CORPORATION, ORACLE            Case No. 3:08CV02363 BZ
   USA, INC., ORACLE
20 INTERNATIONAL CORPORATION,
   AND SIEBEL SYSTEMS, INC.,              **APPLICATION OF BRIAN A. MAYER
21 Plaintiffs,                             FOR PRO HAC VICE ADMISSION**

22 v.

23 ALCATEL LUCENT, ALCATEL-
   LUCENT HOLDINGS INC., ALCATEL
24 USA INC., ALCATEL USA
   MARKETING INC., ALCATEL USA
25 RESOURCES INC., ALCATEL USA
   SOURCING INC., LUCENT
26 TECHNOLOGIES INC., AND
   GENESYS TELECOMMUNICATIONS
27 LABORATORIES INC.,
   Defendants and Counterclaimants.
28

80111530.1

APPLICATION OF BRIAN A. MAYER
FOR PRO HAC VICE ADMISSION
CASE NO. 3:08CV02363 BZ

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    Pursuant to Civil L.R. 11-3, Brian A. Mayer, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants and Counterclaimants in the above-referenced action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of the State of Minnesota, as indicated above;

2. I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case-Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Marc N. Bernstein
The Bernstein Law Group, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: 415-765-6634

I declare under penalty of perjury that the foregoing is true and correct.

1
2    DATED: June 5, 2008            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
3
4                                   By: _____
                                        Brian A. Mayer
5
                                    Jan M. Conlin, (MN No. 192697)
6                                   Thomas C. Mahlum, (MN No. 259391)
                                    Brian A. Mayer (MN No. 329514)
7                                   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                    2800 LaSalle Plaza
8                                   800 LaSalle Avenue
                                    Minneapolis, MN 55402-2015
9                                   Telephone: 612-349-8500
                                    Facsimile: 612-339-4181
10                                  E-mail:    jmconlin@rkmc.com
11                                             tcmahlum@rkmc.com
                                               bamayer@rkmc.com
12
13                                  **ATTORNEYS FOR DEFENDANTS
                                    AND COUNTERCLAIMANTS**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

80111530.1                          - 3 -          APPLICATION OF BRIAN A. MAYER
                                                   FOR PRO HAC VICE ADMISSION
                                                   CASE NO. 3:08CV02363 BZ

*(Left margin: ROBINS, KAPLAN, MILLER & CIRESI L.L.P., ATTORNEYS AT LAW, MINNEAPOLIS)*