1  Marc N. Bernstein (SBN 145837)
   E-Mail: mbernstein@blgrp.com
2  **The Bernstein Law Group, P.C.**
   555 Montgomery Street, Suite 1650
3  San Francisco, CA 94111
   Telephone:   415-765-6634
4  Facsimile:   415-283-4804

5  Jan M. Conlin *(pro hac vice pending)*
   E-Mail: jmconlin@rkmc.com
6  Thomas C. Mahlum *(pro hac vice pending)*
   E-Mail: tcmahlum@rkmc.com
7  Brian A. Mayer *(pro hac vice pending)*
   E-Mail: bamayer@rkmc.com
8  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
9  800 LaSalle Avenue
   Minneapolis, MN 55402-2015
10 Telephone:   612-349-8500
   Facsimile:   612-339-4181

11

12 Attorneys for Defendants and Counterclaimants
   ALCATEL LUCENT, ALCATEL-LUCENT
13 HOLDINGS INC., ALCATEL USA INC.,
   ALCATEL USA MARKETING INC., ALCATEL
14 USA RESOURCES INC., ALCATEL USA
   SOURCING INC., LUCENT TECHNOLOGIES
15 INC., AND GENESYS
   TELECOMMUNICATIONS LABORATORIES
16 INC.

RECEIVED
JUN 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., Plaintiffs, v. ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., Defendants and Counterclaimants. | Case No. 3:08CV02363 BZ  **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION FOR BRIAN A. MAYER** |

Brian A. Mayer, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants and Counterclaimants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney much indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

_____
United States District Judge

80111604.1    - 2 -    [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF BRIAN A. MAYER
CASE NO. 3:08CV02363 BZ