Marc N. Bernstein (SBN 145837)
E-Mail: mbernstein@blgrp.com
**The Bernstein Law Group, P.C.**
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:   415-765-6634
Facsimile:   415-283-4804

Jan M. Conlin *(pro hac vice pending)*
E-Mail: jmconlin@rkmc.com
Thomas C. Mahlum *(pro hac vice pending)*
E-Mail: tcmahlum@rkmc.com
Brian A. Mayer *(pro hac vice pending)*
E-Mail: bamayer@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:   612-349-8500
Facsimile:   612-339-4181

Attorneys for Defendants and Counterclaimants
ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.,<br>Defendants and Counterclaimants. | Case No. 3:08CV02363 BZ<br><br>**[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION FOR THOMAS C. MAHLUM** |

80111602.1

[PROPOSED] ORDER FOR PRO HAC VICE
ADMISSION OF THOMAS C. MAHLUM
CASE NO. 3:08CV02363 BZ

1    Thomas C. Mahlum, an active member in good standing of the bar of the State of
2    Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi
3    L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-
4    8500, having applied in the above-entitled action for admission to practice in the Northern
5    District of California on a *pro hac vice* basis, representing Defendants and Counterclaimants.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8    conditions of Civil L.R. 11-3. All papers filed by the attorney much indicate appearance *pro hac*
9    *vice*. Service of papers upon and communication with co-counsel designated in the application
10   will constitute notice to the party. All future filings in this action are subject to the requirements
11   contained in General Order No. 45, *Electronic Case Filing*.

13   DATED: _____

16                                    _____
                                      United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS