1  Marc N. Bernstein (SBN 145837)
   mbernstein@blgrp.com
2  The Bernstein Law Group, P.C.
   555 Montgomery Street, Suite 1650
3  San Francisco, CA 94111
   Telephone:  415-765-6634
4  Facsimile:   415-283-4804

5  Jan M. Conlin (*pro hac vice* pending)
   E-mail: jmconlin@rkmc.com
6  Thomas C. Mahlum (*pro hac vice* pending)
   E-mail: tcmahlum@rkmc.com
7  Brian A. Mayer (*pro hac vice* pending)
   E-mail: bamayer@rkmc.com
8  Robins, Kaplan, Miller & Ciresi L.L.P.
   2800 LaSalle Plaza
9  800 LaSalle Avenue
   Minneapolis, MN 55402-2015
10 Telephone:  612-349-8500
   Facsimile:   612-339-4181

11 Attorneys for Defendants and Counterclaimants
12 ALCATEL LUCENT, ALCATEL-LUCENT
   HOLDINGS INC., ALCATEL USA INC., ALCATEL
13 USA MARKETING INC., ALCATEL USA
   RESOURCES INC., ALCATEL USA SOURCING
14 INC., LUCENT TECHNOLOGIES INC., AND
   GENESYS TELECOMMUNICATIONS
15 LABORATORIES INC.

ORIGINAL

FILED

JUN 5 2008

RICHA...
ERK, U.S. ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., Plaintiffs/Counterdefendants, v. ALCATEL-LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., Defendants/Counterclaimants. | Case No. C 08 - 2363 BZ<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE BY MAIL**

I, Carole A. Cebalo, am an employee of The Bernstein Law Group, P.C., 555 Montgomery Street, Suite 1650, San Francisco, California, 94111 in the county of San Francisco. I am over eighteen years of age, and not a party to this action.

On June 5, 2008, I placed the following documents:

- Application of Jan M. Conlin For Pro Hac Vice Admission
- [Proposed] Order For Pro Hac Vice Admission of Jan M. Conlin
- Application of Thomas C. Mahlum For Pro Hac Vice Admission
- [Proposed] Order For Pro Hac Vice Admission of Thomas C. Mahlum
- Application of Brian A. Mayer For Pro Hac Vice Admission
- [Proposed] Order For Pro Hac Vice Admission of Brian A. Mayer

in an envelope and served them by depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows:

Matthew D. Powers
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2008, at San Francisco, California.

___Carole A. Cebalo___  
(Type or print name)                    (Signature)

1