**United States District Court**
For the Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 ORACLE CORPORATION ET AL,                    No. C 08-02363 JW
8          Plaintiff(s),
                                               CLERK'S NOTICE SETTING CASE
9      v.                                      MANAGEMENT CONFERENCE
10 ALCATEL LUCENT ET AL,
11         Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to recent case reassignment a case management conference has
16
   been set before Judge James **September 8, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st
17
   Street, San Jose, California.  The parties are to file a joint case management conference statement by
18
   **August 29, 2008.**
19
   Dated:  June 16, 2008
20
                                               FOR THE COURT,
                                               Richard W. Wieking, Clerk
21
22
                                               by:  _____/s/_____
23                                                  Elizabeth Garcia
                                                    Courtroom Deputy
24
25
26
27
28