```
 1  Marc N. Bernstein (SBN 145837)
    E-Mail: mbernstein@blgrp.com
 2  **The Bernstein Law Group, P.C.**
    555 Montgomery Street, Suite 1650
 3  San Francisco, CA 94111
    Telephone:    415-765-6634
 4  Facsimile:    415-283-4804

 5  Jan M. Conlin (pro hac vice pending)
    E-Mail: jmconlin@rkmc.com
 6  Thomas C. Mahlum (pro hac vice pending)
    E-Mail: tcmahlum@rkmc.com
 7  Brian A. Mayer (pro hac vice pending)
    E-Mail: bamayer@rkmc.com
 8  **Robins, Kaplan, Miller & Ciresi L.L.P.**
    2800 LaSalle Plaza
 9  800 LaSalle Avenue
    Minneapolis, MN 55402-2015
10  Telephone:    612-349-8500
    Facsimile:    612-339-4181
11
    Attorneys for Defendants and Counterclaimants
12  ALCATEL LUCENT, ALCATEL-LUCENT
    HOLDINGS INC., ALCATEL USA INC.,
13  ALCATEL USA MARKETING INC., ALCATEL
    USA RESOURCES INC., ALCATEL USA
14  SOURCING INC., LUCENT TECHNOLOGIES
    INC., AND GENESYS
15  TELECOMMUNICATIONS LABORATORIES
    INC.
16
```

(Left margin: ROBINS, KAPLAN, MILLER & CIRESI L.L.P. — ATTORNEYS AT LAW — MINNEAPOLIS)

5

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.,<br>Plaintiffs,<br><br>v.<br><br>ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.,<br>Defendants and Counterclaimants. | Case No. 5 08CV02363 JW<br><br>**[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION FOR JAN M. CONLIN** |

80111589.1

[PROPOSED] ORDER FOR PRO HAC VICE
ADMISSION OF JAN M. CONLIN
CASE NO. 3:08CV02363 BZ

1   Jan. M. Conlin, an active member in good standing of the bar of the State of Minnesota,
2   whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800
3   LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having
4   applied in the above-entitled action for admission to practice in the Northern District of California
5   on a *pro hac vice* basis, representing Defendants and Counterclaims.

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney much indicate appearance *pro hac*
9   *vice*. Service of papers upon and communication with co-counsel designated in the application
10  will constitute notice to the party. All future filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.

13  DATED: June 19, 2008

    _____
    United States District Judge

80111589.1                                     - 2 -     [PROPOSED] ORDER FOR PRO HAC VICE
                                                         ADMISSION OF JAN M. CONLIN
                                                         CASE NO. 3:08CV02363 BZ