Marc N. Bernstein (SBN 145837)
E-Mail: mbernstein@blgrp.com
**The Bernstein Law Group, P.C.**
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:   415-765-6634
Facsimile:   415-283-4804

Jan M. Conlin *(pro hac vice pending)*
E-Mail: jmconlin@rkmc.com
Thomas C. Mahlum *(pro hac vice pending)*
E-Mail: tcmahlum@rkmc.com
Brian A. Mayer *(pro hac vice pending)*
E-Mail: bamayer@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:   612-349-8500
Facsimile:   612-339-4181

Attorneys for Defendants and Counterclaimants
ALCATEL LUCENT, ALCATEL-LUCENT
HOLDINGS INC., ALCATEL USA INC.,
ALCATEL USA MARKETING INC., ALCATEL
USA RESOURCES INC., ALCATEL USA
SOURCING INC., LUCENT TECHNOLOGIES
INC., AND GENESYS
TELECOMMUNICATIONS LABORATORIES
INC.

**RECEIVED**

JUN  5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.,<br>Defendants and Counterclaimants. | Case No. 5:08CV02363 JW<br><br>[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION FOR BRIAN A. MAYER |

80111604.1

[PROPOSED] ORDER FOR PRO HAC VICE
ADMISSION OF BRIAN A. MAYER
CASE NO. 3:08CV02363 BZ

1    Brian A. Mayer, an active member in good standing of the bar of the State of Minnesota,
2    whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800
3    LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having
4    applied in the above-entitled action for admission to practice in the Northern District of California
5    on a *pro hac vice* basis, representing Defendants and Counterclaimants.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8    conditions of Civil L.R. 11-3. All papers filed by the attorney much indicate appearance *pro hac*
9    *vice*. Service of papers upon and communication with co-counsel designated in the application
10   will constitute notice to the party. All future filings in this action are subject to the requirements
11   contained in General Order No. 45, *Electronic Case Filing*.

DATED: June 19, 2008

/s/ James Ware
United States District Judge