*ROBINS, KAPLAN, MILLER & CIRESI L.L.P.*
*ATTORNEYS AT LAW*
*MINNEAPOLIS*

1  Marc N. Bernstein (SBN 145837)
   E-Mail: mbernstein@blgrp.com
2  **The Bernstein Law Group, P.C.**
   555 Montgomery Street, Suite 1650
3  San Francisco, CA 94111
   Telephone:    415-765-6634
4  Facsimile:    415-283-4804

5  Jan M. Conlin *(pro hac vice pending)*
   E-Mail: jmconlin@rkmc.com
6  Thomas C. Mahlum *(pro hac vice pending)*
   E-Mail: tcmahlum@rkmc.com
7  Brian A. Mayer *(pro hac vice pending)*
   E-Mail: bamayer@rkmc.com
8  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
9  800 LaSalle Avenue
   Minneapolis, MN  55402-2015
10 Telephone:    612-349-8500
   Facsimile:    612-339-4181
11

12 Attorneys for Defendants and Counterclaimants
   ALCATEL LUCENT, ALCATEL-LUCENT
   HOLDINGS INC., ALCATEL USA INC.,
13 ALCATEL USA MARKETING INC., ALCATEL
   USA RESOURCES INC., ALCATEL USA
14 SOURCING INC., LUCENT TECHNOLOGIES
   INC., AND GENESYS
15 TELECOMMUNICATIONS LABORATORIES
   INC.
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., 20 21  Plaintiffs, 22  v. 23  ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA 24 MARKETING INC., ALCATEL USA 25 RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT 26 TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS 27 LABORATORIES INC., Defendants and Counterclaimants. | Case No. 5:08CV02363 JW  [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION FOR THOMAS C. MAHLUM |

28

80111602.1

[PROPOSED] ORDER FOR PRO HAC VICE
ADMISSION OF THOMAS C. MAHLUM
CASE NO.  3:08CV02363 BZ

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    Thomas C. Mahlum, an active member in good standing of the bar of the State of

2  Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi

3  L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-

4  8500, having applied in the above-entitled action for admission to practice in the Northern

5  District of California on a *pro hac vice* basis, representing Defendants and Counterclaimants.

6

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney much indicate appearance *pro hac*

9  *vice*. Service of papers upon and communication with co-counsel designated in the application

10  will constitute notice to the party. All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12

13    DATED: __June 19, 2008 __

14

15

16    _____
      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

80111602.1                          - 2 -    [PROPOSED] ORDER FOR PRO HAC VICE
                                             ADMISSION OF THOMAS C. MAHLUM
                                             CASE NO. 3:08CV02363 BZ