1  COUNSEL OF RECORD LISTED ON LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC.,<br><br>Defendants. | Case No.  CV 08-02363 JW<br><br>**JOINT STIPULATION AND MOTION FOR A STAY** |

WHEREAS on May 16, 2008, Plaintiffs served a Complaint alleging infringement of six patents and a declaratory judgment action alleging non-infringement and invalidity of seven patents; and

WHEREAS on June 5, 2008, Defendants-Counterclaimants filed an Answer and Counterclaim alleging infringement of six patents and a declaratory judgment action alleging non-infringement, invalidity and unenforceability of six patents; and

WHEREAS Plaintiffs and Defendants-Counterclaimants (collectively "the Parties") have executed a Standstill Agreement and agreed to stay the litigation for a period of time. The Standstill Agreement will allow the parties to explore the possibility of resolving the dispute without litigation and avoid the costs associated therewith.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Subject to the Court's approval, the above-captioned matter is stayed until December 17, 2008.

2. Upon termination of the stay or at an earlier date as may be agreed upon by the Parties, if the Parties are unable to resolve the dispute, they will jointly contact the Court to schedule a new date for the Initial Case Management Conference.

ACCORDINGLY, the Parties respectfully move the Court for an Order as follows:

1. The Initial Case Management Conference scheduled in this matter for September 8, 2008 is vacated;

2. The above-captioned lawsuit is stayed until December 17, 2008, unless an earlier date is agreed to by the Parties; and

3. Upon termination of the stay or at an earlier date as may be agreed upon by the Parties, if the Parties are unable to resolve the dispute, they will jointly contact the Court to schedule a new date for the Initial Case Management Conference.

Respectfully Submitted,

DATED: July 23, 2008

By: /s/ Douglas E. Lumish
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Edward R. Reines (Bar No. 135960)
edward.reines@weil.com
Douglas E. Lumish (Bar No. 183863)
doug.lumish@weil.com
Thomas B. King (Bar No. 241661)
thomas.king@weil.com
WEIL, GOTSHAL &MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Deborah K. Miller (Bar No. 95527)
deborah.miller@oracle.com
Matthew M. Sarboraria (Bar No. 211600)
matthew.sarboraria@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

**ATTORNEYS FOR PLAINTIFFS**

DATED: July 23, 2008                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


By: /s/ *Brian A. Mayer*
Jan M. Conlin, (pro hac vice)
Thomas C. Mahlum, (pro hac vice)
Brian A. Mayer (pro hac vice)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail:     JMConlin@rkmc.com
            TCMahlum@rkmc.com
            BAMayer@rkmc.com

and

**THE BERNSTEIN LAW GROUP, P.C.**

Marc N. Bernstein
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:  415-765-6634
Facsimile:  415-283-4804
E-mail:         mbernstein@blgrp.com


**ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS**

| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
|   | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
|   | edward.reines@weil.com |
| 3 | DOUGLAS E. LUMISH (Bar No. 183863) |
|   | doug.lumish@weil.com |
| 4 | THOMAS B. KING (Bar No. 241661) |
|   | thomas.king@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 6 | Redwood Shores, CA 94065 |
|   | Telephone: (650) 802-3000 |
| 7 | Facsimile: (650) 802-3100 |
| 8 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 9 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 10 | ORACLE CORPORATION |
|   | 500 Oracle Parkway |
| 11 | Redwood City, CA 94065 |
|   | Telephone: (650) 506-5200 |
| 12 | Facsimile: (650) 506-7114 |

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC.,
ORACLE INTERNATIONAL CORPORATION,
AND SIEBEL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC., | Case No. CV 08-02363 JW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION FOR A STAY |
| v. | |
| ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA INC., ALCATEL USA MARKETING INC., ALCATEL USA RESOURCES INC., ALCATEL USA SOURCING INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES INC., | |
| Defendants. | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

1. The Initial Case Management Conference scheduled in this matter for September 8, 2008 is vacated;

2. The above-captioned lawsuit is stayed until December 17, 2008, unless an earlier date is agreed to by the Parties; and

3. Upon termination of the stay or at an earlier date as may be agreed upon by the Parties, if the Parties are unable to resolve the dispute, they will jointly contact the Court to schedule a new date for the Initial Case Management Conference.

Dated: _____                    _____
                                                 Hon. James Ware
                                                 United States District Court Judge