1   MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2   EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
3   DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@weil.com
4   THOMAS B. KING (Bar No. 241661)
thomas.king@weil.com
5   WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
6   Redwood Shores, CA 94065
Telephone: (650) 802-3000
7   Facsimile: (650) 802-3100

8   DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
9   MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
10  ORACLE CORPORATION
500 Oracle Parkway
11  Redwood City, CA 94065
Telephone: (650) 506-5200
12  Facsimile: (650) 506-7114

13  Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC.,
14  ORACLE INTERNATIONAL CORPORATION,
AND SIEBEL SYSTEMS, INC.

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                  SAN JOSE DIVISION

18

19  ORACLE CORPORATION, ORACLE USA,
INC., ORACLE INTERNATIONAL
20  CORPORATION, AND SIEBEL SYSTEMS,       Case No. CV 08-02363 JW
INC.,
21              Plaintiffs,                **[PROPOSED] ORDER GRANTING
                                           JOINT STIPULATION AND MOTION
22        v.                               FOR A STAY**

23  ALCATEL LUCENT, ALCATEL-LUCENT
HOLDINGS INC., ALCATEL USA INC.,
24  ALCATEL USA MARKETING INC.,
ALCATEL USA RESOURCES INC.,
25  ALCATEL USA SOURCING INC., LUCENT
TECHNOLOGIES INC., AND GENESYS
26  TELECOMMUNICATIONS LABORATORIES
INC.,
27
                Defendants.
28

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

7/29/2008

1

<u>**ORDER**</u>

2
PURSUANT TO STIPULATION, IT IS SO ORDERED,

3
    1.     The Initial Case Management Conference scheduled in this matter for September

4
8, 2008 is vacated;

5
    2.     The above-captioned lawsuit is stayed until **December 15, 2008.  The Court**

6
**sets a Further Case Management Conference on December 15, 2008 at 10:00 AM. The**

7
**parties are to file a joint case management conference statement on or before December 5,**

8
**2008.**

9

10

11
Dated:    July 29, 2008                           

12
Hon. James Ware
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28