IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Oracle Corp., et al., | NO. C 08-02363 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Alcatel Lucent, et al., | |
| Defendants. | |

The parties are scheduled to appear for a Case Management Conference on December 15, 2008. The parties filed a Joint Case Management Statement on December 8, 2008. (Docket Item No. 34.) In light of the parties' representation that they have made significant progress in their attempts to settle the case, the Court finds that good cause to continue the parties' Case Management Conference for one week.

Accordingly, the Court CONTINUES the December 15, 2008 Case Management Conference to **December 22, 2008 at 10:00 a.m.** On or before **December 17, 2008**, the parties shall file an updated Joint Case Management Statement to inform the Court of the status of parties' settlement efforts. To the extent the parties believe that further settlement discussion will not be fruitful, the parties shall include in their Joint Statement a good faith discovery plan with a proposed date for the close of all discovery.

Dated: December 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Arthur Mayer bamayer@rkmc.com
Deborah Kay Miller deborah.miller@oracle.com
Douglas E. Lumish doug.lumish@weil.com
Edward Robert Reines Edward.Reines@weil.com
Marc N. Bernstein mbernstein@blgrp.com
Matthew Douglas Powers matthew.powers@weil.com
Matthew M. Sarboraria matthew.sarboraria@oracle.com
Thomas B. King thomas.king@weil.com
Thomas Christopher Mahlum tcmahlum@rkmc.com

**Dated: December 12, 2008**                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California