IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Oracle Corp., et al., | No. C 08-02363 JW |
|       Plaintiffs, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Alcatel Lucent, et al., | |
|       Defendants. | |

On December 22, 2008, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the conference, the Court orders the parties to appear for a further Case Management Conference on **January 16, 2009 at 10 a.m.** On or before **January 6, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall, among other things, update the Court on the progress of the parties' settlement efforts.

Dated: December 30, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Arthur Mayer bamayer@rkmc.com
Deborah Kay Miller deborah.miller@oracle.com
Douglas E. Lumish doug.lumish@weil.com
Edward Robert Reines Edward.Reines@weil.com
Marc N. Bernstein mbernstein@blgrp.com
Matthew Douglas Powers matthew.powers@weil.com
Matthew M. Sarboraria matthew.sarboraria@oracle.com
Thomas B. King thomas.king@weil.com
Thomas Christopher Mahlum tcmahlum@rkmc.com

**Dated: December 30, 2008**             **Richard W. Wieking, Clerk**

                                        **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California