COUNSEL OF RECORD LISTED ON LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, AND SIEBEL SYSTEMS, INC.,<br>Plaintiffs,<br><br>v.<br><br>ALCATEL LUCENT, ALCATEL-LUCENT HOLDINGS INC., ALCATEL USA, INC., ALCATEL USA MARKETING, INC., ALCATEL USA RESOURCES, INC., ALCATEL USA SOURCING, INC., LUCENT TECHNOLOGIES INC., AND GENESYS TELECOMMUNICATIONS LABORATORIES, INC.,<br>Defendants and Counterclaimants. | Case No. C 08 - 2363 JW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned matter, by and through the undersigned counsel, do hereby stipulate that, subject to the terms of the parties' Patent License Agreement, the claims and counterclaims in the above-captioned matter shall hereby be dismissed with prejudice and without an award of costs or fees

///

///

///

///

///

///

to either party.

DATED: 3/20, 2009

By: /s/ Douglas E. Lumish
Douglas E. Lumish

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
**ATTORNEYS FOR PLAINTIFFS**

DATED: March 17, 2009

By: /s/ Marc N. Bernstein
Marc N. Bernstein

THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone:  415-765-6634
Facsimile:  415-283-4804
E-mail:  mbernstein@blgrp.com

and

Jan M. Conlin, (MN No. 192697)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-mail:  JMConlin@rkmc

**ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Stipulation and proposed Order (Docket Item No. 42) is found as MOOT. The Court terminates all pending, deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 26, 2009

/s/ James Ware
Hon. James Ware
United States District Court Judge

2 STIPULATION FOR DISMISSAL WITH PREJUDICE, NO. C 08-2363 JW